IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:

Green Copper Holdings, LLC

Case No. 25-10088-M

Chapter 7

Debtor.

CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Copper Tree, Inc.

[Name of Corporate Party]
(check one):

    xCorporate Debtor
    Party to an adversary proceeding
    Party to a contested matter
    Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent
(10%) or more of any class of the corporation's equity interests are listed below:

| Debtor | Name and Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Copper Tree Inc. | 414 SE Washington Blvd<br>Bartlesville, OK 74006 | 100% |

  OR

      There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this January 23, 2025

                                                Respectfully submitted,
Brown Law Firm PC by

 /s/  Ron Brown_____
Ron Brown, OBA # 16352
1609 E. 4th Street
Tulsa, OK 74120
(918) 585-9500
(918) 585-5266 fax
ron@ronbrownlaw.com