United States Bankruptcy Court
Northern District of Oklahoma

In re:                                                         Case No. 25-10088-M
Green Copper Holdings, LLC                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1085-4                                        User: admin                                         Page 1 of 2
Date Rcvd: Jan 23, 2025                            Form ID: 309C                               Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Green Copper Holdings, LLC, co Robert Hugh, Registered Agent, 15 W. 6th Street, Bartlesville, OK 74006 |
| 3013545 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, 222 N. Detroit 600, Tulsa, OK 74103-2412 |
| 3013546 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3013547 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3013548 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ron@ronbrownlaw.com | Jan 23 2025 22:47:00 | Ron D. Brown, Ron Brown, 1609 E. 4th St., Tulsa, OK 74120 |
| tr | + | EDI: QPJMALLOY.COM | Jan 24 2025 03:50:00 | Patrick J. Malloy, III, Malloy Law Firm, P.C., 401 S Boston Ave. Suite #500, Tulsa, OK 74103-4023 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jan 23 2025 22:47:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jan 23 2025 22:47:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jan 23 2025 22:47:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Jan 23 2025 22:47:00 | Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1085-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 23, 2025 | Form ID: 309C | Total Noticed: 11
Date: Jan 25, 2025 | Signature: /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Patrick J. Malloy, III | pjmiiim@sbcglobal.net  pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com |
| Ron D. Brown | on behalf of Debtor Green Copper Holdings  LLC ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Green Copper Holdings, LLC<br>Name | EIN: | 92–2429708 |
| United States Bankruptcy Court | Northern District of Oklahoma | Date case filed for chapter: | 7   1/22/25 |
| Case number: | 25–10088–M | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Green Copper Holdings, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | co Robert Hugh, Registered Agent<br>15 W. 6th Street<br>Bartlesville, OK 74006 | |
| 4. | **Debtor's attorney**<br>Name and address | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120 | Contact phone 918–585–9500<br>Email:  ron@ronbrownlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103–3800 | Contact phone 918–699–0345<br>Email:  pjmiiim@sbcglobal.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 224 South Boulder Avenue, Room 105<br>Tulsa, OK 74103 | Hours open: Monday, Wednesday, Thursday, Friday 8:30 a.m. to 4:30 p.m., Tuesday 8:30 a.m. to 3:00 p.m.<br><br>Contact phone 918–699–4000<br>www.oknb.uscourts.gov |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

Debtor  **Green Copper Holdings, LLC**  Case number **25−10088−M**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 19, 2025 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 674 969 9529, and Passcode 7358387856, OR call 1−405−825−9828**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, are not permitted in the building.**