IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-M |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S MOTION TO EMPLOY MALLOY LAW FIRM P.C. ("Malloy") AS COUNSEL FOR THE TRUSTEE

Comes now the Trustee and states:

1. The Trustee desires to employ counsel for the purpose of securing employment of other professionals to determine the value and extent of the assets including the Price Tower located in Bartlesville, Oklahoma; securing post-bankruptcy financing if necessary to insure the assets; reviewing pre-bankruptcy agreements related to the sale of assets; negotiating and pursuing court approval for the sale of assets; and investigating and pursuing avoidance claims if necessary.

2. Malloy Law Firm P.C. ("Malloy") is qualified and competent to handle matters of this nature. Malloy is not a creditor of this estate and does not hold or represent an interest that is adverse to the interests of this estate. Malloy has no connection with the U.S. Trustee's office. Malloy is a disinterested person as defined by the bankruptcy code. Attached as **Ex A** is Malloy's affidavit of disinterestedness.

3. Malloy's hourly rate is $350/hr.

Wherefore the Trustee prays for an order authorizing the employment of Malloy for the reasons stated herein and pursuant to the terms stated herein.

Respectfully Submitted By:        s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:           918-699-0325
*ATTORNEYS FOR TRUSTEE*