IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GREEN COPPER HOLDINGS, LLC | ) CASE NO. 25-10088-M |
| EIN # xx-xxx9708 | ) Chapter 7 |
| | ) |
| | ) |
| Debtor. | ) |

### AFFIDAVIT OF PROFESSIONAL PERSON

STATE OF OKLAHOMA )
                                ) ss.
COUNTY OF TULSA )

      I, Patrick Malloy of Malloy Law Firm P.C. ("Malloy") state that I am qualified to act as an attorney for and on behalf of the bankruptcy estate; that I am not a creditor of the above reference bankruptcy estate; that I do not hold or represent an interest that is adverse to the interests of the above referenced bankruptcy estate in any manner whatsoever; that I do not have any connection with the U.S. Trustee's office; that I am a disinterested person, qualified and competent to act as an attorney for and on behalf of the estate.

                                                                    Malloy Law Firm P.C.

                                         By: _____
                                                      Patrick Malloy

Subscribed and sworn to before me this 27th day of January 2025.

_____
Notary Public

TRUDIE MAYO
Notary Public, State of Oklahoma
Commission #24004763
My Commission Expires 04/09/2028