IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC ) | Case No. 25-10088-M |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL
(Mark D. G. Sanders and Sidney K. Swinson of GableGotwals)

Patrick J. Malloy III, Trustee ("Malloy"), for this Application for Authority to Employ Special Counsel, states:

1. The Debtor, Green Copper Holdings, LLC, filed with this Court on January 22, 2025, its voluntary petition for relief under chapter 7 of the United States Bankruptcy Code.

2. Malloy is the chapter 7 trustee assigned to the Debtor's bankruptcy case.

3. Included among the assets of this bankruptcy estate is a building and contents located in Bartlesville, Oklahoma, known as Price Tower (collectively, the "Price Tower") designed by Frank Lloyd Wright, which since 1974 has been included in the National Register of Historic Places, and since 2007 has been included on the United Nations Environment, Scientific and Cultural Organization ("UNESCO") list of World Heritage Sites.

4. The Price Tower is unencumbered but, on information and belief, subject to a Preservation and Conservation Easement, dated April 6, 2011, granted by a former owner, Price Tower Arts Center, Inc. to the Frank Lloyd Wright Building Conservancy, and recorded with the County Clerk of Washington County, on April 18, 2011 in Book 1098 at Pages 238-252.

5. The Debtor and an affiliate, Copper Tree, Inc., also a debtor before this Court, entered into a Contract of Sale, dated Mary 23, 2024, to sell the Price Tower to McFarlin Building, LLC. (the "Sale Contract")

6. Malloy requests, under the authority of Section 327(e) of the United States Bankruptcy Code to employ Mark D. G. Sanders and Sidney K. Swinson of GableGotwals (collectively "GableGotwals") as Special Counsel to assist him in determining the marketability of the Price Tower, coordinating and documenting the sale of the Price Tower, determining the enforceability of the Sale Contract, and analyzing the effect of the Preservation and Conservation Easement on Malloy's ability to sell the Price Tower.

7. As reflected by the Declaration attached as **Exhibit "A"**, submitted pursuant to Rule 2014(a) Federal Rules of Bankruptcy Procedure, GableGotwals does not represent or hold any interest adverse to the estate with respect to the matters on which the firm is to be employed.

8. Malloy proposes to pay GableGotwals for its services on an hourly basis and to reimburse it for expenses incurred, after Court approval.

WHEREFORE, Malloy requests authority to employ GableGotwals as Special Counsel for the matters described herein.

Dated this 28th day of January, 2025.

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: (918) 699-0345
Fax: (918) 699-0325

*Attorneys for Trustee*

4931-2751-5411, v. 1