<u>Exhibit "A"</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | Case No. 25-10088-M |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF SIDNEY K. SWINSON IN SUPPORT OF APPLICATION OF SIDNEY K. SWINSON AND MARK D. G. SANDERS OF <u>GABLEGOTWALS AS SPECIAL COUNSEL</u>**

Sidney K. Swinson makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am an Oklahoma licensed attorney and Shareholder of Gable Gotwals, P.C. d/b/a GableGotwals, ("<u>GableGotwals</u>"). The matters set forth herein are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. This Declaration is made in support of the application of Patrick J. Malloy III, Trustee, for an order authorizing the retention of Sidney K. Swinson and Mark D. G. Sanders, of GableGotwals as Special Counsel (the "<u>Application</u>"),[1] to which this Declaration is appended.

3. Neither I nor Mark D. G. Sanders are related or connected to and, to the best of my knowledge, no other professional of GableGotwals is related or connected to any United States Bankruptcy Judge for the Northern District of Oklahoma or the United States Trustee or any employee in the offices thereof.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

4. I and each of the professionals of GableGotwals are "disinterested persons," as that term is defined in 11 U.S.C. § 101(14) and neither hold nor represent an interest adverse to Debtor's bankruptcy estate related to any matter for which we will be employed.

5. Neither I nor Mark D. G. Sanders, nor any other professional of GableGotwals, have any relationship with the Debtor that would impair our abilities to serve as special counsel for Green Copper Holdings, LLC.

6. Neither I nor any other professional of GableGotwals has served as an examiner in connection with this bankruptcy case.

7. No agreement exists, nor will any be made, to share with any other person or firm any compensation to be received by myself, Mark D. G. Sanders, nor GableGotwals, for services rendered in connection with this case, except as authorized by 11 U.S.C. § 504(b) and Rule 2014(b) of the Federal Rules of Bankruptcy Procedure.

8. If any new facts or relationships are discovered, including as the Debtor files its schedules and statement of financial affairs, I will supplement this disclosure to the Court.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on January 27, 2025.

_____
Sidney K. Swinson