#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Green Copper Holdings, LLC,** | ) | Case No. 25-10088-M |
| | ) | Chapter 7 |
| Debtor. | ) | |

#### NOTICE OF APPEARANCE AND
#### REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Gary M. McDonald of the firm McDonald Law, PLLC, hereby appears in the above referenced Chapter 7 case as counsel for The McFarlin Building, LLC, an Oklahoma limited liability company, and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

Gary M. McDonald
McDonald Law, PLLC
15 W. 6th Street, Suite 2606
Tulsa, OK 74119
(918) 430-3700
(918) 430-3770
gmcdonald@mcdonaldpllc.com

Dated: January 28, 2025

                                                    Respectfully submitted,

                                                    */s/ Gary M. McDonald*
                                                    Gary M. McDonald, OBA No. 5960
                                                    McDonald Law, PLLC
                                                    15 West Sixth Street, Suite 2606
                                                    Tulsa, OK 74119
                                                    (918) 430-3700 – telephone
                                                    (918) 430-3770 – facsimile
                                                    gmcdonald@mcdonaldpllc.com

                                                    *Attorneys for The McFarlin Building, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 28, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

/s/ *Gary M. McDonald*