## Standard Rate Schedule

|                  | Rate[1]    |
|------------------|-----------|
| Partner/Director | $450-525  |
| Manager          | $325-435  |
| Consultant       | $235-315  |
| Staff            | $195-225  |

(1) Standard rates are adjusted annually; to the extent that our services extend into a subsequent year, the rates set forth above will be adjusted to the approved standard rate for such year not to exceed 10%.

| Directors:   | D. Payne   |
|--------------|------------|
|              | L. Perdue  |
|              | P. Snisky  |
| Managers:    | S. Basset  |
| Consultants: | C. Lidia   |
|              | J. Perdue  |
|              | C. Heston  |
| Staff:       | R. Bishop  |
|              | A. Mullin  |

Exhibit B