IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC ) | CASE NO. 25-10088-M |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| ) | |
| Debtor. ) | |

### AFFIDAVIT OF DISINTERESTED PERSON

STATE OF OKLAHOMA  )
                   ) ss.
COUNTY OF TULSA    )

I, David R. Payne of D.R. Payne & Associates, Inc., state that I am qualified to act as a financial advisor, marketing agent, forensic accountant and expert for and on behalf of the bankruptcy estate; that neither I nor my firm is a creditor of the above referenced bankruptcy estate; that neither I nor my firm holds or represents an interest that is adverse to the interests of the above referenced bankruptcy estate in any manner whatsoever; that neither I nor my firm has any connection with the U.S. Trustee's office; except for Ann M. Payne, a principal at DRPA, was previously employed at the Office of the United States Trustee Region 20 (employment ceased 1992); that both I and my firm are disinterested persons, qualified and competent to act as an expert on behalf of the estate.

D.R. Payne & Associates, Inc.

By: /s/ David R. Payne
David R. Payne
119 North Robinson Avenue, Suite 400
Oklahoma City, OK 73102

Subscribed and sworn to before me this 29th day of January 2025.



_____
Notary Public