IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
)
GREEN COPPER HOLDINGS, LLC )  CASE NO. 25-10088-M
EIN # xx-xxx9708 )  Chapter 7
)
)
Debtor. )

## AFFIDAVIT OF DISINTERESTEDNESS PERSON

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

I, Michelle Johnson ("Johnson") of Asset Liquidation Specialists LLC ("Asset Liquidation"), state that I am qualified to act as a consultant for the Trustee in this matter for purposes of securing the assets, changing the locks, securing utilities, and possible property insurance; that neither I nor Asset Liquidation holds or represents an interest that is adverse to the interests of the above referenced bankruptcy estate; that neither I nor Asset Liquidation have any connection with the U.S. Trustee's office; that both I and Asset Liquidation are disinterested persons, qualified and competent to assist the Trustee in this matter.

_____
Michelle Johnson
Asset Liquidation Specialists LLC

Subscribed and sworn to before me this 3rd day of February 2025

_____
Notary Public

MATTHEW AUGUST MARTIN
NOTARY PUBLIC
ROGERS COUNTY
STATE OF OKLAHOMA
COMMISSION NO. 24009708
EXPIRES 08-04-2028

Commission Expires
08/04/2028