**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re<br><br>**GREEN COPPER HOLDINGS, LLC**<br><br>Debtor. | Case No. 25-10088-M |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Enterprise Global Logistics, LLC, by and through its attorney of record, Kelley G. Loud of Titus Hillis Reynolds Love, hereby enters an appearance in the above captioned proceeding and respectfully requests that all notices or other documents filed by the Debtor or other parties in interest in this bankruptcy proceeding be addressed and properly served upon the following as counsel for Enterprise Global Logistics, LLC:

> Kelley G. Loud
> Titus Hillis Reynolds Love
> 15 East Fifth Street, Suite 3700
> Tulsa, Oklahoma 74103
> (918) 587-6800
> (918) 587-6822 – Facsimile
> kloud@titushillis.com

Respectfully submitted this 19th day of February, 2025.

> s/ Kelley G. Loud
> Kelley G. Loud, OBA No. 15808
> TITUS HILLIS REYNOLDS LOVE
> 15 E. Fifth Street, Suite 3700
> Tulsa, OK 74133
> Telephone: (918) 587-6800
> Facsimile: (918) 587-6822
> E-mail: kloud@titushillis.com
> *Attorney for Enterprise Global Logistics, LLC*