# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Green Copper Holdings, LLC | ) Case No. 25-10088-M |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Maxfield J. Malone of the firm Pray Walker, P.C., hereby appears in the above referenced case as Counsel for Linda Jones, an individual; and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

Maxfield J. Malone
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
mmalone@praywalker.com

Dated: February 20, 2025

    Respectfully submitted,

    */s/ Maxfield J. Malone*
    Maxfield J. Malone, OBA No. 34598
    PRAY WALKER, P.C.
    21 N. Greenwood Ave., Suite 400
    Tulsa, OK 74120-1904
    Tel: (918) 581-5500
    Fax: (918) 581-5599
    mmalone@praywalker.com

    *Attorneys for Linda Jones*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 20, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

                                                              */s/ Maxfield J. Malone*