**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION**

| | |
|---|---|
| IN RE: ) ) GREEN COPPER HOLDINGS, LLC, ) ) Debtor, ) | Petition: 25-10088-M Chapter 7 |

**NOTICE OF
DEMAND FOR NOTICES AND PAPERS**

**TO THE HONORABLE JUDGE OF THE
UNITED STATES BANKRUPTCY COURT:**

1. PLEASE TAKE NOTICE that **KATHERINE SEALE** ("Ms. Seale"), an individual, hereby appears in the above-captioned case by her counsel, **JOHN E. JOHNSON**.[1]

2. Said counsel hereby enters her appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules"); and such counsel hereby requests pursuant, *inter alia*, to Rules 2002, 3017 and 9007, and 11 U.S.C. § 342(e), that copies of all notices and pleadings given or filed in this case and in any adversary proceeding or contested matter filed herein be given to and served upon the undersigned at the following address and telephone number:

John E. Johnson, Esq.
LAW OFFICE OF J. ERICH JOHNSON, P.L.L.C.
705 Ross Avenue
Dallas TX 75202
+1 214 215 6402
jej@JErichLaw.com

3. Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan of reorganization, disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, electronic mail, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein. *See* 11 U.S.C. § 1109(b) (if applicable).

---

[1] Licensed in N.D. Okla., not before Okla. state-courts.

4.      This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any rights: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate.

5.      RESPECTFULLY SUBMITTED AND REMEMBERED THIS signature this the 26th day of February, year 2025.

> LAW OFFICE OF J. ERICH JOHNSON, P.L.L.C.
> 705 Ross Avenue
> Dallas TX 75202
> +1 214 215 6402
> jej@jerichlaw.com
>
> _____
> JOHN E. JOHNSON
> State Bar [Tex.] 24025457

**CERTIFICATE OF SERVICE**

  The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Friday, February 28, 2025; said e-mail provides an attributable hyperlink to the document, in portable document format, except any non-electronic served counsel; in that instance, such document was mailed via First Class United States Mail, to-wit:

GREEN COPPER HOLDINGS, LLC
15 W. 6th Street
Bartlesville OK 74066

Ron D. Brown, Esq.
LAW OFFICE OF RON BROWN
1609 E. 4th Street
Tulsa OK 74120

Patrick J. Malloy III, Trustee
MALLOY LAW FIRM
401 S. Boston Avenue
Sutie 500
Tulsa OK 74103

Mark D.G. Sanders, Esq.
Sidney K. Swinson, Esq.
GABLE GOTWALS
Suite 200, Vast Bank Bldg.
110 N. Elgin Street
Tulsa OK 74120

Karen Walsh, Esq.
OFFICE OF U.S. TRUSTEE, REGION 20
PO Box 3044
Tulsa OK 74101

And all Parties Seeking Electronic Service

                /s/ *John E. Johnson*
                JOHN E. JOHNSON.