IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

## REPORT OF ASSET CASE

After investigation by Patrick J. Malloy, Trustee of the above-captioned proceeding, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result.

The Trustee further requests that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this proceeding.

Attached is the Individual Estate Property Record and Interim Report.

Dated: March 3, 2025

        Submitted by:

        s/ Patrick J. Malloy III
        Patrick J. Malloy III, OBA #5647
        MALLOY LAW FIRM, P.C.
        401 S. Boston Ave., Suite #500
        Tulsa, OK 74103-4023
        Telephone: 918-699-0345
        *ATTORNEYS FOR TRUSTEE*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-10088 | M | Judge: | Terrence L. Michael | Trustee Name: | PATRICK J. MALLOY III, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | GREEN COPPER HOLDINGS, LLC | | | | Date Filed (f) or Converted (c): | 01/22/2025 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2025 |
| For Period Ending: | 03/03/2025 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Truity Credit Union - Checking account 2024 | 10.19 | 10.19 | | 0.00 | 10.19 |
| 2. Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower | 1,400,000.00 | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,400,010.19  $10.19  $0.00  $10.19

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   Current Projected Date of Final Report (TFR):

Trustee Signature:   /s/ PATRICK J. MALLOY III, TRUSTEE       Date: 03/03/2025

PATRICK J. MALLOY III, TRUSTEE
401 S. Boston Ave., Suite 500
Tulsa, OK 74103
(918)699-0345
pjmiiim@sbcglobal.net