United States Bankruptcy Court
Northern District of Oklahoma

In re:  Case No. 25-10088-T
Green Copper Holdings, LLC  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1085-4         User: admin         Page 1 of 3
Date Rcvd: Mar 04, 2025         Form ID: ntcclm         Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Green Copper Holdings, LLC, co Robert Hugh, Registered Agent, 15 W. 6th Street, Bartlesville, OK 74006 |
| aty | + | Gary M. McDonald, McDonald Law, PLLC, 15 West 6th Street, Suite 2606, Tulsa, OK 74119-5413 |
| aty | + | John E Johnson, John E. Johnson, Attorney, 705 Ross Avenue, Dallas, TX 75202-2007 |
| aty | + | Kelley G. Loud, Titus Hillis Reynolds, et al., 15 East Fifth Street, Suite 3700, Tulsa, OK 74103-4304 |
| aty | + | Kevin P Doyle, Pray Walker, PC, 21 North Greenwood Avenue, Suite 400, Tulsa, OK 74120-1999 |
| aty | + | Mark D.G. Sanders, GableGotwals, 110 N Elgin Avenue, Suite 200, Tulsa, OK 74120-1495 |
| aty | + | Maxfield James Malone, PrayWalker, 21 North Greenwood Avenue, Ste 400, Tulsa, OK 74120-1999 |
| aty | | Ron D. Brown, Ron Brown, 1609 E. 4th St., Tulsa, OK 74120 |
| cr | + | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| intp | + | Katherine Seale, c/o Law Office of J. Erich Johnson PLLC, 705 Ross Avenue, Dallas, TX 75202-2007 |
| cr | + | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | + | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3015733 | + | Craig A. Brand, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3016958 | + | Cynthia Diane Blanchard, 414 SE Washington Blvd., Ste. 205, Bartlesville, OK 74006-2428 |
| 3015735 | + | Dale Takio, personally and individually, as, well as on behalf of his entity Taktik, Enterprises, Inc., A Florida Corporation, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3013545 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, 222 N. Detroit 600, Tulsa, OK 74103-2412 |
| 3013546 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3015734 | + | Mike Moran, personally and individually, and, on behalf of his Florida Corp entity, Pictoria Studios USA, 3517 Watercrest Place, Orlando, FL 32835-2527 |
| 3013547 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3013548 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Mar 04 2025 23:22:00 | Karen Walsh, Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| aty | + | EDI: FKGLOUD | Mar 05 2025 04:12:00 | Kelley G. Loud, Titus Hillis Reynolds, et al., 15 East Fifth Street, Suite 3700, Tulsa, OK 74103-4304 |
| aty | + | EDI: QPJMALLOY.COM | Mar 05 2025 04:12:00 | Patrick J. Malloy, III, Malloy Law Firm, P.C., 401 S. Boston, Suite 500, Tulsa, OK 74103-4023 |
| aty | + | EDI: QSKSWINSON.COM | Mar 05 2025 04:12:00 | Sidney K Swinson, GableGotwals, 110 N Elgin Avenue, Suite 200, Tulsa, OK 74120-1495 |
| tr | + | EDI: QPJMALLOY.COM | Mar 05 2025 04:12:00 | Patrick J. Malloy, III, Malloy Law Firm, P.C., 401 S Boston Ave. Suite #500, Tulsa, OK 74103-4023 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Mar 04 2025 23:22:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Mar 04 2025 23:22:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | | |

District/off: 1085-4 User: admin Page 2 of 3
Date Rcvd: Mar 04, 2025 Form ID: ntcclm Total Noticed: 28

| | | | Mar 04 2025 23:22:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Mar 04 2025 23:22:00 | Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| exp | | D.R. Payne, D.R. Payne & Associates, [Address Unknown] |
| cr | | Enterprise Global Logistics LLC |
| consult | | Michelle Johnson, Asset Liquidation Specialists LLC |
| intp | | The McFarlin Building, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary M. McDonald | on behalf of Interested Party The McFarlin Building  LLC gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |
| John E Johnson | on behalf of Interested Party Katherine Seale jej@jerichlaw.com |
| Karen Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G. Loud | on behalf of Creditor Enterprise Global Logistics LLC kloud@titushillis.com  croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Kevin P Doyle | on behalf of Creditor Mark Haskell kdoyle@praywalker.com  mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Linda Jones kdoyle@praywalker.com  mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Donna Keffer kdoyle@praywalker.com  mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Linda Jones mmalone@praywalker.com  mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Donna Keffer mmalone@praywalker.com  mluger@praywalker.com |
| Maxfield James Malone | |

| District/off: 1085-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2025 | Form ID: ntcclm | Total Noticed: 28 |

                    on behalf of Creditor Mark Haskell mmalone@praywalker.com mluger@praywalker.com

Office of the United States Trustee
                    USTPRegion20.TU.ECF@usdoj.gov

Patrick J. Malloy, III
                    pjmiiim@sbcglobal.net pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
                    on behalf of Trustee Patrick J. Malloy III malloylawfirm@sbcglobal.net

Ron D. Brown
                    on behalf of Debtor Green Copper Holdings LLC ron@ronbrownlaw.com,
                    ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.
                    net

TOTAL: 14

**United States Bankruptcy Court**
**Northern District of Oklahoma**

**IN RE:**

**Green Copper Holdings, LLC**                    Case No.: 25–10088–T
                                                  Chapter: 7
**Debtor**

**NOTICE TO FILE PROOF OF CLAIM**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. After further investigation by the Trustee, it has been reported that assets have been identified and may be distributed to creditors.

Creditors who wish to share in any distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before **June 9, 2025**

Claims received after such date will be considered as filed out of time.

A Proof of Claim (Official Form B410) may be filed using the Electronic Proof of Claim program (ePOC), located on the Court's website at www.oknb.uscourts.gov. Choose the tab titled "For Creditors" then choose "File a Proof of Claim". Select ePOC to have Form B410 created by CM/ECF. Upon completion of the electronic filing process, you will be able to print a confirmation page showing the claim was successfully filed as proof of filing. Further instructions for filing a Proof of Claim are included on the website.

If you do not wish to file your claim electronically, or do not have access to the Court's website, you may obtain the Proof of Claim form (Official Form B410) at any Bankruptcy Clerk's Office or online at the Court's website at www.oknb.uscourts.gov. This form may be submitted by regular mail to the following address:

U.S. Bankruptcy Court
Room 105
224 South Boulder Avenue
Tulsa, OK 74103

There is no fee for filing a Proof of Claim.

It is not known at this time whether a distribution to creditors will result; however, in order to participate in any distribution, a claim must be filed.

**PLEASE FILE ONLY ONE CLAIM. IF YOU HAVE PREVIOUSLY FILED A CLAIM, PLEASE DO NOT FILE AGAIN.**

**Dated:** March 4, 2025                          **JOLE ANN AWTREY**
                                                  **CLERK, U.S. BANKRUPTCY COURT**