**Fill in this information to identify the case:**

Debtor name: **Green Copper Holdings, LLC**

United States Bankruptcy Court for the: **Northern** District of **Oklahoma**
(State)

Case number (if known): **25-10088**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* — **Amount of claim** Do not deduct the value of collateral.

   *Column B* — **Value of collateral that supports this claim**

   **2.1** Creditor's name: **Scott R. Helton PLLC cba Helton Law FIrm Law Firm**

   Creditor's mailing address: **9125 S Toledo Ave, Tulsa, OK 74137**

   Creditor's email address, if known:

   Date debt was incurred: **1/15/2025**

   Last 4 digits of account number: ___ ___ ___ ___

   Do multiple creditors have an interest in the same property?
   - ☑ No
   - ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

   Describe debtor's property that is subject to a lien: **Block 47 of Original Town, New City of Bartlesville, Ok**

   Describe the lien: **Mortgage**

   Is the creditor an insider or related party?
   - ☑ No
   - ☐ Yes

   Is anyone else liable on this claim?
   - ☑ No
   - ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   As of the petition filing date, the claim is: Check all that apply.
   - ☐ Contingent
   - ☐ Unliquidated
   - ☐ Disputed

   Column A: **unknown**    Column B: **$1,400,000.00**

   **Remarks:** Mortgage on Price Tower, owned by Green Copper Holdings LLC, a subsidiary of Debtor

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

Debtor **Green Copper Holdings, LLC**     Case number (if known) **25-10088**
     Name

# Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**
**Washington County Treasurer**

**Creditor's mailing address**
**420 S Johnstone Rm 101**
**Bartlesville, OK 74003-0000**

**Creditor's email address, if known**

**Date debt was incurred**    **70067**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ad valorem Taxes- owed on Price Tower through Green Copper Holdings LLC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: unknown
Column B: unknown

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **2** of **2**

```
Fill in this information to identify the case:

Debtor name            Green Copper Holdings, LLC

United States Bankruptcy Court for the:
                       Northern District of Oklahoma

Case number (if known):       25-10088
```

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                     | Total claim | Priority amount |
|-----|-----------------------------------------------------|-------------|-----------------|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

Debtor **Green Copper Holdings, LLC**  Case number *(if known)* __25-10088__
       Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Archway Properties<br>c/o Dallas Hindman<br>272550 N 3979 Dr<br>Ochelata, OK 74051<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Business Debt<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $3,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Cherokee Fire Protection<br>PO Box Box 678<br>Oologah, OK 74053<br><br>Date or dates debt was incurred   2024<br>Last 4 digits of account number  1 5 0 8 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: Business Debt<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $1,451.88 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Craig Brand<br>11222 Oakshore Lane<br>Clermont, FL 34711<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | unknown |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Cynthia Blanchard<br>414 SE Washington Blvd, Suite 205<br>Bartlesville, OK 74006<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Loan<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $15,553.19 |

Debtor   **Green Copper Holdings, LLC**                                         Case number *(if known)*   **25-10088**
         Name

## Part 2: Additional Page

### 3.5 Nonpriority creditor's name and mailing address
Cynthia Blanchard

414 SE Washington Blvd, Suite 205

Bartlesville, OK 74006

Date or dates debt was incurred: _____

Last 4 digits of account number: __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,553.00**

---

### 3.6 Nonpriority creditor's name and mailing address
Donna Keffer

c/o Pray Walker

21 N. Greenwood 400

Tulsa, OK 74120

Date or dates debt was incurred: _____

Last 4 digits of account number: __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

### 3.7 Nonpriority creditor's name and mailing address
Frank Lloyd Wright Building Conservancy

c/o Crowe and Dunlevy

222 N. Detroit 600

Tulsa, OK 74120

Date or dates debt was incurred: **2024**

Last 4 digits of account number: __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** CJ 2024-237 Counterclaims

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

### 3.8 Nonpriority creditor's name and mailing address
Linda Jones

115 1/2 SE Frank Phillips Blvd

Bartlesville, OK 74003

Date or dates debt was incurred: _____

Last 4 digits of account number: __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 3 of 6

Debtor  **Green Copper Holdings, LLC**　　　　　　　　　　　　Case number *(if known)*　**25-10088**
　　　　Name

**Part 2:  Additional Page**

| | | |
|---|---|---|
| **3.9** **Nonpriority creditor's name and mailing address**<br>**Mark Haskell**<br><br>**115 1/2 SE Frank Phillips Blvd**<br><br>**Bartlesville, OK 74003**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $576,087.77 |
| **3.10** **Nonpriority creditor's name and mailing address**<br>**McFarlin Building, LLC**<br><br>**11 E 5th Street 500**<br><br>**Tulsa, OK 74103**<br><br>Date or dates debt was incurred   2024<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** CV 2024-158<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | unknown |
| **3.11** **Nonpriority creditor's name and mailing address**<br>**TakTik Enterprises & Subsidiaries**<br><br>**c/o Dale Takio**<br><br>**11222 Oakshore Lane**<br><br>**Clermont, FL 34711**<br><br>Date or dates debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | unknown |

Debtor  **Green Copper Holdings, LLC**     Case number *(if known)* **25-10088**
Name

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **McDonald Law Firm**<br>**15 W. 6th Street 2606**<br>**Tulsa, OK 74119** | Line **3.10**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.2 | **Pray Walker**<br>**21 N. Greenwood 400**<br>**Tulsa, OK 74120** | Line **3.9**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.3 | **Pray Walker**<br>**21 N. Greenwood 400**<br>**Tulsa, OK 74120** | Line **3.8**<br>☐ Not listed. Explain | __ __ __ __ |

| Debtor | **Green Copper Holdings, LLC** | Case number *(if known)* | **25-10088** |
|---|---|---|---|
| | Name | | |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $611,645.84 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $611,645.84 |

Fill in this information to identify the case:

Debtor name: **Green Copper Holdings, LLC**

United States Bankruptcy Court for the: **Northern District of Oklahoma**

Case number (if known): **25-10088**   Chapter **7**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $1,400,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................  $10.19

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................  $1,400,010.19

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................  $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................  + $611,645.84

4. **Total liabilities**................................................................................................................................  $611,645.84
    Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Green Copper Holdings, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Oklahoma** |
| Case number (if known): | **25-10088** |

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/12/2025**
MM/ DD/ YYYY

X **/s/ Cynthia Blanchard**
Signature of individual signing on behalf of debtor

**Cynthia Blanchard**
Printed name

**President**
Position or relationship to debtor

/s/ Ron D. Brown OBA#16352
Brown Law Firm PC
1609 E. 4th Street
Tulsa Ok 74120
(918) 585-9500
ron@ronbrownlaw.com

Official Form B202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**