Revised 08/2020

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:   Green Copper Holdings, LLC | Case No.    25-10088 |
| | Chapter    7 |
| **Debtor(s)** | |

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

☐ Original
☑ Amendment
☑ Add    ☐ Delete

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

**If this filing is an amendment to the creditor list, indicate only the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

__3__   # of Creditors (or if amended, # of creditors added)

Method of submission:

(a)  ☑  uploaded to Electronic Case Filing System; or

(b)  ☐  Creditor List Submission application (to be used by Pro Se filers, found on the court's website at www.oknb.uscourts.gov, or available in the Clerk's Office)

_____   # of Creditors (on attached list) to be deleted

| | |
|---|---|
| /s/ Cynthia Blanchard | Joint Debtor Signature |
| Cynthia Blanchard | |
| Debtor Signature | |
| Address: (if not represented by an attorney) | Address: (if not represented by an attorney) |
| | |
| Phone: (if not represented by an attorney) | Phone: (if not represented by an attorney) |
| | |
| Date    03/12/2025 | /s/ Ron Brown |
| | Ron Brown |
| | Signature of Attorney |
| *[Check if applicable]* | Bar Number: 16352 |
| ☐ Creditors with foreign addresses included | Brown Law Firm PC |
| | 1609 E. 4th St. |
| | Tulsa, OK 74120 |
| | Phone: (918) 585-9500 |
| | Email: ron@ronbrownlaw.com |
| | Name/OBA#/Address/Telephone #/Email |

1

Revised 08/2020

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

## OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the following criteria as described below:

- The name and address of each creditor must be five (5) lines or fewer
- Each line may contain no more than 40 characters including spaces
- Names and addresses should be left justified (no leading spaces) with only one column of creditors
- If attention lines are used, they should appear on the second line of the address
- City, state, and ZIP code must be on the last line
- All states must be two-letter abbreviations
- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits
- DO NOT include the following names on the mailing list, they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), United States Trustee

**Attorney Filers**
Most bankruptcy preparation software packages have the ability to save the creditor list electronically in the proper format. Please check with your software company to ensure you have this option.

**Filers without an Attorney (Pro Se Debtors)**
Filers without an attorney may submit creditors through the Creditor List Submission application which can be accessed from the Court's website at www.oknb.uscourts.gov, or in the Clerk's Office.

**Computer Access**
Any pro se debtor or attorney who does not have access to a computer may use the equipment located in the Clerk's office to create the Official Creditor List.

**Verification of Creditor List**
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification as to Official Creditor List in the format outlined by the Clerk.

**Amendments**
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the above-described criteria.