UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re:                                                    )
                                                          )
John Christopher Young and Susan Rozella Young  )
                                                          )
                                                          )        Case No.  24-11100-M
                                    Debtor(s).            )        Chapter 7

**<u>CERTIFICATE OF SERVICE</u>**

COMES NOW RON D. BROWN, and hereby certifies that, on March 12, 2025,

the Form 309(A) 341(a) Notice (as contained in docket entry #7) was mailed to the

following parties.

Archway Properties
c/o Dallas Hindman
272550 N 3979 Dr
Ochelata, OK 74051

Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053

Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120

Respectfully submitted,

 /s/  Ron Brown_____
Ron Brown, OBA # 16352
1609 E. 4th Street
Tulsa, OK 74120
(918) 585-9500
(866) 552-4874 fax
ron@ronbrownlaw.com