UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| Green Copper Holdings, LLC | ) |
| | ) |
| | ) Case No. 25-10088-T |
| Debtor(s). | ) Chapter 7 |

**CERTIFICATE OF SERVICE**

COMES NOW RON D. BROWN, and hereby certifies that, on March 12, 2025, the Form 309(A) 341(a) Notice (as contained in docket entry #7) was mailed to the following parties.

Archway Properties
c/o Dallas Hindman
272550 N 3979 Dr
Ochelata, OK 74051

Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053

Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120

Respectfully submitted,

 /s/  Ron Brown
Ron Brown, OBA # 16352
1609 E. 4th Street
Tulsa, OK 74120
(918) 585-9500
(866) 552-4874 fax
ron@ronbrownlaw.com