IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
Mar 13, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

### ORDER

This matter having come on for consideration this 13th day of March 2025 upon *TRUSTEE'S MOTION TO SHORTEN NOTICE OF TRUSTEE'S NOTICE AND MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES AND TERMINATION FEE AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 45) (the "Motion"), the Court finds:

1. The Motion seeks authority to shorten the Notice period for the *Trustee's Notice and Motion for Order Authorizing Bidding Procedures and Termination Fee* for the sale of the estate's rights, title and interest in and to certain real property known as the *Price Tower* and all personal property located in or on the real property to ten (10) days.

2. Good cause exists to grant the request including but not limited to the uninsured status of these assets.

IT IS THEREFORE ORDERED that the Notice period for *TRUSTEE'S NOTICE AND MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES AND TERMINATION FEE AND NOTICE OF OPPORTUNITY FOR HEARING* is reduced to ten (10) days.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*