<u>EXHIBIT A</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GREEN COPPER HOLDINGS, LLC | ) CASE NO. 25-10088-M |
| EIN # xx-xxx9708 | ) Chapter 7 |
| | ) |
| | ) |
| Debtor. | ) |

### RULE 2014 DECLARATION

The undersigned on oath does state:

1. I am a Managing Director of Cushman & Wakefield ("Cushman"), Commercial Realtors with offices in Tulsa, Oklahoma.

2. I am a qualified and licensed real estate broker with extensive experience marketing and selling commercial real estate.

3. I am familiar with the real property located at 510 Dewey Avenue in Bartlesville, Oklahoma referred to herein as the Price Tower. I am additionally aware of the personal property located on or in the Price Tower. Prior to the commencement of these proceedings, I was employed by the Debtor to market and sell the Price Tower and received inquiries from a number of interested parties and potential buyers. As a result of the pre-bankruptcy litigation related to the property, we were unable to proceed with any formal offers.

4. I understand and agree that any pre-bankruptcy listing agreement entered into by and between he above named debtor and myself or Cushman is no longer valid.

5. I understand that I am signing this Declaration as part of a motion to employ me to market and sell the Price Tower and related personal property on behalf of the referenced

bankruptcy estate subject to a listing agreement attached as an Exibit to the motion to employ.

6. That I am not a creditor of this estate and I do not hold or represent an interest that is adverse to the interests of this estate.

7. I have no connection with the United States Trustee's office.

8. I am qualified and competent to provide the services which are the subject of the motion to employ.

Cushman & Wakefield Commercial Realtors

By: _____
Scott Schlotfelt

Subscribed and sworn to before me this 27th day of February 2025.

_____
Notary Public