# EXHIBIT B

**EXCLUSIVE RIGHT TO SELL AGREEMENT**

Whereas Patrick J Malloy III("Trustee") is the duly appointed Bankruptcy Trustee in the matter of in re Green Copper Holdings LLC Case. No. 25-10088-M("Estate") pending in the United States Bankruptcy Court for the Northern District of Oklahoma;

And Whereas included among the assets that are Property of the Estate is the Estate's right, title and interest in and to real estate located at 510 Dewey Ave., Bartlesville, Oklahoma, also known as Price Tower and all personal property located on and in the Price Tower including but not limited to those assets described in **Exhibit A** attached hereto("Property").

And Whereas the Trustee desires to employ Commercial Oklahoma Inc. | Cushman & Wakefield("Broker")  as the exclusive agent to market and sell the Property.

Now therefore Premises Considered the undersigned do hereby agree as follows:

1.  The estate and Broker acknowledge and agree that prior to bankruptcy the Debtor entered into two listing agreements with Broker the most recent one being executed on December 12, 2024. The estate and Broker additionally acknowledge and agree that as of the date of bankruptcy those agreement became null and void and of no legal force or consequence.

2.  The Property will be sold to McFarlin Building Group("McFarlin"), an Oklahoma LLC pursuant to a Stalking Horse Asset Purchase Agreement for the sum of $1,400,000 ("Stalking Horse Bid") which in turn is subject to Bidding Procedures approved by the Bankruptcy Court

3.  The ultimate Purchase Price shall be the highest bid received and approved by the Bankruptcy Court pursuant to the Bidding Procedures approved by the Court.

4.  The sale of the Property shall be subject to a Preservation And Conservation Easement("Easement") in favor of The Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation.

5.  With the exception of the Easement the Property will be sold free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363.

6.  Title of the Property shall be conveyed by Trustee Deed and a Trustee Bill of Sale neither of which will provide any warranties or representations of any kind other than a representation that the Trustee has authority to transfer the Property.

7. The Trustee does not warrant or represent the accuracy of any inventory of personal property provided to Broker or any prospective bidder. The Trustee shall, upon proper Notice, arrange for any prospective bidder to inspect the property. During the term of this agreement the Trustee shall have exclusive control over access to the Property and is free to meet with any prospective bidder relative to the sale of the Property.

8. Broker shall be paid 3% of the gross sale price ultimately approved by the Bankruptcy Court with the following exceptions: In the event no competitive bids are submitted pursuant to Bidding Procedures approved by the Bankruptcy Court and the Property is sold to McFarlin pursuant to the Stalking Horse Bid Broker shall not be entitled to any commission. In the even McFarlin is the ultimate buyer of the Property for a sum higher than the Stalking Horse Bid Broker shall receive a commission of 3% of the difference between the Stalking Horse Bid and the ultimate price paid by McFarlin.

9. Payment of the Commission shall be subject to bankruptcy Court approval but shall be paid at the time of closing without further Notice or court order.

10. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute relative to this agreement.

11. The Term of this agreement shall commence upon the entry of a Bankruptcy Court order approving the employment and conclude with the closing of a sale pursuant to the terms of the Bidding Procedures approved by the Court.

12. Owner acknowledges Commercial Oklahoma, Inc. | Cushman & Wakefield and its associated Brokers are providing services as a Transaction Broker, and Seller will not be vicariously liable for the acts or omissions of the Broker as a Transaction Broker.


Broker: Commercial Oklahoma, Inc.
Jared Andresen
Scott A. Schlotfelt

Broker Signature

3-12-25

Date

Trustee:
Pat Malloy

Trustee Signature

3/12/2025

Date

Managing Broker: Jared Andresen