### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:  )
)
**GREEN COPPER HOLDINGS, LLC**  )     **CASE NO. 25-10088-T**
**EIN # xx-xxx9708**  )     **Chapter 7**
)
)
Debtor.  )

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                  } ss.
COUNTY OF TULSA     }

      COMES NOW Patrick J. Malloy III, Trustee, and upon oath deposes and states:
      That on March 14, 2025, I mailed a true and exact copy of: ***Trustee's Notice and Motion for Order Authorizing Bidding Procedures and Termination Fee and Notice and Opportunity for Hearing (Doc No. 50)*** with proper postage to all parties on the attached list.

Respectfully submitted by,

_____
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:    918-699-0345
Fax:           918-699-0325
*ATTORNEYS FOR TRUSTEE*

Subscribed and sworn to me this 17th date of March 2025.

_____

My Commission Expires:

_04/09/2028_____

TRUDIE MAYO
Notary Public, State of Oklahoma
Commission #24004763
My Commission Expires 04/09/2028

Label Matrix for local noticing
1085-4
Case 25-10088-T
Northern District of Oklahoma
Tulsa
Fri Mar 14 16:01:19 CDT 2025

Archway Properties
c/o Dallas Hindman
272550 N 3979 Dr
Ochelata, OK 74051

Ron D. Brown
Ron Brown
1609 E. 4th St.
Tulsa, OK 74120

Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053-0678

Chief, Civil Trial Section - Central Region
Tax Division, U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044-7238

Craig A. Brand
11222 Oakshore Lane
Clermont, Florida 34711-5408

Cynthia Diane Blanchard
414 SE Washington Blvd.
Ste. 205
Bartlesville, OK 74006-2428

Dale Takio, personally and individually, as
well as on behalf of his entity Taktik
Enterprises, Inc., A Florida Corporation
11222 Oakshore Lane
Clermont, Florida 34711-5408

Kevin P Doyle
Pray Walker, PC
21 North Greenwood Avenue
Suite 400
Tulsa, OK 74120-1999

Frank Lloyd Wright Building Conservancy
c/o Crowe and Dunlevy
222 N. Detroit 600
Tulsa, OK 74103-2412

Green Copper Holdings, LLC
co Robert Hugh, Registered Agent
15 W. 6th Street
Bartlesville, OK 74006

Mark Haskell
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

John E Johnson
John E. Johnson, Attorney
705 Ross Avenue
Dallas, TX 75202-2007

Linda Jones
115 SE Frank Phillips
Bartlesville, OK 74003-3519

Donna Keffer
1608 Cherokee Hills Drive
Bartlesville, OK 74006-4209

Kelley G. Loud
Titus Hillis Reynolds, et al.
15 East Fifth Street, Suite 3700
Tulsa, OK 74103-4304

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-4023

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S. Boston
Suite 500
Tulsa, OK 74103-4023

Maxfield James Malone
PrayWalker
21 North Greenwood Avenue
Ste 400
Tulsa, OK 74120-1999

Gary M. McDonald
McDonald Law, PLLC
15 West 6th Street
Suite 2606
Tulsa, OK 74119-5413

McFarlin Building, LLC
11 E 5th Street 500
Tulsa, OK 74103-4454

Mike Moran, personally and individually, and
on behalf of his Florida Corp entity
Pictoria Studios USA
3517 Watercrest Place
Orlando, FL 32835-2527

Nola Renee Nichols
23538 NS 414 RD
Nowata, OK 74048-4904

Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Okla Empl. Sec. Comm.
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Empl. Sec. Comm.
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

Paul Aubert
24 Waterway Ave
Suite 830
The Woodlands, TX 77380-4324

Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120-1999

Mark D.G. Sanders
GableGotwals
110 N Elgin Avenue, Suite 200
Tulsa, OK 74120-1495

Scott R. Helton PLLC cba Helton Law FIrm Law
9125 S Toledo Ave
Tulsa, OK 74137-2719

Katherine Seale
c/o Law Office of J. Erich Johnson PLLC
705 Ross Avenue
Dallas, TX 75202-2007

Sidney K Swinson
GableGotwals
110 N Elgin Avenue, Suite 200
Tulsa, OK 74120-1495

Tulsa County Treasurer
John M. Fothergill
218 W 6th St., 8th Fl
Tulsa, OK 74119-1004

(p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE
ATTN ATTN MS KIRBY BOUDREAUX
110 W 7TH STREET
SUITE 300
TULSA OK 74119-1013

US SEC & EXCHANGE COMM.
Midwest Regional Office
175 W. Jackson Boulevard, Ste 900
Chicago, IL 60604-2815

Karen Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Washington County Treasurer
420 S Johnstone Rm 101
Bartlesville, OK 74003-6602

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Enterprise Global Logistics LLC

(u)Michelle Johnson
Asset Liquidation Specialists LLC

(d)Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-4023

(u)D.R. Payne
D.R. Payne & Associates
Address Unknown
, OK

(u)The McFarlin Building, LLC

End of Label Matrix
Mailable recipients    37
Bypassed recipients     5
Total                  42