# **INDEX of EXHIBITS**

**MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS ATTRIBUTED TO ATTORNEY CRAIG ALAN BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDITATED INTENT**

### Exhibit A =

*GANNETT News article:* **"Price Tower stakeholders accuse Blanchards of dodging debts, claim they're owed $200K plus"** *published 1 May 2024*

### Exhibit B =

Quit Claim Deed, from Price Tower Arts Center Inc. signed by Brad Doenges

### Exhibit C =

U.S. SECURITIES AND EXCHANGE COMMISSION
Litigation Release No. 26121 / September 23, 2024
*Securities and Exchange Commission v. Anthem Hayek Blanchard and Anthem Holdings Company,* Civil Action No. 2:24-cv-02437 (D. Kan. filed Sept. 23, 2024)

### Exhibit D =

*Securities and Exchange Commission v. Anthem Hayek Blanchard and Anthem Holdings Company,* Civil Action No. 2:24-cv-02437 (D. Kan. filed Sept. 23, 2024)

### Exhibit E =

MORTGAGE issued to: Scott R. Helton, PLLC d/b/a Helton Law Firm (the "Mortgagee") by Copper Tree, Inc. and Green Copper Holdings, LLC (collectively "Mortgagor"), SIGNED by CYNTHIA D. BLANCHARD as control person.