**MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS ATTRIBUTED TO ATTORNEY CRAIG ALAN BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDITATED INTENT**

# EXHIBIT

# "B"

## To Follow . . .

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF OKLAHOMA

| RE: GREEN COPPER HOLDINGS, LLC (EIN # xx-xxx9708 ) CASE NO. 25-10088-T  Chapter 7 | Case No.: 25-10088-T |
|---|---|

Quit Claim Deed signed by "Brad Doenges" Chairman of Price Tower Arts Center Inc.

https://dn721607.ca.archive.org/0/items/washington-official-book-001208-page-1053-95209969/Washington%20%28official%29%20-%20Book%20001208%2C%20Page%201053%2095209969.pdf

```
I-2023-001670          Book 1208 Pg 1053
03/1? 2023 2.05pm         Pg 1053-1053
       Fee $18 00   Doc $0 00
Ani   e Smith - Washington County Clerk
             State of Oklahoma
```

MAILING ADDRESS:
510 S. Dewey, Ste 300
Bartlesville, OK 74003

## QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS

That PRICE TOWER ARTS CENTER, INC., an Oklahoma nonprofit corporation ("Grantor"), in consideration of the sum of TEN AND NO/100 DOLLARS ($10 00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, bargain, sell, convey and quitclaim unto Green Copper Holdings, LLC, a New Mexico limited liability company ("Grantee"), a certain tract of real property situated in Washington County, Oklahoma, described as follows, to wit:

> BLOCK FORTY-SEVEN (47) OF THE ORIGINAL TOWN,
> NOW CITY OF BARTLESVILLE, OKLAHOMA

NO DOCUMENT STAMPS REQUIRED: CONSIDERATION UNDER $101.00

together with all improvements thereon and appurtenances thereunto belonging.

TO HAVE AND TO HOLD said described premises unto the Grantee, and Grantee's successors and assigns forever. Grantor does not warrant, either expressly or impliedly, the condition or fitness of the property conveyed hereunder, any such warranty being hereby expressly negated. Grantee, by acceptance hereof, accepts the property conveyed hereunder in its "as is" condition.

EXECUTED and delivered this 7th day of March, 2023.

PRICE TOWER ARTS CENTER, INC

By: _____
Name: Brad Doenges
Title: Chairman of the Board

STATE OF OKLAHOMA       )
                        ) ss.
COUNTY OF WASHINGTON    )

This instrument was acknowledged before me on March 7, 2023, by Brad Doenges, as the Chairman of the Board of PRICE TOWER ARTS CENTER, INC., an Oklahoma nonprofit corporation, on behalf of said corporation.

_____
Notary Public

My Commission Expires: 8/9/2026

Commission No.: 22010762

MELISSA WERTS
Notary Public
State of Oklahoma
Commission No. 22010762
Expires: 08/09/2026

1