MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS ATTRIBUTED TO ATTORNEY CRAIG ALAN BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDITATED INTENT

# EXHIBIT

# "C"

## To Follow . . .

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF OKLAHOMA

| RE: GREEN COPPER HOLDINGS, LLC (EIN # xx-xxx9708 ) CASE NO. 25-10088-T Chapter 7 | Case No.: 25-10088-T |
|---|---|

**U.S. SECURITIES AND EXCHANGE COMMISSION**
Litigation Release No. 26121 / September 23, 2024
*Securities and Exchange Commission v. Anthem Hayek Blanchard and Anthem Holdings Company*, Civil Action No. 2:24-cv-02437 (D. Kan. filed Sept. 23, 2024)

https://www.sec.gov/enforcement-litigation/litigation-releases/lr-26121



**U.S. Securities and Exchange Commission**

Home / Enforcement and Litigation / Litigation Releases / Anthem Hayek Blanchard and Anthem Holdings Company

# Anthem Hayek Blanchard and Anthem Holdings Company

## U.S. SECURITIES AND EXCHANGE COMMISSION
## Litigation Release No. 26121 / September 23, 2024

*Securities and Exchange Commission v. Anthem Hayek Blanchard and Anthem Holdings Company*, Civil Action No. 2:24-cv-02437 (D. Kan. filed Sept. 23, 2024)

### SEC Charges Oklahoma Resident and Company in $5 Million Securities Fraud

The Securities and Exchange Commission today charged Oklahoma-based Anthem Holdings Company and its founder and CEO Anthem Hayek Blanchard with defrauding investors of over $5 million in two securities offerings.

According to the SEC's complaint filed in the United States District Court for the District of Kansas, between September 2020 and July 2022, Blanchard and Anthem Holdings made false and misleading statements to prospective investors about Anthem Holdings' financial projections, business development pipeline, and investment commitments. The complaint alleges that, as a result of the fraudulent misstatements, Anthem Holdings raised $5 million from approximately 200 investors in a "Series A" equity offering and over $200,000 from two investors in a "Pre-Series B" convertible note offering.

The SEC's complaint charges Blanchard and Anthem Holdings with violating the antifraud provisions of Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder. The complaint seeks injunctive relief and civil monetary penalties from Blanchard and Anthem Holdings, and an officer-and-director bar against Blanchard.

The SEC's investigation was conducted by Jason Spitalnick and Jacqueline Moessner, with assistance from Jeb Wildschut, Scott Gammel, and Nicholas Madsen, and supervised by Mary Brady, Nicholas Heinke, and Jason Burt, all of the Denver Regional Office. The litigation will be handled by Mr. Spitalnick and Sharan Lieberman and supervised by Gregory Kasper, Mr. Heinke, and Mr. Burt.

## RESOURCES

- **SEC Complaint**