**MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS ATTRIBUTED TO ATTORNEY CRAIG ALAN BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDITATED INTENT**

# EXHIBIT

# "E"

## To Follow . . .

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF OKLAHOMA

| RE: GREEN COPPER HOLDINGS, LLC (EIN # xx-xxx9708 ) CASE NO. 25-10088-T  Chapter 7 | Case No.: 25-10088-T |
|---|---|

**MORTGAGE ISSUED by Green Copper Holdings LLC / COPPER TREE and SIGNED by Cynthia D. Blanchard as the CONTROL PERSON of the the purported debtor(s)**

MORTGAGE issued to: Scott R.Helton, PLLC d/b/a Helton Law Firm (the "Mortgagee") by Copper Tree, Inc. and Green Copper Holdings, LLC (collectively "Mortgagor"), SIGNED by CYNTHIA D. BLANCHARD as control person.

MORTGAGE TAX
PAID $250.00 REC. # 869
DATE JAN 15 2025
WASHINGTON COUNTY, OK
MELISSA THORNBRUGH, TREASURER
DEPUTY

Recordation Requested By:
Helton Law Firm

Sent Tax Notices To:
Cynthia Blanchard
510 S. Dewey Ave
Bartlesville, OK 74003

I-2025-000275     Book 1226 Pg 1330
01/15/2025 2:53pm     Pg 1330-1331
Fee: $20.00   Doc: $0.00
Annette Smith - Washington County Clerk
State of Oklahoma



(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

## MORTGAGE OF REAL ESTATE

**THIS MORTGAGE** made effective as of the 14th day of January 2025, by Scott R. Helton, PLLC d/b/a Helton Law Firm (the "Mortgagee") and Copper Tree, Inc. and Green Copper Holdings, LLC (collectively "Mortgagor").

**WITNESSETH,** that Mortgagor, in consideration of a line of credit between Mortgagor and Mortgagee not to exceed TWO HUNDRED FIFTY THOUSAND DOLLARS AND NO/100 ($250,000.00), plus interest accrued and accruing at the rate of ten percent (10%) per annum beginning January 14, 2025, such principal and accrued interest due to Mortgagee upon demand, does by these presents, grant, bargain, sell, mortgage, and convey unto Mortgagee, and Mortgagee's successors, personal representatives, heirs and assigns all the real estate situated in Washington County, State of Oklahoma, described as follows:

BLOCK FORTY-SEVEN (47) OF THE ORIGINAL TOWN, NOW CITY OF BARTLESVILLE, OKLAHOMA

Commonly known as: 510 Dewey Avenue, Bartlesville, OK 74003 (the "Price Tower").

**TO HAVE AND TO HOLD** the same, together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining forever.

Mortgagor expressly agrees that in case of foreclosure of this Mortgage, and as often as any proceedings shall be taken to foreclose the same as herein provided, Mortgagor will pay to Mortgagee all reasonable attorney's fees, costs, and expenses relating thereto, in addition to all

Executed the day and year first above written.

Page 1 of 2

I-2025-000275   Book 1226 Pg 1331
01/15/2025 2:53pm   Pg 1330-1331
Fee: $20.00   Doc: $0.00
Annette Smith - Washington County Clerk
State of Oklahoma

_____
Cynthia Blanchard, in her capacity as Chief Executive Officer of Copper Tree, Inc. and as Manager Green Copper Holdings, LLC

## ACKNOWLEDGMENT

STATE OF OKLAHOMA   )
                    ) SS
COUNTY OF TULSA     )

This instrument was acknowledged before me on the 14 day of January, 2025, by Cynthia Blanchard, in her capacity as Chief Executive Officer of Copper Tree, Inc. and Manager of Green Copper Holdings, LLC.

HEATHER GILLEY
Notary Public, State of Oklahoma
Commission # 21014023
My Commission Expires 10-26-2025

_____
Notary Public