<u>**EXHBIT A**</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

---

**IN RE:**
Green Copper Holdings, LLC,
Debtor.

**CASE NO.: 25-10088-T**
**Chapter 7**

---

**OBJECTION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES AND TERMINATION FEE**

**AND NOTICE OF OPPORTUNITY FOR HEARING**

COME NOW the undersigned parties:

- **Pictoria Studios USA, Inc.,**
- **Taktik Enterprises, Inc.,**
- **Mystic Enterprises, Inc.,**
- **Dale Douglas Takio and Katalin Nagy-Takio, JTWROS,**
- **Michael J. Moran and Erinne Moran, JTWROS,** and
- **Craig Brand and Adriana Soto, JTWROS**

(collectively, the "Objectors"), each a creditor and/or equity stakeholder of Copper Tree, Inc. and its subsidiaries including Green Copper Holdings, LLC (the "Debtor"), and hereby jointly file this **Objection** to the Trustee's Motion for Order Authorizing Bidding Procedures and Sale of the Price Tower (the "Motion") filed on March 14, 2025, and state as follows:

---

**1. Introduction and Standing**

1.1 The Objectors collectively hold **secured and unsecured claims** against Copper Tree, Inc. and its subsidiaries totaling more than **$500,000**, including under contractual agreements entered into prior to the bankruptcy filing.

1.2 The Objectors also hold **equity interests** in Copper Tree, Inc., including non-dilutive preferred equity, and have a material and vested interest in the assets now subject to the proposed sale.

1.3 These parties were **not served timely** with notice of the Trustee's Motion, which was filed on March 14, 2025, but **not received until March 22, 2025**, in violation of their rights as creditors and stakeholders.

## 2. The Proposed Sale Is Based on a Fraudulent and Grossly Undervalued Agreement

2.1 The Trustee seeks to sell the Frank Lloyd Wright-designed Price Tower and its contents to McFarlin Building, LLC for **$1.4 million**, pursuant to a stalking horse Asset Purchase Agreement (APA).

2.2 The Objectors object to the Motion on grounds that the APA is based on **fraudulent inducement and breaches of fiduciary duty** stemming from a series of bad-faith transfers by Copper Tree, Inc. in violation of **preservation notices** served in September 2023

2.3 The Objectors possess a **professional third-party appraisal** conducted in April 2023 that values the Price Tower at over **$40 million**, which will be submitted **under seal** or presented at a hearing.

## 3. The Sale Fails to Maximize Estate Value in Violation of 11 U.S.C. § 363

3.1 Under 11 U.S.C. § 363 and § 704, the Trustee is required to **maximize value** for the benefit of all creditors.

3.2 A sale for $1.4 million—less than **4% of known appraised value**—especially when coupled with a **Termination Fee** of $70,286, is a violation of that duty and constitutes a de facto gift to the stalking horse bidder.

3.3 The Motion fails to disclose or address the Objectors' **prior legal claims, valuation evidence,** or the impact on **non-consenting equity holders**, which raises serious questions of fairness and compliance.

## 4. Due Process and Notice Failures

4.1 The Objectors served **pre-litigation preservation notices** on Copper Tree Inc. and related parties in **September 2023,** warning against asset transfers, sales, or encumbrances of disputed property without appropriate legal resolution.

4.2 The Motion ignores these notices and acts as if no contest or lien exists, constituting a **violation of due process** and potentially bankruptcy fraud under **18 U.S.C. § 152**.

4.3 No effort has been made to consolidate or resolve competing ownership or creditor claims despite formal notice and recorded evidence.

## 5. Relief Requested

WHEREFORE, the undersigned Objectors respectfully request that the Court:

- **DENY** the Trustee's Motion for Order Authorizing Bidding Procedures and Sale to McFarlin Building, LLC;

- Or in the alternative, **APPOINT a neutral examiner or appraiser** to assess the fair market value of the Price Tower and associated assets;

- **SCHEDULE a hearing** with proper notice to all known creditors, stakeholders, lienholders, and preservation notice filers;

- **PERMIT the Objectors to present their appraisal, claim documents, and legal arguments under seal or at the hearing;**

- And GRANT such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

**Pictoria Studios USA, Inc.**
By: *[signature]*
Michael J. Moran, President

**Taktik Enterprises, Inc.**
By: *[signature]*
Dale Douglas Takio, President

**Mystic Enterprises, Inc.**
By: *[signature]*
Craig A. Brand, CEO

**Dale Douglas Takio and Katalin Nagy-Takio, JTWROS**

*/s/*

**Michael J. Moran and Erinne Moran, JTWROS**

*/s/ Michael J. Moran*

**Craig Brand and Adriana Soto, JTWROS**

*/s/*

Dated: March 22, 2025

Contact: mike@pictoriastudios.com | (407) 906-6299