**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **In re:**  **Green Copper Holdings, LLC**  *Debtor*. | Case No. 25-10088-T  Chapter 7 |

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appears as counsel for Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation, as an interested party herein, and respectfully requests that all notices, applications, motions, orders, and all other papers filed herein be served upon:

> **Mark A. Craige
> CROWE & DUNLEVY
> 222 North Detroit Ave, Suite 600
> Tulsa, Oklahoma 74120
> (918) 592-9800
> (918) 592-9801 (Facsimile)
> mark.craige@crowedunlevy.com**

DATED this 25th day of March, 2025.

Respectfully submitted,

*s/Mark A. Craige*
Mark A. Craige, OBA #1992
CROWE & DUNLEVY
222 N. Detroit Avenue
Suite 600
Tulsa, OK 74120
Telephone: (918) 592-9800
Fax: (918) 592-9801
E-mail: mark.craige@crowedunlevy.com

*ATTORNEY FOR FRANK LLOYD WRIGHT BUILDING CONSERVANCY, AN ILLINOIS NOT-FOR-PROFIT CORPORATION*

**CERTIFICATE OF SERVICE**

The record herein reflects that on the same day this pleading was electronically filed, a copy was electronically served upon counsel of record and other parties as shown in the record herein.

*s/Mark A. Craige*
Mark A. Craige