IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## TRUSTEE'S REQUEST FOR AMENDED ORDER

Comes now the Trustee and states:

1. Upon request of the Trustee, the court entered an order related to the *Trustee's Notice and Motion for Order Authorizing Bidding Procedures and Termination Fee and Notice of Opportunity for Hearing* (Doc. No. 50) ("Motion").

2. Unfortunately, the Trustee inadvertently submitted an incomplete draft of the proposed order.

3. Simultaneous with the filing of this pleading, the Trustee has submitted an amended Order for the court's approval.

Respectfully Submitted By:

s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:	918-699-0345
Fax:	918-699-0325
*ATTORNEYS FOR TRUSTEE*