**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

IN RE:

Green Copper Holdings, LLC,

Debtor(s).

Case No. 25-10088-T
Chapter 7

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation, a
[Name of Corporate Party]

(check one):

☐ Corporate Debtor

☐ Party to an adversary proceeding

☑ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

This entitiy is a not-for-profit 501(c)(3) corporation which has no shareholders.

**OR**

☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 26 day of March, 2025.

s/Mark A. Craige
Attorney Signature
[Insert Information Required by Local Rule 9004-1(C)]

Mark A. Cragie, OBA No. 1992
CROWE & DUNLEVY
222 N. Detroit Avenue, Suite 600
Tulsa, OK 74120
Telephone: (918) 592-9800
Fax: (918) 592-9801
Email: mark.craige@crowedunlevy.com

Attorney for Frank Lloyd Wright Building
Conservancy, an Illinois not-for-profit corporation