IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
Mar 26, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## AMENDED ORDER

This matter having come for consideration this 26th day of March 2025 upon *Trustee's Notice and Motion for Order Authorizing Bidding Procedures and Termination Fee and Notice of Opportunity for Hearing* (Doc. No. 50) ("Motion"), the Court finds:

1. The Motion seeks authority for certain Bidding Procedures and a Termination Fee relative to the proposed sale of assets of this estate free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363(f).

2. This Court entered an order shortening notice of the Motion (Doc. No. 49).

3. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties as evidenced by his Certificate of Service (COS) (Doc. 52).

4. No objections to the Motion were filed within the time prescribed.

5. On March 25, 2025, an objection to the Motion was emailed to the Trustee on behalf of: Pictorious Studios USA, Inc.; Taktik Enterprises Inc.; Mystic Enterprises Inc.; Dale Douglas Takio and Katalin Nagy-Takio, JTWROS; Michael J. Moran and Erinne Moran, JTWROS and Craig Brand and Adriana Soto ("Objectors").

6. The objection complains that the Trustee is seeking to sell the subject assets for less than the value of the assets.

7. The Trustee's Motion is not a motion to sell but rather a motion for approval of certain Bidding Procedures and a Termination Fee. As such, the objection is premature. The proposed Bidding Procedures and Termination Fee are reasonable and necessary and in the best interests of the estate.

8. The objection should be denied without prejudice to reasserting the objection when the Trustee files his motion to sell and related notice pursuant to applicable federal rules of bankruptcy procedure and the local rules of the United States Bankruptcy Court for the Northern District of Oklahoma.

IT IS THERFORE ORDERED that the objection to the Trustee's Motion is denied.

IT IS FURTHER ORDERED that the proposed Bidding Procedures and Termination Fee attached as **Ex A** to the Motion are approved.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:            918-699-0325
*ATTORNEYS FOR TRUSTEE*