1

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| RE: GREEN COPPER HOLDINGS, LLC EIN # xx-xxx9708 ) CASE NO. 25-10088-T Chapter 7 | Case No.: 25-10088-T |
|---|---|

**Motion to Correct "Scrivener's" Error in Docket Report as to "Craig Alan Brand" incorrectly docketed as to document number 55 by the CLERK of the Court JOLE ANN AWTREY or at her direction by unknown subordinate by initial "(NC)"**

NOW COMES the undersigned interested party in the above-referenced Bankruptcy Proceeding, who, with considerable apprehension and trepidation, submits this formal request to correct what appears internationally as a scrivener's error as to the docketing of docket number 55, wherein the Court Clerk for this honorable Court an Article I, US Federal Bankruptcy Court has inadvertently misfiled the titling of the Motion that should read:

" MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS ATTRIBUTED TO ATTORNEY CRAIG ALLEN [sic] BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDITATED INTENT"

The Clerk of this Court with initials "(NC)" has incorrectly docketed document 55, with the incorrect name stating CRAIG (SIC) "ALLEN" BRAND, this is not only incorrect naming of a purported bar licensed attorney but is incorrect as to the filing made to the Court in Document Number 55, wherein the true and correct legal name for the attorney appearing upon this public Federal Record and who is directly quoted in the GANNETT (GCI) Media as referenced in the filings made in document 55, and the quotation of the heading and filing of the Motion, wherein it is directly stated and filed as: "**MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS**

ATTRIBUTED TO ATTORNEY CRAIG ALAN BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDITATED INTENT"

The undersigned does herein and now state that the MISAPPROPRIATION VIA PREMEDITATED INTENT is not stated or otherwise inferred as against CRAIG ALAN BRAND but rather the premeditated intent to deceive the PRICE TOWER ARTS CENTER INC. and thus the museum artifacts, exhibits, furniture, art collections and other items of National Historic Heritage

**WHEREFORE PREMISES CONSIDERED**, and by virtue of the undersigned's inherent right, privilege, prerogative, and most solemn duty to seek redress from this Honorable Tribunal duly constituted under the laws and Constitution of these United States of America, **the Petitioner hereby prays, beseeches, implores, and with all due legal gravity and procedural formality moves this Honorable United States Bankruptcy Court for the Northern District of Oklahoma**, a tribunal established pursuant to the authority of Article I of the United States Constitution and operating within the sacred boundaries of the Federal Judiciary under the sovereign imprimatur of the United States Congress, to **correct, amend, revise, rectify, rehabilitate, and otherwise judiciously remedy** a grievous and patently erroneous docketing entry made in substantial and material scrivener's error—whether through clerical inadvertence, typographical misadventure, typographic intoxication, bureaucratic whimsy, or simply the cruel vagaries of human fallibility—**by the Office of the Clerk of Court, under the name and apparent authority of the Honorable JOLE ANN AWTREY**, or a subordinate agent thereof whose initials appear in the public record as "(NC)," which may refer to a phantom bureaucrat, untraceable interloper, or otherwise unnamed and unknown judicial scribe.

Specifically, and without limitation, it is alleged that **Document Number 55** as entered into the sacred and inviolable public record of this Honorable Court was

improperly docketed, incorrectly labeled, and most outrageously, formatted in an unholy typographic scream—that is, in ALL CAPITAL LETTERS, which in civil society is tantamount to shouting, and in legal formatting, suggests the document was input manually with no Optical Character Recognition (OCR) compliance, thereby potentially rendering the submission null, void, voidable, or at the very least, aesthetically offensive to the legal sensibilities of any discerning barrister.

Moreover, and of even greater and graver constitutional consequence, the improper formatting and mischaracterization of the motion—accompanied by several voluminous exhibits, annexes, enclosures, and judicially cognizable appendices—has led to a **gross miscarriage of clerical justice**, resulting in the obscuring of the proper party of record, namely **CRAIG ALAN BRAND**, a bar-licensed attorney whose legal name and professional status as an officer of multiple courts is deserving of the highest fidelity of recordation and clerical correctness. The failure to correctly render and inscribe his name into the digital scroll of justice, a/k/a the Docket Sheet, **constitutes a breach not only of bureaucratic decorum but of the sacred duty this Court owes to the American People**, to the historical integrity of these proceedings, and to the posterity of future generations yet unborn.

The consequences of such a scrivener's atrocity are not limited to mere semantic insult. Nay, they cascade forth like a torrent of judicial impropriety, threatening the very legitimacy of the proceedings, the clarity of the record, and the accuracy of what shall no doubt become a **landmark case**, the implications of which reverberate across international boundaries, historical societies, preservationist circles, architectural institutes, and legal historians monitoring the fate of **thousands of culturally significant artifacts, museum pieces, heritage objects, archival treasures, and priceless relics of Frank Lloyd Wright's immortal legacy and that of his mentee BRUCE GOFF**, which have been—or are in imminent danger of being—**unlawfully trafficked, misappropriated, liquidated, and otherwise purloined via conversion, concealment, and commerce of questionable**

**legality, as referenced in numerous legal, architectural and philosophical periodicals in numerous languages world wide.**

As the eyes of the world—yes, those of historians, curators, authors, documentarians, historians and the learned citizenry of **no fewer than several dozen foreign jurisdictions**—turn their collective gaze toward this proceeding, this Honorable Court must recognize its solemn obligation to the historical record, the estate at issue, the People of the United States, and the sacred cause of **preserving the irreplaceable national patrimony of these United States of America**, lest we be seen as permitting the silent erasure of cultural legacy through bureaucratic bungling.

THEREFORE, and by the plenary powers vested in this Honorable Court to supervise, maintain, and correct its own record and proceedings, **Petitioner respectfully demands, prays, petitions, and humbly implores this Court** to:

1. Issue an immediate and corrective order *nunc pro tunc* amending the Docket Entry identified as Document No. 55 to accurately, faithfully, and legibly reflect the correct and complete name of **CRAIG ALAN BRAND**, Esq., duly admitted to practice law and appearing herein in that sacred capacity;

2. Confirm and clarify that all associated, annexed, and incorporated Exhibits thereto filed for Judicial Notice be likewise properly attributed, recorded, and cross-referenced in a manner befitting their historical significance and legal import;

3. Acknowledge the broader public interest in the integrity and accuracy of these proceedings, which concern not merely routine bankruptcy administration but the potential illicit alienation of federally protected cultural heritage in flagrant violation of federal preservation statutes, conservation/preservation

easements, and **the public trust;** and

4. Take such other and further remedial or prophylactic measures as this Honorable Court deems just, proper, equitable, and necessary to ensure the sanctity of the record, the dignity of the judicial process, <u>and the rights of the American People</u>—**who are, and shall remain in perpetuity, the ultimate beneficiaries and rightful stewards of their own national historical heritage.**

A document filed pro se is **"to be liberally construed,"** Estelle, 429 U.S. "pro se … however inartfully pleaded, <u>must be held to less stringent standards than formal pleadings drafted by lawyers,"</u> ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). "filings generously and with the *leniency due pro se litigants*", see *Erickson v. Pardus*, U.S. 127 S.Ct. L.Ed.2d (2007); *Andrews v. Heaton*, 483 F.3d (10th Cir.2007).

RESPECTFULLY SUBMITTED,



Michael Eric Nelson
Care of the United States Secretary of State for foreign location re-routing.
702.932.3434

Email only to be used after pre-notification as to email address sending documents from in order to have the address authorized to receive said notices: michaelericnelson @ilcoud.com *

## CERTIFICATE OF SERVICE & DECLARATION OF RESTRICTED DISCLOSURE

IN THE MATTER OF JUDICIAL NOTICE AND PROCEDURAL ASSERTION OF RESTRICTIVE NON-DISSEMINATION MANDATES

WHEREAS, in strict adherence to the prevailing corpus of procedural jurisprudence, statutory imperatives, and doctrinal maxims enshrining the sacrosanct principles of procedural due process and equitable notice, the undersigned, acting in an abundance of caution and in full cognizance of binding jurisdictional predicates, hereby certifies that effectuate service of the foregoing instrument has been executed in conformity with the prevailing mandates of statutory law, codified procedural governance, and applicable adjudicatory directives.

NOTWITHSTANDING, in recognition of extrajudicial anomalies, convoluted procedural exigencies, and the demonstrable tactical exploitation of statutory architecture heretofore executed with artifice and calculated intent, it is hereby formally, unequivocally, and incontrovertibly noticed that the subject filing—individually, severally, and in the aggregate—shall not, under any conceivable construction, legal fiction, interpretative lens, or attenuated inference, be conveyed, transmitted, promulgated, or otherwise disseminated in any form, manner, or medium—whether directly, derivatively, incidentally, or by operation of constructive notice—to the individual personage of Chad Mitchell Koehn, aka Chad Koehn, C. Mitch Koehn, Chad M. Koehn, Chad Mitchell K., Chad Mitch K, Chad Koehn Mitchell, Chad Mitchel Koehn or any other derivative he may use nor to any juridical entity, corporate enterprise, organizational consortium, trust arrangement, professional association, individual, attorney, consort, person, associate, employee or extrinsic affiliate with whom Chad M. Koehn maintains, has maintained, or is

reasonably deduced to have maintained any contractual nexus, fiduciary entanglement, agency affiliation, governance role, or informal economic coalescence.

Said prophylactic restriction is predicated upon the putative existence of an adjudicatory directive, the precise linguistic contours and jurisdictional breadth of which remain presently indeterminate, but which is purported to have been issued ***sub silentio.***

WHEREFORE, the undersigned, in full cognizance of the gravity and jurisdictional implications of the foregoing assertions, reserves all procedural, statutory, and constitutional prerogatives available under prevailing federal jurisprudence, including but not limited to the absolute right to seek adjudicatory redress for any and all infractions, violations, or legally cognizable transgressions arising from the conduct herein delineated. To include without limitation emergency appeal to the Bankruptcy Appellate Board, the emergency notification to the 10th Circuit Court of Appeals and emergency service of UNITED STATES SUPREME COURT RULE 22 Application upon Justice Neil Gorsuch, of the same UNITED STATES SUPREME COURT.

<u>Formal Legal Notice and Comprehensive Disclaimer of Communication with Any Affiliated Party of Chad M. Koehn, including towit Mike Moran, Dale Takio and/or Craig Alan Brand and/or Cynthia D. Blanchard &/or any affiliate thereof</u>

In recognition of and with a heightened awareness of the extraordinary and egregiously unlawful deprivation of liberty previously suffered by the undersigned—wherein the undersigned endured an unjustified, protracted, and perilously hazardous period of incarceration within a high-risk correctional facility situated in Newark, New Jersey—the undersigned, exercising an abundance of caution, heightened diligence, and unequivocal legal prudence, hereby submits and formally asserts the following legal declaration, disclaimer, and notice to all entities, individuals, and persons in receipt of this filing or otherwise privy to its content:

1. The undersigned explicitly and categorically repudiates, disclaims, and negates any suggestion, implication, or inference that the undersigned has engaged in, is engaging in, or shall in any future capacity engage in direct, indirect, incidental, or implied communication, transmission, discourse, correspondence, interaction, or any form of contact—whether **oral, written, electronic, digital, personal, constructive, substantive, ancillary, or otherwise—with any individual, corporation, entity, association, governmental subdivision, limited liability company, trust, partnership, fiduciary, agent, officer, employee, contractor, affiliate, subsidiary, parent entity, or legal representative that is, was, or may in any capacity be affiliated, connected, associated, or otherwise related to Chad M. Koehn, either personally, professionally, financially, legally, or extrajudicially.
2. The electronic submission and filing of the instant legal notice, document, or other court-related material has been conducted exclusively via the PACER (Public Access to Court Electronic Records) system, an official United States Federal Judiciary platform designated for the lawful and regulated submission of filings before the United States Federal Bankruptcy Court.
3. Any and all notifications, advisories, procedural transmissions, or legal correspondences that are the result of, incidental to, or arising from the electronic submission of the instant filing within the PACER system shall be deemed to constitute notifications effectuated solely and exclusively by the United States Federal Bankruptcy Court itself, pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court, and any relevant federal statutory provisions governing electronic service of process, notifications to creditors, and legal notice procedures in bankruptcy matters.
4. The undersigned disavows, disclaims, and negates any and all assertion, implication, or supposition that the undersigned has initiated, solicited, facilitated, attempted, or otherwise engaged in any form of direct or indirect interaction, discussion, or communication—whether voluntary, involuntary,

constructive, or otherwise—with any entity or individual falling within the orbit of Chad M. Koehn's personal, professional, corporate, financial, fiduciary, or legal sphere of influence, involvement, or association. The undersigned is prohibited under coercion and threat of legal armageddon against the undersigned's elderly mother if the SEC or any other Federal regulatory authority or law enforcement entity is provided information regarding the large scale alleged ponzi scheme and/or money laundering activities involving CHAD M. KOEHN and his alleged co-conspirators and therefore this statement of interested party status pursuant with the rights under the Bankruptcy Code is explicitly filed without authorization to be given in any way to a member of the Federal Law Enforcement Community, the SEC, CFTC, IRS, FTC, FinCEN or other regulatory authority having obligations of regulatory oversight over Chad M. Koehn and/or his co-conspirators.

5. Insofar as any individual, legal entity, judicial officer, administrative body, creditor, claimant, or party in interest receives notice of the instant filing, its contents, or any procedural advisement emanating from its submission, such notice shall be deemed to have been made by and through the formal ministerial functions of the United States Federal Bankruptcy Court itself, not by the undersigned personally, indirectly, incidentally, or by any other construct or legal fiction that would purport to impute communication to the undersigned.

6. The undersigned reserves all rights, privileges, defenses, and immunities afforded under the United States Constitution, federal statutory law, common law doctrines, bankruptcy code provisions, judicial precedents, procedural safeguards, and equitable principles to preclude, reject, negate, and oppose any and all mischaracterizations, erroneous inferences, wrongful interpretations, malicious distortions, or unfounded presumptions that would suggest, insinuate, or falsely ascribe any communicative act, participatory engagement, or intentional interaction by the undersigned with Chad M.

Koehn or any affiliated entity, organization, or person.

Accordingly, all creditors, claimants, parties in interest, government agencies, regulatory bodies, and legal representatives are hereby formally placed on notice of the aforementioned assertions, reservations, disclaimers, and protections governing the legal position and conduct of the undersigned with respect to the instant matter and any peripheral proceedings related thereto.

When filed to the US Federal Court this filing will be automatically sent to the parties of record pursuant with the Federal Court's automatic notification systems, therefore service so rendered pursuant with applicable law notwithstanding the aforementioned foregoing disclaimer.



Michael Eric Nelson
Care of the United States Secretary of State for foreign location re-routing.
702.932.3434

Email only to be used after pre-notification as to email address sending documents from in order to have the address authorized to receive said notices: michaelericnelson @ilcoud.com *