IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| ) | |
| **Debtor.** ) | |

**TRUSTEE'S SUPPLEMENT TO MOTION AND NOTICE OF SALE**

Comes now the Trustee and states:

1. The Trustee filed herein his *AMENDED MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE ESTATE OUTSIDE NORMAL COURSE OF BUSINESS CONSISTING OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND FOR ORDER AUTHORIZING PAYMENT OF REALTOR COMMISSION AT TIME OF CLOSING WITHOUT FURTHER NOTICE* (Doc. No. 68) and his *TRUSTEE'S AMENDED NOTICE PURSUANT TO FED. R. BANKR. PRO. 6004 AND 2002(a)(2) AND LOCAL RULE 6004-1 OF SALE OF SUBTANTIALLY ALL ASSETS OF THIS ESTATE CONSISTING OF REAL PROPERTY AND PERSONALTY FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(f)* (Doc. No. 69) with respect to the proposed sale of the estate's right, title and interest in and to real estate located at 510 Dewey Avenue in Bartlesville, Oklahoma referred to as the "Price Tower"; personal tangible property located on or in the Price Tower ("Personalty"); and the right to use the name Price Tower.

2. Attached here as **Ex A** is an inventory of the Personalty provided to the Trustee after these proceedings were commenced. Upon information and belief, the inventory was prepared approximately six months prior to the commencement of these proceedings. The Trustee cannot verify the accuracy or completeness of the inventory.

3. Attached as **Ex B** is an inventory of art delivered to the Trustee that was located on or in the Price Tower on the date these proceedings were commenced. The Trustee can verify the accuracy of this inventory.

4. The proposed sale of Personalty includes, but is not limited to, the assets described in **Exs A** and **B**.

5. The proposed sale additionally seeks authority to pay the estate's realtor at the time of closing without further Notice. The estate's realtor is Scott Schlotfelt ("Schlotfelt") of Cushman & Wakefield Commercial Realtors. Specifically, the Trustee seeks authority to pay Schlotfelt at the time of closing without further Notice as follows:

    a. In the event McFarlin Building LLC ("McFarlin") closes the sale for the sum of $1.4 million as set forth in the APA attached to the motion to sell, Schlotfelt will not be entitled to payment of a commission.

    b. In the event the sale closes to McFarlin for a sum greater than $1.4 million as a result of a private auction, Schlotfelt will be entitled to a commission of 3% of the amount of the ultimate sale prices in excess of $1.4 million.

    c. In the event the sale closes to a bidder other than McFarlin, Schlotfelt shall receive a commission of 3% of the sales price.

Respectfully Submitted By:        s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*