Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

**EXHIBIT A**

**Class A**
Those objects and areas deemed "irreplaceable" and of the utmost value. If object is removed, it shall be categorized as Class D.
**Class B**
Those objects deemed "valuable" but which may necessitate replacement over time due to damage or breakage. If object is removed, it shall be categorized as Class D.
**Class C**
Those items deemed "historic" but which may necessitate replacement due to mechanical upgrades or safety concerns. If object is removed, it shall be categorized as Class D.
**Class D**
Those objects and items (moveable or fixed) currently installed or removed from the historic building over time that shall be accessioned into the collections of Price Tower Arts Center. This body of objects shall change over time due to museum accession and collecting policies, and as new items are discovered or removed from use. A current list of accessioned Price Tower historical objects shall be provided with each easement review.

*Draft:* If an item classified as A, B, or C is removed from the building, it retains its significance despite classification as D. If de-accessioning of the item for any reason is considered, the item should be reviewed and agreed upon jointly by the grantor and the grantee.

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Accordion partition 01 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Cabinet 01 | 1st floor Taliesin Room | Mahogany planter | | Class A - irreplaceable | | |
| | | | Cabinet 02 | Annex back room | Cabinet, with laminate replacement top | | Class A - irreplaceable | | |

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Cabinet 03 | Annex back room | | | Class A - irreplaceable | | |
| | | | Cabinet 04 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Cabinet 05 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Cabinet 06 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Cabinet 07 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Cabinet 08 | Annex Room 104 | | | Class A - irreplaceable | | |

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Cabinet 09 | Annex back room | Cabinet | | Class A - irreplaceable | | |
| | | | Chair 01 | Annex Room 104 | Armchair - red fabric upholstery | | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Chair 02 | Tower - 19th floor executive office | Armchair - red fabric upholstery | | Class A - irreplaceable | | |
| | | | Chair 03 | Tower - 19th floor executive office | Armchair - blue fabric upholstery | | Class A - irreplaceable | Unique as Price Sr's chair | |
| | | | Chair 04 | Tower - 19th floor executive office | Desk chair without arms - light fabric upholstery | | Class A - irreplaceable | | |
| | | | Chair 05 | Tower-2nd floor display | Armchair - red fabric upholstery | | Class A - irreplaceable | | |

3

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Chair 06 | Tower - 19th floor executive office | Armchair - leather or simulated leather upholstery | | Class A - irreplaceable | | |
| | | | Chair 07 | Tower - 17th floor executive apartment | Armchair - red fabric upholstery | | Class A - irreplaceable | | |
| | | | Cushion 01 | Tower-2nd floor archives | cushion for copper stool - red | | Class A - irreplaceable | | |
| | | | Cushion 02 | Tower-2nd floor display | cushion for copper stool - yellow | | Class A - irreplaceable | | |
| | | | Cushion 03 | Tower-2nd floor display | cushion for copper stool - blue | | Class A - irreplaceable | | |
| | | | Cushion 04 | Annex back room | cushion for copper stool - blue | | Class A - irreplaceable | | |

4

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Desk 01 | Tower-2nd floor display | | | Class A - irreplaceable | | |
| | | | Desk 02 | Annex back room | desk | | Class A - irreplaceable | | |
| | | | Desk 03 | Annex back room | desk | | Class A - irreplaceable | | |
| | | | Desk 04 | Annex back room | | | Class A - irreplaceable | | |
| | | | Desk 05 | Annex back room | Desk top only | | Class A - irreplaceable | | |
| | | | Desk 06 | Annex Room 104 | Desk top only | | Class A - irreplaceable | | |

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Desk 07 | Annex Room 104 | Desk top only | | Class A - irreplaceable | | |
| | | | Desk 08 | Annex Room 104 | Likely connected with Desk 6 or 7 desk tops | | Class A - irreplaceable | | |
| | | | Desk 09 | Tower - 17th floor executive apartment | | fixed to wall? | Class A - irreplaceable | | |
| | | | Directory board | Annex Room 104 | | | Class A - irreplaceable | Believed to be the only object of this type in Wright's body of work. | Sold to 20 c design, Spring 2024 |
| | | | Door 01 | Annex Room 104 | Mahogany veneer with vent | | Class B - valuable | | |
| | | | Door 02 | Annex Room 104 | Mahogany veneer frosted glazing | | Class B - valuable | | |

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Door 03 | Annex Room 104 | Lower portion of Dutch door | | Class B - valuable | Cut from original door? | |
| | | | Door 04 | Annex Room 104 | Aluminum door, standard height, with glass and HCP Co. logo | | Class B - valuable | | |
| | | | Door 05 | Annex front room | Aluminum door, tall, without glass, possibly 1st floor entry door | | Class B - valuable | | |
| | | | Door 06 | Annex front room | Aluminum door, standard height, with glass and HCP Co. logo | | Class B - valuable | | |
| | | | Door 07 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |
| | | | Door 08 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |

7

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Door 09 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |
| | | | Door 10 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |
| | | | Doors/door frames | Annex attic | Approximately 50 mahogany veneer doors, approximately 8 hollow metal door frames, approximately 8 aluminum doors, at least one with HCP Co. logo | | Class B - valuable | | |
| | | | Easel 1 | Tower-2nd floor display | | | Class A - irreplaceable | | |
| | | | Easel 2 | Tower - 17th floor executive apartment | | | Class A - irreplaceable | | |
| | | | Easel 3 | Tower - 18th floor executive apartment | | | Class A - irreplaceable | | |

8

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Easel 4 | Tower - 18th floor executive apartment | | | Class A - irreplaceable | | |
| | | | Elevator components | Corridor to Annex Back Room | Disassembled components of apartment elevator | | Class A - irreplaceable | | |
| | | | Fireplace hood 1 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |
| | | | Fireplace hood 2 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |
| | | | Fireplace hood 3 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |
| | | | Fireplace hood 4 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |

9

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Light fixture 1 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Louver 01 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 02 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 03 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 04 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 05 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |

10

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Louver 06 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 07 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 08 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 09 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 10 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Louver 11 | Tower - 19th floor executive office bathroom | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |

11

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Louver 12 | Tower - 19th floor executive office bathroom | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Metal Panel 01 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Metal Panel 02 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Metal Panel 03 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
| | | | Metal Panel 04 | Annex Room 104 | Copper panel - patinated | 34.5"x40" | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Metal Panel 05 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | Class A - irreplaceable | | |

12

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Metal Panel 06 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | **Class A - irreplaceable** | | |
| | | | Metal Panel 07 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | **Class A - irreplaceable** | | |
| | | | Metal Panel 08 | Annex Room 104 | Copper panel, partial - patinated | 34.5"x40" | **Class A - irreplaceable** | | |
| | | | Metal Panel 09 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | **Class A - irreplaceable** | | |
| | | | Metal Panel 10 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | **Class A - irreplaceable** | | |
| | | | Metal Panel 11 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | |

13

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Metal Panel 12 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | **missing as of July 2024** |
| | | | Metal Panel 13 | Annex Room 104 | Copper panel - patinated | 34.5"x40" | Class A - irreplaceable | | |
| | | | Metal Panel 14 | 3rd floor executive director's office | Copper panel - patinated | 34.5"x40" | Class A - irreplaceable | | **Colateral for $10,000 loan, said loaned by Hans Schmolt. Panel understood to be at Schmolt's house.** |
| | | | Metal Panel 15 | 2nd floor display | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
| | | | Plumbing fixtures | Annex attic | Plumbing fixtures, 16 roll-front sinks, 1 small sink, 1 standard sink, 2 white toilets, 1 non-white toilet | | Class C - historic | | |
| | | | Plywood 01 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, various narrow widths | | Class B - valuable | | |

14

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Plywood 02 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, irregular shape | | Class B - valuable | | |
| | | | Plywood 03 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Plywood 04 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Plywood 05 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Plywood 06 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Plywood 07 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |

15

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Plywood 08 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Plywood 09 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, irregular shape | | Class B - valuable | | |
| | | | Plywood 09 | Annex Room 104 | | | Class B - valuable | | |
| | | | Plywood 10 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, irregular shape | | Class B - valuable | | |
| | | | Plywood 11 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, various narrow widths | | Class B - valuable | | |
| | | | Stool 01 | Tower-2nd floor archives | Copper stool | | Class A - irreplaceable | | |

16

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Stool 02 | Tower-2nd floor display | Copper stool |  | Class A - irreplaceable |  |  |
|  |  |  | Stool 03 | Tower-2nd floor display | Copper stool |  | Class A - irreplaceable |  |  |
|  |  |  | Stool 04 | Tower - 19th floor executive office | Copper stool |  | Class A - irreplaceable |  |  |
| Not accessible during May 2022 visit |  |  | Stool 05 | Annex room 112 | Copper stool |  | Class A - irreplaceable |  |  |
| Not accessible during May 2022 visit |  |  | Stool 06 | Annex room 112 | Copper stool |  | Class A - irreplaceable |  | Sold to 20 c design, Spring 2024 |
| Not accessible during May 2022 visit |  |  | Stool 07 | Annex room 112 | Copper stool |  | Class A - irreplaceable |  | Sold to 20 c design, Spring 2024 |

17

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Table 01 | Tower-2nd floor display | Copper table |  | Class A - irreplaceable |  |  |
|  |  |  | Table 02 | 1st floor Taliesin Room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top |  | Class A - irreplaceable |  |  |
|  |  |  | Table 03 | 1st floor Taliesin Room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top |  | Class A - irreplaceable |  |  |
|  |  |  | Table 04 | 1st floor Taliesin Room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top |  | Class A - irreplaceable |  |  |
|  |  |  | Table 05 | Annex back room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top |  | Class A - irreplaceable |  |  |
|  |  |  | Table 06 | Tower - 17th floor executive apartment | Coffee table |  | Class A - irreplaceable |  |  |

18

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Table 07 | Tower-2nd floor display | | | Class A - irreplaceable | | |
| Not accessible during May 2022 visit | | | Table 08 | Annex room 113 | Copper table | | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| Not accessible during May 2022 visit | | | Table 09 | Annex room 114 | Copper table | | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| Not accessible during May 2022 visit | | | Table 10 | Annex room 112 | Copper Terrace table | | Class A - irreplaceable | | |
| | | | Typing stand 1 | Tower - 19th floor executive secretary's desk | | | Class A - irreplaceable | | |
| | | | Waste paper basket 01 | Tower - 17th floor executive apartment | | | Class A - irreplaceable | | |

19

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Waste paper basket 02 | Tower-2nd floor display | | | Class A - irreplaceable | | |
| | | | Waste paper basket 03 | Tower-2nd floor display | | | Class A - irreplaceable | | |
| | | | Waste paper basket 04 | Annex | | | Class A - irreplaceable | | |
| | | | Waste paper basket 05 | Annex | | | Class A - irreplaceable | | |
| Not accessible during May 2022 visit | | | Waste paper baskets 6-16 | room 112 | | | Class A - irreplaceable | 11 wastebaskets total in locked room 111 | |
| | | | Wood panel 01 | Tower - TBD | Folding panel, plywood, 5 part | | Class A - irreplaceable | | |

20

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Wood panel 02 | Tower - TBD | Folding panel, plywood, 5 part | | Class A - irreplaceable | | |
| | | | Wood panel 03 | Annex attic | Assumed wood veneer on both sides | | Class B - valuable | | |
| | | | Wood panel 04 | Annex attic | Assumed wood veneer on both sides | | Class B - valuable | | |
| | | | Wood panel 05 | Annex Room 104 | Panel of two layers of 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Wood panel 06 | Annex Room 104 | Mahogany veneer one side, mirror other side | | Class A - irreplaceable | | |
| | | | Wood panel 07 | Annex Room 104 | Mahogany veneer one side, mirror other side | | Class A - irreplaceable | | |

21

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Wood panel 08 | Annex Room 104 | Mahogany veneer one side, mirror other side | | Class A - irreplaceable | | |
| | | | Wood panel 09 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Wood panel 10 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Wood panel 11 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Wood panel 12 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Wood panel 13 | Annex Room 104 | Panel of two layers of 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |

22

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Wood panel 14 | Annex Room 104 | Panel of two layers of 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Wood panel 15 | Annex Room 104 | | | Class A - irreplaceable | | |

23