# TRANSFER RECEIPT

**EXHIBIT B**

**Date:** February 6, 2025
**Location of Delivery:** 103 S JM Davis Blvd., Claremore Oklahoma, 74017

This document serves as a formal acknowledgment of the transfer of assets from **Copper Tree, Inc./GCH Holdings, LLC** to the designated representative of **Trustee Pat Malloy** in connection with the bankruptcy proceedings of **Copper Tree, Inc.** and **Green Copper Holdings, LLC**.

The following items have been delivered and are now under the control of the Trustee:

1. **Fragile Japanese Wood Print Collection** consisting of:
   - 4 boxes (10" x 16" x 3")
   - 7 boxes (25" x 21" x 3")
   - 2 boxes (16" x 21" x 5")
   - 2 rolling plastic storage containers (39" x 20" x 7")
2. **Additional Items:**
   - 1 computer and monitor
   - 1 rug (mistakenly delivered with the computer; previously located in an administrative office on the property)

By signing this document, the recipient acknowledges the receipt of the above-listed items in their current condition and confirms that they are now in the possession of the Trustee.

**Delivered by:**
Name: Cynthia Blanchard
Signature: _[signed] Cynthia Blanchard_
Date: February 6, 2025

**Received by (on behalf of Trustee Pat Malloy):**
Name: Michelle Johnson, Asset Liquidation Specialists
Signature: _[signed] Michelle Johnson_
Date: February 6, 2025