# **INDEX of Exhibits to:**

MOTION FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201 AND REQUEST FOR RELIEF REGARDING THE "SHIN'EN KAN GATE" AND ARTIFACTS ATTRIBUTED TO BRUCE GOFF & SHIN'EN KAN; FOR PROTECTION OF HISTORICALLY SIGNIFICANT PROPERTY HELD IN PUBLIC TRUST AND REPORTEDLY FUNDED IN PART THROUGH FEDERAL PROGRAMS

**Exhibit A =   LAWSUIT Friends of Shin'enkan Inc. v.s Charles D. Holland Jr. etAl**

**Exhibit B =** 11th Judicial District Washington OK — CJ-2024-00237  COPPER TREE, INC. VS. FRANK LLOYD WRIGHT BUILDING CONSERVANCY et al the total document is 167 pages including all exhibits, pages 1 through 20 of this response document is provided, with request made for additional Judicial Notice having this Article I court require the 11th Judicial District of Oklahoma at the District Court for Washington County Oklahoma located in Bartlesville Oklahoma provide forthwith to the Court the entire certified record especially wherein certain allegations are made that are imperative this Court understands for the protection of the substantial rights of the American People, specifically to wit:  At (32), FLWBC states "…when she [Cynthia Blanchard] sold them to third parties **or pledge them as collateral to third parties.**  Moreover, on information and belief, Ms. **Blanchard caused numerous parts of Price Tower property to be moved from the Price Tower to her personal residence,** from which she sold those items to third parties."   At (43) the Frank Lloyd Wright Building Conservancy, in their response to being sued by Cynthia Blanchard states;  "Accordingly, on April 26, 2024, Gordon emailed Ms. Blanchard as Follows:  "Cynthia, It has come to our attention through the national news networks and yesterdays article, that you are selling off pieces of the Price Tower collection.  While what we have read about does not appear to be in our easement purview**, I implore you to protect the expansive archive related to Bruce Goff that needs to remain with the building"**