IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA }
} ss.
COUNTY OF TULSA }

COMES NOW Patrick J. Malloy III, Trustee, and upon oath deposes and states:
That on April 2, 2025, I mailed a true and exact copy of: *Trustee's Supplement to Motion and Notice of Sale (Doc No. 75)* to the following party via email:

Michael J. Moran, Pictoria Studios USA, Inc. - mike@pictoriastudios.com

And to the following parties with proper postage:

Endeavor Hotel Group
c/o Roy Arnold
8415 East 21st Street North, Suite 140
Wichita, KS 67206

Eisner Law Firm
c/o Michael Eisner
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210

And to all parties on the attached list with proper postage.

Respectfully submitted by,

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103

                                                  Telephone:   918-699-0345
                                                  Fax:           918-699-0325
                                                  *ATTORNEYS FOR TRUSTEE*

Subscribed and sworn to me this 3rd date of April 2025.

_/s/ Karen Ludwick_

My Commission Expires:

2/22/27

KAREN LUDWICK
Notary Public, State of Oklahoma
Commission # 23002547
My Commission Expires 02-22-2027

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-10088-T<br>Northern District of Oklahoma<br>Tulsa<br>Wed Apr  2 13:55:22 CDT 2025 | Archway Properties<br>c/o Dallas Hindman<br>272550 N 3979 Dr<br>Ochelata, OK 74051 | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120 |
| Cherokee Fire Protection<br>PO Box Box 678<br>Oologah, OK 74053-0678 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 | Craig A. Brand<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 |
| Mark A. Craige<br>Crowe & Dunlevy<br>222 N. Detroit Ave.<br>Suite 600<br>Tulsa, OK 74103-2412 | Cynthia Diane Blanchard<br>414 SE Washington Blvd.<br>Ste. 205<br>Bartlesville, OK 74006-2428 | Dale Takio, personally and individually, as well as on behalf of his entity Taktik Enterprises, Inc., A Florida Corporation<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 |
| Kevin P Doyle<br>Pray Walker, PC<br>21 North Greenwood Avenue<br>Suite 400<br>Tulsa, OK 74120-1999 | Frank Lloyd Wright Building Conservancy<br>c/o Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2412 | Green Copper Holdings, LLC<br>co Robert Hugh, Registered Agent<br>15 W. 6th Street<br>Bartlesville, OK 74006 |
| Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | John E Johnson<br>John E. Johnson, Attorney<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 | Kelley G. Loud<br>Titus Hillis Reynolds, et al.<br>15 East Fifth Street, Suite 3700<br>Tulsa, OK 74103-4304 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 |
| Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S. Boston<br>Suite 500<br>Tulsa, OK 74103-4023 | Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 |
| McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 | Mike Moran, personally and individually, and on behalf of his Florida Corp entity Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 |
| Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 |

| | | |
|---|---|---|
| Mark D.G. Sanders<br>GableGotwals<br>110 N Elgin Avenue, Suite 200<br>Tulsa, OK 74120-1495 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 | Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 |
| Sidney K Swinson<br>GableGotwals<br>110 N Elgin Avenue, Suite 200<br>Tulsa, OK 74120-1495 | Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 |
| US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Enterprise Global Logistics LLC | (u)Frank Lloyd Wright Building Conservancy, a | (u)Michelle Johnson<br>Asset Liquidation Specialists LLC |
| (d)Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | (u)Michael Eric Nelson | (u)D.R. Payne<br>D.R. Payne & Associates<br>Address Unknown<br>, OK |
| (u)Scott Schlotfelt | (u)The McFarlin Building, LLC | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     8<br>Total                  46 |