IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

**TRUSTEE'S MOTION TO STAY ANY RESPONSE TIME TO PLEADINGS FILED BY MICHAEL ERIC NELSON ("Nelson") PENDING THIS COURT'S RULING ON STANDING**

Comes now the Trustee and states:

1. Nelson has now filed seven separate pleadings: *NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF FILINGS, AND PRE-LITIGATION NOTICE OF EXPECTED RICO CHARGES (Doc. No. 54); MOTION FOR JUDICIAL NOTICE OF PUBLIC STATEMENTS ATTRIBUTED TO ATTORNEY CRAIG ALAN BRAND BY US PUBLIC MEDIA COMPANY GANNETT (GCI) AND RELATED MATTERS DEMONSTRATING PRIMA FACIE EVIDENCE OF FRAUDULENT MISAPPROPRIATION VIA PREMEDIATED INTENT* (Doc. No. 55); *EMERGENCY INSTANTER MOTION TO STAY IMMINENT DISPOSITION OF NATIONAL HISTORIC LANDMARK AND CULTURAL ASSETS PENDING APPEAL TO THE TENTH CIRCUIT AND EMERGENCY APPLICATION UNDER U.S. SUPREME COURT RULE 22 DUE TO FRAUDULENT MISREPRESENTATIONS BY TRUSTEE AND ONGOING RISK TO NATIONAL HISTORIC HERITAGE OF THE AMERICAN PEOPLE* (Doc. No. 62); *Motion to Disqualify Trustee Due to Conflict of Interest in the Administration of the National Historic Landmark and NATIONAL HISTORIC HERITAGE OF THE AMERICAN PEOPLE and other and further relief as mandated by law* (Doc. No. 66); *MOTION TO COMPEL*

*DISCLOSURE OF CORPORATE DOCUMENTS AND INFORMATION PERTAINING TO THE FRANK LLOYD WRIGHT BUILDING CONSERVANCY in response to Docket Number 60* (Doc No. 67); *Motion to Correct "Scrivener's" Error in Docket Report as to "Craig Alan Brand" incorrectly docketed as to document number 55 by the CLERK of the Court JOLE ANN AWTREY or at her direction by unknown subordinate by initial "(NC)"* (Doc No. 73); and *MOTION FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201 AND REQUEST FOR RELIEF REGARDING THE "SHIN'EN KAN GATE" AND ARTIFACTS ATTRIBUTED TO BRUCE GOFF & SHIN'EN KAN; FOR PROTECTION OF HISTORICALLY SIGNIFICANT PROPERTY HELD IN PUBLIC TRUST AND REPORTEDLY FUNDED IN PART THROUGH FEDERAL PROGRAMS - Request for Federal Investigation & Prosecution* (Doc. No. 78).

2. This Court has denied Doc. No. 73 on the basis of mootness. This Court has additionally entered an order directing Nelson to show cause how he has standing to file Doc. Nos. 55, 62, 66, and 67 on or before April 15, 2025.

3. Doc. No. 66, in part, seeks the removal of the Trustee.

4. In order to avoid unnecessary time and expense the Trustee prays for an order staying any time for the Trustee or any interested party to respond to the referenced pleadings until this Court has determined whether or not Nelson has standing to be heard in these proceedings.

Wherefore the Trustee prays for an order staying any time to respond to any pleadings filed herein by nelson pending this Court's ruling on Nelson's standing to be heard in these proceedings.

Respectfully Submitted By:   s/ Patrick J. Malloy III
                Patrick J. Malloy III, OBA #5647
                MALLOY LAW FIRM, P.C.
                401 S. Boston Ave. Suite 500
                Tulsa, Oklahoma 74103
                Telephone: 918-699-0345
                Fax:   918-699-0325
                *ATTORNEYS FOR TRUSTEE*