IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                    )
                                          )
GREEN COPPER HOLDINGS, LLC                )    CASE NO. 25-10088-T
EIN # xx-xxx9708                          )    Chapter 7
                                          )
                                          )
        Debtor.                           )

### TRUSTEE'S NOTICE OF FAILED SERVICE

STATE OF OKLAHOMA     }
                      } ss.
COUNTY OF TULSA       }

COMES NOW Patrick J. Malloy III, Trustee, and upon oath deposes and states:

1. That on April 4, 2025, I emailed a true and exact copy of: *Trustee's Motion To Stay Any Response Time To Pleadings Filed By Michael Eric Nelson ("Nelson") Pending This Court's Ruling On Standing (Doc No. 80)* to Michael Eric Neslon at *michaelericnelson@ilcoud.com*.

2. The Trustee has received notification that electronic delivery to Nelson at the specified address failed.

Respectfully submitted by,

_____
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*

Subscribed and sworn to me this 7th day of April 2025.

_____

My Commission Expires: 04/09/2028

TRUDIE MAYO
Notary Public, State of Oklahoma
Commission #24004763
My Commission Expires 04/09/2028