1

FILED

2025 APR -8 AM 11: 13

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLA

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF OKLAHOMA

| RE: GREEN COPPER HOLDINGS, LLC EIN # xx-xxx9708 ) CASE NO. 25-10088-T Chapter 7 | Case No.: 25-10088-T |
|---|---|

NOTICE OF SCRIVENER'S ERROR IN PRIOR FILINGS AND MOTION FOR *NUNC PRO TUNC* CORRECTION OF DOCKET

**Of Email Address & for communication procedures via telephone to accept electronic mail pursuant to previous instructions**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

COMES NOW the undersigned, "movant", an interested party in the above-captioned bankruptcy proceeding, and hereby submits this Notice of Scrivener's Error and Motion for *Nunc Pro Tunc* Correction of the Docket. This motion seeks the Court's intervention to correct a clerical error in prior filings, specifically an inadvertent typographical mistake in the electronic mail address provided, for notice and contact to the undersigned, and reminder to the Court to utilize the phone number provided in all previous submissions for said notification and to authorize any email address which would provide for service of any documents or materials of importance in the matters at bar, which may impede proper notice and communication in **this matter of significant national historical importance.**

I. INTRODUCTION

The instant motion arises from an unintentional scrivener's error in the undersigned's previously submitted documents to this Honorable Court. The electronic mail address was incorrectly stated, potentially hindering the undersigned's ability to receive timely notifications and participate fully in these proceedings. Given the expedited nature of

this case and its profound implications for national heritage assets, it is imperative that this error be rectified promptly to ensure the undersigned's constitutional rights are upheld.

This Court sits in deliberation as an established Article I Federal Court, particularly as such courts have articulated and safeguarded the doctrine of national historic preservation, in accordance with the operative mandates of 43 *U.S.C. § 1451 et seq., 54 U.S.C. § 100101 et seq.,* and other compendious statutory instruments.

This matter bears further exigency in light of recent Executive Mandates issued by the President of the UNITED STATES OF AMERICA, wherein through Presidential Memoranda and other constitutionally permissible mechanisms of executive fiat, it has been categorically asserted and reaffirmed that the unalienable rights of the American citizenry extend to the protection, perpetuation, and custodianship of historical patrimony, inclusive of architectural artifacts, artworks, and physical loci of national memory.  See generally, RESTORING TRUTH AND SANITY TO AMERICAN HISTORY; Executive Order signed by the President of United States President Donald John Trump on March 27, 2025

## II. FACTUAL BACKGROUND

1. **Nature of the Proceedings:** This case involves dual bankruptcy filings concerning a National Historic Landmark and its associated museum artifacts, exhibits, and collections of profound national significance and national cultural identity and importance to the American People.

2. **Scrivener's Error:** In the course of filing urgent motions and notices from an overseas location, the undersigned inadvertently misstated the domain of the electronic mail address as "ilcoud.com" instead of the correct "icloud.com"; this in advertent error in the commonly known icloud.com top level domain (TLD), perhaps has already been captured by the diligent efforts of the Federal Court employees employed in their due course of their diligent efforts before this Article I Court in the interests of service to the American people.  If by chance this

common clerical error has not been caught by the diligent efforts of Federal employees working for this Article I Federal Court, then this notice and subsequent motion for correction is made out an abundance of caution due to the historic and landmark proceedings now before the court involving a National Historic Landmark and numerous collections, artwork, museum exhibits and irreplaceable one-of-a-kind artifacts including those few relics from the criminal arson that took the historically significant ShinenKan property.

3. **Impact of the Error:** This typographical mistake may result in the undersigned not receiving critical communications, <u>thereby infringing upon the right to due process as guaranteed by the First and Fourteenth Amendments to the United States Constitution.</u>

## III. LEGAL ARGUMENT

A. **Authority to Correct Clerical Errors Nunc Pro Tunc**

Federal courts possess the inherent authority to correct clerical errors in the record to reflect the true intention of the parties and the court. This principle is encapsulated in the doctrine of nunc pro tunc, which allows for corrections to take effect retroactively. As established in *Krilich v. Plencer*, 305 Ill. App. 3d 709, 713 (1999), "The purpose of a nunc pro tunc order is to correct the record of judgment, not to alter the actual judgment of the court." https://casetext.com/case/krilich-v-plencer

B. **Definition and Scope of Scrivener's Error**

A scrivener's error refers to a clerical mistake resulting from minor inadvertence, such as typographical errors. As noted in *Lammers v. State*, No. 7:21CV5012, 2021 WL 3371621, at *8 (D. Neb. Aug. 2, 2021), examples include "typing an incorrect number, and mis-transcribing a word." The error in question—a transposition of letters in the email domain—falls squarely within this definition.
https://casetext.com/case/lammers-v-state-12

### C. Precedent for Granting Nunc Pro Tunc Relief

Courts have consistently granted nunc pro tunc relief to correct clerical errors that may affect substantive rights. In *JP Morgan Chase Bank, National Association v. Holt*, No. CV-08-5012337-S, 2015 WL 1499657, at *8 (Conn. Super. Ct. Mar. 27, 2015), the court reformed a mortgage document to correct a one-letter typographical error in the name of the mortgagor, recognizing that such a mistake, if uncorrected, could lead to unjust enrichment
https://casetext.com/case/jp-morgan-chase-bank-national-association-v-holt

## IV. REQUEST FOR RELIEF

WHEREFORE, the undersigned respectfully requests that this Honorable Court:

1. **Issue an Order Nunc Pro Tunc:** Directing the Clerk of Court to correct the electronic mail address in all prior filings submitted by the undersigned to reflect the correct domain: "icloud.com."; and therefore correct the email address of record for the undersigned party, for the present address: michaelericnelson @icloud.com

2. **Ensure Proper Notice:** Instruct all parties and court personnel to use the corrected email address for all future communications to guarantee the undersigned's receipt of notices and filings.

3. **Provide Additional Notification:** Given the critical nature of this correction, request that the Clerk of Court notify the undersigned via telephone at 702.932.3434, which is a US based number with full voicemail, tracking and transcribing that is forwarded by staff and electronic support to the undersigned anywhere in the world, and so herein requests phone confirmation of the above and for phone notification to allow for authorization of specific email

communication to allow email to be noticed for receipt, due in part to constant phishing attacks and extrajudicial hacking attempts which are believed to originate from persons involved in these proceedings, upon making the correction to confirm its implementation.

## V. CONCLUSION

The undersigned emphasizes the urgency and importance of this motion, not only to preserve individual constitutional rights but also to ensure the integrity of proceedings that bear upon assets of national historic significance. Prompt correction of the scrivener's error will facilitate proper communication and participation, thereby upholding the principles of due process and equitable treatment.

A document filed pro se is **"to be liberally construed,"** Estelle, 429 U.S. "pro se ... however inartfully pleaded, <u>must be held to less stringent standards than formal pleadings drafted by lawyers,"</u> ibid. Cf. Fed. Rule Civ. Proc. 8(f) ("All pleadings shall be so construed as to do substantial justice"). "filings generously and with the ***leniency due pro se litigants***", see *Erickson v. Pardus, U.S. 127 S.Ct. L.Ed.2d (2007); Andrews v. Heaton, 483 F.3d (10th Cir.2007)*.

**Respectfully submitted;   2 April 2025**

*[signature]*

Michael Eric Nelson

Care of the United States Secretary of State for foreign location re-routing

US Phone Number:  702-932-3434 US based phone number for contact regarding these historic bankruptcy cases and notice regarding any communication via email prior to email communication being instituted.

Email only to be used after pre-authorization as to email address sending documents and/or notices in order to have the address authorized to receive said notices

michaelericnelson @icloud.com

## CERTIFICATE OF SERVICE & DECLARATION OF RESTRICTED DISCLOSURE

### IN THE MATTER OF JUDICIAL NOTICE AND PROCEDURAL ASSERTION OF RESTRICTIVE NON-DISSEMINATION MANDATES

WHEREAS, in strict adherence to the prevailing corpus of procedural jurisprudence, statutory imperatives, and doctrinal maxims enshrining the sacrosanct principles of procedural due process and equitable notice, the undersigned, acting in an abundance of caution and in full cognizance of binding jurisdictional predicates, hereby certifies that effectuate service of the foregoing instrument has been executed in conformity with the prevailing mandates of statutory law, codified procedural governance, and applicable adjudicatory directives.

NOTWITHSTANDING, in recognition of extrajudicial anomalies, convoluted procedural exigencies, and the demonstrable tactical exploitation of statutory architecture heretofore executed with artifice and calculated intent, it is hereby formally, unequivocally, and incontrovertibly noticed that the subject filing—individually, severally, and in the aggregate—shall not, under any conceivable construction, legal fiction, interpretative lens, or attenuated inference, be conveyed, transmitted, promulgated, or otherwise disseminated in any form, manner, or medium—whether directly, derivatively, incidentally, or by operation of constructive notice—to the individual alleged coconspirator of the debtor control person CYNTHIA D. BLANCHARD and her consort ANTHEM HAYEK BLANCHARD by personage of **Chad Mitchell Koehn**, aka Chad Koehn, C. Mitch Koehn, Chad M. Koehn, Chad Mitchell K., Chad Mitch K, Chad Koehn Mitchell, Chad Mitchel Koehn or any other derivative he may use nor to any juridical entity, corporate enterprise, organizational consortium, trust arrangement, professional association, individual, attorney, consort, person, associate, employee or extrinsic affiliate with whom Chad M. Koehn maintains, has maintained, or is reasonably deduced to have maintained any contractual nexus, fiduciary entanglement, agency affiliation, governance role, or informal economic coalescence.

Said prophylactic restriction is predicated upon the putative existence of an adjudicatory directive, the precise linguistic contours and jurisdictional breadth of

which remain presently indeterminate, but which is purported to have been issued **sub silentio.**

Accordingly, all **creditors, claimants, parties in interest, government agencies, regulatory bodies, and legal representatives** are hereby formally placed on notice of the aforementioned assertions, reservations, disclaimers, and protections governing the legal position and conduct of the **undersigned** with respect to the instant matter and any peripheral proceedings related thereto.

When filed to the US Federal Court this filing will be automatically sent to the parties of record pursuant with the Federal Court's automatic notification systems, therefore service so rendered pursuant with applicable law notwithstanding the aforementioned foregoing disclaimer.

**Respectfully submitted;**  2 April 2025



Michael Eric Nelson

Care of the United States Secretary of State for foreign location re-routing

US Phone Number:  702-932-3434 US based phone number for contact regarding these historic bankruptcy cases and notice regarding any communication via email prior to email communication being instituted.

Email only to be used after pre-authorization as to email address sending documents and/or notices in order to have the address authorized to receive said notices

michaelericnelson @icloud.com