# INDEX OF EXHIBITS:

EXHIBIT A =  Price Tower Arts Center Inc. 2023 IRS Form 990 Return

EXHIBIT A = Price Tower Arts Center Inc. 2022 IRS Form 990 Return

EXHIBIT A = Price Tower Arts Center Inc. 2021 IRS Form 990 Return

MOTION FOR JUDICIAL NOTICE OF CASE PRECEDENTS AND PRICE TOWER ARTS CENTER TAX RECORDS ESTABLISHING PRIMA FACIE EVIDENCE OF EXCESS BENEFIT TRANSACTIONS, PUBLIC BRIBERY, BREACH OF FIDUCIARY DUTY, AND FALSE STATEMENTS BY CYNTHIA BLANCHARD, INSIDERS, COUNSEL, AND TRUSTEE