## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| **GREEN COPPER HOLDINGS, LLC** ) | **Case No. 25-10088-M** |
| ) | **Chapter 7** |
| ) | |
| **Debtor.** ) | |

## DECLARATION OF DAVID PAYNE

David R. Payne, states the following in support of the Notice and Motion filed by the chapter 7 trustee ("Trustee") for Green Copper Holdings, LLC (the "Estate") for Trustee's Amended Motion For An Order Authorizing Sale of Substantially All of the Assets of the Estate (**Doc. 68**) and Trustee's Amended Notice (**Doc. 69**).

The Trustee requested that I assist the Estate with notifying prospective competitive bidders of the opportunity to overbid and acquire the real and personal property that are proposed to be sold to the stalking horse bidder, McFarlin Building, LLC.

Paul Snisky and I directed a search of museums, hotels, art galleries and owners of historical sites ("Bidder Prospects") with the use of a contact prospector, UpLead, which D. R. Payne & Associates, Inc. ("DRPA") utilizes in connection with our ZOHO Customer Relationship Management ("CRM") System. DRPA regularly utilizes its CRM System to reach out to prospective bidders in bankruptcy and receivership sale processes.

Our search criteria covered a five (5) state area (Illinois, Kansas, Missouri, Oklahoma and Texas) and identified eight hundred and sixty-seven (867) Bidder Prospects. I prepared a transmittal overview ("Transmittal") which describes the acquisition opportunity and attached the Trustee's Amended Motion For An Order Authorizing Sale of Substantially All of the Assets of the Estate (**Doc. 68**) and Trustee's Amended Notice (**Doc. 69**). On April 1, 2025, we completed contact with the 867 Bidder Prospects by email from out CRM System.

1

FURTHER DECLARANT SAIETH NOT.

_____
David R. Payne

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA   )

      Subscribed and sworn before me, the undersigned Notary Public, this 3rd day of April, 2025.

_____
Notary Public

My commission expires:

9/06/2028
(Seal)

2