

Filed/Docketed
May 01, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER

This matter having come on for consideration this 1st day of May 2025 upon Trustee's *AMENDED MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE ESTATE OUTSIDE NORMAL COURSE OF BUSINESS CONSISTING OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND FOR ORDER AUTHORIZING PAYMENT OF REALTOR COMMISSION AT TIME OF* CLOSING *WITHOUT FURTHER NOTICE* (Doc. No. 68) ("Motion"), the Court finds:

1. The Motion seeks authority to sell the following assets of this estate free and clear of all liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f):

    a. BLOCK FORTY-SEVEN (47) OF THE ORIGINAL TOWN, NOW CITY OF BARTLESVILLE, OKLAHOMA, together with all fixtures, equipment, easements and appurtenances thereto, located at 510 Southwest Dewey Ave., Bartlesville, Oklahoma ("Price Tower"); and

    b. All tangible personal property located at, in or upon the Price Tower as of the date of the Commencement of these proceedings ("Personalty"). Such Personalty includes but

   is not limited to the assets described in the *TRSUTEE'S SUPPLEMENT TO MOTION AND NOTICE OF SALE* ("Doc. No. 69);

   c. The right to use the name "Price Tower;"

   d. The described assets are collectively referred to as the "Price Tower Assets."

2. The Motion seeks authority to sell the Price Tower Assets to McFarlin Building LLC, an Oklahoma limited liability company ("McFarlin"), for the sum of $1.4 million pursuant to the terms and conditions set forth in the ASSET PURCHASE AGREEMENT ("APA"), a copy of which was attached to the Motion.

3. The Motion seeks an order authorizing the sale of the Price Tower Assets free and clear of all liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(f) including the liens, claims, encumbrances, and interests, if any, of Scott R. Helton PPLC d/b/a Helton Law Firm and Enterprise Global Logistics.

4. The Motion was subject to the Bidding Procedures and the Termination Fee previously approved by this Court.

5. The Trustee provided proper and sufficient Notice of the Motion and the Bidding Procedures to all necessary and interested parties.

6. In addition, the Trustee's expert and realtor provided Notice of the Motion and the Bidding Procedures to hundreds of prospective bidders.

7. That proper and timely Notice was provided to all interested and necessary parties.

8. That the Notice of the proposed sale and Bidding Procedures was effected in a commercially reasonable manner and in a manner that maximized the value of the Price Tower Assets.

9. The Notice of sale and related Bidding Procedures required any objection to the sale or competitive bid to be filed or submitted on or before April 28, 2025.

10. No objections to the proposed sale or competitive bids were submitted on or before April 28, 2025.

11. The proposed sale is fair and equitable and in the best interests of the estate.

12. Pursuant to the terms and conditions of the employment of the estate's realtor, Scott Schlotfelt of Cushman & Wakefiled, no real estate commission is due upon the closing of the sale to McFarlin pursuant to the APA.

13. Good cause exists for waiving the 14-day stay pursuant to Fed. R. Bankr. P. 6004(h).

IT IS THEREFORE ORDERED THAT the Trustee be and is hereby authorized to sell the Price Tower Assets to McFarlin pursuant to the terms and conditions set forth in the Motion and the APA attached thereto.

IT IS FURTHER ORDERED that no real estate commission shall be due upon the closing of the sale to McFarlin.

IT IS FURTHER ORDERED that the 14-day stay of the sale is hereby waived pursuant to Fed. R. Bankr. P. 6004(h).

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*