Trustee: PATRICK J. MALLOY III

**EXHIBIT A**

# Time Worksheet

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 25-10088 | **Case Name:** | GREEN COPPER HOLDINGS, LLC | |
| **Case Status:** | OPEN | **Judge:** | Terrence L. Michael | |
| **Petition Date:** | 01/22/25 | **Original 341a Meeting:** | 02/19/25 | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: Conference** | | | | |
| 01/27/25 | CONF W GARY MCDONALD AND JOHN SNYDER RE CONTRACT TO BUY | 0.80 | 350.00 | 280.00 |
| 01/27/25 | CONF W DR PAYNE RE EMPLOYMENT AS EXPERT | 0.70 | 350.00 | 245.00 |
| 01/27/25 | CONF WITH G MCDONALD RE PRE BK K TO SELL AND CONFERENCE TO DISCUSS STATUS | 0.70 | 350.00 | 245.00 |
| 01/28/25 | CONF WITH CONSERVANCY RE STATUS | 1.50 | 350.00 | 525.00 |
| 01/28/25 | CONF WITH ENDEAVOR PROPERTIES RE BID | 0.80 | 350.00 | 280.00 |
| 01/28/25 | CONF WITH G MCDONALD RE UTILITIES AND MOTION TO SELL | 0.50 | 350.00 | 175.00 |
| 01/29/25 | CONF WITH REALTOR AND S SWINSON RE VALUE AND POSSIBLE BIDDERS | 0.70 | 350.00 | 245.00 |
| 01/29/25 | CONF WITH REALTOR RE SALE OF ASSETS | 0.70 | 350.00 | 245.00 |
| 01/29/25 | CONF WITH INTERNET AUCTIONEER | 0.40 | 350.00 | 140.00 |
| 01/29/25 | EMAIL TO G MCDONALD AND COUNSEL FOR MCFARLIN RE TITLE OPINION | 0.40 | 350.00 | 140.00 |
| 01/30/25 | CONF WITH CREDITOR/OWNER | 0.50 | 350.00 | 175.00 |
| 01/31/25 | CONF WITH DR PAYNE RE TERMS OF EMPLOYMENT | 0.50 | 350.00 | 175.00 |
| 02/04/25 | CONF WITH MICHELLE JOHNSON RE INSPECTION OF FACILITY AND WATER IN THE BUILDING | 0.50 | 350.00 | 175.00 |
| 02/05/25 | CONF W MARK CRAIGE RE LOAN FROM CONSERVANCY | 0.50 | 350.00 | 175.00 |
| 02/08/25 | CONF WITH REALTR AND T-NET RE EMPLOYMENT | 1.00 | 350.00 | 350.00 |
| 02/10/25 | CONF W D PAYNE RE EMPLOYMENT OF PROFESSIONALS AND SCHEDULE OF ASSETS | 0.70 | 350.00 | 245.00 |
| 02/10/25 | CONF WITH STATE COURT JUDGE RE EFFECT OF STAY | 0.50 | 350.00 | 175.00 |
| 02/10/25 | CONF WITH G MCDONALD RE STATUS | 0.40 | 350.00 | 140.00 |
| 02/21/25 | CONF WITH M CRAIGE RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 02/25/25 | CONF W/ G MCDONALD RE BIDDING PROCEDURES AND APA | 0.70 | 350.00 | 245.00 |
| 02/25/25 | CONF W/ K WALSH RE STATUS | 0.50 | 350.00 | 175.00 |
| 03/04/25 | CONF W G MCDONALD RE PROPOSED EASEMENT | 0.70 | 350.00 | 245.00 |
| 03/04/25 | CONF W M CRAIGE RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 03/04/25 | CONF W/ D PAYNE RE TERMINATION FEE | 0.80 | 350.00 | 280.00 |
| 03/07/25 | CONF WITH G MCDONALD RE STATUS | 0.70 | 350.00 | 245.00 |
| 03/07/25 | CONF WITH MICHELLE JOHNSON RE MEETING WITH CONSERVANCY | 0.50 | 350.00 | 175.00 |
| 03/10/25 | CONF W G MCDONALD RE SALE AND CONSERVANCY ISSUES | 1.00 | 350.00 | 350.00 |
| 03/11/25 | CONF WITH G MCDONALD RE APA AND SIGN APA | 0.70 | 350.00 | 245.00 |
| 03/11/25 | CONF W DR PAYNE RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 03/13/25 | CONF WITH G MCDONALD RE HEARING TO CONSIDER MT TO REDUCE NOTICE | 0.50 | 350.00 | 175.00 |
| 03/14/25 | CONF WITH R BROWN RE AMENDMENTS TO PROPOSED SALE | 0.70 | 350.00 | 245.00 |
| 03/14/25 | CONF W G MCDONALD RE AMENDMENTS TO APA | 1.00 | 350.00 | 350.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/25/25 | CONF W G MCDONALD RE OBJECTION TO BIDDING PRO | 0.80 | 350.00 | 280.00 |
| 03/26/25 | CONF W M CRAIGE RE OBJECTION TO MT RE BIDDING | 0.50 | 350.00 | 175.00 |
| 03/27/25 | CONF WITH US TEE RE NELSON PLEADINGS | 0.50 | 350.00 | 175.00 |
| 03/28/25 | CONF WITH G MCDONALD RE EDITS AND CHENGES TO MOTION AND NOTICE OF SALE | 0.70 | 350.00 | 245.00 |
| 03/31/25 | CONF WITH G MCDONALD RE AMENDED APA | 0.50 | 350.00 | 175.00 |
| 04/01/25 | CONF W MICHELLE JOHNSON RE WAIVERS; OWNERSHIP OF PERSONAL PROPERTY; AND VALUE OF ASSETS | 0.70 | 350.00 | 245.00 |
| 04/01/25 | CONF WITH US TEE RE MT AND NOTICE OF SALE | 0.50 | 350.00 | 175.00 |
| 04/01/25 | CONF WITH REALTOR RE WAIVER AND CONFIDENTIALITY AGREEMENT FOR BIDDERS | 0.70 | 350.00 | 245.00 |
| 04/02/25 | CONF WITH US ATTY | 0.50 | 350.00 | 175.00 |
| 04/08/25 | CONF WITH REALTOR RE REPRESENTATIONS TO BIDDERS AND BIDDING PROCEDURES | 0.80 | 350.00 | 280.00 |
| 04/09/25 | CONF W G MCDONALD RE EMERGENCY LOAN | 0.40 | 350.00 | 140.00 |
| 04/09/25 | CONF WITH REALTOR RE ADA AND ACCESS TO BG AND ART | 0.70 | 350.00 | 245.00 |
| 04/09/25 | CONF WITH MICHELLE JOHNSON RE SORAGE OF ART AT PHLBROOK AND ACCESS TO ART | 0.70 | 350.00 | 245.00 |
| 04/14/25 | CONF WITH PROSPECTIVE BIDDER | 3.00 | 350.00 | 1,050.00 |
| 04/22/25 | CONF W G MCDONALD RE PHOTOS OF ART | 0.70 | 350.00 | 245.00 |
| 04/28/25 | CONF WITH G MCDONALD RE STATUS | 0.40 | 350.00 | 140.00 |
| 04/28/25 | CONF WITH R LERNER BIDDING PROCESS | 0.70 | 350.00 | 245.00 |
| 04/28/25 | CONF WITH SCOTT RE STATUS | 0.50 | 350.00 | 175.00 |
| 04/30/25 | CONF WITH G MCDONALD RE TITLE COMPANY | 0.40 | 350.00 | 140.00 |
| | **Totals for Conference** | 34.80 | | 12,180.00 |

**Matter Code: E-Mail**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/27/25 | EMAILS TO AND FROM DR PAYNE RE SCOPE AND TERMS OF EMPLOYMENT | 0.50 | 350.00 | 175.00 |
| 01/27/25 | EMAILS TO AND FROM R BROWN RE CONTRACT TO SELL; EASEMENT; KEYS TO PREMISES AND STORING ART; LIST OF CREDITORS | 0.70 | 350.00 | 245.00 |
| 01/27/25 | EMAILS TO AND FROM MICHELLE JOHNSON RE ACQUIRING INSURANCE; UTILITIES; CHANGING LOCKS; SELLING PROPERTY | 1.00 | 350.00 | 350.00 |
| 01/27/25 | EMAIL TO AND FROM ATTORNEY FOR FOR CONSERVANCY RE CONFERENCE | 0.30 | 350.00 | 105.00 |
| 01/28/25 | EMAILS TO AND FROM SID SWINSON RE EMPLOYMENT OF GABLE GOTWALS AS SPECCIAL COUNSEL | 0.50 | 350.00 | 175.00 |
| 01/28/25 | EMAIL TO R BROWN RE CREDITOR LIST | 0.30 | 350.00 | 105.00 |
| 01/28/25 | EMAIL TO R BROWN RE REQUEST FOR DOCS | 0.40 | 350.00 | 140.00 |
| 01/29/25 | EMAILS TO AND FROM ATTY FOR CONSERVANCY RE FRAUDULENT TRANSFER OF ART | 0.30 | 350.00 | 105.00 |
| 01/29/25 | EMAIL TO G MCDONALD RE BILL OF SALE AND TITLE OPINION | 0.30 | 350.00 | 105.00 |
| 01/29/25 | REV EMAIL FROM M CRAIGE AND RELATED CASES RE EXECUTORY K | 1.00 | 350.00 | 350.00 |
| 01/31/25 | EMAILS TO AND FROM G MCDONALD RE ACCESS TO BUILDING AND UTILITIES | 0.50 | 350.00 | 175.00 |
| 01/31/25 | EMAIL TO MCDOANLD TO CONFIRM MEETING WITH SNYDER | 0.30 | 350.00 | 105.00 |
| 02/04/25 | EMAILS TO AND FROM S SWINSON RE MORTGAGE AGAINST REAL ESTATE | 0.30 | 350.00 | 105.00 |
| 02/04/25 | EMAILS TO AND FROM CUSHMAN WAKEFIELD RE EMPLOYMENT | 0.70 | 350.00 | 245.00 |
| 02/05/25 | EMAILS TO AND FROM G MCDONALD RE BIDDING AND INCURING DEBT | 0.70 | 350.00 | 245.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/06/25 | REVIEW PROPOSED REAL ESTATE LISTING AGREEMENT | 0.50 | 350.00 | 175.00 |
| 02/06/25 | EMAILS TO AND FROM G MCDONALD RE INVENTORY OF PERSONAL PROPERTY | 0.70 | 350.00 | 245.00 |
| 02/07/25 | EMAILS TO AND FROM CUSHMAN RE REAL ESTATE LISTING | 0.50 | 350.00 | 175.00 |
| 02/07/25 | EMAILS TO AND FROM G MCDONALD RE ADMIN CLAIM FOR MCFARLIN | 0.70 | 350.00 | 245.00 |
| 02/07/25 | EMAIL TO COUNSEL FOR CONSERVANCY RE SALE OF ART | 0.30 | 350.00 | 105.00 |
| 02/09/25 | EMAIL TO S SWINSON AND M SANDERS RE EASEEMNT GRANT | 0.40 | 350.00 | 140.00 |
| 02/10/25 | EMAILS TO AND FROM S SWINSON AND M SANDERS RE EASMENTS | 0.50 | 350.00 | 175.00 |
| 02/10/25 | EMAIL TO G MCDONALD RE SCHEDULE OF ASSETS | 0.40 | 350.00 | 140.00 |
| 02/10/25 | EMAIL TO M CRAIGE RE SETTLEMENT OF EASEMENTS ISSUE | 0.70 | 350.00 | 245.00 |
| 02/10/25 | EMAILS TO AND FROM ATTYS FOR CONSERVANCY RE AGREEMENT TO SELL ASSETS | 0.70 | 350.00 | 245.00 |
| 02/11/25 | EMAILS TO AND FROM REALTOR RE PRE BK EFFORTS TO SELL REAL ESTATE | 0.70 | 350.00 | 245.00 |
| 02/11/25 | EMAIL TO COUNSEL FOR CONSERVANCY RE NOTICE TO BIDDERS RE EASEMENT | 0.40 | 350.00 | 140.00 |
| 02/11/25 | EMAILS TO AND FROM DR PAYNE RE BIDDING PROCEDURES AND LIST OF BIDDERS | 0.50 | 350.00 | 175.00 |
| 02/12/25 | EMAILS TO AND FROM DR PAYNE RE BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 02/12/25 | REV ART DEALER RESPONSE RE TRANSFER | 0.40 | 350.00 | 140.00 |
| 02/12/25 | EMAILS TO AND FOM G MCDONALD RE CONTRACT TO SELL | 0.50 | 350.00 | 175.00 |
| 02/21/25 | REV CONSERVANCY'S PRPOPOSED AMENDMENTS TO BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 02/22/25 | REV AND EDIT PROPOSED APA | 1.00 | 350.00 | 350.00 |
| 02/22/25 | EMAILS TO AND FROM DR PAYNE RE EXPERT REPORT | 0.70 | 350.00 | 245.00 |
| 02/24/25 | EDIT PROPOSED BIDDING PROCEDURES AND RELATED EMAIL TO COUNSEL | 1.50 | 350.00 | 525.00 |
| 02/24/25 | REV MCFARLIN PROPOSED APA AND EMAIL COMMENTS | 1.00 | 350.00 | 350.00 |
| 02/25/25 | EMAIL FROM CONSERVANCY RE STATUS | 0.30 | 350.00 | 105.00 |
| 02/26/25 | EDIT LISTING AGREEMENT | 0.70 | 350.00 | 245.00 |
| 02/27/25 | EMAIL TO G MCDONALD RE APA | 0.40 | 350.00 | 140.00 |
| 03/04/25 | EMAIL TO G MCDONALD RE PAYNE ANALYSIS OF TERMINATION FEE | 0.40 | 350.00 | 140.00 |
| 03/04/25 | REVIEW PAYNE ANALYSIS OF TERMINATION FEE | 0.50 | 350.00 | 175.00 |
| 03/04/25 | REV PROPOSED AMENDMENT TO EASEMENT | 0.70 | 350.00 | 245.00 |
| 03/07/25 | REV RPOPOSED TERMS FROM SNYDER | 0.50 | 350.00 | 175.00 |
| 03/10/25 | EMAILS TO AND FROM INSURANCE BROKER RE PROPERTY INSURANCE | 0.70 | 350.00 | 245.00 |
| 03/10/25 | REV EDITS RE APA; BIDDING PRO AND WAIVER OF 14 DAY | 1.00 | 350.00 | 350.00 |
| 03/10/25 | REV EMAIL RE REMOVAL OF ASSETS | 0.30 | 350.00 | 105.00 |
| 03/12/25 | EMAILS TO AND FROM R BROWN RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 03/12/25 | EMAILS TO AND FROM M CRAIGE RE BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 03/12/25 | EMAILS TO AND FROM D PAYNE RE DECLARATION IN SUPPORT OF TERMINATION FEE | 0.50 | 350.00 | 175.00 |
| 03/13/25 | EMAIL TO R BROWN RE PROPOSED LANGUAGE IN BIDDING PROCEDURES | 0.40 | 350.00 | 140.00 |
| 03/24/25 | REVIEW OBJECTION AND RELATED DOCS FROM MORAN RE MT TO APPROVE BIDDING PRO | 1.00 | 350.00 | 350.00 |
| 03/26/25 | EMAILS TO AND FROM US TEE RE NOTICE OF MT | 0.40 | 350.00 | 140.00 |
| 03/28/25 | EMAILS TO AND FROM TITLE COMPANY RE SUBSTANCE OF MOTION AND NOTICE OF SALE | 0.70 | 350.00 | 245.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/28/25 | REV AD VALOREM TAX ANALYSIS | 0.40 | 350.00 | 140.00 |
| 04/01/25 | REV INVENTORY OF PERSONAL PROPERTY | 0.70 | 350.00 | 245.00 |
| 04/01/25 | REV AND APPROVE WAIVER AND CONFIDENTIALITY AGREEMENT | 0.50 | 350.00 | 175.00 |
| 04/01/25 | EMAILS TO AND FROM REALTOR RE CONFIDENTIALITY AGREEMENTS AND WAIVER | 0.50 | 350.00 | 175.00 |
| 04/01/25 | EMAILS TO AND FROM ATTY FOR DEBTOR RE OWNERSHIP OF PERSONAL PROPERTY AND REQUEST FOR DISCLAIMER | 0.50 | 350.00 | 175.00 |
| 04/02/25 | EMAILS TO AND FROM MICHELLE JOHNSON RE EMPLOYMENT OF ART EXPERT AND MOVING OF ART TO PHILBROOK | 0.70 | 350.00 | 245.00 |
| 04/02/25 | EMAILS TO AND FROM DR PAYNE RE NOTICE OF SALE AND HEARING RE MAY 6TH | 0.70 | 350.00 | 245.00 |
| 04/07/25 | EMAILS TO AND FROM REALTOR RE BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 04/07/25 | EMAILS TO AND FROM MARK SANDERS RE MOTION TO RECONSIDER | 0.50 | 350.00 | 175.00 |
| 04/07/25 | REV CONSERVANCY REPORT | 0.50 | 350.00 | 175.00 |
| 04/09/25 | EMAILS TO AND FROM TRUSTEE INSURANCE RE INSURANCE ON ESTATE ASSETS | 0.70 | 350.00 | 245.00 |
| 04/10/25 | EMAILS TO AND FROM R BROWN RE REQUESTED DISCLAIMERS | 0.30 | 350.00 | 105.00 |
| 04/14/25 | REVIEW INSURANCE BID | 0.70 | 350.00 | 245.00 |
| 04/20/25 | EMAILS TO AND FROM MICHELLE JOHNSON RE SECURITY FOR PROPERTY | 0.70 | 350.00 | 245.00 |
| 04/21/25 | EMAILS TO AND FROM REALTOR RE BIDDERS | 0.50 | 350.00 | 175.00 |
| 04/24/25 | REV EMAIL RE TRANSFERS OF ART | 0.40 | 350.00 | 140.00 |
| 04/28/25 | EMAIL R LERNER CCS OF BIDDING PROCEDURES; EASEMENT; NOTICE TO SELL | 0.70 | 350.00 | 245.00 |
| 04/30/25 | REV AND RESEARCH TITLE COMPANY REQUIREMENTS | 0.70 | 350.00 | 245.00 |
| 04/30/25 | RESEARCH AND DRAFT RESPONSE TO TITLE COMPANY | 1.50 | 350.00 | 525.00 |
| 05/01/25 | EMAILS TO AND FROM TITLE COMPANY RE APPROVAL OF ORDER | 0.50 | 350.00 | 175.00 |
| 05/01/25 | EMAILS TO AND FROM TITLE COMPANY RE COURT'S ORDER APPROVING SALE AND COSTS OF SALE | 0.70 | 350.00 | 245.00 |
| 05/01/25 | DRAFT PROPOSED TRUSTEE'S DEED AND RELATED EMAIL TO TITLE COMPANY | 0.50 | 350.00 | 175.00 |
| 05/01/25 | REVIEW EDITS TO TRUSTEE DEED | 0.40 | 350.00 | 140.00 |
| | **Totals for E-Mail** | 45.00 | | 15,750.00 |

**Matter Code: hearings**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/13/25 | HEARING RE MOTION TO SHORTEN NOTICE | 0.50 | 350.00 | 175.00 |
| 03/31/25 | DRAFT AMENDED MOTION TO SELL | 0.70 | 350.00 | 245.00 |
| | **Totals for hearings** | 1.20 | | 420.00 |

**Matter Code: Pleadings**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/27/25 | REV STATE COURT ORDER RE SPECIFIC PERFORMANCE | 0.40 | 350.00 | 140.00 |
| 01/28/25 | REV STATE COURT PLEADINGS IN SPECIFIC PERFORMANCE LAW SUIT | 1.00 | 350.00 | 350.00 |
| 02/06/25 | RESEARCH AND DRAFT TRUSTEE'S EMERGENCY MOTION TO INCUR DEBT; MOTION TO SHORTEN NOTICE; NOTICE OF MOTION AND HEARING | 2.00 | 350.00 | 700.00 |
| 02/08/25 | DRAFT PROPOSED CONTRACT TO SELL ASSETS | 1.00 | 350.00 | 350.00 |
| 02/09/25 | DRAFT CONTRACT TO SELL ASSETS AND BIDDING PROCEDURES | 3.00 | 350.00 | 1,050.00 |
| 02/10/25 | DRAT AND EDIT BIDDING PROCEDURES | 1.00 | 350.00 | 350.00 |
| 02/11/25 | EDITE AND FINALIZE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/11/25 | EDIT AND DRAFT CONTRACT TO SELL TO MCFARLIN | 1.00 | 350.00 | 350.00 |
| 02/12/25 | REV PROPOSED LISTING AGREEMENT AND DRAFT AMENDED AGREEMENT | 1.00 | 350.00 | 350.00 |
| 02/12/25 | EDIT CONTRACT FOR SALE | 0.70 | 350.00 | 245.00 |
| 02/22/25 | REV AND EDIT REDLINED VERSION OF BIDDING PROCEDURES PROVIDED BY CONSERVANCY AND MCFARLIN | 2.00 | 350.00 | 700.00 |
| 02/26/25 | DRAFT 2014 DECLARATION FOR CUSHMAN | 0.70 | 350.00 | 245.00 |
| 03/03/25 | RESEARCH AND DRAFT MOTION TO APPROVE BIDING PROCEDURES AND TERMINATION FEE | 3.00 | 350.00 | 1,050.00 |
| 03/04/25 | DRAFT NOTICE OF SALE AND EDIT BIDDING PROCEDURES | 2.00 | 350.00 | 700.00 |
| 03/11/25 | FINALIZE MOTION TO APPROVE BIDDING PROCEDURES | 1.50 | 350.00 | 525.00 |
| 03/12/25 | FINALIZE MOTION TO APPROVE BIDDING PROCEDURES AND BIDDING PROCEDURES | 1.00 | 350.00 | 350.00 |
| 03/14/25 | DRAFT AMENMENTS TO APA AND PROPOSED BIDDING PROCEDURES | 0.80 | 350.00 | 280.00 |
| 03/17/25 | DRAFT MOTION AND NOTICE TO SELL | 3.00 | 350.00 | 1,050.00 |
| 03/17/25 | DRAFT MOTION TO EMPLOY REALTOR | 0.50 | 350.00 | 175.00 |
| 03/18/25 | EDIT NOTICE OF SALE | 2.00 | 350.00 | 700.00 |
| 03/25/25 | DRAFT REQ FOR ORDER AND ORDER RE MOTION TO APPROVE BIDDING PRO | 0.70 | 350.00 | 245.00 |
| 03/25/25 | DRAFT AMENDED ORDER RE BIDDING | 0.40 | 350.00 | 140.00 |
| 03/27/25 | REV NELSON MOTION RE STAY | 1.50 | 350.00 | 525.00 |
| 03/28/25 | FINALIZING MOTION TO SELL AND NOTICE | 3.00 | 350.00 | 1,050.00 |
| 03/31/25 | DRAFT AMENDED NOTICE OF SALE | 0.50 | 350.00 | 175.00 |
| 03/31/25 | REV MT TO DISQUALIFY TRUSTEE | 1.00 | 350.00 | 350.00 |
| 04/01/25 | REV COURT ORDER TO SHOW CAUSE RE NELSON | 0.40 | 350.00 | 140.00 |
| 04/01/25 | DRAFT SUPPELENTAL NOTICE OF SALE | 1.00 | 350.00 | 350.00 |
| 04/03/25 | DRAFT MT TO STAY RESPONSE TO NELSON | 0.70 | 350.00 | 245.00 |
| 04/07/25 | REV NELSON PLEADING | 0.70 | 350.00 | 245.00 |
| 04/10/25 | DRAFT DISCLAIMERS RE PERSONAL PROPERTY FOR GCH AND CT | 0.70 | 350.00 | 245.00 |
| 04/28/25 | DRAFTS REQUEST FOR ORDER AND ORDER RE SALE OF ASSETS | 2.00 | 350.00 | 700.00 |
| | **Totals for Pleadings** | 40.70 | | 14,245.00 |

**Matter Code: Research**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/27/25 | RESEARCH RE PRE-BK CONTRACTS TO PURCHASE REAL ESTATE AND CONSERVANCY EASEMENTS | 2.00 | 350.00 | 700.00 |
| 01/27/25 | REV STATE COURT PLEADINGS AND RELATED EXIBITS FILED BY FRANK LOYD WRIGHT CONSERVANCY | 2.00 | 350.00 | 700.00 |
| 01/27/25 | REV COMPEITIVE BID RE PURCHASE OF REAL ESTATE | 0.40 | 350.00 | 140.00 |
| 01/29/25 | REV MCFARLIN CONTRACT | 0.70 | 350.00 | 245.00 |
| 01/29/25 | RESEARCH PRE BK STATE COURT ORDERS | 1.00 | 350.00 | 350.00 |
| 01/30/25 | REV DOCS PROVIDED BY DEBTOR | 2.00 | 350.00 | 700.00 |
| 01/31/25 | REV DOCS PROVIDED BY DEBTOR INCLUDING ORIGINAL BILL OF SALE; CREDITOR LIST; CONTRACT TO PURCHASE FROM NON-PROFIT AND CONTRACT TO SELL TO MCFARLIN | 1.50 | 350.00 | 525.00 |
| 01/31/25 | REV CASES RE EXECUTORY K | 1.00 | 350.00 | 350.00 |
| 02/03/25 | RESEARCH TRUSTEE'S INCURING POST BK DEBT | 2.00 | 350.00 | 700.00 |
| 02/04/25 | RESEARCH RE 364 LOANS | 2.00 | 350.00 | 700.00 |
| 02/04/25 | RESEARCH STALKING HORSE SALES AND BIDDING PROCEDURES | 1.50 | 350.00 | 525.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/05/25 | REV STATE COURT HEARING TRANSCRIPT | 1.50 | 350.00 | 525.00 |
| 02/05/25 | RESEARCH STALKING HORSE BIDDING PROCEDURES | 1.00 | 350.00 | 350.00 |
| 02/07/25 | RESEARCH TRUSTEE'S RIGHT TO SELL AVOIDANCE CLAIMS | 2.00 | 350.00 | 700.00 |
| 02/07/25 | RESEARCH DOCS RE ALE OF ART | 0.50 | 350.00 | 175.00 |
| 02/08/25 | REVIEW ALL PLEADINGS FILED IN STATE COURT LITIGATION WITH THE CONSERVANCY | 1.50 | 350.00 | 525.00 |
| 02/09/25 | RESEARCH GRANT OF EASEMENT | 0.70 | 350.00 | 245.00 |
| 02/10/25 | RESEARCH NOTICE TO SELL PERSONAL PROPERTY | 1.50 | 350.00 | 525.00 |
| 02/10/25 | REVIEW INVENTORIES OF PERSONAL PROPERTY | 0.70 | 350.00 | 245.00 |
| 02/21/25 | RSEARCH COURT APPROVAL OF BIDDING PROCEDURES | 2.00 | 350.00 | 700.00 |
| 02/24/25 | RESEARCH BREAKUP FEES | 0.70 | 350.00 | 245.00 |
| 02/26/25 | REV AND EDIT APA | 1.00 | 350.00 | 350.00 |
| 02/27/25 | RESEARCH RE REASONABLENESS OF BREAKUP FEE | 2.00 | 350.00 | 700.00 |
| 03/27/25 | RESEARCH FILING RESTRICTIONS | 1.00 | 350.00 | 350.00 |
| 03/28/25 | RECORDS CHECK RE PRICE TOWER | 0.40 | 350.00 | 140.00 |
| 04/01/25 | RESEARCH STANDING AND MOTION TO IMPOSE FILING RETSRICTIONS | 1.50 | 350.00 | 525.00 |
| 04/02/25 | RESEARCH VALUE OF JAPANESE ART | 1.00 | 350.00 | 350.00 |
| 04/08/25 | RESEARCH TIME TO RESPOND TO BK MOTIONS | 0.70 | 350.00 | 245.00 |
| 04/10/25 | RESEARCH EMERGENCY LOAN | 1.00 | 350.00 | 350.00 |
| 04/24/25 | REV BANK STATEMENS PRODUCED | 1.00 | 350.00 | 350.00 |
| 04/24/25 | REV SUBSTANTIVE CONSOLIDATION OF NON DEBTORS | 1.50 | 350.00 | 525.00 |
| 04/24/25 | REV SCHEDULE OF CREDITORS | 0.70 | 350.00 | 245.00 |
| 05/02/25 | REV AND SIGN CERTAIN CLOSING DOCS RE SALE OF PRICE TOWER | 1.50 | 350.00 | 525.00 |
| | **Totals for Research** | 41.50 | | 14,525.00 |
| | **Report Totals** | 163.20 | | 57,120.00 |