IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

### TRUSTEE'S REPORT OF SALE

Comes now the Trustee and states:

1. This Court entered an order authorizing the sale of certain real estate located at 510 SE Dewey Ave., Bartlesville, Oklahoma and personal property located on or in the premises as of the date of bankruptcy to McFarlin Building LLC for the sum of $1,400,000 pursuant to a certain Asset Purchase Agreement (Doc. No. 98).

2. On May 5, 2025, the Trustee closed that sale. Attached as **Ex A** is a copy of the closing statement. As noted, the net proceeds received by the estate after payment of delinquent ad valorem taxes, the estate's share of current ad valorem taxes due and owing, and after payment of other Seller's costs was $1,155,894.06. In addition to these proceeds, the Trustee is in possession of $140,000 in earnest money previously provided to the Trustee by McFarlin which was deposited into the Malloy Law Firm P.C. Trust account and will now be deposited into the estate's account. As a result, the total net proceeds recovered by the estate from the sale of the specified assets will be $1,295,894.06.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500

Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:                918-699-0325
*ATTORNEYS FOR TRUSTEE*