

**FirsTitle & Abstract Services, LLC**
1401 S. Boulder Ave.
Tulsa, OK 74119
Phone: (918) 250-1641

<u>**EXHIBIT A**</u>

### Seller's Settlement Statement

| | |
|---|---|
| **Settlement Date:** | May 05, 2025 |
| **Disbursement Date:** | May 05, 2025 |
| **Order Number:** | 3062501514 |
| **Escrow Officer:** | Shannon Beesley |
| **Buyer:** | The McFarlin Building, LLC, an Oklahoma limited liability company |
| **Seller:** | Green Copper Holdings, LLC |
| **Property:** | 510 SE Dewey Ave |
| | Bartlesville, OK 74003 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Total Consideration** | | |
| Purchase Price | | 1,400,000.00 |
| Deposit or earnest money | 140,000.00 | |
|     Green Copper Holdings, LLC | | |
| **Prorations/Adjustments** | | |
| County Taxes - ($70,668.00/year) | 23,491.29 | |
|     121 days @ 194.142857 per day at $70,668.00 | | |
|     01/01/25-05/02/25 | | |
| Hospitality Taxes ($791.00/year) | 262.22 | |
|     121 days @ 2.167123 per day at $791.00 | | |
|     01/01/25-05/02/25 | | |
| **Title/Escrow Charges** | | |
| Title Service Fee | 550.00 | |
| UCC Search | 100.00 | |
| Abstract Fee | 600.00 | |
| Gap Check | 50.00 | |
| Federal Court Certification | 100.00 | |
| Special Assessment Letter | 10.00 | |
| **Recording Charges** | | |
| Documentary Stamps to Simplifile | 2,100.00 | |
| Recording of Deed to Simplifile | 24.00 | |
|     4 pgs | | |
| **Miscellaneous Charges** | | |
| Ad Valorem Taxes - 2024 to County Clerk | 75,968.10 | |
|     Tax ID No. 8783 | | |
| Hospitality Taxes - 2024 to County Clerk | 850.33 | |
|     Tax ID No. 948684 | | |
| **Subtotals** | 244,105.94 | 1,400,000.00 |
| **Balance Due TO Seller** | **1,155,894.06** | |
| **Totals** | 1,400,000.00 | 1,400,000.00 |

### See signature page to follow

**Buyer's Settlement Statement**

BUYER

The McFarlin Building, LLC, an  Oklahoma limited liability company

_____

By: Jon Snyder, its Manager


FirsTitle & Abstract Services, LLC

BY: _____

    FirsTitle & Abstract Services, LLC

**Settlement Statement**

BUYER

The McFarlin Building, LLC, an  Oklahoma limited liability company

---

By: Jon Snyder, its Manager

SELLER

Green Copper Holdings, LLC

---

By: Patrick J. Malloy III, Trustee for Bankruptcy Estate of Green Copper Holdingns, LLC, Case No. 25-10988-T

FirsTitle & Abstract Services, LLC

BY: _____

FirsTitle & Abstract Services, LLC

---