IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW the Trustee, Patrick J. Malloy III, and hereby withdraws the *Trustee's Motion for Order Authorizing Payment of Attorney Fees and Notice of Opportunity for Hearing* filed as Doc. No. 101, on May 6, 2025.

Respectfully Submitted By:

s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:  918-699-0345
Fax:  918-699-0325
*ATTORNEYS FOR TRUSTEE*