# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA    }
                    } ss.
COUNTY OF TULSA     }

     COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

     That on May 13, 2025, I mailed a true and exact copy of: ***Trustee's Notice and Motion to Substantively Consolidate Copper Tree Inc. Case No. 25-10084-T and Notice of Opportunity for Hearing (Doc No. 104)*** to the parties on the attached lists for Case no. 25-10088 and Case no. 25-10084 with proper postage.

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:               918-699-0325
*ATTORNEYS FOR TRUSTEE*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-10088-T<br>Northern District of Oklahoma<br>Tulsa<br>Tue May 13 10:39:55 CDT 2025 | Archway Properties<br>c/o Dallas Hindman<br>272550 N 3979 Dr<br>Ochelata, OK 74051 | Archway Properties, L.L.C.<br>501 SE Frank Phillips Blvd, 102A<br>Bartlesville, OK 74003-3913 |
| Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 | Cherokee Fire Protection<br>PO Box Box 678<br>Oologah, OK 74053-0678 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 |
| Craig A. Brand<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Mark A. Craige<br>Crowe & Dunlevy<br>222 N. Detroit Ave.<br>Suite 600<br>Tulsa, OK 74103-2412 | Cynthia Diane Blanchard<br>414 SE Washington Blvd.<br>Ste. 205<br>Bartlesville, OK 74006-2428 |
| Dale Takio, personally and individually, as<br>well as on behalf of his entity Taktik<br>Enterprises, Inc., A Florida Corporation<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Kevin P Doyle<br>Pray Walker, PC<br>21 North Greenwood Avenue<br>Suite 400<br>Tulsa, OK 74120-1999 | Frank Lloyd Wright Building Conservancy<br>c/o Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2412 |
| Green Copper Holdings, LLC<br>co Robert Hugh, Registered Agent<br>15 W. 6th Street<br>Bartlesville, OK 74006 | Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Helton Law Firm<br>9125 South Toledo Avenue<br>9125 South Toledo Ave<br>Tulsa, OK 74137-2719 |
| John E Johnson<br>John E. Johnson, Attorney<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 |
| Kelley G. Loud<br>Titus Hillis Reynolds, et al.<br>15 East Fifth Street, Suite 3700<br>Tulsa, OK 74103-4304 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S. Boston<br>Suite 500<br>Tulsa, OK 74103-4023 |
| Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 | McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 |
| Mike Moran, personally and individually, and<br>on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 | Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 |
| Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |

| | | |
|---|---|---|
| Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 |
| Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 | Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 |
| (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 | US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 |
| Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Enterprise Global Logistics LLC | (u)Frank Lloyd Wright Building Conservancy, a | (u)Michelle Johnson<br>Asset Liquidation Specialists LLC |
| (d)Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | (u)Michael Eric Nelson<br>michaelericnelson@icloud.com | (u)D.R. Payne<br>D.R. Payne & Associates<br>Address Unknown<br>, OK |
| (u)Mark D.G. Sanders | (u)Scott Schlotfelt | (u)Sidney K Swinson |

(u)The McFarlin Building, LLC

End of Label Matrix
Mailable recipients    39
Bypassed recipients    10
Total                  49

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-10084-T<br>Northern District of Oklahoma<br>Tulsa<br>Tue May 13 10:40:28 CDT 2025 | AEP/PSO<br>322 Dewalt Avenue SW<br>Canton, OH 44702-0000 | Archway Properties<br>272550 N 3979 Dr<br>Ochelata, OK 74051 |
| Archway Properties, L.L.C.<br>501 SE Frank Phillips Blvd, 102A<br>Bartlesville, OK 74003-3913 | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 | CL Partners LLC<br>19 Ridgewood Dr.<br>Rye, NY 10580-1621 |
| Cherokee Fire Protection Professionals, LLC<br>P.O. Box 678<br>Oologah, OK 74053-0678 | Cherokee Fire Protection Professionals, LLC<br>Mitchell Legal, PLLC<br>203 E. Hobson Ave<br>Sapulpa, OK 74066-2809 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 |
| Cintas Corporation<br>5940 S. 129th East Ave<br>Tulsa, OK 74134-6707 | (p)CITY OF BARTLESVILLE<br>401 S JOHNSTONE AVE<br>BARTLESVILLE OK 74003-6619 | Copper Tree, Inc.<br>414 SE Washington Blvd<br>Bartlesville, OK 74006-2428 |
| Craig A. Brand<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Craig Brand<br>11222 Oakshore Lane<br>Clermont, FL 34711-5408 | Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2412 |
| Cynthia Blanchard<br>414 SE Washington Blvd, Suite 205<br>Bartlesville, OK 74006-2428 | Cynthia Diane Blanchard<br>414 SE Washington Blvd.<br>Ste. 205<br>Bartlesville, OK 74006-2428 | Dale Takio, personally and individually, as<br>well as on behalf of his entity Taktik<br>Enterprises, Inc., A Florida Corporation<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 |
| Donna Keffer<br>c/o Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Kevin P Doyle<br>Pray Walker, PC<br>21 North Greenwood Avenue<br>Suite 400<br>Tulsa, OK 74120-1999 | Enterprise Global Logistics<br>105 Stoneway Rd<br>Wakefield, RI 02879-3969 |
| Frank Lloyd Wright Building Conservancy<br>c/o Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2412 | Glenn Security<br>3909 Price Rd<br>Bartlesville, OK 74006-7206 | Green Copper Holdings, LLC<br>414 SE Washington Blvd 205<br>Bartlesville, OK 74006-2428 |
| Green Copper Holdings, LLC<br>530-B Harkle Road Suite 100<br>Santa Fe, NM 87505-4739 | Hans Schmoldt<br>3305 Woodland Rd<br>Bartlesville, OK 74006-4523 | Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Helm Ventures<br>7200 Wisconcin Ave, Suite 500<br>Bethesda, MD 20814-4833 | Helton Law Firm<br>9125 South Toledo Avenue<br>9125 South Toledo Ave<br>Tulsa, OK 74137-2719 | Historic Hotels<br>26 Corporate Plaza, Suite 150<br>Newport Beach, CA 92660-7960 |

| | | |
|---|---|---|
| Holtz Electric<br>318 SW Adeline, Ave<br>Bartlesville, OK 74003-3111 | Inktown Design<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 | Jess Kane<br>PO Box 1066<br>Bartlesville, OK 74005-1066 |
| Jessica Holman<br>406 North Bradley Ave<br>Caney, KS 67333-2523 | Joe Hassan<br>105 Stoneway Rd<br>Wakefield, RI 02879-3969 | John Marcott<br>397240 West 3200 Rd<br>Ramona, OK 74061-3667 |
| Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Josh Gunter<br>1515 South Osage<br>Bartlesville, OK 74003-5828 | KWON Radio<br>1200 SE Frank Phillips Blvd<br>Bartlesville, OK 74003-4332 |
| Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 | Levinson Smith and Huffman<br>1743 E. 71st St<br>Tulsa, OK 74136-5108 | Linda Jones<br>115 1/2 SE Frank Phillips Blvd<br>Bartlesville, OK 74003-3519 |
| Linda Jones<br>PMB 117<br>1611 S. Utica Ave.<br>Tulsa, OK 74104-4909 | Kelley G. Loud<br>Titus Hillis Reynolds, et al.<br>15 East Fifth Street, Suite 3700<br>Tulsa, OK 74103-4304 | Malisa McPherson<br>313 NE 21st Street<br>Oklahoma City, OK 73105-3207 |
| Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 | Mark Haskell<br>115 1/2 SE Frank Phillips Blvd<br>Bartlesville, OK 74003-3519 |
| Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 | McDonald Law Firm<br>15 W. 6th Street 2606<br>Tulsa, OK 74119-5413 | McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 |
| Mike Moran, personally and individually, and on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Brian L. Mitchell<br>Mitchell Bonds PLLC<br>203 E. Hobson<br>Sapulpa, OK 74066-2809 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 |
| Nathan Aldinger<br>5891 Sypes Canyon Rd<br>Bozeman, MT 59715-9379 | Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 | OKES<br>5637 N Classen Blvd<br>Oklahoma City, OK 73118-4015 |
| Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |

Oklahoma Natural Gas
Po Box 401
Oklahoma City, OK 73101-0401

Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

Paul Aubert
24 Waterway, Suite 830
Spring, TX 77380-4324

Pictoria Studios
c/o Mike Moran
3517 Watercrest Pl
Orlando, FL 32835-2527

Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120-1999

Renee Nichols
23538 NS 414 Rd
Stillwater, OK 74078-0001

Robert Hugh
15 W. 6th 2800
Tulsa, OK 74119-5404

Robert Sherwood
15 W 6th St, Suite 2800
Tulsa, OK 74119-5404

Robinett King Elias Buhlinger Brown and Kane
PO Box 1066
Bartlesville, OK 74005-1066

SGP Advisors
501 E Kennedy Blvd, Suite 1000
Tampa, FL 33602-5200

SMB Specialists
13124 E 131st St North
Collinsville, OK 74021-4377

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

Scott R. Helton PLLC cba Helton Law FIrm Law
9125 S Toledo Ave
Tulsa, OK 74137-2719

Sparklight
4127 Nowata Rd
Bartlesville, OK 74006-5120

Sparklight
PO Box 78000
Phoenix, AZ 85062-8000

TakTik Enterprises & Subsidiaries
c/o  Dale Takio
11222 Oakshore Lane
Clermont, FL 34711-5408

Ten-X, LLC
17600 Laguna Canyon Road
Irvine, CA 92618-5432

Titus Hillis Reynolds Love
15 E 5th St Ste 3700
Tulsa, OK 74103-4304

Trane USA
2313 S 20th Street
La Crosse, WI 54601-6726

Tulsa County Treasurer
John M. Fothergill
218 W 6th St., 8th Fl
Tulsa, OK 74119-1004

(p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE
ATTN ATTN MS KIRBY BOUDREAUX
110 W 7TH STREET
SUITE 300
TULSA OK 74119-1013

US SEC & EXCHANGE COMM.
Midwest Regional Office
175 W. Jackson Boulevard, Ste 900
Chicago, IL 60604-2815

Karen Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Washington County Treasurer
420 S Johnstone Rm 101
Bartlesville, OK 74003-6602

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Bartlesville
401 S. Johnstone
Bartlesville, OK 74003-0000

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cherokee Fire Protection Professionals, LL       (u)Enterprise Global Logistics LLC       (u)Michael Eric Nelson

(u)The McFarlin Building, LLC       End of Label Matrix
                                    Mailable recipients    83
                                    Bypassed recipients     4
                                    Total                  87