# EXHIBIT A

## ASSET LIQUIDATION SPECIALISTS

103 S JM Davis Blvd, Claremore OK 74017 · 918-923-0420



### INVOICE FOR PROFESSIONAL SERVICES RENDERED

**Patrick J Malloy III, Trustee for
Green Copper Holdings 25-10088-M**

| SCOPE OF WORK & ACTIVITIES: | | Hours | Rate 1 | Rate 2 | Rate 3 | Reim to ALS |
|---|---|---|---|---|---|---|
| 2/4/2025 | Provided assistance with pumping water and cleaning debris from the basement in an attempt to turn on utilities. The assistance included personnel wading through hazardous water to place three pumps in flooded basement, hooking up extension cords and hoses to generator to power mobile sump pumps. | 11 | | 687.5 | | |
| 2/5/2025 | Continued assistance with pumping water from basement; swept water out with broom | 7 | | 437.5 | | |
| 2/6/2025 | Met Ms. Blanchard at my office to assist in unloading 15 boxes of Japanese artwork, a computer hard drive re art inventory and a large rug from her car. A decision was made to remove the art from the Price Tower in order to protect from severe cold weather | 0.5 | 62.50 | | | |
| 2/10/2025 | Personnel located and downloaded detailed inventory of Price Tower assets | 0.5 | | 31.25 | | |
| 2/10/2025 | Analyzed Collections data from hard drive to determine if there was a list of Japanese Wood Block Prints, filtered results & emailed to Trustee | 0.5 | 62.50 | | | |

Rate 1:  $125 Michelle; Rate 2: $62.50 Other ALS Personnel; Rate 3 $50 Art Dealer/Handler

1

| Date | Description | Hours | Amount | | |
|---|---|---|---|---|---|
| 2/10/2025 | Pursuant to the Trustee's instructions, took steps to change the locks on the building. These steps included conferring with a lock smith and providing the lock smith with a copy of the order appointing the Trustee and hiring me to facilitate | 1 | 125.00 | | |
| 2/11/2025 | Met locksmith for him to determine hardware needed; continued pumping water (includes travel time) | 9 | | 562.5 | |
| 2/14/2025 | Met locksmith and accompanied him on all 19 floors for the purpose of changing the locks on entrances to each floor and paid his invoice | 6 | | 375 | 1209.71 |
| 3/5/2025 | Met with representatives of the Frank Lloyd Wright Conservancy and accompanied them as they inspected the premises and the personal property | 8 | 1,000.00 | | |
| 3/6/2025 | Day 2 of Frank Lloyd Wright Conservancy Visit | 5 | | 312.50 | |
| 3/7/2025 | Drop off IRS refund check & mail to Trustee | 2 | 250.00 | | |
| 3/24/2025 | Conference with art dealer to review, inspect and photograph Japanese art delivered by Cynthia Blanchard; initial phone contact with Christie's and sharing photos to determine their | 8 | 375.00 | | 400.00 |
| 3/24/2025 | Research available bank storage to secure artwork; conference with Trustee and bank representatives regarding storage of art pending sale of assets | 3 | 375.00 | | |
| 3/25/2025 | Delivered Japanese artwork to bank vaults at First Bank of Owasso, rented 3 large vaults to securely store art pending | 3 | 125.00 | | 630 |
| 3/30/2025 | Trip to Price Tower to close window reportedly blown open on 9th floor; found another window blown open and | 3 | 375.00 | | |
| 4/1/2025 | Phone discussion with Scott Schlotfeld Realtor to discuss artwork for communication to prospective bidders | 0.5 | 62.50 | | |

Rate 1:  $125 Michelle; Rate 2: $62.50 Other ALS Personnel; Rate 3 $50 Art Dealer/Handler

| Date | Description | Hours | | | |
|---|---|---|---|---|---|
| 4/2/2025 | Opened Tower for movers so Ambler Architect could remove 2 floors of belongings from the Tower; Coordinated & assisted 2 art handlers per request of Chicago Institute of Art; Assisted their photographer while he photographed large Goff paintings; removed from storage, set up for photographer and returned to storage | 19.5 | 1,000.00 | 575.00 | |
| 4/3/2025 | Opened Tower for Day 2 of Ambler Architect Move from building | 7 | | 437.50 | |
| 4/3/2025 | Facilitated storage of Japanese artwork at Philbrook; Picked up art from Bank & Delivered to Philbrook | 4 | 500.00 | 250 | |
| 4/4/2025 | Coordinated with Philbrook personnel to transfer artwork into the museum holding area and to coordinate a schedule and area to photograph all the artwork | 2 | | 100 | |
| 4/8/2025 | Photography of artwork at Philbrook Museum | 5 | | 250 | |
| 4/9/2025 | Editing photos of artwork | 3 | | 150 | |
| 4/10/2025 | Photography of artwork at Philbrook Museum & editing photos | 9 | | 450 | |
| 4/11/2025 | Photography of artwork at Philbrook Museum & editing photos | 9.5 | | 475 | |
| 4/12/2025 | Purchasing flash drives and editing and loading photos of artwork to the flash drives & overnighting to Christie's | 5.25 | | 262.5 | |
| 4/13/2025 | Completion of edits to photos and loading to flash drives ( approx 1500 photos ). Consulting with Christies Auction House and additional auction venues to help establish the authenticity and value of the artwork | 2 | | 100 | 62.9 |
| 4/14/2025 | Consulted with Christies Auction and additional art consultants regarding the Price Tower artwork and instructions on getting the photos to the appropriate party for immediate review; purchased flash drives & packaging to send Christie's & Trustee photos of artwork | 2 | | 100 | |
| 4/14/2025 | Met with Trustee and representative of prospective bidder to open all locked doors on all 19 floors of Price Tower | 4 | 500.00 | | |

Rate 1:  $125 Michelle; Rate 2: $62.50 Other ALS Personnel; Rate 3 $50 Art Dealer/Handler

3

| Date | Description | | | | |
|---|---|---|---|---|---|
| 4/16/2025 | Returned rug delivered by Cynthia Blanchard back to Price Tower pending sale | 5 | | 312.5 | |
| 4/19/2025 | Coordinated Trustee request for 2 Signs to be placed in front of Tower and Annex to alert trespassers the property was a Bankruptcy Asset; Designed Signs in Canva, sent sign order to sign shop | 1 | 125 | | |
| 4/19/2025 | At the request of Trustee, conferred with multiple parties to get quote for and arrange private security at Price Tower from approximately 7 pm until 6 am daily | 2 | 250 | | |
| 4/19/2025 | Conf with Chief of Police re security detail and 911 coordination so City was aware of security presence at Tower | 1 | 125 | | |
| 4/23/2025 | Pd Invoice to Claremore Signs | | | | 86.11 |
| 4/23/2025 | Pick up Signs from Sign Shop | 0.5 | 62.5 | | |
| 4/21/2025 | Security - Off duty officer Layne Cooper | | | | 227 |
| 4/22/2025 | Security - Off duty officer Layne Cooper | | | | 227 |
| 4/23/2025 | Security - Matt Martin | | | | 202 |
| 4/24/2025 | Security - Matt Martin | | | | 202 |
| 4/25/2025 | Security - Matt Martin | | | | 202 |
| 4/26/2025 | Security - Off duty officer Layne Cooper | | | | 227 |
| 4/27/2025 | Security - Matt Martin | | | | 202 |
| 4/28/2025 | Security - Matt Martin | | | | 202 |
| 4/29/2025 | Security - Matt Martin | | | | 202 |
| 4/30/2025 | Security - Off duty officer Layne Cooper | | | | 227 |
| 5/1/2025 | Security - Off duty officer Layne Cooper | | | | 227 |
| 5/2/2025 | Opened Annex for Buffalo Roam to move the assets they had in storage.  Move was scheduled for 10 am, but no show until 2pm.  Took them until 6 pm to finish (includes travel) | 10 | 1,250.00 | | |
| 5/2/2025 | Security - Matt Martin | | | | 202 |
| 5/3/2025 | Security - Matt Martin | | | | 202 |
| 5/3/2025 | Satisfying Abatement Notice:  Mowing, Weedeating, Edging, Bagging, Trash | | | | 600 |
| 5/4/2025 | Security - Matt Martin | | | | 202 |
| 5/5/2025 | Paid Security Invoices & Greg Picket Invoic | 0.5 | 62.5 | | |
| 5/6/2025 | Deliver keys to McFarlin Group | 1.5 | | 93.75 | |
| | Sub totals | | $6,687.50 | $3,250.00 | $ 3,112.50 | $ 5,541.72 |
| | **TOTAL AMOUNT DUE ASSET LIQUIDATION SPECIALISTS:** | | | | **$ 18,591.72** |

Rate 1:  $125 Michelle; Rate 2: $62.50 Other ALS Personnel; Rate 3 $50 Art Dealer/Handler