# Trustee: PATRICK J. MALLOY III
## Time Worksheet

| Case Number: | 25-10088 | Case Name: | GREEN COPPER HOLDINGS, LLC |
|---|---|---|---|
| Case Status: | OPEN | Judge: | Terrence L. Michael |
| Petition Date: | 01/22/25 | Original 341a Meeting: | 02/19/25 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: Conference** | | | | |
| 01/27/25 | CONF W GARY MCDONALD AND JOHN SNYDER RE CONTRACT TO BUY | 0.80 | 350.00 | 280.00 |
| 01/27/25 | CONF W DR PAYNE RE TERMS AND CONDITIONS OF EMPLOYMENT AS EXPERT AND SCOPE OF EXPERT SERVICES | 0.70 | 350.00 | 245.00 |
| 01/27/25 | CONF WITH G MCDONALD RE PRE BK K TO SELL AND CONFERENCE TO DISCUSS STATUS | 0.70 | 350.00 | 245.00 |
| 01/28/25 | CONF WITH ATTORNEYS FOR THE CONSERVANCY RE STATUS OF NEGOTIATIONS RE SALE OF ASSETS SUBJECT TO EASEMENT | 1.50 | 350.00 | 525.00 |
| 01/28/25 | CONF WITH G MCDONALD RE UTILITIES AND MOTION TO SELL | 0.50 | 350.00 | 175.00 |
| 01/29/25 | EMAIL TO G MCDONALD AND COUNSEL FOR MCFARLIN RE TITLE OPINION | 0.40 | 350.00 | 140.00 |
| 01/31/25 | CONF WITH DR PAYNE RE TERMS OF EMPLOYMENT AND SCOPE OF EMPLOYMENT INCLUDING TERMS AND CONDITIONS OF PROPOSED STALKING HORSE BID; RELATED APA; REASONABLENESS OF TERMINATION FEE; AND BIDDING PROCEDURES; AND PROVIDING LIST OF OF OVER 900 POTENTIAL BIDDERS FOR ASSETS | 0.50 | 350.00 | 175.00 |
| 02/05/25 | CONF W MARK CRAIGE RE LOAN FROM CONSERVANCY | 0.50 | 350.00 | 175.00 |
| 02/10/25 | CONF W D PAYNE RE EMPLOYMENT OF PROFESSIONALS AND SCHEDULE OF ASSETS | 0.70 | 350.00 | 245.00 |
| 02/10/25 | CONF WITH STATE COURT JUDGE RE EFFECT OF STAY | 0.50 | 350.00 | 175.00 |
| 02/10/25 | CONF WITH G MCDONALD RE STATUS | 0.40 | 350.00 | 140.00 |
| 02/21/25 | CONF WITH M CRAIGE RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 02/25/25 | CONF W/ G MCDONALD RE BIDDING PROCEDURES AND APA | 0.70 | 350.00 | 245.00 |
| 03/04/25 | CONF W/ D PAYNE RE TERMINATION FEE | 0.80 | 350.00 | 280.00 |
| 03/04/25 | CONF W M CRAIGE RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 03/04/25 | CONF W G MCDONALD RE PROPOSED EASEMENT | 0.70 | 350.00 | 245.00 |
| 03/07/25 | CONF WITH G MCDONALD RE STATUS | 0.70 | 350.00 | 245.00 |
| 03/07/25 | CONF WITH MICHELLE JOHNSON RE MEETING WITH CONSERVANCY | 0.50 | 350.00 | 175.00 |
| 03/10/25 | CONF W G MCDONALD RE SALE AND CONSERVANCY ISSUES | 1.00 | 350.00 | 350.00 |
| 03/11/25 | CONF WITH G MCDONALD RE APA AND SIGN APA | 0.70 | 350.00 | 245.00 |
| 03/11/25 | CONF W DR PAYNE RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 03/13/25 | CONF WITH G MCDONALD RE HEARING TO CONSIDER MT TO REDUCE NOTICE | 0.50 | 350.00 | 175.00 |
| 03/14/25 | CONF WITH R BROWN RE AMENDMENTS TO PROPOSED SALE | 0.70 | 350.00 | 245.00 |
| 03/14/25 | CONF W G MCDONALD RE AMENDMENTS TO APA | 1.00 | 350.00 | 350.00 |
| 03/25/25 | CONF W G MCDONALD RE OBJECTION TO BIDDING PRO | 0.80 | 350.00 | 280.00 |
| 03/26/25 | CONF W M CRAIGE RE OBJECTION TO MT RE BIDDING | 0.50 | 350.00 | 175.00 |
| 03/27/25 | CONF WITH US TEE RE NELSON PLEADINGS | 0.50 | 350.00 | 175.00 |
| 03/28/25 | CONF WITH G MCDONALD RE EDITS AND CHENGES TO MOTION AND NOTICE OF SALE | 0.70 | 350.00 | 245.00 |
| 03/31/25 | CONF WITH G MCDONALD RE AMENDED APA | 0.50 | 350.00 | 175.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/01/25 | [CONF W/ MICHELLE JOHNSON RE CUSTOMERS; OWNERSHIP OF] PERSONAL PROPERTY; AND VALUE OF ASSETS | 0.70 | 350.00 | 245.00 |
| 04/01/25 | CONF WITH US TEE RE MT AND NOTICE OF SALE | 0.50 | 350.00 | 175.00 |
| 04/01/25 | CONF WITH REALTOR RE WAIVER AND CONFIDENTIALITY AGREEMENT FOR BIDDERS | 0.70 | 350.00 | 245.00 |
| 04/02/25 | CONF WITH US ATTY | 0.50 | 350.00 | 175.00 |
| 04/08/25 | CONF WITH REALTOR RE REPRESENTATIONS TO BIDDERS AND BIDDING PROCEDURES | 0.80 | 350.00 | 280.00 |
| 04/09/25 | CONF WITH MICHELLE JOHNSON RE SORAGE OF ART AT PHLBROOK AND ACCESS TO ART | 0.70 | 350.00 | 245.00 |
| 04/09/25 | CONF W G MCDONALD RE EMERGENCY LOAN | 0.40 | 350.00 | 140.00 |
| 04/09/25 | CONF WITH REALTOR RE ADA AND ACCESS TO BG AND ART | 0.70 | 350.00 | 245.00 |
| 04/14/25 | CONF WITH PROSPECTIVE BIDDER | 3.00 | 350.00 | 1,050.00 |
| 04/22/25 | CONF W G MCDONALD RE PHOTOS OF ART | 0.70 | 350.00 | 245.00 |
| 04/28/25 | CONF WITH G MCDONALD RE STATUS | 0.40 | 350.00 | 140.00 |
| 04/28/25 | CONF WITH R LERNER BIDDING PROCESS | 0.70 | 350.00 | 245.00 |
| 04/30/25 | CONF WITH G MCDONALD RE TITLE COMPANY | 0.40 | 350.00 | 140.00 |
| 05/05/25 | CONF WITH G MCDONALD RE STATUS OF CLOSING | 4.00 | 350.00 | 1,400.00 |
| 05/15/25 | CONF W/ K DOYLE AND KEIFER RE MANAGEMENT OF ENTITIES; TRANSFERS OF ASSETS; LIABILITIES OF INN AT PRICE TOWER; VALIDITY OF CLAIMS AGAINST THE ESTATE | 2.00 | 350.00 | 700.00 |
| | **Totals for Conference** | 35.20 | | 12,320.00 |

**Matter Code: E-Mail**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/27/25 | EMAILS TO AND FROM DR PAYNE RE SCOPE AND TERMS OF EMPLOYMENT | 0.50 | 350.00 | 175.00 |
| 01/27/25 | EMAILS TO AND FROM R BROWN RE CONTRACT TO SELL; EASEMENT; KEYS TO PREMISES AND STORING ART; LIST OF CREDITORS | 0.70 | 350.00 | 245.00 |
| 01/27/25 | EMAIL TO AND FROM ATTORNEY FOR FOR CONSERVANCY RE CONFERENCE | 0.30 | 350.00 | 105.00 |
| 01/28/25 | EMAILS TO AND FROM SID SWINSON RE TERMS OF EMPLOYMENT OF GABLE GOTWALS AS SPECCIAL COUNSEL AND SCOPE OFEMPLOYMENT | 0.50 | 350.00 | 175.00 |
| 01/28/25 | EMAIL TO R BROWN RE CREDITOR LIST | 0.30 | 350.00 | 105.00 |
| 01/28/25 | EMAIL TO R BROWN RE REQUEST FOR DOCS | 0.40 | 350.00 | 140.00 |
| 01/29/25 | EMAILS TO AND FROM ATTY FOR CONSERVANCY RE FRAUDULENT TRANSFER OF ART | 0.30 | 350.00 | 105.00 |
| 01/29/25 | EMAIL TO G MCDONALD RE BILL OF SALE AND TITLE OPINION | 0.30 | 350.00 | 105.00 |
| 01/29/25 | REV EMAIL FROM M CRAIGE AND RELATED CASES RE EXECUTORY K | 1.00 | 350.00 | 350.00 |
| 01/31/25 | EMAILS TO AND FROM G MCDONALD RE ACCESS TO BUILDING AND UTILITIES | 0.50 | 350.00 | 175.00 |
| 01/31/25 | EMAIL TO MCDOANLD TO CONFIRM MEETING WITH SNYDER | 0.30 | 350.00 | 105.00 |
| 02/04/25 | EMAILS TO AND FROM S SWINSON RE MORTGAGE AGAINST REAL ESTATE | 0.30 | 350.00 | 105.00 |
| 02/04/25 | EMAILS TO AND FROM CUSHMAN WAKEFIELD RE PROPOSED TERMS AND CONDITIONS OF EMPLOYMENT INCLUDING ADJUSTMENTS TO NORMAL LISTING AGREEMENT BASED ON TERMS OF THE STALKING HORSE BID AND RELATED BIDDING PROCEDURES. | 0.70 | 350.00 | 245.00 |
| 02/05/25 | EMAILS TO AND FROM G MCDONALD RE BIDDING AND INCURING DEBT | 0.70 | 350.00 | 245.00 |
| 02/06/25 | REVIEW PROPOSED REAL ESTATE LISITING AGREEMENT | 0.50 | 350.00 | 175.00 |
| 02/06/25 | EMAILS TO AND FROM G MCDONALD RE INVENTORY OF PERSONAL PROPERTY | 0.70 | 350.00 | 245.00 |
| 02/07/25 | EMAILS TO AND FROM CUSHMAN RE REAL ESTATE LISTING | 0.50 | 350.00 | 175.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/07/25 | EMAILS TO AND FROM G MCDONALD RE CLAIM BY MCFARLIN | 0.70 | 350.00 | 245.00 |
| 02/07/25 | EMAIL TO COUNSEL FOR CONSERVANCY RE SALE OF ART | 0.30 | 350.00 | 105.00 |
| 02/09/25 | EMAIL TO S SWINSON AND M SANDERS RE EASEEMNT GRANT | 0.40 | 350.00 | 140.00 |
| 02/10/25 | EMAILS TO AND FROM S SWINSON AND M SANDERS RE EASMENTS | 0.50 | 350.00 | 175.00 |
| 02/10/25 | EMAIL TO G MCDONALD RE SCHEDULE OF ASSETS | 0.40 | 350.00 | 140.00 |
| 02/10/25 | EMAIL TO M CRAIGE RE SETTLEMENT OF EASEMENTS ISSUE | 0.70 | 350.00 | 245.00 |
| 02/10/25 | EMAILS TO AND FROM ATTYS FOR CONSERVANCY RE AGREEMENT TO SELL ASSETS | 0.70 | 350.00 | 245.00 |
| 02/11/25 | EMAIL TO COUNSEL FOR CONSERVANCY RE NOTICE TO BIDDERS RE EASEMENT | 0.40 | 350.00 | 140.00 |
| 02/11/25 | EMAILS TO AND FROM DR PAYNE RE BIDDING PROCEDURES AND LIST OF BIDDERS | 0.50 | 350.00 | 175.00 |
| 02/12/25 | EMAILS TO AND FROM DR PAYNE RE BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 02/12/25 | REV ART DEALER RESPONSE RE TRANSFER | 0.40 | 350.00 | 140.00 |
| 02/12/25 | EMAILS TO AND FOM G MCDONALD RE CONTRACT TO SELL | 0.50 | 350.00 | 175.00 |
| 02/21/25 | REV CONSERVANCY'S PRPOPOSED AMENDMENTS TO BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 02/22/25 | REV AND EDIT PROPOSED APA | 1.00 | 350.00 | 350.00 |
| 02/22/25 | EMAILS TO AND FROM DR PAYNE RE EXPERT REPORT | 0.70 | 350.00 | 245.00 |
| 02/24/25 | EDIT PROPOSED BIDDING PROCEDURES AND RELATED EMAIL TO COUNSEL | 1.50 | 350.00 | 525.00 |
| 02/24/25 | REV MCFARLIN PROPOSED APA AND EMAIL COMMENTS | 1.00 | 350.00 | 350.00 |
| 02/26/25 | EDIT LISTING AGREEMENT | 0.70 | 350.00 | 245.00 |
| 02/27/25 | EMAIL TO G MCDONALD RE APA | 0.40 | 350.00 | 140.00 |
| 03/04/25 | REVIEW PAYNE ANALYSIS OF TERMINATION FEE | 0.50 | 350.00 | 175.00 |
| 03/04/25 | EMAIL TO G MCDONALD RE PAYNE ANALYSIS OF TERMINATION FEE | 0.40 | 350.00 | 140.00 |
| 03/04/25 | REV PROPOSED AMENDMENT TO EASEMENT | 0.70 | 350.00 | 245.00 |
| 03/07/25 | REV RPOPOSED TERMS FROM SNYDER | 0.50 | 350.00 | 175.00 |
| 03/10/25 | REV EDITS RE APA; BIDDING PRO AND WAIVER OF 14 DAY | 1.00 | 350.00 | 350.00 |
| 03/12/25 | EMAILS TO AND FROM R BROWN RE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 03/12/25 | EMAILS TO AND FROM M CRAIGE RE BIDDING PROCEDURES | 0.70 | 350.00 | 245.00 |
| 03/12/25 | EMAILS TO AND FROM D PAYNE RE DECLARATION IN SUPPORT OF TERMINATION FEE | 0.50 | 350.00 | 175.00 |
| 03/13/25 | EMAIL TO R BROWN RE PROPOSED LANGUAGE IN BIDDING PROCEDURES | 0.40 | 350.00 | 140.00 |
| 03/24/25 | REVIEW OBJECTION AND RELATED DOCS FROM MORAN RE MT TO APPROVE BIDDING PRO | 1.00 | 350.00 | 350.00 |
| 03/26/25 | EMAILS TO AND FROM US TEE RE NOTICE OF MT | 0.40 | 350.00 | 140.00 |
| 03/28/25 | EMAILS TO AND FROM TITLE COMPANY RE SUBSTANCE OF MOTION AND NOTICE OF SALE | 0.70 | 350.00 | 245.00 |
| 03/28/25 | REV AD VALOREM TAX ANALYSIS | 0.40 | 350.00 | 140.00 |
| 04/01/25 | EMAILS TO AND FROM REALTOR RE CONFIDENTIALITY AGREEMENTS AND WAIVER | 0.50 | 350.00 | 175.00 |
| 04/01/25 | REV AND APPROVE WAIVER AND CONFIDENTIALITY AGREEMENT | 0.50 | 350.00 | 175.00 |
| 04/01/25 | REV INVENTORY OF PERSONAL PROPERTY | 0.70 | 350.00 | 245.00 |
| 04/01/25 | EMAILS TO AND FROM ATTY FOR DEBTOR RE OWNERSHIP OF PERSONAL PROPERTY AND REQUEST FOR DISCLAIMER | 0.50 | 350.00 | 175.00 |
| 04/02/25 | EMAILS TO AND FROM DR PAYNE RE NOTICE OF SALE AND HEARING RE MAY 6TH | 0.70 | 350.00 | 245.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/07/25 | | | | 245.00 |
| 04/07/25 | EMAILS TO AND FROM MARK SANDERS RE MOTION TO RECONSIDER | 0.50 | 350.00 | 175.00 |
| 04/07/25 | REV CONSERVANCY REPORT | 0.50 | 350.00 | 175.00 |
| 04/10/25 | EMAILS TO AND FROM R BROWN RE REQUESTED DISCLAIMERS | 0.30 | 350.00 | 105.00 |
| 04/24/25 | REV EMAIL RE TRANSFERS OF ART | 0.40 | 350.00 | 140.00 |
| 04/28/25 | EMAIL R LERNER CCS OF BIDDING PROCEDURES; EASEMENT; NOTICE TO SELL | 0.70 | 350.00 | 245.00 |
| 04/30/25 | REV AND RESEARCH TITLE COMPANY REQUIREMENTS | 0.70 | 350.00 | 245.00 |
| 04/30/25 | RESEARCH AND DRAFT RESPONSE TO TITLE COMPANY | 1.50 | 350.00 | 525.00 |
| 05/01/25 | EMAILS TO AND FROM TITLE COMPANY RE APPROVAL OF ORDER | 0.50 | 350.00 | 175.00 |
| 05/01/25 | EMAILS TO AND FROM TITLE COMPANY RE COURT'S ORDER APPROVING SALE AND COSTS OF SALE | 0.70 | 350.00 | 245.00 |
| 05/01/25 | DRAFT PROPOSED TRUSTEE'S DEED AND RELATED EMAIL TO TITLE COMPANY | 0.50 | 350.00 | 175.00 |
| 05/01/25 | REVIEW EDITS TO TRUSTEE DEED | 0.40 | 350.00 | 140.00 |
| 05/05/25 | EMAILS TO AND FROM TITLE COMPANY RE CLOSING | 0.50 | 350.00 | 175.00 |
| 05/12/25 | EMAIL TO HELTON RE PROPOSED SETTLEMENT OF CLAIM | 0.40 | 350.00 | 140.00 |
| 05/19/25 | EMAILS TO AND FROM R BROWN RE AFFECT OF CONSOLIDATION ON EQUITY HOLDERS | 0.70 | 350.00 | 245.00 |
| | **Totals for E-Mail** | 40.30 | | 14,105.00 |

**Matter Code: hearings**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/13/25 | HEARING RE MOTION TO SHORTEN NOTICE | 0.50 | 350.00 | 175.00 |
| 03/31/25 | DRAFT AMENDED MOTION TO SELL | 0.70 | 350.00 | 245.00 |
| | **Totals for hearings** | 1.20 | | 420.00 |

**Matter Code: Pleadings**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/27/25 | REV STATE COURT ORDER RE SPECIFIC PERFORMANCE | 0.40 | 350.00 | 140.00 |
| 01/28/25 | REV STATE COURT PLEADINGS IN SPECIFIC PERFORMANCE LAW SUIT | 1.00 | 350.00 | 350.00 |
| 02/06/25 | RESEARCH AND DRAFT TRUSTEE'S EMERGENCY MOTION TO INCUR DEBT; MOTION TO SHORTEN NOTICE; NOTICE OF MOTION AND HEARING | 2.00 | 350.00 | 700.00 |
| 02/08/25 | DRAFT PROPOSED CONTRACT TO SELL ASSETS | 1.00 | 350.00 | 350.00 |
| 02/09/25 | DRAFT CONTRACT TO SELL ASSETS AND BIDDING PROCEDURES | 3.00 | 350.00 | 1,050.00 |
| 02/10/25 | DRAT AND EDIT BIDDING PROCEDURES | 1.00 | 350.00 | 350.00 |
| 02/11/25 | EDITE AND FINALIZE BIDDING PROCEDURES | 0.50 | 350.00 | 175.00 |
| 02/11/25 | EDIT AND DRAFT CONTRACT TO SELL TO MCFARLIN | 1.00 | 350.00 | 350.00 |
| 02/12/25 | EDIT CONTRACT FOR SALE | 0.70 | 350.00 | 245.00 |
| 02/12/25 | REV PROPOSED LISTING AGREEMENT AND DRAFT AMENDED AGREEMENT | 1.00 | 350.00 | 350.00 |
| 02/22/25 | REV AND EDIT REDLINED VERSION OF BIDDING PROCEDURES PROVIDED BY CONSERVANCY AND MCFARLIN | 2.00 | 350.00 | 700.00 |
| 02/26/25 | DRAFT 2014 DECLARATION FOR CUSHMAN | 0.70 | 350.00 | 245.00 |
| 03/03/25 | RESEARCH AND DRAFT MOTION TO APPROVE BIDING PROCEDURES AND TERMINATION FEE | 3.00 | 350.00 | 1,050.00 |
| 03/04/25 | DRAFT NOTICE OF SALE AND EDIT BIDDING PROCEDURES | 2.00 | 350.00 | 700.00 |
| 03/11/25 | FINALIZE MOTION TO APPROVE BIDDING PROCEDURES | 1.50 | 350.00 | 525.00 |
| 03/12/25 | FINALIZE MOTION TO APPROVE BIDDING PROCEDURES AND BIDDING PROCEDURES | 1.00 | 350.00 | 350.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/14/25 | REV AMENDMENTS TO LARA AND PROPOSED BIDDING PROCEDURES | 0.80 | 350.00 | 280.00 |
| 03/17/25 | DRAFT MOTION AND NOTICE TO SELL | 3.00 | 350.00 | 1,050.00 |
| 03/17/25 | DRAFT MOTION TO EMPLOY REALTOR | 0.50 | 350.00 | 175.00 |
| 03/18/25 | EDIT NOTICE OF SALE | 2.00 | 350.00 | 700.00 |
| 03/25/25 | DRAFT AMENDED ORDER RE BIDDING | 0.40 | 350.00 | 140.00 |
| 03/25/25 | DRAFT REQ FOR ORDER AND ORDER RE MOTION TO APPROVE BIDDING PRO | 0.70 | 350.00 | 245.00 |
| 03/27/25 | REV NELSON MOTION RE STAY | 1.50 | 350.00 | 525.00 |
| 03/28/25 | FINALIZING MOTION TO SELL AND NOTICE | 3.00 | 350.00 | 1,050.00 |
| 03/31/25 | DRAFT AMENDED NOTICE OF SALE | 0.50 | 350.00 | 175.00 |
| 03/31/25 | REV MT TO DISQUALIFY TRUSTEE | 1.00 | 350.00 | 350.00 |
| 04/01/25 | REV COURT ORDER TO SHOW CAUSE RE NELSON | 0.40 | 350.00 | 140.00 |
| 04/01/25 | DRAFT SUPPELENTAL NOTICE OF SALE | 1.00 | 350.00 | 350.00 |
| 04/03/25 | DRAFT MT TO STAY RESPONSE TO NELSON | 0.70 | 350.00 | 245.00 |
| 04/07/25 | REV NELSON PLEADING | 0.70 | 350.00 | 245.00 |
| 04/10/25 | DRAFT DISCLAIMERS RE PERSONAL PROPERTY FOR GCH AND CT | 0.70 | 350.00 | 245.00 |
| 04/28/25 | DRAFTS REQUEST FOR ORDER AND ORDER RE SALE OF ASSETS | 2.00 | 350.00 | 700.00 |
| 05/06/25 | DRAFT REPORT OF SALE | 0.50 | 350.00 | 175.00 |
| 05/12/25 | FINALIZE MOTION TO CONSOLIDATE COPPER TREE | 0.50 | 350.00 | 175.00 |
|  | **Totals for Pleadings** | **41.70** |  | **14,595.00** |

**Matter Code: Research**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/27/25 | RESEARCH RE PRE-BK CONTRACTS TO PURCHASE REAL ESTATE AND CONSERVANCY EASEMENTS | 2.00 | 350.00 | 700.00 |
| 01/27/25 | REV STATE COURT PLEADINGS AND RELATED EXIBITS FILED BY FRANK LOYD WRIGHT CONSERVANCY | 2.00 | 350.00 | 700.00 |
| 01/27/25 | REV COMPEITIVE BID RE PURCHASE OF REAL ESTATE | 0.40 | 350.00 | 140.00 |
| 01/29/25 | REV MCFARLIN CONTRACT | 0.70 | 350.00 | 245.00 |
| 01/29/25 | RESEARCH PRE BK STATE COURT ORDERS | 1.00 | 350.00 | 350.00 |
| 01/30/25 | REV DOCS PROVIDED BY DEBTOR | 2.00 | 350.00 | 700.00 |
| 01/31/25 | REV DOCS PROVIDED BY DEBTOR INCLUDING ORIGINAL BILL OF SALE; CREDITOR LIST; CONTRACT TO PURCHASE FROM NON-PROFIT AND CONTRACT TO SELL TO MCFARLIN | 1.50 | 350.00 | 525.00 |
| 01/31/25 | REV CASES RE EXECUTORY K | 1.00 | 350.00 | 350.00 |
| 02/03/25 | RESEARCH TRUSTEE'S INCURING POST BK DEBT | 2.00 | 350.00 | 700.00 |
| 02/04/25 | RESEARCH RE 364 LOANS | 2.00 | 350.00 | 700.00 |
| 02/04/25 | RESEARCH STALKING HORSE SALES AND BIDDING PROCEDURES | 1.50 | 350.00 | 525.00 |
| 02/05/25 | RESEARCH STALKING HORSE BIDDING PROCEDURES | 1.00 | 350.00 | 350.00 |
| 02/05/25 | REV STATE COURT HEARING TRANSCRIPT | 1.50 | 350.00 | 525.00 |
| 02/07/25 | RESEARCH TRUSTEE'S RIGHT TO SELL AVOIDANCE CLAIMS | 2.00 | 350.00 | 700.00 |
| 02/07/25 | RESEARCH DOCS RE ALE OF ART | 0.50 | 350.00 | 175.00 |
| 02/08/25 | REVIEW ALL PLEADINGS FILED IN STATE COURT LITIGATION WITH THE CONSERVANCY | 1.50 | 350.00 | 525.00 |
| 02/09/25 | RESEARCH GRANT OF EASEMENT | 0.70 | 350.00 | 245.00 |
| 02/10/25 | RESEARCH NOTICE TO SELL PERSONAL PROPERTY | 1.50 | 350.00 | 525.00 |
| 02/10/25 | REVIEW INVENTORIES OF PERSONAL PROPERTY | 0.70 | 350.00 | 245.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/21/25 | RESEARCH COURT APPROVAL OF BIDDING PROCEDURES | 2.00 | 350.00 | 700.00 |
| 02/24/25 | RESEARCH BREAKUP FEES | 0.70 | 350.00 | 245.00 |
| 02/26/25 | REV AND EDIT APA | 1.00 | 350.00 | 350.00 |
| 02/27/25 | RESEARCH RE REASONABLENESS OF BREAKUP FEE | 2.00 | 350.00 | 700.00 |
| 03/27/25 | RESEARCH FILING RESTRICTIONS | 1.00 | 350.00 | 350.00 |
| 03/28/25 | RECORDS CHECK RE PRICE TOWER | 0.40 | 350.00 | 140.00 |
| 04/01/25 | RESEARCH STANDING AND MOTION TO IMPOSE FILING RETSRICTIONS | 1.50 | 350.00 | 525.00 |
| 04/08/25 | RESEARCH TIME TO RESPOND TO BK MOTIONS | 0.70 | 350.00 | 245.00 |
| 04/10/25 | RESEARCH EMERGENCY LOAN | 1.00 | 350.00 | 350.00 |
| 04/24/25 | REV BANK STATEMENS PRODUCED FOR PURPOSES OF IDENTIFYING POSSIBLE AVOIDANCE CLAIMS AND TRANSFERS TO AND FROM RELATED ENTITIES AS THEY MIGHT RELATE TO SUBSTANTIVE CONSOLIDATION | 1.00 | 350.00 | 350.00 |
| 04/24/25 | REV SUBSTANTIVE CONSOLIDATION OF NON DEBTORS | 1.50 | 350.00 | 525.00 |
| 04/24/25 | REV SCHEDULE OF CREDITORS FOR PURPOSES OF DETERMINING ISSUES RELATED TO INSOLVENCY OF THE DEBTOR AT VARIOUS TIMES AND FOR PURPOSES OF DETERMINING THE EXTENT TO WHICH CREDITORS LISTED WERE CREDITORS OF BOTH DEBTORS FOR PUIRPOSES OF CONSIDERATION OF SUBSTATNIVE CONSOLIDATION | 0.70 | 350.00 | 245.00 |
| 05/02/25 | REV AND SIGN CERTAIN CLOSING DOCS RE SALE OF PRICE TOWER | 1.50 | 350.00 | 525.00 |
| 05/06/25 | REV BANK STATEMENTS FOR THE INN AT PRICE TOWER | 0.70 | 350.00 | 245.00 |
| 05/12/25 | REV PROOF OF CLAIM FILED BY HELTON AND RELATED DOCS | 0.50 | 350.00 | 175.00 |
| 05/15/25 | REV SCHEDULE OF DEBT RE POSSIBLE SUBSTANTIVE CONSOLIDATION | 2.00 | 350.00 | 700.00 |
| | **Totals for Research** | 43.70 | | 15,295.00 |
| | **Report Totals** | 162.10 | | 56,735.00 |