# **EXHIBIT B** —Statement of Costs

03/14/2025 – copying and mailing of *TRUSTEE'S NOTICE AND MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES AND TERMINATION FEE AND NOTICE OF OPPORTUNITY FOR HEARING* - **$212.10**

03/28/2025 - copying and mailing of *TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE ESTATE OUTSIDE NORMAL COURSE OF BUSINESS CONSISTING OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND FOR ORDER AUTHORIZING PAYMENT OF REALTOR COMMISSION AT TIME OF CLOSING WITHOUT FURTHER NOTICE* and *TRUSTEE'S NOTICE PURSUANT TO FED. R. BANKR. PRO. 6004 AND 2002(a)(2) AND LOCAL RULE 6004-1 OF SALE OF SUBTANTIALLY ALL ASSETS OF THIS ESTATE CONSISTING OF REAL PROPERTY AND PERSONALTY FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(f)* - **$248.90**

03/28/2025 – Filing fee for *TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE ESTATE … (Doc. 63)* - **$199.00**

03/31/2025 - copying and mailing of *AMENDED MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE ESTATE OUTSIDE NORMAL COURSE OF BUSINESS CONSISTING OF REAL ESTATE AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND FOR ORDER AUTHORIZING PAYMENT OF REALTOR COMMISSION AT TIME OF CLOSING WITHOUT FURTHER NOTICE* and TRUSTEE'S AMENDED NOTICE PURSUANT TO FED. R. BANKR. PRO. 6004 AND 2002(a)(2) AND LOCAL RULE 6004-1 OF SALE OF SUBTANTIALLY ALL ASSETS OF THIS ESTATE CONSISTING OF REAL PROPERTY AND PERSONALTY FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(f) - **$210.35**

04/02/2025 – copying and mailing of *TRUSTEE'S SUPPLEMENT TO MOTION AND NOTICE OF SALE* - **$127.08**

Total**--$997.43**