**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

**CERTIFICATE OF SERVICE**

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on May 22, 2025, I mailed a true and exact copy of: *Trustee's Motion for Order Authorizing Payment of Special Counsel Fees and Notice of Opportunity for Hearing (Doc No. 106)* with proper postage to all parties on the attached list.

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*

```
Label Matrix for local noticing          Archway Properties                        Archway Properties, L.L.C.
1085-4                                   c/o Dallas Hindman                        501 SE Frank Phillips Blvd, 102A
Case 25-10088-T                          272550 N 3979 Dr                          Bartlesville, OK 74003-3913
Northern District of Oklahoma            Ochelata, OK 74051
Tulsa
Thu May 22 11:14:05 CDT 2025

Ron D. Brown                             Cherokee Fire Protection                  Chief, Civil Trial Section - Central Region
Ron Brown                                PO Box Box 678                            Tax Division, U.S. Department of Justice
1609 E. 4th St.                          Oologah, OK 74053-0678                    P.O. Box 7238
Tulsa, OK 74120-3423                                                               Washington, DC 20044-7238


Craig A. Brand                           Mark A. Craige                            Cynthia Diane Blanchard
11222 Oakshore Lane                      Crowe & Dunlevy                           414 SE Washington Blvd.
Clermont, Florida 34711-5408             222 N. Detroit Ave.                       Ste. 205
                                         Suite 600                                 Bartlesville, OK 74006-2428
                                         Tulsa, OK 74103-2412


Dale Takio, personally and individually, as   Kevin P Doyle                        Frank Lloyd Wright Building Conservancy
well as on behalf of his entity Taktik        Pray Walker, PC                      c/o Crowe and Dunlevy
Enterprises, Inc., A Florida Corporation      21 North Greenwood Avenue            222 N. Detroit 600
11222 Oakshore Lane                           Suite 400                            Tulsa, OK 74103-2412
Clermont, Florida 34711-5408                  Tulsa, OK 74120-1999


Green Copper Holdings, LLC               Mark Haskell                              Helm Ventures, LLC
co Robert Hugh, Registered Agent         115 1/2 SE Frank Phillips                 7200 Wisconsin Ave
15 W. 6th Street                         Bartlesville, OK 74003-3519               Suite 500
Bartlesville, OK 74006                                                             Office 95
                                                                                   Bethesda, MD 20814-4811


Helton Law Firm                          John E Johnson                            Linda Jones
9125 South Toledo Avenue                 John E. Johnson, Attorney                 115 SE Frank Phillips
9125 South Toledo Ave                    705 Ross Avenue                           Bartlesville, OK 74003-3519
Tulsa, OK 74137-2719                     Dallas, TX 75202-2007


Donna Keffer                             Kelley G. Loud                            Patrick J. Malloy III
1608 Cherokee Hills Drive                Titus Hillis Reynolds, et al.             Malloy Law Firm, P.C.
Bartlesville, OK 74006-4209              15 East Fifth Street, Suite 3700          401 S Boston Ave. Suite #500
                                         Tulsa, OK 74103-4304                      Tulsa, OK 74103-4023


Patrick J. Malloy III                    Maxfield James Malone                     Gary M. McDonald
Malloy Law Firm, P.C.                    PrayWalker                                McDonald Law, PLLC
401 S. Boston                            21 North Greenwood Avenue                 15 West 6th Street
Suite 500                                Ste 400                                   Suite 2606
Tulsa, OK 74103-4023                     Tulsa, OK 74120-1999                      Tulsa, OK 74119-5413


McFarlin Building, LLC                   Mike Moran, personally and individually, and   Colleen Morris
11 E 5th Street 500                      on behalf of his Florida Corp entity          Helton Law Firm
Tulsa, OK 74103-4454                     Pictoria Studios USA                          9125 S. Toledo Ave
                                         3517 Watercrest Place                         Tulsa, OK 74137-2719
                                         Orlando, FL 32835-2527


Nola Renee Nichols                       Office of the United States Trustee       Okla Empl. Sec. Comm.
23538 NS 414 RD                          PO Box 3044                               P.O. Box 53039
Nowata, OK 74048-4904                    Tulsa, OK 74101-3044                      Oklahoma City, OK 73152-3039
```

| | | |
|---|---|---|
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 |
| Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 | Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 |
| Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 | US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 |
| Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Enterprise Global Logistics LLC | (u)Frank Lloyd Wright Building Conservancy, a | (u)Michelle Johnson<br>Asset Liquidation Specialists LLC |
| (d)Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | (u)Michael Eric Nelson<br>michaelericnelson@icloud.com | (u)D.R. Payne<br>D.R. Payne & Associates<br>Address Unknown<br>, OK |
| (u)Mark D.G. Sanders | (u)Scott Schlotfelt | (u)Sidney K Swinson |

(u)The McFarlin Building, LLC

End of Label Matrix
Mailable recipients   40
Bypassed recipients   10
Total                 50