# D. R. Payne & Associates, Inc.

**EXHIBIT A**

*119 North Robinson, Suite 400*
*Oklahoma City, OK  73102*
*Phone:  (405) 272-0511  Fax:  (405) 272-0501*

|  |  |
|---|---|
| Invoice Date: | 05/30/2025 |
| Invoice #: | 11029 |

Patrick J. Malloy, III, Trustee
Malloy Law Firm, P.C.
401 S. Boston Ave., Suite 500
Tulsa, OK   74103

In Reference To:       In re: Green Copper Holdings, LLC

## Professional Services

| Date / Initials | Description | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| **01/27/2025** | | | | |
| RAB | Assist in preparation of Affidavit of DRP and corresponding documents. | | 0.75 | n/c |
| AJM | Review, organize and index 5 documents received on 01/27/2025. | | 0.40 | n/c |
| **01/31/2025** | | | | |
| AJM | Review, organize and index a document received via e-mail on 01/30/2025. | 195.00 | 0.10 | 19.50 |
| DRP | Review docket, matrix and debtor's website. | 525.00 | 1.00 | 525.00 |
| **02/04/2025** | | | | |
| DRP | Conference call with P. Malloy to discuss marketing options and process. | 525.00 | 0.90 | 472.50 |
| **02/10/2025** | | | | |
| DRP | Conference call with P. Malloy to discuss lack of an inventory, on-line auction and retention of a RE broker. | 525.00 | 0.60 | 315.00 |
| **02/11/2025** | | | | |
| AJM | Review, organize and index a document received via meeting on 02/10/2025 & a document received via e-mail on 02/11/2025. | 195.00 | 0.20 | 39.00 |
| **02/21/2025** | | | | |
| AJM | Review, organize and index 2 documents received via e-mail 02/21/2025. | 195.00 | 0.20 | 39.00 |
| **02/25/2025** | | | | |
| RAB | Assist in preparation of Declaration of DRP. | 215.00 | 1.00 | 215.00 |
| DRP | Prepare bid procedures declaration. | 525.00 | 1.40 | 735.00 |

|  |  | Invoice Date: | 05/30/2025 |
|---|---|---|---|
|  |  | Invoice No. | 11029 |
| Patrick J. Malloy, III, Trustee |  | Page No. | 2 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 02/27/2025 | | | | | |
| | RAB | Assist in preparation of Declaration of DRP. | 215.00 | 0.25 | 53.75 |
| | AJM | Review, organize and index 2 documents received via e-mail 02/27/2025. | 195.00 | 0.25 | 48.75 |
| 02/28/2025 | | | | | |
| | DRP | Analyze stalking horse out-of-pocket costs for purposes of evaluating a break-up fee. | 525.00 | 1.60 | 840.00 |
| 03/03/2025 | | | | | |
| | RAB | Assist in preparation of Stalking Horse Expenditures schedule. | 215.00 | 0.75 | 161.25 |
| 03/04/2025 | | | | | |
| | RAB | Assist in preparation of Stalking Horse Expenditures schedule. | 215.00 | 0.50 | 107.50 |
| | DRP | Conference with P. Malloy to discuss out-of-pocket costs of stalking horse buyer. | 525.00 | 0.30 | 157.50 |
| 03/12/2025 | | | | | |
| | RAB | Revise the Declaration of DRP. | 215.00 | 0.75 | 161.25 |
| | AJM | Review, organize and index a document received via e-mail on 03/12/2025. | 195.00 | 0.10 | 19.50 |
| 03/14/2025 | | | | | |
| | AJM | Review, organize and index 2 documents received via e-mail on 03/14/2025. | 195.00 | 0.12 | 23.40 |
| 03/22/2025 | | | | | |
| | DRP | Prepare transmittal/teaser to utilize in marketing process reach out; conference with P. Malloy regarding contact/reach out process. | 525.00 | 0.50 | 262.50 |
| 03/24/2025 | | | | | |
| | PS | Review Price Tower, correspondence with Uplead databases, research non-profit hotels, museums, art SIC/NAICS codes, correspondence with DRP. | 350.00 | 1.80 | 630.00 |
| 03/26/2025 | | | | | |
| | PS | Research potential bidder criteria, consult/correspond Uplead & DRP, search & limit criteria, etc. | 350.00 | 1.20 | 420.00 |
| 03/27/2025 | | | | | |
| | AJM | Review, organize and index 2 documents received via Pacer on 03/27/2025. | 195.00 | 0.20 | 39.00 |
| 03/28/2025 | | | | | |
| | AJM | Review, organize and index a document received via e-mail on 03/28/2025. | 195.00 | 0.10 | 19.50 |
| | PS | Call with Uplead, research & export spreadsheet/upload to DRPA CRM, create template, etc. | 350.00 | 1.80 | 630.00 |

|  |  | Invoice Date: | 05/30/2025 |
|---|---|---|---|
| Patrick J. Malloy, III, Trustee |  | Invoice No. | 11029 |
|  |  | Page No. | 3 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 03/31/2025 | | | | | |
| | DRP | Prepare declaration in support of sale process procedures. | 525.00 | 1.20 | 630.00 |
| 04/01/2025 | | | | | |
| | RAB | Assist in preparation of the notice of acquisition for sale. | 215.00 | 0.50 | 107.50 |
| | PS | Prep. PT DRPA CRM (teaser & import), test & launch. | 350.00 | 0.60 | 210.00 |
| 04/03/2025 | | | | | |
| | RAB | Assist in preparation of declaration in support of mail out. | 215.00 | 0.25 | 53.75 |
| | DRP | Finalize declaration and confer with Trustee. | 525.00 | 0.50 | 262.50 |
| 04/07/2025 | | | | | |
| | AJM | Review, organize and index 4 documents received via e-mail on 04/02/2025. | 195.00 | 0.20 | 39.00 |
| 04/08/2025 | | | | | |
| | AJM | Review, organize and index a document received via e-mail on 04/07/2025. | 195.00 | 0.10 | 19.50 |
| 04/15/2025 | | | | | |
| | AJM | Review, organize and index 6 documents received via e-mail on 04/15/2025. | 195.00 | 0.30 | 58.50 |
| | | For Current Professional Services Rendered | | 19.27 | 7,314.65 |
| | | Total Non-billable Hours | | 1.15 | |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David Payne | 8.00 | $525.00 | $4,200.00 |
| Rozetta A. Bishop | 4.00 | 215.00 | 860.00 |
| Paul Snisky | 5.40 | 350.00 | 1,890.00 |
| Amy J. Mullin | 1.87 | 195.00 | 364.65 |

### Additional Charges

| | | | |
|---|---|---|---|
| 03/28/2025 | UpLead LLC (database for potential bidders) | | 499.00 |
| | Total Costs | | 499.00 |
| | Total Amount of this Bill | | 7,813.65 |
| | Balance Due | | $7,813.65 |