**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Green Copper Holdings, LLC** | ) | **Case No. 25-10088-M** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF PAPERS</u>**

Please take notice and be advised that Kevin P. Doyle of the firm Pray Walker, P.C., hereby

appears in the above referenced case as Counsel for Price Tower Art Center, Inc., a domestic not

for profit corporation; and pursuant to the Federal Rules of Bankruptcy Procedure and the Local

Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully

requests that copies of all notices, applications, motions, orders, and all other papers given or filed

in this case be given and served upon the undersigned at the following address, email address, or

facsimile number:

Kevin P. Doyle
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
kdoyle@praywalker.com

Dated: June 5, 2025

Respectfully submitted,

*/s/ Kevin P. Doyle*
Kevin P. Doyle, OBA No. 13269
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
kdoyle@praywalker.com

*Attorneys for Price Tower Arts Center, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 5, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

*/s/ Kevin P. Doyle*