IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )
GREEN COPPER HOLDINGS, LLC   )   CASE NO. 25-10088-T
EIN # xx-xxx9708                       )   Chapter 7
                                                )
                                                )
          **Debtor.**                    )

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                                      } ss.
COUNTY OF TULSA       }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on June 4, 2025, I mailed a true and exact copy of: ***Trustee's Motion to Pay Professional Fees to D.R. Payne and Associates ("Payne") and Notice of Opportunity for Hearing (Doc No. 112)*** with proper postage to all parties on the attached list.

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-10088-T<br>Northern District of Oklahoma<br>Tulsa<br>Tue Jun  3 17:49:36 CDT 2025 | Archway Properties<br>c/o Dallas Hindman<br>272550 N 3979 Dr<br>Ochelata, OK 74051 | Archway Properties, L.L.C.<br>501 SE Frank Phillips Blvd, 102A<br>Bartlesville, OK 74003-3913 |
| Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 | Cherokee Fire Protection<br>PO Box Box 678<br>Oologah, OK 74053-0678 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 |
| Craig A. Brand<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Craig Brand and Adriana Soto JTRWOS<br>11222 Oak Shore Ln<br>Clermont, FL 34711-5408 | Mark A. Craige<br>Crowe & Dunlevy<br>222 N. Detroit Ave.<br>Suite 600<br>Tulsa, OK 74103-2412 |
| Cynthia Diane Blanchard<br>414 SE Washington Blvd.<br>Ste. 205<br>Bartlesville, OK 74006-2428 | Dale Takio, personally and individually, as<br>well as on behalf of his entity Taktik<br>Enterprises, Inc., A Florida Corporation<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Kevin P Doyle<br>Pray Walker, PC<br>21 North Greenwood Avenue<br>Suite 400<br>Tulsa, OK 74120-1999 |
| Enterprise Global Logistics<br>c/o Kelley G. Loud<br>Titus Hillis Reynolds Love<br>15 East 5th St, #3700<br>Tulsa, OK 74103-4304 | Frank Lloyd Wright Building Conservancy<br>c/o Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2412 | Green Copper Holdings, LLC<br>co Robert Hugh, Registered Agent<br>15 W. 6th Street<br>Bartlesville, OK 74006 |
| Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Helm Ventures, LLC<br>7200 Wisconsin Ave<br>Suite 500<br>Office 95<br>Bethesda, MD 20814-4811 | Helton Law Firm<br>9125 South Toledo Avenue<br>9125 South Toledo Ave<br>Tulsa, OK 74137-2719 |
| John Marcott<br>379240 W 3200 Rd<br>Ramona, OK 74061 | John E Johnson<br>John E. Johnson, Attorney<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Joseph Hassan<br>c/o Kelley G. Loud<br>Titus Hillis Reynolds Love<br>15 East 5th St, #3700<br>Tulsa, OK 74103-4304 | Joshua Gunter<br>1515 S Osage ave<br>Bartlesville, OK 74003<br>Bartlesville, OK 74003-5828 | Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 |
| Kelley G. Loud<br>Titus Hillis Reynolds, et al.<br>15 East Fifth Street, Suite 3700<br>Tulsa, OK 74103-4304 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S. Boston<br>Suite 500<br>Tulsa, OK 74103-4023 |
| Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 | McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 |

| | | |
|---|---|---|
| Michael J. Moran and Erinne Moran JTWROS<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Mike Moran, personally and individually, and<br>on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 |
| Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 |
| Pictoria Studios USA<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 |
| Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 |
| US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Enterprise Global Logistics LLC | (u)Frank Lloyd Wright Building Conservancy, a | (u)Michelle Johnson<br>Asset Liquidation Specialists LLC |

| | | |
|---|---|---|
| (d)Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | (u)Michael Eric Nelson<br>michaelericnelson@icloud.com | (u)D.R. Payne<br>D.R. Payne & Associates<br>Address Unknown<br>, OK |
| (u)Mark D.G. Sanders | (u)Scott Schlotfelt | (u)Sidney K Swinson |
| (u)The McFarlin Building, LLC | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients    10<br>Total                  57 | |