IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| **EIN # xx-xxx9708** | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

### TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On May 13, 2025, the Trustee filed herein his *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE COPPER TREE, INC. CASE NO. 25-10084-T AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 104). The Motion seeks an order of the Court authorizing the substantive consolidation of Copper Tree, Inc. ("Copper Tree"), which is the alleged parent of the Debtor in these proceedings.

2. On May 13, 2025, the Trustee mailed a true and exact copy of the Motion to all necessary and interested parties in both cases as evidenced by his Certificate of Serviced herein (Doc. No. 105).

3. No objections to the proposed consolidation have been filed within the time prescribed in the Motion.

4. The Trustee asserts that substantive consolidation of the two Debtors in this proceeding is in the best interest of all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:                       /s/ Patrick J. Malloy III
                                                                             Patrick J. Malloy III, OBA #5647
                                                                             MALLOY LAW FIRM, P.C.
                                                                             401 S. Boston Ave. Suite 500
                                                                             Tulsa, Oklahoma  74103
                                                                             Telephone:    918-699-0345
                                                                             Fax:             918-699-0325
                                                                             *ATTORNEYS FOR TRUSTEE*