IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
Jun 11, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

### ORDER

This matter having come on for consideration this 11th day of June 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE COPPER TREE, INC. CASE NO. 25-10084-T AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 104), the Court finds:

1. The motion was filed on May 13, 2025, seeking an order authorizing the substantive consolidation of Copper Tree, Inc. ("Copper Tree") on the basis that Copper Tree is the alleged parent of the Debtor and there is substantial identity between the Debtor and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2. The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3. No objections to the proposed consolidation were filed within the time prescribed in the motion.

4. The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that Copper Tree, Inc. (Case No. 25-10084-T) shall be substantively consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*