MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

## U.S. Bankruptcy Court

## Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from CR entered on 6/11/2025 at 2:21 PM CDT and filed on 6/11/2025

**Case Name:**           Green Copper Holdings, LLC
**Case Number:**         25-10088-T
**Document Number:** 121

**Docket Text:**
Order Granting Motion To Substantively Consolidate on Lead Case 4:25-bk-10088-T with Member Case 25-10084-T. (related document(s): [104] Motion to Consolidate Cases) (CR)

**Document description:** Main Document
**Original filename:** 25-10088 order re consolidation with copper treef.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052166465 [Date=6/11/2025] [FileNumber=5692531-0
] [877eef0fab414be6a8180216b3f911522310745692cfc4a18c3047ff3b1f65a2d24
3c73ba1a95926c6cad5d569784866c44fc03248d51acc5c8f3a1511b80522]]

**25-10088-T Notice will be electronically mailed to:**

Ron D. Brown on behalf of Debtor Green Copper Holdings, LLC
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jub

Mark A. Craige on behalf of Interested Party Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com

Kevin P Doyle on behalf of Creditor Price Tower Art Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

John E Johnson on behalf of Interested Party Katherine Seale
jej@jerichlaw.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Consultant Michelle Johnson
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Special Counsel Mark D.G. Sanders
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
malloylawfirm@sbcglobal.net

Maxfield James Malone on behalf of Creditor Price Tower Art Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

**25-10088-T Notice will not be electronically mailed to:**

Michael Eric Nelson
michaelericnelson@icloud.com
,

D.R. Payne
D.R. Payne & Associates
[Address Unknown]
, OK

Scott Schlotfelt
,

Sidney K Swinson
,



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

Filed/Docketed
Jun 11, 2025

### ORDER

This matter having come on for consideration this 11th day of June 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE COPPER TREE, INC. CASE NO. 25-10084-T AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 104), the Court finds:

1. The motion was filed on May 13, 2025, seeking an order authorizing the substantive consolidation of Copper Tree, Inc. ("Copper Tree") on the basis that Copper Tree is the alleged parent of the Debtor and there is substantial identity between the Debtor and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2. The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3. No objections to the proposed consolidation were filed within the time prescribed in the motion.

4. The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that Copper Tree, Inc. (Case No. 25-10084-T) shall be substantively consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*