**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S OBJECTION TO CLAIM 6-1 FILED HEREIN BY TEN-X LLC ("TEN-X") AND NOTICE OF OPPORTUNITY FOR HEARING

Comes now the Trustee and states:

1. Ten-X filed the refenced claim for an **unknown amount.**

2. The claim appears to be based on a contract entered into prior to bankruptcy. As of the date of bankruptcy, the contract was an executory contract that the Trustee did not assume within 60 days of the commencement of these proceedings and was, therefore, deemed rejected pursuant to 11 U.S.C. § 365(d).

3. The claim additionally seems to be related to the marketing and selling of the real estate referred to herein as the "Price Tower." At no time subsequent to the commencement of these proceedings did the Trustee employ Ten-X pursuant to any order of this Court and, in fact, Ten-X provided no services to this estate post-bankruptcy.

4. One of the documents attached to the claims provides that Ten-X was entitled to compensation in the event the Debtor sold the property within a certain time period to a "Ten-X Buyer." The Trustee sold the subject property post-petition and pursuant to an

order of this Court to McFarlin Building LLC ("McFarlin"). McFarlin was not a "Ten-X Buyer."

5.  Based on the applicable facts and bankruptcy law, Ten-X is not entitled to any claim against the estate.

6.  The Trustee intends to seek an order of the Court denying the claim filed by Ten-X unless Ten-X responds within 33 days of the filing of this objection.

**NOTICE OF OPPORTUNITY FOR HEARING - Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 33 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 33-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully Submitted by:          /s/ Patrick J. Malloy III
                                    Patrick J. Malloy III, OBA #5647
                                    MALLOY LAW FIRM, P.C.
                                    401 S. Boston Ave. Suite 500
                                    Tulsa, Oklahoma  74103
                                    Telephone:     918-699-0345

Fax:            918-699-0325
*ATTORNEYS FOR TRUSTEE*