IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA    }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on June 11, 2025, I mailed a true and exact copy of: ***Trustee's Objection to Claim 6-1 Filed Herein by Ten-X, LLC ("Ten-X") and Notice of Opportunity for Hearing (Doc No. 123)*** to the party listed below with proper postage:

Ten-X, LLC, Attn: Samantha Corbat, Sr. Legal Operations Manager, 17600 Laguna Canyon Road, Irvine, CA 92618

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*