United States Bankruptcy Court

Northern District of Oklahoma

| | |
|---|---|
| In re: | Case No. 25-10088-T |
| Green Copper Holdings, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1085-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdf014 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Green Copper Holdings, LLC, co Robert Hugh, Registered Agent, 15 W. 6th Street, Bartlesville, OK 74006 |
| cr | + | Helton Law Firm, 9125 South Toledo Avenue, 9125 South Toledo Ave, Tulsa, OK 74137-2719 |
| intp | + | Katherine Seale, c/o Law Office of J. Erich Johnson PLLC, 705 Ross Avenue, Dallas, TX 75202-2007 |
| cr | + | Price Tower Art Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3018679 | | Archway Properties, c/o Dallas Hindman, 272550 N 3979 Dr, Ochelata, OK 74051 |
| 3022786 | + | Archway Properties, L.L.C., 501 SE Frank Phillips Blvd, 102A, Bartlesville, OK 74003-3913 |
| 3018680 | + | Cherokee Fire Protection, PO Box Box 678, Oologah, OK 74053-0678 |
| 3015733 | + | Craig A. Brand, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3027376 | + | Craig Brand and Adriana Soto JTRWOS, 11222 Oak Shore Ln, Clermont, FL 34711-5408 |
| 3016958 | + | Cynthia Diane Blanchard, 414 SE Washington Blvd., Ste. 205, Bartlesville, OK 74006-2428 |
| 3015735 | + | Dale Takio, personally and individually, as, well as on behalf of his entity Taktik, Enterprises, Inc., A Florida Corporation, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3029049 | + | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| 3013545 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, Attn: Mark A. Craige, 222 N. Detroit 600, Tulsa, OK 74103-2415 |
| 3026336 | + | Helm Ventures, LLC, 7200 Wisconsin Ave, Suite 500, Office 95, Bethesda, MD 20814-4811 |
| 3028276 | | John Marcott, 379240 W 3200 Rd, Ramona, OK 74061 |
| 3028486 | + | Joshua Gunter, 1515 S Osage ave, Bartlesville, OK 74003, Bartlesville, OK 74003-5828 |
| 3029024 | + | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3029052 | + | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3013546 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3028624 | + | Michael J. Moran and Erinne Moran JTWROS, 3517 WATERCREST PL, ORLANDO, FL 32835-2527 |
| 3015734 | + | Mike Moran, personally and individually, and, on behalf of his Florida Corp entity, Pictoria Studios USA, 3517 Watercrest Place, Orlando, FL 32835-2527 |
| 3018146 | + | Nola Renee Nichols, 23538 NS 414 RD, Nowata, OK 74048-4904 |
| 3017675 | + | Paul Aubert, 24 Waterway Ave, Suite 830, The Woodlands, TX 77380-4324 |
| 3028605 | + | Pictoria Studios USA, 3517 WATERCREST PL, ORLANDO, FL 32835-2527 |
| 3018681 | + | Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3029022 | + | Price Tower Arts Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3013547 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3029023 | + | UBAC LLC, 12324 E 86th St N STE 522, Owasso, OK 74055-2543 |
| 3013548 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jun 11 2025 22:55:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jun 11 2025 22:55:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jun 11 2025 22:55:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| 3028568 | + | Email/Text: kloudtrustee@titushillis.com | Jun 11 2025 22:55:40 | Enterprise Global Logistics, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |

District/off: 1085-4 | User: admin | Page 2 of 3
Date Rcvd: Jun 11, 2025 | Form ID: pdf014 | Total Noticed: 34

| Recip ID | | Name and Address |
|---|---|---|
| 3028565 | + Email/Text: kloudtrustee@titushillis.com Jun 11 2025 22:55:40 | Joseph Hassan, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| exp | | D.R. Payne, D.R. Payne & Associates, [Address Unknown] |
| cr | | Enterprise Global Logistics LLC |
| intp | | Frank Lloyd Wright Building Conservancy, an Illino |
| sp | | Mark D.G. Sanders |
| intp | | Michael Eric Nelson, michaelericnelson@icloud.com |
| consult | | Michelle Johnson, Asset Liquidation Specialists LLC |
| r | | Scott Schlotfelt |
| sp | | Sidney K Swinson |
| intp | | The McFarlin Building, LLC |
| cr | *+ | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| cr | *+ | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | *+ | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |

TOTAL: 9 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian L. Mitchell | on behalf of Creditor Cherokee Fire Protection Professionals LLC reception@mitchelllegalpllc.com |
| Colleen Morris | on behalf of Creditor Helton Law Firm colleen@heltonlawfirm.com |
| Gary M. McDonald | on behalf of Interested Party The McFarlin Building LLC gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |
| John E Johnson | on behalf of Interested Party Katherine Seale jej@jerichlaw.com |
| Karen Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G. Loud | on behalf of Creditor Enterprise Global Logistics LLC kloud@titushillis.com croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Kevin P Doyle | on behalf of Creditor Price Tower Arts Center Inc. kdoyle@praywalker.com, mluger@praywalker.com |

District/off: 1085-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 11, 2025 | Form ID: pdf014 | Total Noticed: 34

Kevin P Doyle
    on behalf of Creditor Mark Haskell kdoyle@praywalker.com  mluger@praywalker.com

Kevin P Doyle
    on behalf of Creditor Linda Jones kdoyle@praywalker.com  mluger@praywalker.com

Kevin P Doyle
    on behalf of Creditor Donna Keffer kdoyle@praywalker.com  mluger@praywalker.com

Kevin P Doyle
    on behalf of Creditor Price Tower Art Center  Inc. kdoyle@praywalker.com, mluger@praywalker.com

Mark A. Craige
    on behalf of Interested Party Frank Lloyd Wright Building Conservancy  an Illinois not-for-profit corporation mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com

Maxfield James Malone
    on behalf of Creditor Price Tower Arts Center  Inc. mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Price Tower Art Center  Inc. mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Mark Haskell mmalone@praywalker.com  mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Linda Jones mmalone@praywalker.com  mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Donna Keffer mmalone@praywalker.com  mluger@praywalker.com

Office of the United States Trustee
    USTPRegion20.TU.ECF@usdoj.gov

Patrick J. Malloy, III
    on behalf of Special Counsel Mark D.G. Sanders pjmiiim@sbcglobal.net pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
    on behalf of Consultant Michelle Johnson pjmiiim@sbcglobal.net pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
    pjmiiim@sbcglobal.net  pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
    on behalf of Trustee Patrick J. Malloy  III malloylawfirm@sbcglobal.net

Ron D. Brown
    on behalf of Debtor Copper Tree  Inc. ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Ron D. Brown
    on behalf of Debtor Green Copper Holdings  LLC ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

TOTAL: 24

MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

U.S. Bankruptcy Court

Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from CR entered on 6/11/2025 at 2:21 PM CDT and filed on 6/11/2025

**Case Name:** Green Copper Holdings, LLC
**Case Number:** 25-10088-T
**Document Number:** 121

**Docket Text:**
Order Granting Motion To Substantively Consolidate on Lead Case 4:25-bk-10088-T with Member Case 25-10084-T. (related document(s): [104] Motion to Consolidate Cases) (CR)

**Document description:** Main Document
**Original filename:** 25-10088 order re consolidation with copper treef.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052166465 [Date=6/11/2025] [FileNumber=5692531-0
] [877eef0fab414be6a8180216b3f911522310745692cfc4a18c3047ff3b1f65a2d24
3c73ba1a95926c6cad5d569784866c44fc03248d51acc5c8f3a1511b80522]]

**25-10088-T Notice will be electronically mailed to:**

Ron D. Brown on behalf of Debtor Green Copper Holdings, LLC
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jub

Mark A. Craige on behalf of Interested Party Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com

Kevin P Doyle on behalf of Creditor Price Tower Art Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

John E Johnson on behalf of Interested Party Katherine Seale
jej@jerichlaw.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Consultant Michelle Johnson
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Special Counsel Mark D.G. Sanders
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
malloylawfirm@sbcglobal.net

Maxfield James Malone on behalf of Creditor Price Tower Art Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

**25-10088-T Notice will not be electronically mailed to:**

Michael Eric Nelson
michaelericnelson@icloud.com
,

D.R. Payne
D.R. Payne & Associates
[Address Unknown]
, OK

Scott Schlotfelt
,

Sidney K Swinson
,

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                   )
                                         )
GREEN COPPER HOLDINGS, LLC               )   CASE NO. 25-10088-T
EIN # xx-xxx9708                         )   Chapter 7
                                         )
                                         )
         Debtor.                         )



Filed/Docketed
Jun 11, 2025

## ORDER

This matter having come on for consideration this 11th day of June 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE COPPER TREE, INC. CASE NO. 25-10084-T AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 104), the Court finds:

1. The motion was filed on May 13, 2025, seeking an order authorizing the substantive consolidation of Copper Tree, Inc. ("Copper Tree") on the basis that Copper Tree is the alleged parent of the Debtor and there is substantial identity between the Debtor and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2. The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3. No objections to the proposed consolidation were filed within the time prescribed in the motion.

4. The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that Copper Tree, Inc. (Case No. 25-10084-T) shall be substantively consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

*[signature: Paul R. Thomas]*

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*