IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. The Trustee filed herein his *TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 108). The Motion seeks authority to pay Malloy Law Firm, P.C. ("Malloy") interim attorney fees totaling $56,735.00 and expenses totaling $997.43.

2. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 111).

3. No objections to the Motion were filed within the time prescribed in the Motion.

4. The fees and costs prayed for are reasonable and necessary.

5. Simultaneously with the filing of this pleading, the Trustee has submitted a proposed order to the Court.

Respectfully Submitted By:

s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345

Fax:	918-699-0325
*ATTORNEYS FOR TRUSTEE*