**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**



| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

Filed/Docketed
Jun 20, 2025

## ORDER

This matter having come on for consideration this 20th day of June 2025 upon *TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF SPECIAL COUNSEL FEES AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 106) ("Motion"), the Court finds:

1. The Motion seeks authority to pay interim attorney fees totaling **$28,336.50** and costs of **$16.50** to Mark D. G. Sanders and Sidney K. Swinson of GableGotwals ("Special Counsel").

2. The Trustee provided timely and proper Notice of the Motion to all necessary and interested parties.

3. No objections to the Motion were filed within the time prescribed in the Motion.

4. The fees and costs prayed for are reasonable and necessary, and payment of such fees and costs are in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to pay GableGotwols Special Counsel fees totaling **$28,336.50** and costs of **$16.50**.

BY THE COURT:

_____

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*