IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on June 26, 2025, I mailed a true and exact copy of: ***Trustee's Objection to Claim 18 Filed Herein by UBAC LLC ("UBAC") for the Sum of $597,579.00 and Notice of Opportunity for Hearing (Doc No. 137)*** to the party listed below with proper postage:

UBAC LLC, Attn: Anthem Hayek Blanchard, Managing Member, 12324 E. 86th St N, STE 522, Owasso, OK 74055

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*