IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 15 FILED HEREIN BY MICHAEL J. MORAN AND ERINNE MORAN JTWROS ("MORAN"), AND NOTICE OF OPPORTUNITY FOR HEARING

Comes now the Trustee and states:

1. Claim No. 15 was filed by Moran in the Green Copper Holdings, LLC case in the amount of **$0.00.**

2. Claim No. 15 states as its basis "Equity in Copper Tree/ Green Copper held personally Michael J. Moran and Erinne Moran JTWROS." Such assertion does not form the basis of a "claim" against the Debtors' estate. An equity security interest in the Debtor may ultimately be recognized and allowed only upon presentation of a timely Proof of Interest once all claims are allowed in this case.

3. The Trustee intends to seek an order disallowing Claim 15 in its entirety as a claim against the Debtors' estate.

**NOTICE OF OPPORTUNITY FOR HEARING - Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have**

**your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 33 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 33-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully Submitted by:	/s/ Patrick J. Malloy III
　　　　　　　　　　　　　　　　　Patrick J. Malloy III, OBA #5647
　　　　　　　　　　　　　　　　　MALLOY LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　401 S. Boston Ave. Suite 500
　　　　　　　　　　　　　　　　　Tulsa, Oklahoma  74103
　　　　　　　　　　　　　　　　　Telephone:	918-699-0345
　　　　　　　　　　　　　　　　　Fax:	918-699-0325
　　　　　　　　　　　　　　　　　*ATTORNEYS FOR TRUSTEE*