# **EXHIBIT A**

1. PEAC Solutions 300 Fellowship Road, Mount Laurel, NJ 08054

2. Commtrak Corp PO Box 826077, Philadelphia, Pa. 19182

3. Credit Collection Services 725 Canton Street, Norwood Ma. 02062

4. First Insurance 450 Skokie Blvd Suite 1000 Northbrook, Ill 60062

5. Public Service Company of Oklahoma PO Box 24401, Canton, Ohio 44701

6. Fair Capital LLC PO Box 399 New City, NY 10956