## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA    }

{ ss.

COUNTY OF TULSA    }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on June 27, 2025, I mailed a true and exact copy of: ***Trustee's Objection to Proof of Claim No. 15 Filed Herein by Michael J. Moran and Erinne Moran JTWROS ("Moran") and Notice of Opportunity for Hearing (Doc No. 145)*** to the party listed below with proper postage:

Micheal J. Moran and Erinne Moran JTWROS, 3517 Watercrest Pl, Orlando, FL 32835

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:    918-699-0345
Fax:    918-699-0325
*ATTORNEYS FOR TRUSTEE*