IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| COPPER TREE, INC. ) | Substantively Consolidated |
| EIN # xx-xxx6608 ) | |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on June 27, 2025, I mailed a true and exact copy of: ***Trustee's Notice and Motion to Substantively Consolidate The Inn at Price Tower Inc. ("Price Tower") and Notice of Opportunity for Hearing (Doc No. 146)*** to the parties listed below and on the attached lists for Case no. 25-10088 and Case no. 25-10084 with proper postage.

PEAC Solutions, 300 Fellowship Road, Mount Laurel, NJ 08054

Commtrak Corp, PO Box 826077, Philadelphia, Pa. 19182

Credit Collection Services, 725 Canton Street, Norwood Ma. 02062

First Insurance, 450 Skokie Blvd Suite 1000, Northbrook, Ill 60062

Public Service Company of Oklahoma, PO Box 24401, Canton, Ohio 44701

Fair Capital LLC, PO Box 399, New City, NY 10956


Respectfully submitted by,                /s/ Patrick J. Malloy III
                                          Patrick J. Malloy III, OBA #5647
                                          MALLOY LAW FIRM, P.C.
                                          401 S. Boston Ave. Suite 500
                                          Tulsa, Oklahoma 74103

Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*

```
Label Matrix for local noticing         Archway Properties                      Archway Properties, L.L.C.
1085-4                                  c/o Dallas Hindman                      501 SE Frank Phillips Blvd, 102A
Case 25-10088-T                         272550 N 3979 Dr                        Bartlesville, OK 74003-3913
Northern District of Oklahoma           Ochelata, OK 74051
Tulsa
Fri Jun 27 12:58:08 CDT 2025

Ron D. Brown                            Cherokee Fire Protection                Chief, Civil Trial Section - Central Region
Ron Brown                               PO Box Box 678                          Tax Division, U.S. Department of Justice
1609 E. 4th St.                         Oologah, OK 74053-0678                  P.O. Box 7238
Tulsa, OK 74120-3423                                                            Washington, DC 20044-7238


Craig A. Brand                          Craig Brand and Adriana Soto JTRWOS     Mark A. Craige
11222 Oakshore Lane                     11222 Oak Shore Ln                      Crowe & Dunlevy
Clermont, Florida 34711-5408            Clermont, FL 34711-5408                 222 N. Detroit Ave.
                                                                                Suite 600
                                                                                Tulsa, OK 74103-2415


Cynthia Diane Blanchard                 Dale Takio, personally and individually, as   Donna Keffer
414 SE Washington Blvd.                 well as on behalf of his entity Taktik        1608 Cherokee Hills Drive
Ste. 205                                Enterprises, Inc., A Florida Corporation      Bartlesville, OK 74006-4209
Bartlesville, OK 74006-2428             11222 Oakshore Lane
                                        Clermont, Florida 34711-5408


Kevin P Doyle                           Enterprise Global Logistics             Frank Lloyd Wright Building Conservancy
Pray Walker, PC                         c/o Kelley G. Loud                      c/o Crowe and Dunlevy
21 North Greenwood Avenue               Titus Hillis Reynolds Love              Attn: Mark A. Craige
Suite 400                               15 East 5th St, #3700                   222 N. Detroit 600
Tulsa, OK 74120-1999                    Tulsa, OK 74103-4304                    Tulsa, OK 74103-2415


Green Copper Holdings, LLC              Mark Haskell                            Helm Ventures, LLC
co Robert Hugh, Registered Agent        115 1/2 SE Frank Phillips               7200 Wisconsin Ave
15 W. 6th Street                        Bartlesville, OK 74003-3519             Suite 500
Bartlesville, OK 74006                                                          Office 95
                                                                                Bethesda, MD 20814-4811


Helton Law Firm                         John Marcott                            John E Johnson
9125 South Toledo Avenue                379240 W 3200 Rd                        John E. Johnson, Attorney
9125 South Toledo Ave                   Ramona, OK 74061                        705 Ross Avenue
Tulsa, OK 74137-2719                                                            Dallas, TX 75202-2007


Linda Jones                             Joseph Hassan                           Joshua Gunter
115 SE Frank Phillips                   c/o Kelley G. Loud                      1515 S Osage ave
Bartlesville, OK 74003-3519             Titus Hillis Reynolds Love              Bartlesville, OK 74003
                                        15 East 5th St, #3700                   Bartlesville, OK 74003-5828
                                        Tulsa, OK 74103-4304


Kelley G. Loud                          Patrick J. Malloy III                   Patrick J. Malloy III
Titus Hillis Reynolds, et al.           Malloy Law Firm, P.C.                   Malloy Law Firm, P.C.
15 East Fifth Street, Suite 3700        401 S Boston Ave. Suite #500            401 S. Boston
Tulsa, OK 74103-4304                    Tulsa, OK 74103-4023                    Suite 500
                                                                                Tulsa, OK 74103-4023


Maxfield James Malone                   Gary M. McDonald                        McFarlin Building, LLC
PrayWalker                              McDonald Law, PLLC                      11 E 5th Street 500
21 North Greenwood Avenue               15 West 6th Street                      Tulsa, OK 74103-4454
Ste 400                                 Suite 2606
Tulsa, OK 74120-1999                    Tulsa, OK 74119-5413
```

| | | |
|---|---|---|
| Michael J. Moran and Erinne Moran JTWROS<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Mike Moran, personally and individually, and<br>on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 |
| Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 |
| Pictoria Studios USA<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Price Tower Art Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Price Tower Arts Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 | Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 |
| Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 | UBAC LLC<br>12324 E 86th St N STE 522<br>Owasso, OK 74055-2543 |
| US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Enterprise Global Logistics LLC

(u)Frank Lloyd Wright Building Conservancy, a

(u)Michelle Johnson
Asset Liquidation Specialists LLC

(d)Donna Keffer
1608 Cherokee Hills Drive
Bartlesville, OK 74006-4209

(d)Linda Jones
115 SE Frank Phillips
Bartlesville, OK 74003-3519

(d)Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-4023

(d)Mark Haskell
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

(u)Michael Eric Nelson
michaelericnelson@icloud.com

(u)D.R. Payne
D.R. Payne & Associates
Address Unknown
, OK

(u)Mark D.G. Sanders

(u)Scott Schlotfelt

(u)Sidney K Swinson

(u)The McFarlin Building, LLC

End of Label Matrix
Mailable recipients    50
Bypassed recipients    13
Total                  63

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-10084-T<br>Northern District of Oklahoma<br>Tulsa<br>Fri Jun 27 12:58:46 CDT 2025 | AEP/PSO<br>322 Dewalt Avenue SW<br>Canton, OH 44702-0000 | Archway Properties<br>272550 N 3979 Dr<br>Ochelata, OK 74051 |
| Archway Properties, L.L.C.<br>501 SE Frank Phillips Blvd, 102A<br>Bartlesville, OK 74003-3913 | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 | CL Partners LLC<br>19 Ridgewood Dr.<br>Rye, NY 10580-1621 |
| Cherokee Fire Protection Professionals, LLC<br>P.O. Box 678<br>Oologah, OK 74053-0678 | Cherokee Fire Protection Professionals, LLC<br>Mitchell Legal, PLLC<br>203 E. Hobson Ave<br>Sapulpa, OK 74066-2809 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 |
| Cintas Corporation<br>5940 S. 129th East Ave<br>Tulsa, OK 74134-6707 | (p)CITY OF BARTLESVILLE<br>401 S JOHNSTONE AVE<br>BARTLESVILLE OK 74003-6619 | Copper Tree, Inc.<br>414 SE Washington Blvd<br>Bartlesville, OK 74006-2428 |
| Craig A. Brand<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Craig Brand<br>11222 Oakshore Lane<br>Clermont, FL 34711-5408 | Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2415 |
| Cynthia Blanchard<br>414 SE Washington Blvd, Suite 205<br>Bartlesville, OK 74006-2428 | Cynthia Diane Blanchard<br>414 SE Washington Blvd.<br>Ste. 205<br>Bartlesville, OK 74006-2428 | Dale Takio, personally and individually, as<br>well as on behalf of his entity Taktik<br>Enterprises, Inc., A Florida Corporation<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 |
| Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 | Donna Keffer<br>c/o Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Kevin P Doyle<br>Pray Walker, PC<br>21 North Greenwood Avenue<br>Suite 400<br>Tulsa, OK 74120-1999 |
| Enterprise Global Logistics<br>105 Stoneway Rd<br>Wakefield, RI 02879-3969 | Enterprise Global Logistics<br>c/o Kelley G. Loud<br>Titus Hillis Reynolds Love<br>15 East 5th St, #3700<br>Tulsa, OK 74103-4304 | Frank Lloyd Wright Building Conservancy<br>c/o Crowe and Dunlevy<br>222 N. Detroit 600<br>Tulsa, OK 74103-2415 |
| Glenn Security<br>3909 Price Rd<br>Bartlesville, OK 74006-7206 | Green Copper Holdings, LLC<br>414 SE Washington Blvd 205<br>Bartlesville, OK 74006-2428 | Green Copper Holdings, LLC<br>530-B Harkle Road Suite 100<br>Santa Fe, NM 87505-4739 |
| Hans Schmoldt<br>3305 Woodland Rd<br>Bartlesville, OK 74006-4523 | Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Helm Ventures<br>7200 Wisconcin Ave, Suite 500<br>Bethesda, MD 20814-4833 |

| | | |
|---|---|---|
| Helton Law Firm<br>9125 South Toledo Avenue<br>9125 South Toledo Ave<br>Tulsa, OK 74137-2719 | Historic Hotels<br>26 Corporate Plaza, Suite 150<br>Newport Beach, CA 92660-7960 | Holtz Electric<br>318 SW Adeline, Ave<br>Bartlesville, OK 74003-3111 |
| InkTown Designs, LLC<br>1608 Cherokee Hills Dr.<br>Bartlesville, OK 74006-4209 | Inktown Design<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 | Jess Kane<br>PO Box 1066<br>Bartlesville, OK 74005-1066 |
| Jessica Holeman<br>406 N. Bradley Ave<br>Caney, KS 67333-2523 | Jessica Holman<br>406 North Bradley Ave<br>Caney, KS 67333-2523 | Joe Hassan<br>105 Stoneway Rd<br>Wakefield, RI 02879-3969 |
| John Marcott<br>397240 West 3200 Rd<br>Ramona, OK 74061-3667 | Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Joseph Hassan<br>c/o Kelley G. Loud<br>Titus Hillis Reynolds Love<br>15 East 5th St, #3700<br>Tulsa, OK 74103-4304 |
| Josh Gunter<br>1515 South Osage<br>Bartlesville, OK 74003-5828 | KWON Radio<br>1200 SE Frank Phillips Blvd<br>Bartlesville, OK 74003-4332 | Levinson Smith and Huffman<br>1743 E. 71st St<br>Tulsa, OK 74136-5108 |
| Linda Jones<br>115 1/2 SE Frank Phillips Blvd<br>Bartlesville, OK 74003-3519 | Linda Jones<br>PMB 117<br>1611 S. Utica Ave.<br>Tulsa, OK 74104-4909 | Kelley G. Loud<br>Titus Hillis Reynolds, et al.<br>15 East Fifth Street, Suite 3700<br>Tulsa, OK 74103-4304 |
| Malisa McPherson<br>313 NE 21st Street<br>Oklahoma City, OK 73105-3207 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 |
| Mark Haskell<br>115 1/2 SE Frank Phillips Blvd<br>Bartlesville, OK 74003-3519 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 | McDonald Law Firm<br>15 W. 6th Street 2606<br>Tulsa, OK 74119-5413 |
| McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 | Mike Moran, personally and individually,<br>and on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Brian L. Mitchell<br>Mitchell Bonds PLLC<br>203 E. Hobson<br>Sapulpa, OK 74066-2809 |
| Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 | Nathan Aldinger<br>5891 Sypes Canyon Rd<br>Bozeman, MT 59715-9379 | Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 |

| | | |
|---|---|---|
| OKES<br>5637 N Classen Blvd<br>Oklahoma City, OK 73118-4015 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Natural Gas<br>Po Box 401<br>Oklahoma City, OK 73101-0401 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 |
| Paul Aubert<br>24 Waterway, Suite 830<br>Spring, TX 77380-4324 | Pictoria Studios<br>c/o Mike Moran<br>3517 Watercrest Pl<br>Orlando, FL 32835-2527 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 |
| Preferred Travel Group<br>23 Corporate Plaza Dr; STE 150<br>Newport Beach, CA 92660-7908 | Price Tower Arts Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Renee Nichols<br>23538 NS 414 Rd<br>Stillwater, OK 74078-0001 |
| Robert Hugh<br>15 W. 6th 2800<br>Tulsa, OK 74119-5404 | Robert Sherwood<br>15 W 6th St, Suite 2800<br>Tulsa, OK 74119-5404 | Robinett King Elias Buhlinger Brown and Kane<br>PO Box 1066<br>Bartlesville, OK 74005-1066 |
| SGP Advisors<br>501 E Kennedy Blvd, Suite 1000<br>Tampa, FL 33602-5200 | SMB Specialists<br>13124 E 131st St North<br>Collinsville, OK 74021-4377 | Schindler Elevator Corporation<br>PO Box 93050<br>Chicago, IL 60673-3050 |
| Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 | Sparklight<br>4127 Nowata Rd<br>Bartlesville, OK 74006-5120 | Sparklight<br>PO Box 78000<br>Phoenix, AZ 85062-8000 |
| TakTik Enterprises & Subsidiaries<br>c/o  Dale Takio<br>11222 Oakshore Lane<br>Clermont, FL 34711-5408 | Ten-X, LLC<br>17600 Laguna Canyon Road<br>Irvine, CA 92618-5432 | Titus Hillis Reynolds Love<br>15 E 5th St Ste 3700<br>Tulsa, OK 74103-4304 |
| Trane USA<br>2313 S 20th Street<br>La Crosse, WI 54601-6726 | Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 |
| US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Bartlesville  
401 S. Johnstone  
Bartlesville, OK 74003-0000

U.S. Attorney  
110 West Seventh Street  
Suite 300  
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cherokee Fire Protection Professionals, LL

(u)Enterprise Global Logistics LLC

(d)Donna Keffer  
1608 Cherokee Hills Drive  
Bartlesville, OK 74006-4209

(d)Mark Haskell  
115 1/2 SE Frank Phillips  
Bartlesville, OK 74003-3519

(u)Michael Eric Nelson

(d)Price Tower Arts Center, Inc.  
115 1/2 SE Frank Phillips  
Bartlesville, OK 74003-3519

(u)The McFarlin Building, LLC

End of Label Matrix  
Mailable recipients    89  
Bypassed recipients     7  
Total                  96