IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. The Trustee filed herein his *TRUSTEE'S MOTION TO PAY PROFESSIONAL FEES TO D.R. PAYNE AND ASSOCIATES ("PAYNE") AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 112). The Motion seeks authority to pay D.R. Payne and Associates ("Payne") interim expert/accountant fees totaling $7,314.65 and expenses totaling $499.00.

2. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 119).

3. No objections to the Motion were filed within the time prescribed in the Motion.

4. The fees and costs prayed for are reasonable and necessary.

5. Simultaneously with the filing of this pleading, the Trustee has submitted a proposed order to the Court.

Respectfully Submitted By:        s/ Patrick J. Malloy III
                                  Patrick J. Malloy III, OBA #5647

MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*