IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
Jul 01, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter having come on for consideration this 1st day of July 2025 upon *TRUSTEE'S MOTION TO PAY PROFESSIONAL FEES TO D.R. PAYNE AND ASSOCIATES ("PAYNE") AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 112) ("Motion"), the Court finds:

1. The Motion seeks authority to pay interim expert/accountant fees totaling **$7,314.65** and costs of **$499.00** to D.R. Payne and Associates ("Payne").

2. The Trustee provided timely and proper Notice of the Motion to all necessary and interested parties.

3. No objections to the Motion were filed within the time prescribed in the Motion.

4. The fees and costs prayed for are reasonable and necessary, and payment of such fees and costs are in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to pay expert/accountant fees to D.R. Payne and Associates totaling **$7,314.65** and costs of **$499.00**.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:                918-699-0325
*ATTORNEYS FOR TRUSTEE*