## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC, ) | Case No. 25-10088-T |
| ) | Chapter 7 |
| Debtor. ) | |

**NOTICE OF APPEARANCE PURSUANT TO**
**FED. R. BANKR. P. 9010(b) AND REQUEST FOR ALL NOTICES**
**AND COPIES PURSUANT TO FED. R. BANKR. P. 2002**

Nola Renee Nichols ["Nichols"], a creditor in the above-styled matter, hereby enters her appearance by and through her counsel, Jerome S. Sepkowitz, of Derryberry & Naifeh, LLP. Further, in accordance with Fed. R. Bankr P. 2002, Nichols hereby requests that all notices given, or required to be given, in this case and in any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to her counsel:

> Jerome S. Sepkowitz, Esq.
> Derryberry & Naifeh, LLP
> 4800 N. Lincoln Blvd
> Oklahoma City, OK  73105
> Jsepkowitz@derryberrylaw.com
> Tel: (405) 528-6569
> Fax: (405) 528-6462

This request encompasses all notices, copies, and pleadings referred to in Fed. R. Bankr. P. 2002, whether formal or informal, oral or written, or transmitted via hand-delivery, mail, electronic transmission, or otherwise, which affects or seeks to effect the above-styled matter.

Respectfully submitted,

*/s/ Jerome S. Sepkowitz*
Jerome S. Sepkowitz, OBA No. 8081
DERRYBERRY & NAIFEH, LLP
4800 N. Lincoln Blvd
Oklahoma City, OK  73105
Email: Jsepkowitz@derryberrylaw.com
Telephone: (405) 528-6569
Fax: (405) 528-6462
COUNSEL FOR NOLAN RENEE NICHOLS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th day of July 2025, a true and correct copy of the above and foregoing instruments was forwarded automatically to appearing registrants of the CM/ECF system, including:

Ron D. Brown on behalf of Debtor ron@ronbrownlaw.com

Office of the US Trustee        karen.walsh@usdoj.gov

Patrick J. Malloy III, Trustee  pjmiiim@sbcglobal.net, malloylawfirm@sbcglobal.net

*/s/ Jerome S. Sepkowitz*
Jerome S. Sepkowitz