# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. The Trustee filed herein his *TRUSTEE'S OBJECTION TO CLAIM 6-1 FILED HEREIN BY TEN-X LLC ("TEN-X") AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 123) ("Objection") seeking to disallow Claim No. 6-1 filed by Ten-X LLC for an unknown amount.

2. The Trustee objects to the Claim to the extent that it appears to be based on a contractor entered into prior to the bankruptcy filing and the Trustee did not assume that contract within the 60 days after the commencement of these proceedings.

3. The Trustee additionally objects to the Claim to the extent that it appears to be related to the marketing and selling of the real estate referred to herein as "Price Tower." At no time subsequent to the commencement of these proceedings did the Trustee employ Ten-X pursuant to any order of this Court and Ten-X provided no services to this estate post-bankruptcy.

4. Finally, the Trustee objects to the Claim because one of the documents attached to the claim provides that Ten-X was entitled to compensation in the event the Debtor sold the property within a certain time period to a "Ten-X Buyer." The Trustee sold the subject property post-petition and pursuant to an order of this Court to McFarlin Building LLC ("McFarlin"). McFarlin was not a "Ten-X Buyer."

5. Based on the applicable facts and bankruptcy law, Ten-X is not entitled to a claim against the estate.

6. The Trustee provided timely and proper notice of the Objection to all necessary and interested parties as evidenced by the Trustee's Certificate of Service (Doc. No 432).

7. No response to the Objection has been filed.

8. Simultaneously with the filing of this Request, the Trustee has submitted a proposed order to the Court.

Respectfully Submitted By:

s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*