# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| COPPER TREE, INC. ) | Substantively Consolidated |
| EIN # xx-xxx6608 ) | |
| ) | |
| **Debtors.** ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on July 15, 2025, I mailed a true and exact copy of: ***Trustee's Notice and Motion to Settle Disputed Matter and Notice of Opportunity for Hearing (Doc No. 156)*** with proper postage to all parties on the attached list.

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*

```
Label Matrix for local noticing        Archway Properties                      Archway Properties, L.L.C.
1085-4                                 c/o Dallas Hindman                      501 SE Frank Phillips Blvd, 102A
Case 25-10088-T                        272550 N 3979 Dr                        Bartlesville, OK 74003-3913
Northern District of Oklahoma          Ochelata, OK 74051
Tulsa
Tue Jul 15 16:55:57 CDT 2025

Ron D. Brown                           Cherokee Fire Protection                Chief, Civil Trial Section - Central Region
Ron Brown                              PO Box Box 678                          Tax Division, U.S. Department of Justice
1609 E. 4th St.                        Oologah, OK 74053-0678                  P.O. Box 7238
Tulsa, OK 74120-3423                                                           Washington, DC 20044-7238


Craig A. Brand                         Craig Brand and Adriana Soto JTRWOS     Mark A. Craige
11222 Oakshore Lane                    11222 Oak Shore Ln                      Crowe & Dunlevy
Clermont, Florida 34711-5408           Clermont, FL 34711-5408                 222 N. Detroit Ave.
                                                                               Suite 600
                                                                               Tulsa, OK 74103-2415


Cynthia Diane Blanchard                Dale Takio, personally and individually, as    Donna Keffer
414 SE Washington Blvd.                well as on behalf of his entity Taktik         1608 Cherokee Hills Drive
Ste. 205                               Enterprises, Inc., A Florida Corporation       Bartlesville, OK 74006-4209
Bartlesville, OK 74006-2428            11222 Oakshore Lane
                                       Clermont, Florida 34711-5408


Kevin P Doyle                          Enterprise Global Logistics             Frank Lloyd Wright Building Conservancy
Pray Walker, PC                        c/o Kelley G. Loud                      c/o Crowe and Dunlevy
21 North Greenwood Avenue              Titus Hillis Reynolds Love              Attn: Mark A. Craige
Suite 400                              15 East 5th St, #3700                   222 N. Detroit 600
Tulsa, OK 74120-1999                   Tulsa, OK 74103-4304                    Tulsa, OK 74103-2415


Green Copper Holdings, LLC             Mark Haskell                            Helm Ventures, LLC
co Robert Hugh, Registered Agent       115 1/2 SE Frank Phillips               7200 Wisconsin Ave
15 W. 6th Street                       Bartlesville, OK 74003-3519             Suite 500
Bartlesville, OK 74006                                                         Office 95
                                                                               Bethesda, MD 20814-4830


Helton Law Firm                        John Marcott                            John E Johnson
9125 South Toledo Avenue               379240 W 3200 Rd                        John E. Johnson, Attorney
9125 South Toledo Ave                  Ramona, OK 74061                        705 Ross Avenue
Tulsa, OK 74137-2719                                                           Dallas, TX 75202-2007


Linda Jones                            Joseph Hassan                           Joshua Gunter
115 SE Frank Phillips                  c/o Kelley G. Loud                      1515 S Osage ave
Bartlesville, OK 74003-3519            Titus Hillis Reynolds Love              Bartlesville, OK 74003
                                       15 East 5th St, #3700                   Bartlesville, OK 74003-5828
                                       Tulsa, OK 74103-4304


Kelley G. Loud                         Patrick J. Malloy III                   Patrick J. Malloy III
Titus Hillis Reynolds, et al.          Malloy Law Firm, P.C.                   Malloy Law Firm, P.C.
15 East Fifth Street, Suite 3700       401 S Boston Ave. Suite #500            401 S. Boston
Tulsa, OK 74103-4304                   Tulsa, OK 74103-4023                    Suite 500
                                                                               Tulsa, OK 74103-4023


Maxfield James Malone                  Gary M. McDonald                        McFarlin Building, LLC
PrayWalker                             McDonald Law, PLLC                      11 E 5th Street 500
21 North Greenwood Avenue              15 West 6th Street                      Tulsa, OK 74103-4454
Ste 400                                Suite 2606
Tulsa, OK 74120-1999                   Tulsa, OK 74119-5413
```

| | | |
|---|---|---|
| Michael J. Moran and Erinne Moran JTWROS<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Mike Moran, personally and individually, and<br>on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 |
| Nola Renee Nichols<br>23538 NS 414 RD<br>Nowata, OK 74048-4904 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 |
| Pictoria Studios USA<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Price Tower Art Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Price Tower Arts Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 | Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 |
| Jerome S. Sepkowitz<br>Derryberry & Naifeh LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105-3321 | Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 |
| UBAC LLC<br>12324 E 86th St N STE 522<br>Owasso, OK 74055-2543 | US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 |
| Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Enterprise Global Logistics LLC

(u)Frank Lloyd Wright Building Conservancy, a

(u)Michelle Johnson
Asset Liquidation Specialists LLC


(d)Donna Keffer
1608 Cherokee Hills Drive
Bartlesville, OK 74006-4209

(d)Linda Jones
115 SE Frank Phillips
Bartlesville, OK 74003-3519

(d)Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-4023


(d)Mark Haskell
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

(u)Michael Eric Nelson
michaelericnelson@icloud.com

(u)Nola Renee Nichols


(u)D.R. Payne
D.R. Payne & Associates
Address Unknown
, OK

(u)Mark D.G. Sanders

(u)Scott Schlotfelt


(u)Sidney K Swinson

(u)The McFarlin Building, LLC

End of Label Matrix
Mailable recipients    51
Bypassed recipients    14
Total                  65