FILED

2025 JUL 21 PM 1:44

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OK.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:
COPPER TREE, INC.,
EIN # xx-xxx6608

CASE NO. 25-10088-T Chapter 7

Substantively Consolidated With

GREEN COPPER HOLDINGS, LLC,
EIN # xx-xxx9708;

Case No.: 24-10021-M Chapter: 7

Debtors.

## CRAIG ALAN BRAND'S MOTION FOR PERMISSION TO APPEAR PRO HAC VICE FOR CLAIMANTS, CRAIG A. BRAND (CREDITOR NO. 3018680), CRAIG A. BRAND AND ADRIANA SOTO, JTRWOS (CREDITOR NO. 3027376) , DALE TAKIO A/K/A DALE DOUGLAS TAKIO AND TAKTIK ENTERPRISES (TOGETHER CREDITOR NO. 3015735), AND MIKE MORAN A/K/A MICHAEL J. MORAN AND PICTORIA STUDIO USA INC (TOGETHER CREDITOR NO. 3028605), MYSTIC ENTERPRISES, INC. (OBJECTOR-*SEE* DOC. 56-1), AND ERINNE MORAN (OBJECTOR-*SEE* DOC. 56-1)

Pursuant to Local Rule 9010-1.B., **CRAIG ALAN BRAND,** an attorney at law licensed to practice law and in good standing before in the Supreme Court of the State of Florida, Florida Bar No. 896111, and duly admitted to practice law and in good standing before the in the United States District Courts in and for the Southern and Middle District Courts of the State of Florida and the United States District Court for the District of Colorado, and respectfully moves this Court for entry of an order granting him permission to appear before this Court Pro Hac Vice in this substantively consolidated action as counsel for Claimants, Craig A. Brand (Creditor No. 3018680), Craig A. Brand and Adriana Soto, JTRWOS (Creditor No. 3027376) , Dale Takio a/k/a Dale Douglas Takio and Taktik Enterprises (together Creditor No. 3015735), and Mike Moran a/k/a Michael J. Moran and Pictoria Studio USA Inc (together Creditor No. 3028605), Mystic

1

Enterprises, Inc. (Objector-*See* Doc. 56-1), and Erinne Moran (Objector-*See* Doc. 56-1), and as grounds therefore, certify unto this Court the following:

1. I am an attorney at law licensed to practice law and in good standing before in the Supreme Court of the State of Florida, Florida Bar No. 896111, continuously since September 27, 1991 and am duly admitted to practice law and in good standing before the in the United States District Courts in and for the Southern and Middle District Courts of the State of Florida (August 27, 1992 and November 29, 1994, respectively) and the United States District Court for the District of Colorado, admitted April 10, 2017.

2. I am not now, nor have I ever been, subject to any disciplinary action or judicial sanctions by any state or federal bar association, department, bureau or commission of any State or the United States. Further, I have not received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any state or federal bar association.

3. Attached hereto as Exhibit "A" is a copy of my curriculum vitae.

4. I am familiar with the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma.

5. I am herewith submitted the admission fee of $125.00 simultaneously with this motion to the Clerk of the United States District Court for the Northern District of Oklahoma, 333 W. Fourth Street, Room 411, Tulsa, Oklahoma 74103.

6. I agree to file all pleadings and documents electronically with the Court in compliance with the Local Rules of this Court and the ECF Administrative Guide

7. I have submitted the original executed and completed Form A (rev. 04/25) to and registered through the Access to Court Electronic Records (PACER) system. A true copy of that Form A is attached hereto as Exhibit "B."

8. I understand that the Oklahoma Rules of Professional Conduct are incorporated herein as rules governing attorney conduct before this Court.

Wherefore Craig Alan Brand, respectfully moves this Court for entry of an order granting him permission to appear before this Court Pro Hac Vice in this substantively consolidated action as counsel for Claimants, Craig A. Brand (Creditor No. 3018680), Craig A. Brand and Adriana Soto, JTRWOS (Creditor No. 3027376), Dale Takio a/k/a Dale Douglas Takio and Taktik Enterprises (together Creditor No. 3015735), and Mike Moran a/k/a Michael J. Moran and Pictoria Studio USA Inc (together Creditor No. 3028605), Mystic Enterprises, Inc. (Objector-*See* Doc. 56-1), and Erinne Moran (Objector-*See* Doc. 56-1).

Respectfully Submitted,

/s/ Craig Alan Brand
Craig Alan Brand, Esq.
Florida Bar No. 896111
11122 Oakshore Lane
Clermont, FL 34711
Tel: (305) 878-1477
Email: Craig@thebrandlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing motion and the applicable fee for a Pro Hac Vice Admission was delivered to Clerk of the United States District Court for the Northern District of Oklahoma, 333 W. Fourth Street, Room 411, Tulsa, Oklahoma 74103 on this 18th day of July, 2025, by Federal Express.

/s/ Craig Alan Brand
The Brand Law Firm, P.A.
Craig Alan Brand, Esq.

Florida Bar No. 896111<br>
11122 Oakshore Lane<br>
Clermont, FL 34711<br>
Tel: (305) 878-1477<br>
Email: Craig@thebrandlawfirm.com