FILED

2025 JUL 21 PM 2:42

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OK

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF OKLAHOMA**

---

**IN RE:**
COPPER TREE, INC.,
EIN # xx-xxx6608

GREEN COPPER HOLDINGS, LLC,
EIN # xx-xxx9708;
Debtors.
Case No.: 24-10021-M
Chapter: 7

_____/

CASE NO. 25-10088-T Chapter 7

Substantively Consolidated

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF CLAIMANT,**
**TAKITIK ENTERPRISES, INC.,**

Pursuant to Fed. R. Civ. P. 7.1, **CLAIMANT, TAKITIK ENTERPRISES, INC.**, by and through its undersigned counsel, herewith makes the following disclosure:

There is no parent corporation of CLAIMANT, TAKITIK ENTERPRISES, INC.

There are no entities that directly or indirectly own 10% or more of any class of the Claimant corporation's equity interest.

TAKITIK ENTERPRISES, INC. Claimant is in a member of a committee of creditors.

Dated July 18, 2025.

By: _____
Dale Takio, President
Takitik Enterprises, Inc.
11222 Oakshore Ln.,
Clermont, Florida 34711
Tel. (407) 232-5951