

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OKLAHOMA

---

**IN RE:**
COPPER TREE, INC.,
EIN # xx-xxx6608

GREEN COPPER HOLDINGS, LLC,
EIN # xx-xxx9708;
Debtors.
Case No.: 24-10021-M
Chapter: 7

_____/

CASE NO. 25-10088-T Chapter 7

Substantively Consolidated

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF CLAIMANT, (Claim No: 14) PICTORIA STUDIOS USA, INC.

Pursuant to Fed. R. Civ. P. 7.1, **CLAIMANT, (Claim No: 14) PICTORIA STUDIOS USA, INC.,**

by and through its undersigned counsel, herewith makes the following disclosure:

There is no parent corporation of CLAIMANT, PICTORIA STUDIOS USA, INC.

There are no entities that directly or indirectly own 10% or more of any class of the

Claimant corporation's equity interest.

PICTORIA STUDIOS USA, INC., is in a member of a committee of creditors.

Dated July 18, 2025.

**CLAIMANT,** (Claim No: 14) PICTORIA STUDIOS USA, INC.

3517 Watercrest Pl.
Orlando, FL 32835
(407) 906-6299
mike@pictoriastudios.com

By: _____
**Michael Moran**
President, Pictoria Studios USA Inc.