IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA  }
                                  } ss.
COUNTY OF TULSA   }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on July 21, 2025, I mailed a true and exact copy of: ***Trustee's Objection to Amended Proof of Claim No. 3-2 Filed Herein by Nola Renee Nichols ("Nichols") and Notice of Opportunity for Hearing (Doc No. 171)*** to the party listed below with proper postage:

Nola Renee Nichols
c/o Jerome S. Sepkowitz, Esq.
Derryberry & Naifeh, LLP
4800 N. Lincoln Blvd.
Oklahoma City, OK 73015


Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:    918-699-0345
Fax:                918-699-0325
*ATTORNEYS FOR TRUSTEE*