IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **Debtors.** | ) | |

### TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On June 27, 2025, the Trustee filed herein his *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE THE INN AT PRICE TOWER INC. AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 146). The Motion seeks an order of the Court authorizing the substantive consolidation of The Inn at Price Tower Inc. ("Price Tower"), which is a wholly owned subsidiary of Copper Tree Inc, a Debtor in these proceedings.

2. On June 27, 2025, the Trustee mailed a true and exact copy of the Motion to all necessary and interested parties in the substantively consolidated cases and all other creditors of Price Tower, as evidenced by his Certificate of Serviced herein (Doc. No. 149).

3. No objections to the proposed consolidation have been filed within the time prescribed in the Motion.

4. The Trustee asserts that substantive consolidation of Price Tower with the two Debtors in this proceeding is in the best interest of all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:    /s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*