# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on July 21, 2025, I mailed a true and exact copy of: ***Trustee's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 Applied to Bankruptcy By Fed. R. Bank. P. 7056 and Pursuant to Local Rule 7056-1 (Doc No. 184)*** to the party listed below with proper postage:

Craig Brand and Adriana Soto JTRWOS, 11222 Oak Shore Ln, Clermont, FL 34711

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:  918-699-0345
Fax:        918-699-0325
*ATTORNEYS FOR TRUSTEE*