UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>COPPER TREE, INC.,<br>EIN # xx-xxx6608<br><br>GREEN COPPER HOLDINGS, LLC,<br>EIN # xx-xxx9708;<br>Debtors.<br>Case No.: 24-10021-M<br> Chapter: 7 | CASE NO. 25-10088-T Chapter 7<br><br>Substantively Consolidated |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF MIKE MORAN A/K/A MICHAEL J. MORAN**

Please take notice and be advised that Craig Alan Brand of the firm The Brand Law Firm, P.A., hereby appears in the above referenced case as Counsel for MIKE MORAN A/K/A MICHAEL J. MORAN; and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address or email address:

Craig Alan Brand, Esq.
The Brand Law Firm, P.A.
Florida Bar No. (FBN): 896111
11222 Oakshore Lane, Clermont
Florida 34711
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Dated:       July 23, 2025

    Respectfully Submitted by:

    /s/ Craig Alan Brand, Esq.
    _____
    Craig Alan Brand, Esq.
    Florida Bar No. (FBN): 896111

11222 Oakshore Lane, Clermont
Florida 34711
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Attorney for: MIKE MORAN A/K/A MICHAEL J. MORAN

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 23, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111