# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE:**<br>COPPER TREE, INC.,<br>EIN # xx-xxx6608<br><br>GREEN COPPER HOLDINGS, LLC,<br>EIN # xx-xxx9708;<br>Debtors.<br>Case No.: 24-10021-M<br> Chapter: 7 | CASE NO. 25-10088-T Chapter 7<br><br>Substantively Consolidated |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF PICTORIA STUDIOS USA, INC., A FLORIDA CORPORATION

Please take notice and be advised that Craig Alan Brand of the firm The Brand Law Firm, P.A., hereby appears in the above referenced case as Counsel for PICTORIA STUDIOS USA, INC., A FLORIDA CORPORATION; and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address or email address:

Craig Alan Brand, Esq.
The Brand Law Firm, P.A.
Florida Bar No. (FBN): 896111
6462 S. Jamaica Circle
Englewood, CO 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Dated:        July 24, 2025

Respectfully Submitted by:

/s/ Craig Alan Brand, Esq.
_____

Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111
6462 S. Jamaica Circle
Englewood, CO 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Attorney for: PICTORIA STUDIOS USA, INC., A FLORIDA CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111