**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**



Filed/Docketed
Jul 24, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter having come on for consideration this 24th day of July 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE THE INN AT PRICE TOWER INC. AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 146), the Court finds:

1.  The motion was filed on June 27, 2025, seeking an order authorizing the substantive consolidation of The Inn at Price Tower Inc. ("Price Tower") on the basis that Price Tower is a wholly owned subsidiary of Copper Tree Inc. ("Copper Tree"), a Debtor in this substantively consolidated case, and there is substantial identity between Price Tower and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2.  The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3.  No objections to the proposed consolidation were filed within the time prescribed in the motion.

4.   The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that The Inn At Price Tower Inc. shall be substantively

consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:               918-699-0325
*ATTORNEYS FOR TRUSTEE*