UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE:**<br>COPPER TREE, INC.,<br>EIN # xx-xxx6608<br><br>GREEN COPPER HOLDINGS, LLC,<br>EIN # xx-xxx9708;<br>Debtors.<br>Case No.: 24-10021-M<br>Chapter: 7<br><br>_____/ | CASE NO. 25-10088-T Chapter 7<br><br>Substantively Consolidated |

**AMENDED**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF CLAIMANT,**
**<u>(Claim No: 14) PICTORIA STUDIOS USA, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1, CLAIMANT, <u>(Claim No: 14) PICTORIA STUDIOS USA, INC.</u>,

by and through its undersigned counsel, herewith makes the following disclosure:

      There is no parent corporation of CLAIMANT, PICTORIA STUDIOS USA, INC.

      There are no entities that directly or indirectly own 10% or more of any class of the

Claimant corporation's equity interest.

PICTORIA STUDIOS USA, INC., is in a member of a committee of creditors.

Dated July 25, 2025.

Respectfully Submitted by:


      /s/ Craig Alan Brand, Esq.

      _____

      Craig Alan Brand, Esq.

Florida Bar No. (FBN): 896111
6462 S. Jamaica Circle
Englewood, CO 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Attorney for: PICTORIA STUDIOS USA, INC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2025, a true and correct copy of the foregoing Amended FED. R. CIV. P. 7.1 Disclosure Statement was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.

_____

Craig Alan Brand, Esq.

Florida Bar No. (FBN): 896111