UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**
COPPER TREE, INC.,
EIN # xx-xxx6608

GREEN COPPER HOLDINGS, LLC,
EIN # xx-xxx9708;
Debtors.
Case No.: 24-10021-M
 Chapter: 7

_____/

CASE NO. 25-10088-T Chapter 7

Substantively Consolidated

**AMENDED
FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF CLAIMANT,
<u>TAKITIK ENTERPRISES, INC.,</u>**

Pursuant to Fed. R. Civ. P. 7.1, Claimant, TAKITIK ENTERPRISES, INC., by and through its undersigned counsel, herewith makes the following disclosure:

There is no parent corporation of CLAIMANT, TAKITIK ENTERPRISES, INC.

There are no entities that directly or indirectly own 10% or more of any class of the Claimant corporation's equity interest.

 TAKITIK ENTERPRISES, INC. Claimant is in a member of a committee of creditors.

Dated July 25, 2025.

Respectfully Submitted by:


/s/ Craig Alan Brand, Esq.

_____

Craig Alan Brand, Esq.

Florida Bar No. (FBN): 896111
6462 S. Jamaica Circle
Englewood, CO 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Attorney for: TAKITIK ENTERPRISES, INC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2025, a true and correct copy of the foregoing Amended FED. R. CIV. P. 7.1 Disclosure Statement was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.

_____

Craig Alan Brand, Esq.

Florida Bar No. (FBN): 896111