# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE:** | |
| COPPER TREE, INC., | CASE NO. 25-10088-T Chapter 7 |
| EIN # xx-xxx6608 | |
| | Substantively Consolidated With |
| GREEN COPPER HOLDINGS, LLC, | Case No.: 24-10021-M Chapter: 7 |
| EIN # xx-xxx9708; | |
| Debtors. | |

### CRAIG A. BRAND, COUNSEL FOR DALE TAKIO AND TAKTIK ENTERPRISES, INC., RESPONSE TO ECF 190, ORDER TO SHOW CAUSE

Craig A. Brand, Esq., Counsel for DALE TAKIO AND TAKTIK ENTERPRISES, INC., herewith responds to ECF 190, the Court's Order to Show Cause directed to ECF 175, 176 and 181, the Pro Se filings of PICTORIA STUDIOS USA, INC., as follows:

1. On July 21, 2025, the Clerk of Court docketed ECF 175, 176, and 177, executed pro se by DALE TAKIO as the President of TAKTIK ENTERPRISES, INC. ("Taktik"). Included in ECF 175 and 177 were the individual pro se filings executed by DALE TAKIO ("Takio"). As required by the Rules and ECF procedures, ECF 175, 176 and 177 were not allowed to be filed by the filing parties utilizing the ECF system. As such, as required by the Rules, ECF 175, 176 and 177 had been mailed postage prepaid to the Clerk of this Court on July 18, 2025, but were only filed/docketed by the Clerk of Court on July 21, 2025. Admittedly, Claimant, TAKTIK ENTERPRISES, INC., was not properly executed utilizing the signature of its President, even if it had been timely filed.

2. On July 21, 2025, the Court granted the undersigned counsel's request for Pro Hac

Vice admission as Counsel for TAKTIK ENTERPRISES, INC., and DALE TAKIO. This granting was after the Claimant had already executed pro se and mailed to the Clerk of Court his filing.

3. On July 23, 2025, ECF 192, the undesigned counsel filed his Notice of Appearance for DALE W. TAKIO and TAKTIK ENTERPRISES, INC.

4. On July 24, 23025, this Court issued its Order to Show Cause directed to DALE TAKIO and TAKTIK ENTERPRISES, INC. and the undersigned Counsel in ECF 190.

5. On July 24, 2025, ECF 197, the Clerk of Court issued a Memorandum of Deficiency directed, in part. to ECF 192.

6. On July 24, 2025, the undesigned Counsel filed ECF 200, his Notice of Appearance for DALE TAKIO and TAKTIK ENTERPRISES, INC. in compliance with ECF 197.

7. On July 24, 2025, the undersigned Counsel filed ECF 207 and ECF 207-1, the Amended Objections and Exhibits to Amended Objections of Claimant DALE W. TAKIO and TAKTIK ENTERPRISES, INC., to ECF 156.

8. On July 25, 2025, the undersigned Counsel filed ECF 213, a Federal Rule of Civil Procedure 7.1 Disclosure for TAKTIK ENTERPRISES, INC.

9. On July 24, 2025, the undersigned Counsel file ECF 210 and ECF 210-1, in response to ECF 132 for DALE TAKIO and TAKTIK ENTERPRISES, INC.

10. As a result of the foregoing filings, the undersign Counsel has fully complied with its obligations as required by ECF 190.

Wherefore, the CRAIG ALAN BRAND, ESQ., Counsel for DALE W. TAKIO and TAKTIK ENTERPRISES, INC., respectfully prays that this Court will find that he has fully complied with ECF 190 and will discharge him from the Order to Show Cause.

Respectfully Submitted by:

/s/ Craig Alan Brand, Esq.
_____

Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111
6462 S. Jamaica Circle
Englewood, CO 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Attorney for: TAKITIK ENTERPRISES, INC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2025, a true and correct copy of the foregoing Amended FED. R. CIV. P. 7.1 Disclosure Statement was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111

Attorney for Dale Takio, Taktik Enterprises, Inc.,
Pictoria Studios USA, Inc.,
 Michael J. Moran and Erinne Moran, JTWROS,
Mike Moran a/k/a Michael J. Moran,
Dale Takio, Taktik Enterprises, Inc.,
Craig A. Brand and Adriana Soto, JTWROS,
Craig Brand,
Mystic Enterprises