MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

## U.S. Bankruptcy Court

## Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from CR entered on 7/24/2025 at 2:52 PM CDT and filed on 7/24/2025
**Case Name:**         Green Copper Holdings, LLC and The Inn at Price Tower Inc.
**Case Number:**       25-10088-T
**Document Number:** 205

**Docket Text:**
Order. **Movant is responsible for giving notice to parties in interest as required by rule or statute.** (related document(s): [146] Motion to Consolidate Entities) (CR)

**Document description:** Main Document
**Original filename:** 25-10088 order re consolidation with Inn at Price Towerf.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052166465 [Date=7/24/2025] [FileNumber=5708120-0
] [906021c200e3d6986e829f29ccb14314f05d235743f8dd7abe55f7c1ccfe5fc7b99
d273bfe19b464100b9f7489ab25a538990c453282d8e861d0577d6e6ad634]]

**25-10088-T Notice will be electronically mailed to:**

Craig Alan Brand on behalf of Creditor Craig Brand and Adriana Soto JTRWOS
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Dale Takio
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mystic Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Pictoria Studios USA Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Takitik Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Craig Alan Brand
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Erinne Moran
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mike Moran
craig@thebrandlawfirm.com

Ron D. Brown on behalf of Debtor Copper Tree, Inc.
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Ron D. Brown on behalf of Debtor Green Copper Holdings, LLC

ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Mark A. Craige on behalf of Interested Party Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com

Kevin P Doyle on behalf of Creditor Price Tower Art Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Price Tower Arts Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

John E Johnson on behalf of Interested Party Katherine Seale
jej@jerichlaw.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Consultant Michelle Johnson
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Special Counsel Mark D.G. Sanders
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
malloylawfirm@sbcglobal.net

Maxfield James Malone on behalf of Creditor Price Tower Art Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Price Tower Arts Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Brian L. Mitchell on behalf of Creditor Cherokee Fire Protection Professionals, LLC

bmitchell@mitchelllegalpllc.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Jerome S. Sepkowitz on behalf of Creditor Nola Renee Nichols
jsepkowitz@derryberrylaw.com

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

**25-10088-T Notice will not be electronically mailed to:**

Michael Eric Nelson
michaelericnelson@icloud.com
,

D.R. Payne
D.R. Payne & Associates
[Address Unknown]
, OK

Scott Schlotfelt
,

Sidney K Swinson
,

The Inn at Price Tower Inc.
,

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **Debtors.** | ) | |

### ORDER

This matter having come on for consideration this 24th day of July 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE THE INN AT PRICE TOWER INC. AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 146), the Court finds:

1. The motion was filed on June 27, 2025, seeking an order authorizing the substantive consolidation of The Inn at Price Tower Inc. ("Price Tower") on the basis that Price Tower is a wholly owned subsidiary of Copper Tree Inc. ("Copper Tree"), a Debtor in this substantively consolidated case, and there is substantial identity between Price Tower and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2. The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3. No objections to the proposed consolidation were filed within the time prescribed in the motion.

4. The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that The Inn At Price Tower Inc. shall be substantively consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

*[signature]*

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*