IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

**TRUSTEE-OBJECTOR'S MOTION FOR SCHEDULING CONFERENCE RELATIVE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4 FILED HEREIN BY DALE TAKIO ("TAKIO") ON BEHALF OF HIMSELF AND TAKTIK ENTERPRISES ("TAKTIK") (DOC. NO 132) ("Objection")**

COMES NOW the Trustee-Objector and states:

1. The Trustee filed herein his *TRUSTEE'S OBJECTION TO PROOF CLAIM NO. 4 FILED HEREIN BY DALE TAKIO ("TAKIO") FOR AND ON BEHALF OF HIMSELF "PERSONALLY" AND INDIVIDUALLY AS TAKITIK ENTERPRISES INC. ("TAKITIK") AND NOTICE OF OPPORTUNITY FOR HEARING* (DOC. 132).

2. Takio and Takitik filed herein their Response (Doc. No. 210) to the Trustee's Objection acting by and through their counsel Craig Alan Brand.

3. The Trustee's objection to Claim No. 4 has resulted in a contested matter governed by Fed. R. Bankr. 9014, which in turn makes applicable certain provisions of the Fed. R. Bank. 7000 Series. Included within the applicable Bankruptcy Rule 7000 Series are discovery rules that incorporate by reference certain Federal Rules of Civil Procedure.

4. The Trustee-Objector desires to conduct some discovery relative to the issues applicable to this contested matter.

5. In addition, it appears that Claim No. 4 may not be in an appropriate procedural posture for final disposition, since the claims of multiple entities – *e.g.,* Takio and Takitik – should not be presented through a single Proof of Claim.

WHEREFORE the Trustee respectfully prays for an order scheduling a telephonic Scheduling Conference for the purpose of addressing, *inter alia*, the following: (i) potential bifurcation of the claims of Takio and Takitik; (ii) a date and time for evidentiary hearing(s); and (iii) deadlines/procedures for discovery, dispositive motions, expert reports, if any, and deadlines for providing hearing witness and exhibit lists.

Respectfully Submitted by:	/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:                918-699-0325
Email:           pjmiiim@sbcglobal.net
*ATTORNEYS FOR TRUSTEE*