IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE-OBJECTOR'S MOTION FOR SCHEDULING CONFERENCE RELATIVE TO TRUSTEE'S OBJECTION TO (i) CLAIM NO. 2-2 FILED IN COPPER TREE INC., AND (ii) CLAIM NO. 1-2 FILED IN GREEN COPPER HOLDINGS, LLC, BY CYNTHIA DIANE BLANCHARD ("CYNTHIA") IN THE AMOUNT OF $269,554.69 AND $285,107.88 RESPECTIVELY (DOC. NO 144) ("Objection")**

COMES NOW the Trustee-Objector and states:

1. The Trustee filed herein his *TRUSTEE'S OBJECTION TO (i) CLAIM NO. 2-2 FILED IN COPPER TREE INC., AND (ii) CLAIM NO. 1-2 FILED IN GREEN COPPER HOLDINGS, LLC, BY CYNTHIA DIANE BLANCHARD ("CYNTHIA") IN THE AMOUNT OF $269,554.69 AND $285,107.88 RESPECTIVELY, WITH NOTICE OF OPPORTUNITY FOR HEARING* (DOC. 144).

2. Cynthia filed herein their Amended Response (Doc. No. 202) to the Trustee's Objection.

3. The Trustee's objection to Claim No. 2-2 filed in Copper Tree Inc. and Claim No. 1-2 filed in Green Copper Holdings, LLC has resulted in a contested matter governed by Fed. R. Bankr. 9014, which in turn makes applicable certain provisions of the Fed. R. Bank. 7000

Series. Included within the applicable Bankruptcy Rule 7000 Series are discovery rules that incorporate by reference certain Federal Rules of Civil Procedure.

4. The Trustee-Objector desires to conduct some discovery relative to the issues applicable to this contested matter.

WHEREFORE the Trustee respectfully prays for an order scheduling a telephonic Scheduling Conference for the purpose of addressing, *inter alia*, the following: (i) a date and time for evidentiary hearing(s); and (ii) deadlines/procedures for discovery, dispositive motions, expert reports, if any, and deadlines for providing hearing witness and exhibit lists.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
Email:        pjmiiim@sbcglobal.net
*ATTORNEYS FOR TRUSTEE*