**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

IN RE:
**GREEN COPPER HOLDINGS, LLC**          )          **CASE NO. 25-10088-T**
**EIN # xx-xxx9708**                                    )          **Chapter 7**
                                                                     )
**COPPER TREE, INC.**                            )          **Substantively Consolidated**
**EIN # xx-xxx6608**                                    )
                                                                     )
**THE INN AT PRICE TOWER INC.**          )
          Debtors.                                           )
_____/

**NOTICE OF COMPLIANCE WITH ECF 219**
**AS ECF 224 and 224-1**
**RESPONSE OF TAKIO AND TAKTIK ENTERPRISES TO ECF 132**

Please take notice and be advised that Craig Alan Brand of the firm The Brand Law Firm, P.A., Counsel for DALE TAKIO, Individually, AND TAKTIK ENTERPRISES, INC., A FLORIDA CORPORATION hereby files this Notice of Compliance with ECF 219 which states: "**Docket Text:** Memorandum of Document Deficiency to Craig Brand, regarding document number [210]. Parts of pleading are in editable format. Resubmit the document in non-editable format.  Correction due by 7/29/2025. (RE: related document(s)[210] Response)".

ECF 210 and 210-1 have been resaved again as PDFA and filed as ECF 224-224-1.

Dated:          July 29, 2025

Respectfully Submitted by:

/s/ Craig Alan Brand, Esq.
_____

Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111
The Brand Law Firm, P.A.
6462 S. Jamaica Circle
Englewood, Colorado 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com

Attorney for: DALE TAKIO, INDIVIDUALLY, AND, TAKTIK
ENTERPRISES, INC., A FLORIDA CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 29, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111