UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
|     Debtors. | ) | |
| _____ | / | |

### NOTICE OF VOLUNTARILY WITHDRAWAL OF CLAIM REGARDING CRAIG BRAND AND ADRIANA SOTO JTRWOS (CLAIM NO. 8)

COME NOW, the Claimant CRAIG BRAND AND ADRIANA SOTO JTRWOS (CLAIM NO. 8), by and through their undersigned counsel and hereby files this Notice of Voluntary Withdrawal as to Claim No. 8, and as grounds therefore states as follows:

1. On May 23, 2025 Claimants filed their Claim.  This claim was received as Claim No. 8.

2. Claimants no longer desire to be claimants as part of the Debtor's bankruptcy in this matter.

3. By the voluntary dismissal of this claim, no prejudice would befall any of the claimants herein and in fact, cause less litigation to occur.

### NOTICE OF MEET AND CONFERAL:

On July 30, 2025, the undersigned conferred with Counsel for the Trustee, Mr. Mark Sanders, who has no objection to this Notice.

### NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response objection to the requested relief with

the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The * day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f). *The moving party shall calculate the appropriate response time. If a response time is prescribed by applicable statute, rule, or order, the moving party shall add to the prescribed response time unless service is accomplished by hand delivery, the three (3) days required for mailing under Bankruptcy Rule 9006(f). If a response time is not prescribed by applicable statute, rule, or order, the response time shall be fourteen (14) days, which includes the three (3) days required for mailing under Bankruptcy Rule 9006(f).

Dated: July 30, 2025

      Respectfully Submitted by:

      /s/ Craig Alan Brand, Esq.

      _____
      Craig Alan Brand, Esq.
      Florida Bar No. (FBN): 896111
      The Brand Law Firm, P.A.
      6462 S. Jamaica Circle
      Englewood, Colorado 80111
      Tel. (305) 878-1477
      Craig@thebrandlawfirm.com
      Attorney for: CRAIG BRAND AND ADRIANA SOTO JTRWOS Claim 8

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 30, 2025, a true and correct copy of the foregoing Notice of Withdrawal of Claim 8 was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111