IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA  }
                   } ss.
COUNTY OF TULSA    }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on July 29, 2025, I mailed a true and exact copy of: *Trustee-Objector's Motion for Scheduling Conference Relative to Trustee's Objection to (i) Claim No. 3-1 Filed in Copper Tree Inc., and (ii) Claim No. 2-1 filed in Green Copper Holdings, LLC, by Paul Aubert ("Aubert"), Each in the Amount of $212,500.00* **(Doc No. 222)** to the party listed below with proper postage:

Paul Aubert, 24 Waterway Ave., Suite 830, The Woodlands, TX 77380

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:  918-699-0345
Fax:        918-699-0325
*ATTORNEYS FOR TRUSTEE*