IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. The Trustee filed herein his *TRUSTEE'S OBJECTION TO CLAIM 7-2 FILED HEREIN BY HELM VENTURES LLC ("HELM") FOR THE SUM OF $89,018.06 AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 134) ("Objection") seeking to disallow Claim No. 7-2 filed by Helm Ventures LLC as filed and allowing a claim for $2,162.12 for reimbursement of expenses.

2. The Trustee provided timely and proper notice of the Objection to all necessary and interested parties as evidenced by the Trustee's Certificate of Service (Doc. No 140).

3. No response to the Objection has been filed.

4. Simultaneously with the filing of this Request, the Trustee has submitted a proposed order to the Court.

Respectfully Submitted By:      s/ Patrick J. Malloy III
                                Patrick J. Malloy III, OBA #5647

MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:                918-699-0325
*ATTORNEYS FOR TRUSTEE*