United States Bankruptcy Court
Northern District of Oklahoma

In re:                                                                                          Case No. 25-10088-T

Green Copper Holdings, LLC                                                    Chapter 7

The Inn at Price Tower Inc.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1085-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: pdf014 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Green Copper Holdings, LLC, co Robert Hugh, Registered Agent, 15 W. 6th Street, Bartlesville, OK 74006 |
| cr | + | Helton Law Firm, 9125 South Toledo Avenue, 9125 South Toledo Ave, Tulsa, OK 74137-2719 |
| intp | + | Katherine Seale, c/o Law Office of J. Erich Johnson PLLC, 705 Ross Avenue, Dallas, TX 75202-2007 |
| cr | + | Price Tower Art Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3018679 | | Archway Properties, c/o Dallas Hindman, 272550 N 3979 Dr, Ochelata, OK 74051 |
| 3022786 | + | Archway Properties, L.L.C., 501 SE Frank Phillips Blvd, 102A, Bartlesville, OK 74003-3913 |
| 3018680 | + | Cherokee Fire Protection, PO Box Box 678, Oologah, OK 74053-0678 |
| 3015733 | + | Craig A. Brand, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3027376 | + | Craig Brand and Adriana Soto JTRWOS, 11222 Oak Shore Ln, Clermont, FL 34711-5408 |
| 3016958 | + | Cynthia Diane Blanchard, 414 SE Washington Blvd., Ste. 205, Bartlesville, OK 74006-2428 |
| 3015735 | + | Dale Takio, personally and individually, as, well as on behalf of his entity Taktik, Enterprises, Inc., A Florida Corporation, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3029049 | + | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| 3013545 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, Attn: Mark A. Craige, 222 N. Detroit 600, Tulsa, OK 74103-2415 |
| 3026336 | + | Helm Ventures, LLC, 7200 Wisconsin Ave, Suite 500, Office 95, Bethesda, MD 20814-4830 |
| 3028276 | | John Marcott, 379240 W 3200 Rd, Ramona, OK 74061 |
| 3028486 | + | Joshua Gunter, 1515 S Osage ave, Bartlesville, OK 74003, Bartlesville, OK 74003-5828 |
| 3029024 | + | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3029052 | + | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3013546 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3028624 | + | Michael J. Moran and Erinne Moran JTWROS, 3517 WATERCREST PL, ORLANDO, FL 32835-2527 |
| 3015734 | + | Mike Moran, personally and individually, and, on behalf of his Florida Corp entity, Pictoria Studios USA, 3517 Watercrest Place, Orlando, FL 32835-2527 |
| 3018146 | + | Nola Renee Nichols, Jerome S. Sepkowitz, 4800 N. Lincoln Blvd, Oklahoma City, OK 73105-3321 |
| 3017675 | + | Paul Aubert, 24 Waterway Ave, Suite 830, The Woodlands, TX 77380-4324 |
| 3028605 | + | Pictoria Studios USA, 3517 WATERCREST PL, ORLANDO, FL 32835-2527 |
| 3018681 | + | Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3029022 | + | Price Tower Arts Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3013547 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3029023 | + | UBAC LLC, 12324 E 86th St N STE 522, Owasso, OK 74055-2543 |
| 3013548 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jul 28 2025 22:49:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jul 28 2025 22:49:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jul 28 2025 22:49:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| 3028568 | + | Email/Text: kloudtrustee@titushillis.com | Jul 28 2025 22:49:00 | Enterprise Global Logistics, c/o Kelley G. Loud, |

| District/off: 1085-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: pdf014 | Total Noticed: 34 |

|  |  |  | Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
|---|---|---|---|
| 3028565 | + Email/Text: kloudtrustee@titushillis.com |  |  |
|  |  | Jul 28 2025 22:49:00 | Joseph Hassan, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db |  | The Inn at Price Tower Inc. |
| cr |  | Craig Alan Brand |
| cr |  | Craig Brand and Adriana Soto JTRWOS |
| exp |  | D.R. Payne, D.R. Payne & Associates, [Address Unknown] |
| cr |  | Dale Takio |
| cr |  | Enterprise Global Logistics LLC |
| cr |  | Erinne Moran |
| intp |  | Frank Lloyd Wright Building Conservancy, an Illino |
| sp |  | Mark D.G. Sanders |
| intp |  | Michael Eric Nelson, michaelericnelson@icloud.com |
| consult |  | Michelle Johnson, Asset Liquidation Specialists LLC |
| cr |  | Mike Moran, A/K/A Micahel Moran |
| cr |  | Mystic Enterprises, Inc. |
| cr |  | Nola Renee Nichols |
| cr |  | Pictoria Studios USA Inc. |
| r |  | Scott Schlotfelt |
| sp |  | Sidney K Swinson |
| cr |  | Takitik Enterprises, Inc. |
| intp |  | The McFarlin Building, LLC |
| cr | *+ | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| cr | *+ | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | *+ | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |

TOTAL: 19 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025                      Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian L. Mitchell | |
| | on behalf of Creditor Cherokee Fire Protection Professionals  LLC bmitchell@mitchelllegalpllc.com |
| Colleen Morris | |
| | on behalf of Creditor Helton Law Firm colleen@heltonlawfirm.com |

District/off: 1085-4
Date Rcvd: Jul 28, 2025

User: admin
Form ID: pdf014

Page 3 of 4
Total Noticed: 34

Craig Alan Brand
on behalf of Creditor Mike Moran craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Craig Alan Brand craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Dale Takio craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Craig Brand and Adriana Soto JTRWOS craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Erinne Moran craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Mystic Enterprises  Inc. craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Takitik Enterprises  Inc. craig@thebrandlawfirm.com

Craig Alan Brand
on behalf of Creditor Pictoria Studios USA Inc. craig@thebrandlawfirm.com

Gary M. McDonald
on behalf of Interested Party The McFarlin Building  LLC gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Jerome S. Sepkowitz
on behalf of Creditor Nola Renee Nichols jsepkowitz@derryberrylaw.com

John E Johnson
on behalf of Interested Party Katherine Seale jej@jerichlaw.com

Karen Walsh
on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G. Loud
on behalf of Creditor Enterprise Global Logistics LLC kloud@titushillis.com
croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Kevin P Doyle
on behalf of Creditor Price Tower Arts Center  Inc. kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle
on behalf of Creditor Mark Haskell kdoyle@praywalker.com  mluger@praywalker.com

Kevin P Doyle
on behalf of Creditor Linda Jones kdoyle@praywalker.com  mluger@praywalker.com

Kevin P Doyle
on behalf of Creditor Donna Keffer kdoyle@praywalker.com  mluger@praywalker.com

Kevin P Doyle
on behalf of Creditor Price Tower Art Center  Inc. kdoyle@praywalker.com, mluger@praywalker.com

Mark A. Craige
on behalf of Interested Party Frank Lloyd Wright Building Conservancy  an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com

Maxfield James Malone
on behalf of Creditor Price Tower Arts Center  Inc. mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone
on behalf of Creditor Price Tower Art Center  Inc. mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone
on behalf of Creditor Mark Haskell mmalone@praywalker.com  mluger@praywalker.com

Maxfield James Malone
on behalf of Creditor Linda Jones mmalone@praywalker.com  mluger@praywalker.com

Maxfield James Malone
on behalf of Creditor Donna Keffer mmalone@praywalker.com  mluger@praywalker.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Patrick J. Malloy, III
on behalf of Consultant Michelle Johnson pjmiiim@sbcglobal.net
pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
on behalf of Trustee Patrick J. Malloy  III malloylawfirm@sbcglobal.net

District/off: 1085-4          User: admin                                    Page 4 of 4
Date Rcvd: Jul 28, 2025       Form ID: pdf014                                Total Noticed: 34

Patrick J. Malloy, III
                    on behalf of Special Counsel Mark D.G. Sanders pjmiiim@sbcglobal.net
                    pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
                    pjmiiim@sbcglobal.net  pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Ron D. Brown
                    on behalf of Debtor Copper Tree  Inc. ron@ronbrownlaw.com,
                    ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.
                    net

Ron D. Brown
                    on behalf of Debtor Green Copper Holdings  LLC ron@ronbrownlaw.com,
                    ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.
                    net


TOTAL: 33

MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

## U.S. Bankruptcy Court

### Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from CR entered on 7/24/2025 at 2:52 PM CDT and filed on 7/24/2025
**Case Name:**        Green Copper Holdings, LLC and The Inn at Price Tower Inc.
**Case Number:**     25-10088-T
**Document Number:** 205

**Docket Text:**
Order. **Movant is responsible for giving notice to parties in interest as required by rule or statute.** (related document(s): [146] Motion to Consolidate Entities) (CR)

**Document description:**Main Document
**Original filename:**25-10088 order re consolidation with Inn at Price Towerf.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052166465 [Date=7/24/2025] [FileNumber=5708120-0
] [906021c200e3d6986e829f29ccb14314f05d235743f8dd7abe55f7c1ccfe5fc7b99
d273bfe19b464100b9f7489ab25a538990c453282d8e861d0577d6e6ad634]]

**25-10088-T Notice will be electronically mailed to:**

Craig Alan Brand on behalf of Creditor Craig Brand and Adriana Soto JTRWOS
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Dale Takio
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mystic Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Pictoria Studios USA Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Takitik Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Craig Alan Brand
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Erinne Moran
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mike Moran
craig@thebrandlawfirm.com

Ron D. Brown on behalf of Debtor Copper Tree, Inc.
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Ron D. Brown on behalf of Debtor Green Copper Holdings, LLC

ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Mark A. Craige on behalf of Interested Party Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com

Kevin P Doyle on behalf of Creditor Price Tower Art Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Price Tower Arts Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

John E Johnson on behalf of Interested Party Katherine Seale
jej@jerichlaw.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Consultant Michelle Johnson
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Special Counsel Mark D.G. Sanders
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
malloylawfirm@sbcglobal.net

Maxfield James Malone on behalf of Creditor Price Tower Art Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Price Tower Arts Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Brian L. Mitchell on behalf of Creditor Cherokee Fire Protection Professionals, LLC

bmitchell@mitchelllegalpllc.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Jerome S. Sepkowitz on behalf of Creditor Nola Renee Nichols
jsepkowitz@derryberrylaw.com

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

**25-10088-T Notice will not be electronically mailed to:**

Michael Eric Nelson
michaelericnelson@icloud.com
,

D.R. Payne
D.R. Payne & Associates
[Address Unknown]
, OK

Scott Schlotfelt
,

Sidney K Swinson
,

The Inn at Price Tower Inc.
,

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER

This matter having come on for consideration this 24th day of July 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE THE INN AT PRICE TOWER INC. AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 146), the Court finds:

1. The motion was filed on June 27, 2025, seeking an order authorizing the substantive consolidation of The Inn at Price Tower Inc. ("Price Tower") on the basis that Price Tower is a wholly owned subsidiary of Copper Tree Inc. ("Copper Tree"), a Debtor in this substantively consolidated case, and there is substantial identity between Price Tower and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2. The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3. No objections to the proposed consolidation were filed within the time prescribed in the motion.

4. The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that The Inn At Price Tower Inc. shall be substantively

consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*