IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S MOTION FOR ORDER LIMITING NOTICE TO FILE CLAIMS TO CREDITORS OF THE INN AT PRICE TOWER INC. ("Price Tower")

Comes now the Trustee and states:

1. Notice to file claims on or before the 9th day of June 2025, was provided to all of the creditors of Green Copper Holdings LLC ("Green Copper") (Doc. No. 36). An additional notice to file claims on or before the 10th day of September 2025, was provided to the creditors of Copper Tree Inc. ("Copper Tree") (Doc. No.41 in associated case no. 25-10084-T).

2. By virtue of an order of this Court (Doc. No. 205), after Notice and Opportunity, Price Tower was substantively consolidated with these proceedings.

3. In the motion to substantively consolidate Price Tower, the Trustee specified the following creditors of Price Tower:

    - PEAC Solutions 300 Fellowship Road, Mount Laurel, NJ 08054

    - Commtrak Corp PO Box 826077, Philadelphia, Pa. 19182

    - Credit Collection Services 725 Canton Street, Norwood Ma. 02062

- First Insurance 450 Skokie Blvd Suite 1000 Northbrook, Ill 60062

- Public Service Company of Oklahoma PO Box 24401, Canton, Ohio 44701

- Fair Capital LLC PO Box 399 New City, NY 10956

4. As a result of the order of substantive consolidation, the above referenced creditors are entitled to file claims in this proceeding and participate in any distribution.

5. Given the fact that the creditors of Green Tree and Copper Tree have been provided requisite Notice of a deadline to file claims, no additional notice to these parties is required. The creditors of Price Tower are now entitled to such notice.

Wherefore the Trustee prays for an order directing that Notice To File Claims be provided to those parties specified herein pursuant to applicable bankruptcy laws and procedures.

Respectfully Submitted By:    s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*