

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| COPPER TREE, INC. ) | Substantively Consolidated |
| EIN # xx-xxx6608 ) | |
| ) | |
| THE INN AT PRICE TOWER INC. ) | |
| ) | |
| Debtors. ) | |

## ORDER

This matter having come on for consideration upon the *TRUSTEE'S OBJECTION TO CLAIM 18 FILED HEREIN BY UBAC LLC ("UBAC") FOR THE SUM OF $597.579.00 AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 137), the Court finds:

1. The Objection seeks to disallow Claim No. 18 filed by UBAC for $597,579.00 in its entirety.

2. The Trustee provided timely and proper notice of the Objection to all necessary and interested parties. No response to the Objection was filed within the time specified.

3. Good cause exists for granting the Objection.

IT IS THEREFORE ORDERED that the Trustee's Objection is sustained, and Claim No. 18 filed by UBAC LLC is disallowed.

DATED: August 01, 2025

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*