UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| Debtors. | ) | |
| _____ | / | |

## NOTICE OF VOLUNTARILY WITHDRAWAL OF CLAIM REGARDING TAKTIK ENTERPRISES (CLAIM NO. 24)

COME NOW, the Claimant TAKTIK ENTERPRISES, INC, A FLORIDA CORPORATION, (CLAIM NO. 24), by and through their undersigned counsel and hereby files this Notice of Voluntary Withdrawal as to Claim No. 24, and as grounds therefore states as follows:

1. On August 1, 2025 Claimant filed Claim NO. 24. Claim No. 24 was supposed to have been an amendment to Claim no. 4, however, the ECF system apparently didn't agree with the scrivener's handiwork.

2. Upon realizing that a new claim was formed, i.e., Claim No. 24, inadvertently done upon attempting to amend Claim No. 4, the undersigned attorney went back into the system to correct the filing and amend Claim No. 4.

3. Claim No. 4 had to be amended in order to correct the pro se initial filing of the original Claim no. 4, correct the proper claimant to that of only Taktik Enterprises, Inc., correct the contact information as well as the amount of the claim and its supporting documents.

4. This Notice is to Withdraw Claim No. 24 which was inadvertently filed and the undersigned apologies for. Claim No. 4 should now be properly amended.

5. By the voluntary dismissal of this claim, no prejudice would befall any of the claimants herein and in fact, cause less litigation to occur.

Dated: August 1, 2025

Respectfully Submitted by:

/s/ Craig Alan Brand, Esq.

_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111
The Brand Law Firm, P.A.
6462 S. Jamaica Circle
Englewood, Colorado 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com
Attorney for: TAKTIK ENTERPRISES, INC., AND, DALE TAKIO Claim 4 and Claim No. 24).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2025, a true and correct copy of the foregoing Notice of Withdrawal of Claim 24 was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111