# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| **Debtors.** | ) | |

Filed/Docketed
Aug 01, 2025

## ORDER

This matter having come on for consideration upon the *TRUSTEE'S MOTION FOR ORDER LIMITING NOTICE TO FILE CLAIMS TO CREDITORS OF THE INN AT PRICE TOWER INC. ("Price Tower")* (Doc. No. 234), the Court finds:

1. The Motion seeks an order entitling the creditors of The Inn at Price Tower Inc. to receive notice to file claims in the instant case.

2. Good cause exists for granting the Motion.

IT IS THEREFORE ORDERED that a Notice To File Claims shall be provided to the following parties of The Inn at Price Tower Inc.:

a. PEAC Solutions 300 Fellowship Road, Mount Laurel, NJ 08054

b. Commtrak Corp PO Box 826077, Philadelphia, Pa. 19182

c. Credit Collection Services 725 Canton Street, Norwood Ma. 02062

d. First Insurance 450 Skokie Blvd Suite 1000 Northbrook, Ill 60062

e. Public Service Company of Oklahoma PO Box 24401, Canton, Ohio 44701

f. Fair Capital LLC PO Box 399 New City, NY 10956

IT IS FURTHER ORDERED that the Bankruptcy Court Clerk's office is directed to add the parties listed above to the Official Matrix in CASE NO. 25-10088-T.

DATED: August 01, 2025

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:               918-699-0325
*ATTORNEYS FOR TRUSTEE*