UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
|     Debtors. | ) | |
| _____/ | | |

**NOTICE OF FILING ADDITIONAL
EXHIBITS IN SUPPORT OF CLAIM NO. 14 AND
TO FURTHER SUPPORT DOCUMENT NO. 211 FOR PICTORIA
STUDIOS USA, INC.**

COME NOW, the Claimant PICTORIA STUDIOS USA, INC., (CLAIM NO. 14), and hereby files the attached Composite Exhibit "A", Bate Stamped nos. 1 – 72, in support of PICTORIA STUDIOS USA, INC'S RESPONSE (Doc. 211) TO TRUSTEES OBJECTION TO CLAIM (Doc. 135).

Dated: August 4, 2025

Respectfully Submitted by:

/s/ Craig Alan Brand, Esq.

_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111
The Brand Law Firm, P.A.
6462 S. Jamaica Circle
Englewood, Colorado 80111
Tel. (305) 878-1477
Craig@thebrandlawfirm.com
Attorney for: MICHAEL J. MORAN and ERINEE MORAN JTRWOS – Claim 15

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2025, a true and correct copy of the foregoing Notice of Filing Attached Exhibits in support of Doc. 211 for Pictoria Studios USA (Claim 14), was served electronically on participants in the CM/ECF system according to local procedures.

/s/ Craig Alan Brand, Esq.
_____
Craig Alan Brand, Esq.
Florida Bar No. (FBN): 896111