# United States Bankruptcy Court
## Northern District of Oklahoma

IN RE:

**Green Copper Holdings, LLC**

**Copper Tree, Inc.**

**The Inn at Price Tower Inc.**

                            **Debtor**

Case No.: 25–10088–T
Chapter: 7

Substantively Consolidated

## NOTICE TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. After further investigation by the Trustee, it has been reported that assets have been identified and may be distributed to creditors.

Creditors who wish to share in any distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before **November 10, 2025**

Claims received after such date will be considered as filed out of time.

A Proof of Claim (Official Form B410) may be filed using the Electronic Proof of Claim program (ePOC), located on the Court's website at www.oknb.uscourts.gov. Choose the tab titled "For Creditors" then choose "File a Proof of Claim". Select ePOC to have Form B410 created by CM/ECF. Upon completion of the electronic filing process, you will be able to print a confirmation page showing the claim was successfully filed as proof of filing. Further instructions for filing a Proof of Claim are included on the website.

If you do not wish to file your claim electronically, or do not have access to the Court's website, you may obtain the Proof of Claim form (Official Form B410) at any Bankruptcy Clerk's Office or online at the Court's website at www.oknb.uscourts.gov. This form may be submitted by regular mail to the following address:

> U.S. Bankruptcy Court
> Room 105
> 224 South Boulder Avenue
> Tulsa, OK 74103

There is no fee for filing a Proof of Claim.

It is not known at this time whether a distribution to creditors will result; however, in order to participate in any distribution, a claim must be filed.

**PLEASE FILE ONLY ONE CLAIM. IF YOU HAVE PREVIOUSLY FILED A CLAIM, PLEASE DO NOT FILE AGAIN.**

**Dated:** August 5, 2025

                                                  **JOLE ANN AWTREY**
                                                  **CLERK, U.S. BANKRUPTCY COURT**