**RE: Customer Service Issue: Lou Ann McCreary $100 gift card**

**Donna Keffer** < dkeffer@thepricetower.com >
Fri, 01 Sep 2023 12:41:57 PM -0400

To   "mike"<mike@coppertree.art>,"'Dhudson'"<dhudson@thepricetower.com>
Cc   "'Cynthia Blanchard'"<cblanchard@thepricetower.com>

Hi Mike,

It was actually me that handled this in the restaurant. The gift card was expired. It was purchased in 12/21 and expired in 12/22. The gift card amount was $100. I offered her the gift card back and she said she didn't need it since it was expired. She said her boss had given it to her. It will be expired at all revenue centers. We do accept gift cards purchased in the last year in the restaurant.

If you will assign this to me, I will take it from here.

Thank you,

Donna

Donna Keffer /// Executive Director


PRICE TOWER ARTS CENTER
FRANK LLOYD WRIGHT ARCHITECT

510 South Dewey Ave  ///  Bartlesville, OK 74003
O > 918.336.1000   C > 918.409.7006  ///  pricetower.org

---

**From:** Mike Moran <mmoran@thepricetower.com>
**Sent:** Friday, September 1, 2023 11:24 AM
**To:** Dhudson <dhudson@thepricetower.com>
**Cc:** Donna Keffer <dkeffer@thepricetower.com>; Cynthia Blanchard <cblanchard@thepricetower.com>
**Subject:** Customer Service Issue: Lou Ann McCreary $100 gift card

Hey DeMarco,

Just wanted to give you a quick heads up. We had a lady reach out to us on social media claiming she had a $100 gift-card from the old Copper restaurant. According to her, one of her employees tried to use it at Love 66 and somebody at the restaurant took the gift card from them and would not return it after they told them it would not be honored. No idea what actually happened as this is her version.

As we are basically a new entity, we obviously can't be liable for what whatever PTAC had floating out there in the way of auction items and gift cards over the last 10 years.The only issue I see is the gift card itself was her property and by OK state law she has certain rights associated with it as it was originally issued for a cash value. So if this was indeed the case and someone in the restaurant mistakenly took the card, she is correct. We are probably obligated to return it to her, as she could cause trouble if she is so motivated.

See her address below.