1167

**PRICE TOWER ARTS CENTER INC**
510 S DEWEY AVE
BARTLESVILLE, OK 74003

ARVEST BANK
81-67/829

06/21/23

PAY TO THE ORDER OF US Small Business Administration     $3846.00

three thousand eight hundred forty six and no/100     DOLLARS

Donna Keffer
AUTHORIZED SIGNATURE

MEMO Loan # 2564207904

⑈001167⑈ ⑆082900872⑆ 002796665⑈

PRICE TOWER ARTS CENTER INC

1167



## U.S. SMALL BUSINESS ADMINISTRATION

U.S. Small Business Administration

| LOAN NUMBER: | 2564207904 PRICE TOWER ARTS CENTER | STATEMENT DATE 06/06/23 |
|---|---|---|

| PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|
| 12/12/22 | 0.00 | 3846.0 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
|  | 0.00 | 0.00 | 0.00 | 0.00 |

**MAKE YOUR PAYMENT ONLINE:**
1. Go to - https://lending.sba.gov/
2. You can sign in with an existing CAFS and Veteran Certification accounts
3. Register for MySBA

**Online Bill Pay (OLBP):** Electronic one-time or recurring payments may be made using your banks Bill Pay Service. Before you can make an OLBP payment you must add SBA as a payee.

Loan Service Center
**Direct questions and correspondence to this address.**
**Payments mailed to this address may be returned.**
Small Business Administration
covideidlservicing@sba.gov

Service Office Phone: 833 853-5638

YOU MUST IMMEDIATELY FOLLOW THE INSTRUCTIONS IN THE ENCLOSED OFFICIAL NOTICE CONCERNING POSSIBLE U.S. TREASURY COLLECTION ACTIONS FOR YOUR DELINQUENT GOVERNMENT DEBT. THE FULL PAYMENT OF YOUR DELINQUENT DEBT WILL STOP ANY ADVERSE COLLECTION ACTIONS.

Or you must immediately contact by mail or by phone the SBA OFFSET REPRESENTATIVE at the address and phone number IN THE ENCLOSED OFFICIAL NOTICE to arrange for an acceptable payment plan, which will also stop any adverse collection actions.

*handwritten:* 833-853-5638     * covideidlservicing@sba.gov

↓ Detach here and return lower portion with your remittance.    Save upper portion for your records. ↓