**Interest free loan to IPT Blanchards**
via use of Haskell personal Mastercard unless otherwise indicated

### 2023

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 10-Jul | Credit Card - PSO bill - charged over 4 days | 13,108.44 | |
| | Excess funds donated to PTAC by Haskell for EIDL/SAMB - used by IPT | 4,539.00 | |
| 20-Sep | Check #6324 - IPT Payroll | 22,000.00 | |
| 26-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 825.24 | |
| 26-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 998.85 | |
| 26-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 999.85 | |
| 26-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,000.85 | |
| 26-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,000.85 | |
| 26-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 28-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 995.85 | |
| 28-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 996.85 | |
| 28-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 997.85 | |
| 28-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 29-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 29-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 994.85 | |
| 29-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 993.85 | |
| 29-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 992.85 | |
| 30-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 30-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,000.85 | |
| 30-Sep | FSI*PSO BILLMATRIX 888-333-4026 OH | 463.85 | 16,269.84 |
| 6-Oct | IPFS Insurance Kansas City | 14,445.36 | |
| 6-Oct | IPFS Insurance Kansas City | 1,035.32 | |
| 6-Oct | IPFS Insurance Kansas City | 5,512.99 | 20,993.67 |
| 8-Oct | Trane | 3,194.27 | |

### 2024

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 13-Feb | City of Bartlesville | 3,347.17 | |
| 13-Feb | City of Bartlesville | 1,615.10 | 4,962.27 |
| 15-Feb | IPT for Payroll - Check #6375 | 10,000.00 | |
| 15-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 15-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 15-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,000.85 | |
| 15-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 999.85 | |
| 15-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 998.85 | |
| 15-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 941.27 | 5,944.52 |
| 19-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,001.85 | |
| 19-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 1,000.85 | |
| 19-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 999.85 | |
| 19-Feb | FSI*PSO BILLMATRIX 888-333-4026 OH | 998.85 | 4,001.40 |
| 20-Feb | Amalgamated Financial OLD BRIDGE USA | 2,000.00 | |
| 20-Feb | IPT Check #6377 for January Truity Loan Payment | 5,000.00 | |
| 21-Feb | SPARKLIGHT PHOENIX USA | 1,033.94 | |
| 21-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 414.05 | |
| | OK.GOV OKLAHOMA CITY USA | 11.37 | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 173.48 | |
| | OK.GOV OKLAHOMA CITY USA | 5.95 | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 803.66 | |
| | OK.GOV OKLAHOMA CITY USA | 20.13 | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 814.19 | |
| | OK.GOV OKLAHOMA CITY USA | 20.37 | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 464.54 | |

*Handwritten annotation:* "Donated" not loaned 8/19/2025 Craig Brands, Esq. [illegible] per [illegible] objection

| Date | Description | Amount | | |
|---|---|---:|---:|---|
| | OK.GOV OKLAHOMA CITY USA | 12.50 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 360.18 | | |
| | OK.GOV OKLAHOMA CITY USA | 10.15 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 743.58 | | |
| | OK.GOV OKLAHOMA CITY USA | 18.78 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 280.26 | | |
| | OK.GOV OKLAHOMA CITY USA | 8.36 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 3,031.14 | | |
| | OK.GOV OKLAHOMA CITY USA | 70.25 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 1,668.99 | | |
| | OK.GOV OKLAHOMA CITY USA | 39.60 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 3,863.93 | | |
| | OK.GOV OKLAHOMA CITY USA | 88.99 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 3,933.86 | | |
| | OK.GOV OKLAHOMA CITY USA | 90.56 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 4,927.42 | | |
| | OK.GOV OKLAHOMA CITY USA | 112.92 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 2,779.68 | 29,925.09 | OTC |
| | OK.GOV OKLAHOMA CITY USA | 64.59 | 706.11 | Fees |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 3,185.76 | 30,631.20 | Total |
| | OK.GOV OKLAHOMA CITY USA | 73.73 | | |
| | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 2,480.37 | | |
| | OK.GOV OKLAHOMA CITY USA | 57.86 | 30,631.20 | |
| 26-Feb | Cintas Corp Mason USA | 3,664.79 | | |
| 27-Feb | Spectrum Paint #14 Bartlesville | 392.33 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 179.53 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 6.09 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 308.17 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 8.98 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 307.06 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 8.96 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 907.77 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 22.47 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 585.63 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 15.23 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 622.86 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 16.06 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 279.33 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 8.33 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 547.16 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 14.36 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 77.41 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 3.79 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 42.37 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 3.00 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 60.37 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 3.41 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 116.19 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 4.66 | | |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 124.60 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 4.85 | 4,262.20 | OTC |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 29.03 | 126.62 | Fees |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 2.70 | 4,388.82 | Total |
| 29-Feb | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 74.72 | | |
| 29-Feb | OK.GOV OKLAHOMA CITY USA | 3.73 | 4,388.82 | |
| 1-Mar | **IPT Check #6379 - Past Due payment to Truity CU** | 5,000.00 | | |
| 1-Mar | AMZN Mktp US Amzn.com/bill USA | 623.94 | | |
| 4-Mar | RECOGNITION PLACE 9185363322 USA | 138.57 | | |
| 4-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 998.85 | | |
| 4-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 999.85 | | |

| Date | Description | Amount | | Notes |
|---|---|---|---|---|
| 4-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 1,000.85 | | |
| 4-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 1,001.85 | | 4,001.40 |
| 6-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 1,001.85 | | |
| 6-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 997.85 | | |
| 6-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 996.85 | | |
| 6-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 995.85 | | 3,992.40 |
| 7-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 1,001.85 | | |
| 7-Mar | FSI*PSO BILLMATRIX 888-333-4026 USA | 457.27 | 1,459.12 | 9,452.92 |
| 7-Mar | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 2,008.29 | | February Sales & Beverage Taxes |
| 7-Mar | OK.GOV OKLAHOMA CITY USA | 47.24 | | |
| 7-Mar | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 123.36 | | |
| 7-Mar | OK.GOV OKLAHOMA CITY USA | 4.83 | | 2,183.72 |
| 14-Mar | IPT - help with Deshane's Payroll - Check# 6380 | 500.00 | | |
| 15-Mar | OK TAX COMM-IVR/PHONE OKLAHOMA CITY USA | 1,058.05 | | March Sales & Beverage Taxes |
| 15-Mar | OK.GOV OKLAHOMA CITY USA | 25.86 | 1,083.91 | 50% |
| 19-Mar | IPT Check #6382 - loan payment to Truity CU | 5,000.00 | | Payment due March 20 |
| | **Total from IPT - Blanchards** | **176,107.55** | | |