Executive Committee of the Board of Trustees of the Price Tower Arts Center

Acting as the Board of the Inn at Price Tower

Meeting Minutes of the Board of Trustees

March 07, 2023, at 8:30 am

In Person

Trustees Present in Person: Brad Doenges, Charlie Daniels, Mark Haskell
Staff Present: None

1) Call to Order – Brad Doenges called the meeting to order at 8:45 AM; a Quorum was established.
2) The purpose of this meeting is to consider the transaction that was submitted to and approved unanimously by the Members of the Price Tower at a Special Meeting of the Members held on February 28, 2023, and approved unanimously by the Board of Trustees of the Price Tower Arts Center.
3) After some discussion, Charlie Daniels made a motion to approve the transfer of the business and assets to Copper Tree, Inc. and Green Copper Holdings, LLC, and authorizing Brad Doenges and Mark Haskell to execute and all documents useful and necessary to complete this transition. Second by Brad Doenges. All voted yes.
4) Meeting was adjourned by Brad at 8:45 am.

Document Ref: UZWWR-RX5PC-4DB5W-SHJ3P