## STOCK POWER

FOR VALUE RECEIVED, PRICE TOWER ARTS CENTER, INC., an Oklahoma nonprofit corporation, hereby sells, assigns and transfers unto CT OPERATIONS, LLC, an Oklahoma limited liability company, 500 shares of the common stock (the "**Shares**") of INN AT PRICE TOWER, INC., an Oklahoma corporation (the "**Corporation**"), standing in its name on the books of the Corporation, and does hereby irrevocably constitute and appoint Cynthia Blanchard as attorney to transfer the said Shares on the books of the Corporation maintained for that purpose, with full power of substitution in the premises.

Dated: 2023-05-03

By:  *Brad Doenges*

Name:  Brad Doenges

Title:  Chairman of the Board

Document Ref: UZWWR-RX5PC-4DB5W-SHJ3P