**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

IN RE:
**GREEN COPPER HOLDINGS, LLC** )          **CASE NO. 25-10088-T**
EIN # xx-xxx9708                                )          **Chapter 7**
                                                             )
**COPPER TREE, INC.**                          )          **Substantively Consolidated**
EIN # xx-xxx6608                                )
                                                             )
**THE INN AT PRICE TOWER INC.**       )
                    Debtors.                          )
_____/

**CLAIMANT PICTORIA STUDIOS USA, INC., (Claim No. 14),  AND CLAIMANT TAKTIK ENTERPRISES, INC. (Claim No. 4) OBJECTION TO CLAIM NO. 5, CLAIMANT ARCHWAY PROPERTIES, LLC, AND NOTICE OF OPPORTUNITY TO BE HEARD**

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14)**, and, Claimant **TAKTIK ENTERPRISES, INC. (Claim No. 4)** by and through their undersigned counsel and **hereby files this Objection to Claim No. 5, filed on April 15, 2025, and Notice of Opportunity to be Heard**, and as grounds thereof states as follows:

1.      On April 15, 2025, Claimant Enterprise Global Logistics, LLC filed Claim No. 5 in the amount of $9,700. (*See*, Case 25-10088-T Claim 5-1 Filed 06/03/25 Main Document).

2.      Claim No. 5, is filed against the bankruptcy debtor: Green Copper Holding, LLC.

3.      Claimant files nothing is support of its claim.  Being an LLC, Claimant should or must have supporting documentation to substantiate it's bare claim of money owing.

WHEREFORE, the Movants hereby pray that this Court grant the relief sought herein, including but not limited to:

a.   A denial of claim 5 in full;

    b.   Limiting any recovery to only those instances allowed pursuant to the Federal Bankruptcy Code and Federal Statute.

    c.   Values limited to value pursuant to 11 U.S.C. § 502(b)(4).

    d.   Any and all other relief the Court finds prudent, including in light of the above, the preemptive denial of Claim 5.

RESPECTFULLY SUBMITTED ON THIS 23rd  DAY OF AUGUST, 2025.

/s/ *Craig A. Brand, Esq.*

By: _____

    Craig Alan Brand, Esq.
    FBN: 896111
    Tel. (305) 878-1477
    6462 S. Jamaica Circle
    Englewood, Colorado 80111

    **On behalf of and for:**
    PICTORIA STUDIOS USA, INC. (Claim No. 14), and
    TAKTIK ENTERPRISES, INC. (Claim No. 4).

## NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 33 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 33 day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f). *The moving party shall calculate the appropriate response time. If a response time is prescribed by applicable statute, rule, or order, the moving party shall add to the prescribed response time

unless service is accomplished by hand delivery, the three (3) days required for mailing under Bankruptcy Rule 9006(f). If a response time is not prescribed by applicable statute, rule, or order, the response time shall be fourteen (33) days, which includes the three (3) days required for mailing under Bankruptcy Rule 9006(f).

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this foregoing Objection to Claim No. 5 was

ECF filed with the Clerk of Court on this 23rd  day of August, 2025.


/s/ *Craig A. Brand, Esq.*

By: _____
    Craig Alan Brand, Esq.
    FBN: 896111
    Tel. (305) 878-1477
    6462 S. Jamaica Circle
    Englewood, Colorado 80111

    **On behalf of and for:**
    PICTORIA STUDIOS USA, INC. (Claim No. 14), and
    TAKTIK ENTERPRISES, INC. (Claim No. 4).