UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-10088-T |
| **GREEN COPPER HOLDINGS, LLC** ) | |
| EIN # xx-xxx9708 ) | Chapter 7 |
| ) | |
| **COPPER TREE, INC.** ) | Substantively Consolidated |
| EIN # xx-xxx6608 ) | |
| ) | |
| **THE INN AT PRICE TOWER INC.** ) | |
| ) | |
| **Debtors.** ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS AND NOTICES

Please take notice and be advised that Marina Wise hereby enters her appearance for the Oklahoma Tax Commission, a creditor in this action. Pursuant to the Federal Rules of Bankruptcy Procedure and applicable Local Rules, the undersigned requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon her at the following mailing and email address:

Marina Wise
201 W. 5th St., Ste. 400
Tulsa, OK  74103
marina.wise@tax.ok.gov

Dated this 28th day of August 2025.                Respectfully submitted,

/s/ Marina Wise
Marina Wise, OBA #34993
Assistant General Counsel
201 W. 5th St., Ste. 400
Tulsa, OK  74103
(918) 581-2979 (phone)
(918) 303-0395 (fax)
marina.wise@tax.ok.gov
*ATTORNEY FOR*
*OKLAHOMA TAX COMMISSION*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 28, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

*/s/ Marina Wise*
Marina Wise