## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA    }

                              } ss.

COUNTY OF TULSA       }

       COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

       That on August 29, 2025, I mailed a true and exact copy of: ***Trustee's Motion to Settle Proof of Claim 20-2 Filed Herein by Donna Keffer ("Keffer") Pursuant to Fed. R Bank P. 9019; for Order Authorizing Interim Distribution of Priority Wage Claim; for Order Denying Objection to Claim and Notice of Opportunity for Hearing (Doc No. 263)*** with proper postage to all parties on the attached list.

Respectfully submitted by,

                                        /s/ Patrick J. Malloy III
                                        Patrick J. Malloy III, OBA #5647
                                        MALLOY LAW FIRM, P.C.
                                        401 S. Boston Ave. Suite 500
                                        Tulsa, Oklahoma 74103
                                        Telephone:    918-699-0345
                                          Fax:          918-699-0325
                                          *ATTORNEYS FOR TRUSTEE*

Label Matrix for local noticing
1085-4
Case 25-10088-T
Northern District of Oklahoma
Tulsa
Fri Aug 29 13:25:38 CDT 2025

Archway Properties
c/o Dallas Hindman
272550 N 3979 Dr
Ochelata, OK 74051

Archway Properties, L.L.C.
501 SE Frank Phillips Blvd, 102A
Bartlesville, OK 74003-3913

Craig Alan Brand
The Brand Law Firm, P.A.
6462 S. Jamaica Circle
Englewood, CO 80111-6626

Ron D. Brown
Ron Brown
1609 E. 4th St.
Tulsa, OK 74120-3423

Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053-0678

Chief, Civil Trial Section - Central Region
Tax Division, U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044-7238

Commtrak Corp
PO Box 826077
Philadelphia, Pa. 19182-6077

Craig A. Brand
11222 Oakshore Lane
Clermont, Florida 34711-5408

Craig Brand and Adriana Soto JTRWOS
11222 Oak Shore Ln
Clermont, FL 34711-5408

Mark A. Craige
Crowe & Dunlevy
222 N. Detroit Ave.
Suite 600
Tulsa, OK 74103-2415

Credit Collection Services
725 Canton Street
Norwood Ma. 02062-2679

Cynthia Diane Blanchard
414 SE Washington Blvd.
Ste. 205
Bartlesville, OK 74006-2428

Dale Takio, personally and individually, as
well as on behalf of his entity Taktik
Enterprises, Inc., A Florida Corporation
11222 Oakshore Lane
Clermont, Florida 34711-5408

Donna Keffer
1608 Cherokee Hills Drive
Bartlesville, OK 74006-4209

Kevin P Doyle
Pray Walker, PC
21 North Greenwood Avenue
Suite 400
Tulsa, OK 74120-1999

Enterprise Global Logistics
c/o Kelley G. Loud
Titus Hillis Reynolds Love
15 East 5th St, #3700
Tulsa, OK 74103-4304

(p)FAIR CAPITAL LLC
PO BOX 399
NEW CITY NY 10956-0399

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Frank Lloyd Wright Building Conservancy
c/o Crowe and Dunlevy
Attn: Mark A. Craige
222 N. Detroit 600
Tulsa, OK 74103-2415

Green Copper Holdings, LLC
co Robert Hugh, Registered Agent
15 W. 6th Street
Bartlesville, OK 74006

Mark Haskell
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

Helm Ventures, LLC
7200 Wisconsin Ave
Suite 500
Office 95
Bethesda, MD 20814-4830

Helton Law Firm
9125 South Toledo Avenue
9125 South Toledo Ave
Tulsa, OK 74137-2719

John Marcott
379240 W 3200 Rd
Ramona, OK 74061

John E Johnson
John E. Johnson, Attorney
705 Ross Avenue
Dallas, TX 75202-2007

Linda Jones
115 SE Frank Phillips
Bartlesville, OK 74003-3519

Joseph Hassan
c/o Kelley G. Loud
Titus Hillis Reynolds Love
15 East 5th St, #3700
Tulsa, OK 74103-4304

Joshua Gunter
1515 S Osage ave
Bartlesville, OK 74003
Bartlesville, OK 74003-5828

Kelley G. Loud
Titus Hillis Reynolds, et al.
15 East Fifth Street, Suite 3700
Tulsa, OK 74103-4304

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-4023

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S. Boston
Suite 500
Tulsa, OK 74103-4023

Maxfield James Malone
PrayWalker
21 North Greenwood Avenue
Ste 400
Tulsa, OK 74120-1999

Marlin Leasing Corporation dba PEAC SOLUTION
300 Fellowship Road
Mount Laurel, NJ 08054-1201

Gary M. McDonald
McDonald Law, PLLC
15 West 6th Street
Suite 2606
Tulsa, OK 74119-5413

McFarlin Building, LLC
11 E 5th Street 500
Tulsa, OK 74103-4454

Michael J. Moran and Erinne Moran JTWROS
3517 WATERCREST PL
ORLANDO, FL 32835-2527

Mike Moran, personally and individually, and
on behalf of his Florida Corp entity
Pictoria Studios USA
3517 Watercrest Place
Orlando, FL 32835-2527

Colleen Morris
Helton Law Firm
9125 S. Toledo Ave
Tulsa, OK 74137-2719

Nola Renee Nichols
Jerome S. Sepkowitz
4800 N. Lincoln Blvd
Oklahoma City, OK 73105-3321

Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Okla Empl. Sec. Comm.
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Empl. Sec. Comm.
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Tax Commission
201 W. 5th St., Ste. 400
Tulsa, OK 74103-4211

Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

Oklahoma Tax Commission
201 W 5th St. Ste. 400
General Counsel's Office
PO Box 269056
Tulsa, OK 74103-4211

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054-1201

Paul Aubert
24 Waterway Ave
Suite 830
The Woodlands, TX 77380-4324

Pictoria Studios USA
3517 WATERCREST PL
ORLANDO, FL 32835-2527

Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120-1999

Price Tower Art Center, Inc.
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

Price Tower Arts Center, Inc.
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

(p)AMERICAN ELECTRIC POWER
ATTN JASON E REID
1 RIVERSIDE PLAZA 13TH FLOOR
COLUMBUS OH 43215-2373

Scott R. Helton PLLC cba Helton Law FIrm Law
9125 S Toledo Ave
Tulsa, OK 74137-2719

Katherine Seale
c/o Law Office of J. Erich Johnson PLLC
705 Ross Avenue
Dallas, TX 75202-2007

Jerome S. Sepkowitz
Derryberry & Naifeh LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105-3321

Taktik Enterprises, Inc
6462 S. Jamaica Circle
Englewood, CO 80111-6626

Tulsa County Treasurer
John M. Fothergill
218 W 6th St., 8th Fl
Tulsa, OK 74119-1004

(p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE
ATTN ATTN MS KIRBY BOUDREAUX
110 W 7TH STREET
SUITE 300
TULSA OK 74119-1013

UBAC LLC
12324 E 86th St N STE 522
Owasso, OK 74055-2543

US SEC & EXCHANGE COMM.
Midwest Regional Office
175 W. Jackson Boulevard, Ste 900
Chicago, IL 60604-2815

Karen Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Washington County Treasurer
420 S Johnstone Rm 101
Bartlesville, OK 74003-6602

Marina Wise
Oklahoma Tax Commission
201 W 5th St, Suite 400
Tulsa, OK 74103-4211

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fair Capital LLC
PO Box 399
New City, NY 10956

First Insurance
450 Skokie Blvd Suite 1000
Northbrook, Ill 60062

Public Service Company of Oklahoma
PO Box 24401
Canton, Ohio 44701

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Craig Alan Brand

(u)Craig Brand and Adriana Soto JTRWOS

(u)Dale Takio

(u)Enterprise Global Logistics LLC

(u)Frank Lloyd Wright Building Conservancy, a

(u)Michelle Johnson
Asset Liquidation Specialists LLC

(d)Donna Keffer
1608 Cherokee Hills Drive
Bartlesville, OK 74006-4209

(d)Linda Jones
115 SE Frank Phillips
Bartlesville, OK 74003-3519

(d)Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-4023

(d)Mark Haskell
115 1/2 SE Frank Phillips
Bartlesville, OK 74003-3519

(u)Erinne Moran

(u)Mike Moran
A/K/A Micahel Moran

(u)Mystic Enterprises, Inc.

(u)Michael Eric Nelson
michaelericnelson@icloud.com

(u)Nola Renee Nichols

(u)D.R. Payne
D.R. Payne & Associates
Address Unknown
, OK

(u)Pictoria Studios USA Inc.

(u)Mark D.G. Sanders

(u)Scott Schlotfelt

(u)Sidney K Swinson

(u)Takitik Enterprises, Inc.

(u)The Inn at Price Tower Inc.

(u)The McFarlin Building, LLC

End of Label Matrix
Mailable recipients    63
Bypassed recipients    23
Total                  86