UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: GREEN COPPER
HOLDINGS LLC, AND THE INN
AT PRICE TOWER INC.,

    Debtor.

Case No. 25-10088-T
Chapter 7

Filed/Docketed
Sep 04, 2025

## SCHEDULING ORDER

THIS MATTER comes on for Status Hearing before the Court. The Court finds cause exists to establish a schedule regarding the Trustee's Notice and Motion to Settle Disputed Matter and Notice of Opportunity for Hearing as set forth below.

IT IS THEREFORE ORDERED that Limited Discovery shall be completed by September 30, 2025.

IT IS FURTHER ORDERED that an Evidentiary Hearing regarding the Trustee's Notice and Motion to Settle Disputed Matter and Notice of Opportunity for Hearing will be set for October 10, 2025, at 10:00 AM at 224 S. Boulder, Courtroom #2, Tulsa, OK 74103.

IT IS FURTHER ORDERED that Bankr. N.D. Okla. Local Rule 9070-1 will apply to the hearing.

FURTHER, no date set by this Order shall be modified except upon good cause shown and by filing a written application with a proposed Order at least five (5) days before the scheduled date.

DATED: September 04, 2025

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY