UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Sep 04, 2025

IN RE: GREEN COPPER
HOLDINGS, LLC AND THE INN
AT PRICE TOWER INC.,

    Debtor.

Case No. 25-10088-T
Chapter 7

## SCHEDULING ORDER

THIS MATTER comes on for Scheduling Conference before the Court. The Court finds cause exists to establish a schedule regarding the Trustee's Objections to Proof of Claims as set forth below.

IT IS THEREFORE ORDERED that Discovery shall be completed by November 7, 2025.

IT IS FURTHER ORDERED that the parties shall file a report regarding completion of discovery by November 10, 2025. The Court will set the matter for hearing by separate order.

FURTHER, no date set by this Order shall be modified except upon good cause shown and by filing a written application with a proposed Order at least five (5) days before the scheduled date.

DATED: September 04, 2025

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY