UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE:<br>**GREEN COPPER HOLDINGS, LLC**<br>EIN # xx-xxx9708 | )<br>)<br>) | CASE NO. 25-10088-T<br>Chapter 7 |
| **COPPER TREE, INC.**<br>EIN # xx-xxx6608 | )<br>)<br>)<br>) | Substantively Consolidated |
| **THE INN AT PRICE TOWER INC.**<br>         Debtors. | )<br>)<br>)<br>/ | |

**CLAIMANT PICTORIA STUDIOS USA, INC., (Claim No. 14), AND CLAIMANT TAKTIK ENTERPRISES, INC. (Claim No. 4) OBJECTION TO CLAIM NO. 1, Claim 1-2, CLAIMANT GREEN COPPER HOLDINGS, LLC, AND NOTICE OF OPPORTUNITY TO BE HEARD**

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14)**, and, Claimant **TAKTIK ENTERPRISES, INC. (Claim No. 4)** by and through their undersigned counsel and **hereby files this Objection to Claims No. 1 and 1-2, filed on February 28, 2025, by GREEN COPPER HOLDINGS LLC, and Notice of Opportunity to be Heard**, and as grounds thereof states as follows:

1.     Upon information and belief Claims No. 1and 1-2 are a sham on the Court and a reminder of the theft allegedly conducted by the Debtor's officers, against the shareholders, and certain claimants herein.

2.     Claim No. 1 and Claim No. 1-2 were filed by Cynthia Diane Blanchard, who upon information and belief is not owed any money by Debtor, in fact, just the opposite.  Prior to the filing of this bankruptcy action, Movants had prepared and were about to file a Derivative Shareholder action against the Blanchards, their counsel and certain claimants herein for alleged torts including but not limited to fraud, theft, intentional misrepresentation, and RICO.

3. Mrs. Blanchard was supposed to have paid for her interest in Debtor Copper Tree, Inc., and if she did make any legitimate payments into the Debtor company(s) it might be for the shares held. However, Movants dispute the legitimacy of any payments that Mrs. Blanchard alleges to have made as well as disputes the legitimacy of any monies she would have used, if in fact she used any.

4. It is further believed that monies Mrs. Blanchard accumulated on behalf of the Debtor were improperly commingled with her own and that she used the Debtor companies and their accounts as an alter ego and personal piggy bank. It is further believed that Mr. Anthem Blanchard, Cynthia Blanchard's husband and director of Debtor Copper Tree, Inc, as well as their General Counsel Paul Aubert were directly involved in this conspiracy.

5. Movants hereby adopt and reaver the Objections and the allegations therein ECF 144 which is the Trustee's Objections to Claims 1 and 1-2.

6. Mrs. Blanchard alleges between the two claims that she is owed approximately $300,000. However, upon information and belief, Movants expect the evidence and money trail to demonstrate that Mrs. Blanchard did not have $300,000 to lend and if so, it is alleged that she would have had to commit wrongdoing, covered up by her General Counsel. Upon information and belief, if Mrs. Blanchard was able to find money to provide to Green Copper Holdings, it came from third party lending sources or the illegit sale of assets from the Price Tower for which she was not permitted to dissipate.



7.

8.     See, Declaration of Jason Carstensen, attached hereto and incorporated herein as Exhibit 1, in reference to firsthand knowledge of the Blanchard's converting assets into crypto as well as prior course of similar misconduct.

9.     Movants WILL ALSO POINT OUT, that Mrs. Blanchard's exhibits are all self created. Mrs. Blanchard fails to display any authentic bank statements, especially bank statements showing legal money movement. Movants would like to follow the money trail. See, Exhibits attached hereto and incorporated herein.

10.    Movants contest Mrs. Blanchard's self-serving, self-created exhibits and deny their truth and accuracy. Mrs. Blanchard's alleged supporting documents are highly suspect and

questionable, as well as offer no proof other than she has the ability of having self-serving word documents created.

11. Movants further bring to the Court's attention, in ECF 16-1, page 4-6, paragraph (3) of the Frank Lloyd Write Building Conservancy's Claim, the following statement: "… *Debtor violated the Easement by selling items custom-designed by Wright for Price Tower, including pieces specifically included in the 2022 Inventory List. While Creditor is not sure about the total value or number of the items sold by Debtor due to its unwillingness to provide an accounting to Creditor, Creditor knew that Debtor received at least $150,000 for one of the tranches of items it sold to a third-party*."

12. Movant's also bring to the Court's attention, the Declaration of Ken Greenberg, attached hereto and incorporated herein as Exhibit 2, and the Declaration of Patrick Castagna, attached hereto and incorporated herein as Exhibit 3.

13. The Blanchard's also allegedly used the Price Tower to commit other acts of fraud for which they self-profited from or used monies improperly obtained in order to wash through the Price Tower:

Municipal Fraud of $88,095. (According to the July 13, 2023 BOD Minutes for PTAC, the Blanchards secured approx. $35,000 for Love 66 bistro (FKA The Inn at Price Tower Restaurant) and approx. $50,000 Wright Steakhouse, a fictitious restaurant that never opened. https://acrobat.adobe.com/id/urn:aaid:sc:US:b634bf90-2ab8-4389-a80b-673de563d9ee

- Awarded by the Bartlesville City Council based on BDA recommendations - This is the program that Anthem Blanchard and Anthony Fishler (FISCHLER ENTERPRISES, LLC, a Nevada limited liability company, whose address is 3773 Howard Hughes Parkway, Ste. 500S, Las Vegas, Nevada 89169) submitted their application for the Grant - https://bdaok.org/retail/retailIncentives
  - Fishler was a JV Partner of the Blanchards as of June 11, 2023 to create the façade of new restaurants - https://acrobat.adobe.com/id/urn:aaid:sc:US:53f20711-4ac0-457e-9b00-0fc179b03e10

14. From the above alleged Municipal Fraud, Movants believe the evidence will show that Donna Keffer was responsible for disbursing some of these monies. Mrs. Keffer allegedly wire transferred Mr. Fischler, from these obtained monies, in the amount of $25,149.54 on August 7, 2023.

15. Movants, who are also shareholders of the Debtors, believe that Cynthia Blanchard, Paul Aubert and others within their inner-circle perpetrated shareholder and derivative fraud, theft as well as refused to provide any transparency, authenticity, honesty concerning the debtor entities, the assets, the liabilities and what was transpiring behind the backs of the shareholders and claimants, and even completely lied and falsified information about the Price Tower sale and anything regarding a pre-existing contract with the McFarlin Group (purchasers of the Price Tower).

WHEREFORE, the Movants hereby pray that this Court grant the relief sought herein, including but not limited to:

a. A denial of Claim 1 and Claim 1-2 in full;

b. Potential Judicial referral to the Attorney General's office;

c. Limiting any recovery to only those instances allowed pursuant to the Federal Bankruptcy Code and Federal Statute.

d. Discovery as to the Blanchards (Mr. and Mrs) and the alleged money owed as well as how derived.

e. Values limited to value pursuant to 11 U.S.C. § 502(b)(4).

f. Any and all other relief the Court finds prudent, including in light of the above, the preemptive denial of Claim 1 and Claim 1-2.

RESPECTFULLY SUBMITTED ON THIS 8th DAY OF September, 2025.


        /s/ *Craig A. Brand, Esq.*
By: _____
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).


## NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 33 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 33 day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f). *The moving party shall calculate the appropriate response time. If a response time is prescribed by applicable statute, rule, or order, the moving party shall add to the prescribed response time unless service is accomplished by hand delivery, the three (3) days required for mailing under Bankruptcy Rule 9006(f). If a response time is not prescribed by applicable statute, rule, or order, the response time shall be fourteen (33) days, which includes the three (3) days required for mailing under Bankruptcy Rule 9006(f).

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this foregoing Motion to Compel Trustee for a Proper Accounting was ECF filed with the Clerk of Court on this 8th day of September, 2025

and by First Class U.S. Postal Service to: Cynthia Diane Blanchard 414 SE Washington Blvd. Ste. 205, Bartlesville, OK 74006.

By: /s/ *Craig A. Brand, Esq.*
    Craig Alan Brand, Esq.
    FBN: 896111
    Tel. (305) 878-1477
    6462 S. Jamaica Circle
    Englewood, Colorado 80111

    **On behalf of and for:**
    PICTORIA STUDIOS USA, INC. (Claim No. 14), and
    TAKTIK ENTERPRISES, INC. (Claim No. 4).