UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| Debtors. | ) | |
| | / | |

## DECLARATION OF JASON CARSTENSEN

COMES NOW Jason Carstensen, who deposes and declares under penalties of perjury the following Declaration is support of Claims for Pictoria Studios USA, Inc., (Claimant No. 14), and Taktik Enterprises, Inc., (Claimant No. 4), and says:

1.      My name is Jason Carstensen. I am over the age of 18 and competent to make this affidavit. I have personal knowledge of the facts stated herein.

2.      My address is: 5715 Aspen Ave., Bartlesville, OK 74006.

3.      This Declaration is made from firsthand, personal knowledge, experience and a very long personal past with the Blanchards.  My wife and Cynthia Blanchards, until a few years ago were best friends for more than 20 years and at the time we moved to Bartlesville I was Anthem's friend for at least 12 years.  In fact, my wife, children and myself moved to Bartlesville, OK, in March 2021, directly due to the promises, assurances, representations made by the Blanchards and to be closer to them as we were in California and they moved to Bartlesville from there.

4. Before moving to Bartlesville, the Blanchards convinced my wife and I to invest $75,000 of our savings into their "can't miss" Bartlesville, OK., business venture called Herasoft, Anthem offered me a priority management position within his company Herasoft. I also had two of my close friends make investments.

5. I personally, lived with the Blanchards, who at the time I considered family, for 4 months prior to my wife and children getting to Bartlesville and the closing on our home.

6. After moving to Bartlesville our families were constantly within each other's homes, my wife as Cynthia Blanchard's best friend, were always together, and I was working side by side with Anthem Blanchard.

7. Shortly after we moved and I began working at Herasoft, things went bad fast and within just over a year I stopped working at Herasoft based upon what I alleged was fraud, theft, investor fraud and theft and breach of employment contract by the Blanchards. I confronted Cynthia and Anthem on multiple occasions and was given the cold shoulder. No remorse was shown.

8. I learned that the Blanchards allegedly took or somehow lost my entire investment and the investment of the friends I brought into Herasoft as well as many, many other investors, over $5,000,000.

9. Anthem, who is a very knowledgeable and avid crypto currency trader had also taken investor's monies and reinvested it into Bit-Coin (BTC) on personalized Ledger wallets; thus becoming invisible to any audit. Everyone in Herasoft lost their money but Anthem and Cynthia had plenty of crypto. I personally saw and was horrified by these actions. Joshua Gunter, who I believe is Cynthia's cousin and a confidant of Anthem would move the money from Herasoft to accounts in Dubai, where I once travelled with Anthem and Cynthia to at the full expense of the company, and then the BTC would be transferred onto these Ledger wallets. I personally saw and

heard of these BTC transactions by both Anthem and Joshua and even had dinner with Anthem's transactional banker at this banker's house in Dubai with the Blanchards and others.

10. Given that Anthem breached my employment agreement and had not paid me, I filed a labor action under the Oklahoma labor laws. Claim#202300156 was filed for $128,000 on November 16, 2022.

11. Approximately, at the end of June, 2023, Anthem called me one night completely inebriated. He called me confessing and stating that he missed our friendship and was sorry that he destroyed the sistership between Cynthia and my wife. He went on and on and told me that he was going to fix everything between our families and that now that he and Cynthia owned the Price Tower he would was in the process of liquidated very valuable assets and would pay me back for everything. He asked me if I would take one of the Ledger wallets or did I have to have cash. I told him that I wanted USD.

12. I informed my lawyer that Anthem wanted to settle and the lawyers then did what they do.

13. Anthem's lawyer on July 7, 2023 filed a settlement statement, representing that the Parties settled for $90,000, to be paid by September 30, 2023.

14. Of course, Anthem never paid the settlement and owes the full judgement plus attorney fees and costs. The judgement is against the Company Herasoft for which Cynthia was the President and completely involved in all aspects of the events surrounding my case and my allegations.

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

     Executed on September 8, 2025.

     *DocuSigned by:*      9/8/2025

     CB034FB3207A423...

     JASON CARSTENSEN

     5715 Aspen Ave., Bartlesville, OK 74006