IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| **Debtors.** | ) | |

**TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING**

Comes now the Trustee and states:

1. Price Tower Arts Center ("PTAC") filed herein Proof of Claim No. 17-3 for the sum of $183,000.

2. Pictoria Studios Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") filed herein an objection to the claim (Doc. No. 255).

3. PTAC's claim has two components:

    a. $163,000 of the claim is based on the payment to U.S. Small Business Administration of sums due in connection with a COVID related loan which resulted in liens filed against assets acquired by the Debtor from PTAC. The payment of the loan secured a release of the subject lien.

    b. $20,000 of the claim relates to a PSO utility deposit effected by PTAC. Under the sale documents by and between the Debtor and PTAC, the Debtor was responsible for securing the release of the deposit and returning the monies to PTAC. Instead, the

Debtor failed to return the monies to PTAC and the deposit was used by PSO to pay unpaid utility bills incurred by the Debtor.

4. PTAC and the Trustee have agreed to settle the claim based on the withdrawal of $163,000 of the claim and the allowance of a claim for $20,000.

**NOTICE OF OPPORTUNITY FOR HEARING - Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 24 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 24-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:                918-699-0325
*ATTORNEYS FOR TRUSTEE*