**The Brand Law Firm, P.A.**
www.TheBrandLawFirm.com
Craig A. Brand, Esq.

# THE BRAND LAW FIRM, P.A.

*"Protecting The Innocent"*

**Craig A. Brand, Esq.**
Tel: 305-878-1477
Tel. 877-407-BRAND
Craig@TheBrandLawFirm.com

Protecting The Innocent

September 15, 2023

cynthia@thepricetower.com

President Cynthia Blanchard Copper Tree, Inc
501 SE Frank Phillips Blvd. Suite 102
Bartlesville, OK  74003

> Re:  My Clients:
> Pictoria Studios, Inc.
> Taktik Enterprises, Inc.
> Mystic Enterprises, Inc.
>
> Re:  Demand Letter for Final Payment

Dear Cynthia,

This writing has been scaled down as none of us desire adversities or escalations between ourselves, just solutions.  We are at a crossroads where the continued breaches by Copper Tree and the failings of judgements such as with Anthony Fischler, Wright Steak and Love 66 Bistro and their lack of making payments @$25,000!, wrapped up with the improper use and utilization of intellectual property being allowed by Copper Tree to be taken from Pictoria Studios by Mr. Fischler is overwhelming.  Furthermore, the continued system disruption and interferences with the Consulting Agreements belonging to Pictoria Studios and Taktik Enterprises, Inc. can no longer be accepted or tolerated. Mystic Enterprises is and has been owed monies for far too long and from appearances, everyone subsequent has been getting paid but those that have and want to help ease some of your pressures and burdens.  The bell has rung and payment is now expected.

For preservation and pre-litigation purposes, please be advised that we are concluding the drafting of a lawsuit or Arbitration Claim being circulated for verification of facts purposes. You had asked Dale Takio to reserve some additional time and that extension has also run; now by two weeks.  This lawsuit or Arbitration demand shall be filed with the American Arbitrators Association or Middle District of Florida (to be determined based upon the final decisions of the claims brought), where you will have to come to defend it.  As you are aware, Copper Tree agreed to such jurisdiction within the Consulting Agreements which reads:

*Jursidiction:*

*(a) Arbitration Rules of Engagement. The arbitration shall be conducted by a single arbitrator acting under*

| | | |
|---|---|---|
| Orlando Office: | Colorado Mail: | PHONE:  (305) 878-1477 |
| 11222 Oakshore Ln. | 4650 Indian Creek Rd. | PHONE:  (877) 407-447-BRAND |
| Clermont, Florida 34711 | Loveland, Colorado 80538 | E-MAIL:  Craig@thebrandlawfirm.com |
| *Live Each Day With Courage* | *Take Pride In Your Work* | ONLINE: www.TheBrandLawFirm.com |
| *Always Finish What You Start* | *Be Tough, But Fair* | *Ride For The Brand* |
| *Know Where To Draw The Line* | *Do What Has To Be Done* | *Remember Somethings Are Not For Sale* |

**THE BRAND LAW FIRM, P.A.**
*"Protecting The Innocent"*
**Craig A. Brand, Esq.**
Tel: 305-878-1477
Tel. 877-407-BRAND
Craig@TheBrandLawFirm.com

The Brand Law Firm, P.A.
www.TheBrandLawFirm.com
Craig A. Brand, Esq.

Protecting The Innocent

the then current "Commercial Rules of AAA. The arbitration shall be held in either Lake County, Orange County or Miami-Dade County, Florida, or in Washington County, Oklahoma (to be based on the selection of the party initiating such arbitration) unless otherwise agreed by both parties. Each party to this Agreement will be responsible for the payment of one half (1/2) of the fees plus costs for the arbitration. In the event a dispute is submitted to arbitration, the parties will be responsible for their own legal fees unless otherwise agreed in writing by the parties. Judgement on this binding AAA arbitration shall be entered by any branch of the Miami-Dade Circuit Court with Jurisdiction on the amount at issue. The Parties further agree that any arbitrator must be one with at least 7 years of judicial experience and at least 6 years of private practice experience.

As you are aware the numbers ($amounts) are not in dispute. Thus, for purposes of this Demand Letter, I will not be arguing liability as there are no defenses by Copper Tree to be legitimately had or raised. You signed notes, you signed contracts and those are all in material breach. The amounts owed are specifically spelled out within the Agreements, you executed, and which Dale Takio has provided to you over and over again. I will not be repeating the same. There shall be no more delays or terms in regard to these payments due. They have ballooned and payment is expected no later than Friday, September 22, 2023 by 2 pm. Additionally, each invoice, more than 5 days late, continues to incur a $25 per day late fee for all TEI and All Pictoria invoices, as you agreed and signed off on, as well as Pictoria's Note incurring an 18% per annum late fee based on simple interest calculations.

For purposes of monies owed (cash), I shall not be referring to equity positions held with Copper Tree. We would like to be bought out and would appreciate an offer for all our equity and that still left with Hera. However, for purposes of this demand, the balances owed, due and to be paid are:

Mystic Enterprises:
Hera Soft had a Note which came due and was absorbed by Copper Tree. This note was for $60,000. Hera Soft did make two payments towards this note for a total of $5,000, leaving Copper Tree with a balance owed of $55,000. This sum is due no later than September 22, 2023.

Taktik Enterprises:
A balance due and owing is $277,693.65. This This sum is due no later than September 22, 2023. All invoices due and owing have been provided to you without protest. All work has been properly performed without protest.

Settlement of Mystic and Taktik's claims by September 22, 2023:
$222,693.65 (inclusive of all respective late fees) and Mystic due the principal amount of $55,000 that TEI invoiced under the authority of Mystic and Copper for the benefit of Mystic. This discount is for settlement purposes only otherwise we can always adhere to the dollars you agreed to and signed off on within the April 7, 2023 consulting agreement amendment.

Orlando Office:
11222 Oakshore Ln.
Clermont, Florida 34711
*Live Each Day With Courage*
*Always Finish What You Start*
*Know Where To Draw The Line*

Colorado Mail:
4650 Indian Creek Rd.
Loveland, Colorado 80538
*Take Pride In Your Work*
*Be Tough, But Fair*
*Do What Has To Be Done*

PHONE: (305) 878-1477
PHONE: (877) 407-447-BRAND
E-MAIL: Craig@thebrandlawfirm.com
ONLINE: www.TheBrandLawFirm.com
*Ride For The Brand*
*Remember Somethings Are Not For Sale*



**The Brand Law Firm, P.A.**
www.TheBrandLawFirm.com
Craig A. Brand, Esq.

# THE BRAND LAW FIRM, P.A.

*"Protecting The Innocent"*

**Craig A. Brand, Esq.**
Tel: 305-878-1477
Tel. 877-407-BRAND
Craig@TheBrandLawFirm.com

Pictoria Sudios Inc:

September 1, 2022 Promisory Note due of $100,000;
Equity is also due however, Pictoria Studios would prefer a cash buy out equal to the promissory note of $100,000 thereby totaling $200,000; and,
Post-Default Rate of $14,619.45.
Total due: $214,619.45 (inclusive of equity); or, $114,619.45 + an immediate stock issuance for the sum's promised as per the Anthem/Hera Agreement and then adopted as its own under the signed Copper Tree Agreement.


Should you have any questions or need me to set up a special drop box and insert invoices and promissory notes and other legal documents that should be within the possession or control of Copper Tree, please let me know.  We would like to conclude these unresolved differences no later than September 22, 2023 quietly and amicably.

Please have the payment made by wire transfer as expressed herein.  If not, we shall be forced to take legal recourse and protect our interests.  You are on notice that this is a pre-litigation demand and I shouldn't have to tell you that you are forbidden in any way, shape or form to manipulate, maneuver, delete, tamper with, lose, destroy, etc., evidence, and any digital or hard form of document or communication which might lead to the discovery of admissible evidence, documents, emails, text messages, company information and documents from 2021 onwards.

Sincerely,

*Craig A. Brand, Esq.*

Orlando Office:
11222 Oakshore Ln.
Clermont, Florida 34711
*Live Each Day With Courage*
*Always Finish What You Start*
*Know Where To Draw The Line*

Colorado Mail:
4650 Indian Creek Rd.
Loveland, Colorado 80538
*Take Pride In Your Work*
*Be Tough, But Fair*
*Do What Has To Be Done*

**PHONE:** (305) 878-1477
PHONE:  (877) 407-447-BRAND
E-MAIL:  Craig@thebrandlawfirm.com
ONLINE: www.TheBrandLawFirm.com
*Ride For The Brand*
*Remember Somethings Are Not For Sale*