UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
|     Debtors. | ) | |
| | / | |

### NOTICE OF SERVICE OF
### CLAIMANT TAKTIK ENTERPRISES, INC. (Claim No. 4) REQUESTS FOR PRODUCTION TO PTAC

COMES NOW Claimant **TAKTIK ENTERPRISES, INC. (Claim No. 4)** by and through their undersigned counsel and hereby serves this Notice of Service of First Requests for Production, dated September 14, 2025, including Exhibit 1, onto Claimant Price Tower Arts Center a/k/a "PTAC".

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Notice of Service of Requests For Admission were served upon

**Maxfield J. Malone** | Attorney | **PRAYWALKER**

21 North Greenwood Avenue, Suite 400 | Tulsa, Oklahoma 74120-1999

Main: 918-581-5500 | Direct: (918) 581-5520 | **mmalone@Praywalker.com,** and was efiled to the Clerk of Court, on September 14, 2025

/s/ *Craig A. Brand, Esq.*

By: _____
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).