UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| Debtors. | ) | |
| | / | |

NOTICE OF SERVICE OF

CLAIMANT TAKTIK ENTERPRISES, INC. (Claim No. 4) INTERROGATORIES

TO Patrick J. Malloy III, Chapter 7 Trustee

COMES NOW Claimant TAKTIK ENTERPRISES, INC. (herein after from time to time referred to as "Taktik"), (Claim No. 4), Pursuant to Rule 33, Fed. R. Civ. P., by and through their undersigned counsel and hereby serves this Notice of Service of First Set of Interrogatories, dated September 14, 2025, onto **Patrick J. Malloy III, Chapter 7 Trustee,** 401 S Boston Ave. Suite #500, Tulsa, OK 74103−3800, Email: pjmiiim@sbcglobal.net.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Notice of Service of Interrogatories were served upon:

**Patrick J. Malloy III, Chapter 7 Trustee,** 401 S Boston Ave. Suite #500, Tulsa, OK 74103−3800, Email: pjmiiim@sbcglobal.net, and whose Notice of Service was efiled to the Clerk of Court, on September 14, 2025

/s/ **Craig A. Brand, Esq.**

By: _____

Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).