UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | | |
| **GREEN COPPER HOLDINGS, LLC** ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** ) | **Chapter 7** |
| ) | |
| **COPPER TREE, INC.** ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** ) | |
| ) | |
| **THE INN AT PRICE TOWER INC.** ) | |
| Debtors. ) | |
| _____ / | |

**NOTICE OF SERVICE OF**

**CLAIMANT PICTORIA STUDIOS USA, INC. (Claim No. 14)** FIRST SET OF **INTERROGATORIES AND REQUESTS FOR PRODUCTION**

**SERVED UPON CLAIM NO. 1, CYNTHIA BLANCHARD**

COMES NOW Claimant PICTORIA STUDIOS USA, INC. (herein after from time to time referred to as "Pictoria"), (Claim No. 14), Fed. R. Civ. P., by and through their undersigned counsel and hereby serves this Notice of Service of First Set of Interrogatories and Requests for Production dated September 16, 2025, onto **CYNTHIA BLANCHARD (CLAIM NO. 1).**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this foregoing Requests for Production to Cynthia Blanchard was ECF filed with the Clerk of Court on this 16th day of September, 2025, emailed to Mrs. Blanchard at her email address used during these proceedings with the undersigned counsel: cdfblanchard@gmail.com , as well as mailed by US first class mail to:

> Cynthia Diane Blanchard, pro se
> 414 SE Washington Blvd. Ste. 205
> Bartlesville, OK 74006
> 310-435-5707

/s/ **Craig A. Brand, Esq.**

By: _____

Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).