UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:
GREEN COPPER HOLDINGS, LLC ) CASE NO. 25-10088-T
EIN # xx-xxx9708 ) Chapter 7
 )
COPPER TREE, INC. ) Substantively Consolidated
EIN # xx-xxx6608 )
 )
THE INN AT PRICE TOWER INC. )
     Debtors. )
_____/

**NOTICE OF WITHDRAWAL AS TO
CLAIMANT PICTORIA STUDIOS USA, INC., (Claim No. 14),  AND CLAIMANT
TAKTIK ENTERPRISES, INC. (Claim No. 4) OBJECTION TO CLAIM NO. 5,
CLAIMANT ARCHWAY PROPERTIES, LLC**

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14)**, and, Claimant **TAKTIK ENTERPRISES, INC. (Claim No. 4)** by and through their undersigned counsel and **hereby files this Notice of Withdrawal as to their Objection to Claim No. 5, filed on April 15, 2025, and Notice of Opportunity to be Heard**, and as grounds thereof states as follows:

1. The Claimants have resolved their differences to Pictoria and Taktik's satisfaction.

2. As Archway Properties LLC has subsequent to the filing of the Objection resolved the issues with Claimants, Claimants hereby withdraw their objection.

RESPECTFULLY SUBMITTED ON THIS 16th  DAY OF SEPTEMBER, 2025.

/s/ *Craig A. Brand, Esq.*
By: _____
    Craig Alan Brand, Esq.
    FBN: 896111
    Tel. (305) 878-1477
    6462 S. Jamaica Circle

Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Objection to Claim No. 5 was ECF filed with the Clerk of Court on this 16th DAY OF SEPTEMBER, 2025.

/s/ *Craig A. Brand, Esq.*

By: _____

Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).