IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on September 16, 2025, I mailed a true and exact copy of: ***Trustee's Motion to Settle Proof of Claim No. 13 Filed Herein by Enterprise Global Logistics ("Enterprise") Pursuant to Fed. R. Bank. P. 9019 and for Order Denying Objection to Claim (Doc. 258) and Notice of Opportunity for Hearing*** **(Doc No. 300)** with proper postage to all parties on the attached list.

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*

```
Label Matrix for local noticing          Archway Properties                         Archway Properties, L.L.C.
1085-4                                   c/o Dallas Hindman                         501 SE Frank Phillips Blvd, 102A
Case 25-10088-T                          272550 N 3979 Dr                           Bartlesville, OK 74003-3913
Northern District of Oklahoma            Ochelata, OK 74051
Tulsa
Tue Sep 16 12:15:07 CDT 2025

Cynthia Diane Blanchard                  Craig Alan Brand                           Ron D. Brown
414 SE Washington Blvd. Ste. 205         The Brand Law Firm, P.A.                   Ron Brown
Bartlesville, OK 74006-2428              6462 S. Jamaica Circle                     1609 E. 4th St.
                                         Englewood, CO 80111-6626                   Tulsa, OK 74120-3423

Cherokee Fire Protection                 Chief, Civil Trial Section - Central Region   Commtrak Corp
PO Box Box 678                           Tax Division, U.S. Department of Justice      PO Box 826077
Oologah, OK 74053-0678                   P.O. Box 7238                                 Philadelphia, Pa. 19182-6077
                                         Washington, DC 20044-7238

Craig A. Brand                           Craig Brand and Adriana Soto JTRWOS        Mark A. Craige
11222 Oakshore Lane                      11222 Oak Shore Ln                         Crowe & Dunlevy
Clermont, Florida 34711-5408             Clermont, FL 34711-5408                    222 N. Detroit Ave.
                                                                                    Suite 600
                                                                                    Tulsa, OK 74103-2415

Credit Collection Services               Dale Takio, personally and individually, as   Donna Keffer
725 Canton Street                        well as on behalf of his entity Taktik        1608 Cherokee Hills Drive
Norwood Ma. 02062-2679                   Enterprises, Inc., A Florida Corporation      Bartlesville, OK 74006-4209
                                         11222 Oakshore Lane
                                         Clermont, Florida 34711-5408

Kevin P Doyle                            Enterprise Global Logistics                (p)FAIR CAPITAL LLC
Pray Walker, PC                          c/o Kelley G. Loud                         PO BOX 399
21 North Greenwood Avenue                Titus Hillis Reynolds Love                 NEW CITY NY 10956-0399
Suite 400                                15 East 5th St, #3700
Tulsa, OK 74120-1999                     Tulsa, OK 74103-4304

(p)FIRST INSURANCE FUNDING               Frank Lloyd Wright Building Conservancy    Green Copper Holdings, LLC
450 SKOKIE BLVD SUITE 1000               c/o Crowe and Dunlevy                      co Robert Hugh, Registered Agent
NORTHBROOK IL 60062-7917                 Attn: Mark A. Craige                       15 W. 6th Street
                                         222 N. Detroit 600                         Bartlesville, OK 74006
                                         Tulsa, OK 74103-2415

Mark Haskell                             Helm Ventures, LLC                         Helton Law Firm
115 1/2 SE Frank Phillips                7200 Wisconsin Ave                         9125 South Toledo Avenue
Bartlesville, OK 74003-3519              Suite 500                                  9125 South Toledo Ave
                                         Office 95                                  Tulsa, OK 74137-2719
                                         Bethesda, MD 20814-4830

John Marcott                             John E Johnson                             Linda Jones
379240 W 3200 Rd                         John E. Johnson, Attorney                  115 SE Frank Phillips
Ramona, OK 74061                         705 Ross Avenue                            Bartlesville, OK 74003-3519
                                         Dallas, TX 75202-2007

Joseph Hassan                            Joshua Gunter                              Kelley G. Loud
c/o Kelley G. Loud                       1515 S Osage ave                           Titus Hillis Reynolds, et al.
Titus Hillis Reynolds Love               Bartlesville, OK 74003                     15 East Fifth Street, Suite 3700
15 East 5th St, #3700                    Bartlesville, OK 74003-5828                Tulsa, OK 74103-4304
Tulsa, OK 74103-4304
```

| | | |
|---|---|---|
| Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S. Boston<br>Suite 500<br>Tulsa, OK 74103-4023 | Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 |
| Marlin Leasing Corporation dba PEAC SOLUTION<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 | McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 |
| Michael J. Moran and Erinne Moran JTWROS<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Mike Moran, personally and individually, and on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 |
| Nola Renee Nichols<br>Jerome S. Sepkowitz<br>4800 N. Lincoln Blvd<br>Oklahoma City, OK 73105-3321 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>201 W. 5th St., Ste. 400<br>Tulsa, OK 74103-4211 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 |
| Oklahoma Tax Commission<br>201 W 5th St. Ste. 400<br>General Counsel's Office<br>PO Box 269056<br>Tulsa, OK 74103-4211 | PEAC Solutions<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 |
| Pictoria Studios USA<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Price Tower Art Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Price Tower Arts Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | (p)AMERICAN ELECTRIC POWER<br>ATTN JASON E REID<br>1 RIVERSIDE PLAZA 13TH FLOOR<br>COLUMBUS OH 43215-2373 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 |
| Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Jerome S. Sepkowitz<br>Derryberry & Naifeh LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105-3321 | Taktik Enterprises, Inc<br>6462 S. Jamaica Circle<br>Englewood, CO 80111-6626 |
| Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 | UBAC LLC<br>12324 E 86th St N STE 522<br>Owasso, OK 74055-2543 |

| | | |
|---|---|---|
| US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | Karen Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Washington County Treasurer<br>420 S Johnstone Rm 101<br>Bartlesville, OK 74003-6602 |

Marina Wise
Oklahoma Tax Commission
201 W 5th St, Suite 400
Tulsa, OK 74103-4211

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fair Capital LLC<br>PO Box 399<br>New City, NY 10956 | First Insurance<br>450 Skokie Blvd Suite 1000<br>Northbrook, Ill 60062 | Public Service Company of Oklahoma<br>PO Box 24401<br>Canton, Ohio 44701 |

U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Craig Alan Brand | (u)Craig Brand and Adriana Soto JTRWOS | (d)Cynthia Diane Blanchard<br>414 SE Washington Blvd.<br>Ste. 205<br>Bartlesville, OK 74006-2428 |
| (u)Dale Takio | (u)Enterprise Global Logistics LLC | (u)Frank Lloyd Wright Building Conservancy, a |
| (u)Michelle Johnson<br>Asset Liquidation Specialists LLC | (d)Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 | (d)Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| (d)Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | (d)Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | (u)Erinne Moran |

| | | |
|---|---|---|
| (u)Mike Moran<br>A/K/A Micahel Moran | (u)Mystic Enterprises, Inc. | (u)Michael Eric Nelson<br>michaelericnelson@icloud.com |
| (u)Nola Renee Nichols | (u)D.R. Payne<br>D.R. Payne & Associates<br>Address Unknown<br>, OK | (u)Pictoria Studios USA Inc. |
| (u)Mark D.G. Sanders | (u)Scott Schlotfelt | (u)Sidney K Swinson |
| (u)Takitik Enterprises, Inc. | (u)The Inn at Price Tower Inc. | (u)The McFarlin Building, LLC |

End of Label Matrix  
Mailable recipients     63  
Bypassed recipients     24  
Total                   87