**Copper Tree, Inc**
510 S Dewey Ave
Bartlesville, OK

# Sales Receipt

Date: 3/28/2024
Receipt # 2024-1

Sold To  **20cDesign.com**
1430 N. Riverfront Blvd.
Dallas, TX 75207
214.939.1430

| Payment Method | Check No. | | |
|---|---|---|---|
| Wire Transfer | | | |

| Qty | Item # | Description | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|
| 2 | | Copper Terrace Stools | | | |
| 2 | | Copper Terrace Tables | | | |
| 3 | | Copper Panels – 2 Patina / 1 non-Patina | | | |
| 1 | | Original Chair | | | |
| | | | Bundle Price for items listed above | | 75,000 |

| | Total Discount | 75,000 |
|---|---|---|
| | Subtotal | |
| | Sales Tax | - |
| | Total | $75,000.00 |

Thank you for your business!

**Copper Tree, Inc**
510 S Dewey Ave
Bartlesville, OK

# Sales Receipt

Date: 4/19/2024
Receipt # 2024-2

Sold To  **20cDesign.com**
1430 N. Riverfront Blvd.
Dallas, TX 75207
214.939.1430

| Payment Method | Check No. | |
|---|---|---|
| Wire Transfer | | |

| Qty | Item # | Description | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|
| | | Shinenkan Relics – Room 111 various | | | |
| 1 | | Shinenkan Phoenix | | | |
| 1 | | Bruce Goff Shinenkan Ashtray | | | |
| 1 | | FLW Glass and Copper Rolling Display Stand | | | |
| 1 | | FLW Triangular Terrace Table | | | |
| 1 | | FLW Copper Panel with Patina | | | |
| 1 | | FLW Plywood Usonian Lounge Chair | | | |
| 1 | | FLW Triangular Stained Glass Lamp from Hillside House | | | |
| 2 | | Shinekan Gates (restoration project) | | | |
| | | Bundle Price for items listed above | | | $75,000 |

Total Discount
Subtotal
Sales Tax        -
Total        $75,000.00

Thank you for your business!