IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )
GREEN COPPER HOLDINGS, LLC,   )   Case No. 25-10088-T
                                                )   Chapter 7
        Debtor.                          )

RESPONSE TO OBJECTION TO CLAIM NO 13,
CLAIM OF ENTERPRISE GLOBAL LOGISTICS, LLC

**COMES NOW** Enterprise Global Logistics, LLC ("EGL") and files this Response to the Objection to Claim No. 13 filed by Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik") ("Objection") [ECF No. 258] and in support shows as follows:

1. On January 22, 2025, Green Copper Holdings, LLC ("Green Copper") filed its Voluntary Chapter 7 Petition and the proceeding commenced by it was assigned Case No. 25-10088.

2. On that same date, Copper Tree, Inc. ("Copper Tree") filed its Voluntary Chapter 7 Petition and the proceeding commenced by it was assigned Case No. 25-10084.

3. On June 3, 2025, EGL filed a Proof of Claim in both the Green Copper and Copper Tree cases (respectively, Claim No. 13-1 and Claim No 9-1).  In each case, EGL's Proof of Claim is premised on a Promissory Note executed in connection with a loan made by EGL in November of 2023.  The purpose of the loan was to provide funds with which to pay past due utilities charges so that utility services would not be cut off at the Price Tower.

4. On May 13, 2025, the duly appointed Chapter 7 Trustee filed a Motion to Substantively Consolidate the Green Copper and Copper Tree estates. [ECF No. 104]  Proper notice of the Motion was given by the Trustee and no objections or responses to the Motion were filed. [ECF No. 105]

5. On June 11, 2025, the Court entered an Order granting the Trustee's Motion and substantively consolidating the Green Copper and Copper Tree estates, with the Green Copper case being the lead case. [ECF No. 121]

6. Paragraphs 7 and 8 of the Objection seem to concern a transfer of the obligations under the Promissory Note from Copper Tree to Green Copper. EGL denies the allegations therein. Moreover, such objection is baseless since the Copper Tree and the Green Copper estates have been substantively consolidated.

7. EGL denies the allegations in Paragraph 9 of the Objection. At the time of the loan, Ms. Blanchard was the CEO of Copper Tree and the Manager of Green Copper. Her actions were authorized by the Board of Directors of Copper Tree.

8. Attached to this Response as Exhibit 1 is the Declaration of Joseph Hassan made under penalty of perjury, setting forth the amounts due to EGL under the Promissory Note and the means by which funds were sent by EGL.

9. Green Copper and Copper Tree received $60,000.00 from EGL as contemplated by the loan transaction, and Green Copper and Copper Tree benefitted from the use of those funds to keep the Price Tower open. Equity demands EGL's claim be allowed in this case.

10. EGL does not seek double recovery from Green Copper and Copper Tree by virtue of the filing of its Proof of Claim in both the Green Copper and Copper Tree cases. EGL will take whatever steps requested by the Trustee to clarify that position, if requested. The Trustee and EGL have compromised as to EGL's Claim No. 13-1, and a Motion to Settle was filed by the Trustee on September 16, 2025. [ECF No. 300]

**WHEREFORE**, Enterprise Global Logistics, LLC respectfully requests the Court enter its Order:

i) denying the objection to Claim No. 13-1 filed by Pictoria Studios USA, Inc. and Taktik Enterprises, Inc.;

ii) approving Claim No. 13-1, subject to the compromise reached between the Chapter 7 Trustee and Enterprise Global Logistics, LLC, should the Trustee's Motion to Settle be granted by the Court; and

iii) for such and further relief to which it is entitled, at law or in equity.

Respectfully submitted:

  /s/ Kelley G. Loud
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822
*Attorney for Creditor*
*Enterprise Global Logistics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a copy of the foregoing was electronically served using the CM/ECF system on Craig Brand, counsel for Pictoria Studios USA, Inc. and Taktik Enterprises, Inc.

  /s/Kelley G. Loud
Kelley G. Loud

**EXHIBIT 1**

## DECLARATION OF JOSEPH HASSAN
## IN SUPPORT OF RESPONSE TO OBJECTION TO CLAIM NO. 13

I, Joseph Hassan, state as follows:

1. I am Manager and sole Member of Enterprise Global Logistics, LLC. I make this Declaration on personal knowledge and the facts stated herein are true and correct.

2. I make this Declaration in support of Enterprise Global Logistics, LLC's Response to the Objection to Claim No. 13 filed by Pictoria Studios USA, Inc. and Taktik Enterprises, Inc.

3. I was approached for a loan of $60,000.00 by Cynthia Blanchard on behalf of the entities operating the Price Tower. Ms. Blanchard related that the Price Tower's utility bills were past due and the utility company was threatening to cut off services to the Price Tower.

4. On behalf of Enterprise Global Logistics, LLC, I agreed to make the loan under terms negotiated by us. A written promissory note was executed on November 17, 2023, in connection with the loan ("Note"). Under the terms of the Note, interest accrued at a rate of five percent (5%) per annum from the date of the loan to the maturity date of the Note, November 17, 2024, after which interest accrues at the rate of ten percent (10%) per annum from that date until the Note is paid in full.

5. On November 20, 2023, I caused the sum of $60,000.00 to be sent by wire transfer to an account held by Copper Tree, Inc. at Truity Credit Union. I received confirmation that the funds were received.

6. As of January 22, 2025, the date of the filing of a Voluntary Chapter 7 Petition by Copper Tree, Inc. and Green Copper Holdings, LLC, the amounts owed under the Note were as follows:

| Principal: | $60,000 |
| --- | --- |
| Pre-Maturity Interest: | $3,000 *(5% per annum)* |
| Maturity Date: | 11/17/2024 |
| Post-Maturity Interest: | $2,100 *(10% per annum)* |
| Total: | $65,100 |

I state under penalty of perjury that the foregoing is true and correct.

_9/19/2025_
Date

_[signature]_
Joseph Hassan