UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | | |
| GREEN COPPER HOLDINGS, LLC ) | | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 ) | | Chapter 7 |
| ) | | |
| COPPER TREE, INC. ) | | Substantively Consolidated |
| EIN # xx-xxx6608 ) | | |
| ) | | |
| THE INN AT PRICE TOWER INC. ) | | |
| Debtors. ) | | |
| / | | |

### NOTICE OF HEARING
### Set on November 29, 2025 at 10:00 a.m.

COMES NOW the Movants' Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik") by and through their undersigned attorney, and hereby Notice the following for hearing:

### MOVANT'S EXPEDITED OR EMERGENCY MOTION FOR CONTINUANCE OF THE OCTOBER 10, 2025 HEARING REGARDING ECF 156 & 156-1

This Notice is done in conformity with ECF 312, which states:

**Case Name:** Green Copper Holdings, LLC and The Inn at Price Tower Inc.

**Case Number:** 25-10088-T

**Document Number:** 312

CORRECTED ORDER SETTING TELEPHONIC DIAL-IN HEARING. A Telephonic DIAL-IN Hearing shall be held on 9/29/2025 at 10:00 AM regarding Movant's Expedited or Emergency

Motion for Continuance of the October 10, 2025 Hearing Regarding ECF 156 & 156-1; Objection by Trustee. Parties desiring to participate in this hearing shall DIAL-IN to the hearing, using the toll-free dial-in number of **650-479-3207** and the Access Code of **23140595439. Movant is responsible for giving notice to parties in interest as required by rule or statute.** BY THE COURT: Chief Judge Paul R. Thomas (RE: related document(s)[307] Motion to Continue/Reschedule Hearing, [310] Order Setting Telephonic Hearing (Chief Judge Paul R. Thomas), [311] Objection).

RESPECTFULLY SUBMITTED ON THIS 22nd DAY OF September, 2025.

By: /s/ *Craig A. Brand, Esq.*
    _____
    Craig Alan Brand, Esq.
    FBN: 896111
    Tel. (305) 878-1477
    6462 S. Jamaica Circle
    Englewood, Colorado 80111

    **On behalf of and for:**
    PICTORIA STUDIOS USA, INC. (Claim No. 14), and
    TAKTIK ENTERPRISES, INC. (Claim No. 4).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Notice of Hearing was ECF filed with the Clerk of Court on this 20th DAY OF September, 2025, as well as mailed by US Pre-paid, first class postage to: Mark A. Craige, Crowe and Dunlevy, Oklahoma City

Braniff Building, 324 N. Robinson, Suite 100, Oklahoma; and to: Patrick J. Malloy III, Malloy Law Firm, P.C., 401 S Boston Ave. Suite #500, Tulsa, OK 74103−3800

By: /s/ *Craig A. Brand, Esq.*
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111

   **On behalf of and for:**
   PICTORIA STUDIOS USA, INC. (Claim No. 14), and
   TAKTIK ENTERPRISES, INC. (Claim No. 4).