IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:**<br><br>**Green Copper Holdings, LLC**<br><br>*Debtor*. | Case No. 25-10088-T<br><br>Chapter 7 |

**OBJECTION TO MOVANT'S EXPEDITED OR
EMERGENCY MOTION FOR CONTINUANCE OF
THE OCTOBER 10, 2025 HEARING REGARDING
ECF 156 & 156-1**
(This Objection relates to Doc. 307)

Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation, (the "Conservancy") for its objection to the Movant's Expedited or Emergency Motion for Continuance of The October 10, 2025, Hearing Regarding ECf 156 & 156-1 [Doc. 307] filed September 19, 2025 (the "Motion") by Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik" and together with Pictoria, the "Movants") as follows:

1.  The Conservancy joins, supports and adopts the Objection to the Motion filed September 22, 2025 [Doc. 311] by Patrick J. Malloy III, the duly appointed Chapter 7 Trustee in this case (the "Trustee").

2.  The Court held a telephonic Scheduling Conference on September 2, 2025, and thereafter entered orders setting a hearing on the Trustee's Motion to Settle with the Conservancy [Doc. 202] for October 10, 2025. On the same day, the undersigned counsel for the Conservancy sent an email to counsel for the Movants requesting a list of topics for the Fed. R. Civ. P. 30(b)(6)[1] corporate deposition of the Conservancy to facilitate arrangements for the people necessary to

---

[1] Fed. R. Civ. P. 30(b)(6) is incorporated by reference in Fed. R. Bankr. P. 7030 which is made appliable to this contested matter by Fed. R. Bankr. P. 9014(c).

answer questions on such topics to be ready for the deposition. See Exhibit A, copy of email to counsel for Movant (the "9/2 Email").

3. Counsel for Movant did not respond to 9/2 Email until 15 days later on September 17, 2025. See Exhibit B (the "9/17 Email"). In the 9/17 email, Counsel for Movant requested production of the time and billing records related to its Proof of Claim No. 16, proof of the Conservancy's payment of such billings and the report showing the assets within the Conservancy's preservation easement. All such documents were provided to counsel for Movants within 2 days.

4. The Conservancy agreed to and scheduled its corporate deposition under Fed. R. Bankr. P. 7030 within 2 days of being requested by Counsel for Movant in the 9/17 Email.

5. The Conservancy has been very prompt in its dealings with counsel for the Movants but the same has not been true for Movants' counsel.

Wherefore, Conservancy prays this Court deny the Motion.

DATED this 22nd day of September, 2025.

Respectfully submitted,

*s/Mark A. Craige*
Mark A. Craige, OBA #1992
**CROWE & DUNLEVY**
222 N. Detroit Avenue
Suite 600
Tulsa, OK 74120
Telephone: (918) 592-9800
Fax: (918) 592-9801
E-mail: mark.craige@crowedunlevy.com

*ATTORNEYS FOR FRANK LLOYD WRIGHT BUILDING CONSERVANCY, AN ILLINOIS NOT-FOR-PROFIT CORPORATION*

**CERTIFICATE OF SERVICE**

      The record herein reflects that on the same day this pleading was electronically filed, a copy was electronically served via this Court's CM/ECF system upon counsel of record and other parties as shown in the record herein.

                                                *s/Mark A. Craige*
                                                Mark A. Craige

| | |
|---|---|
| From: | Mark A. Craige |
| Sent: | Tuesday, September 2, 2025 11:57 AM |
| To: | craig@thebrandlawfirm.com |
| Cc: | Pat Malloy |
| Subject: | Green Copper Holdings, LLC and The Inn at Price Tower Inc. |

Craig:

Please send the list of topics for the 30(b)(6) depo of the Conservancy so I can get started making arrangements for the people necessary to be ready for the deposition.

Thank you.

Mark



**Mark A. Craige**
Shareholder/Director

**Tulsa**
222 N. Detroit Ave., Ste. 600
Tulsa, OK 74120
direct line: 918.592.9878

**Dallas**
2525 McKinnon Street
Suite 425
Dallas, TX 75201
direct line: (214) 420-2163
direct fax: (214) 736-1762

**Houston**
Gateway|Building
3663 North Sam Houston Parkway East
Suite 600
Houston, TX 77032

**Oklahoma City**
Braniff Building
324 N. Robinson, Suite 100
Oklahoma City, OK 73102

mark.craige@crowedunlevy.com
v-card  bio  website

 Fellow of the American College of Bankruptcy
Board Certified, Business Bankruptcy, American Board of Certification
Past President, American Board of Certification
Oklahoma has no procedure for approving certifying organizations 

This message may be protected by the attorney-client privilege and/or other privileges or protections. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**EXHIBIT A**

1

**From:** The Brand Law Firm, P.A. <Craig@thebrandlawfirm.com>
**Sent:** Tuesday, September 16, 2025 6:40 PM
**To:** Mark A. Craige <mark.craige@crowedunlevy.com>
**Cc:** Craig Brand <craig@thebrandlawfirm.com>
**Subject:** Setting up depositions and requiring some documentation.

**ALERT:** Email contains attachments from external sender.   Be cautious.

**Maxfield J. Malone** | **Attorney** | **PRAYWALKER**
21 North Greenwood Avenue, Suite 400 | Tulsa, Oklahoma 74120-1999
Main: 918-581-5500 | Direct: (918) 581-5520 | **mmalone@Praywalker.com**

September 16, 2025

In re: Price Tower Art Center, Inc. 115 1/2 SE Frank Phillips in re: Copper Tree, Inc bankruptcy.

Maxfield,

For purposes of a quick deposition next week, who are the people with the most knowledge as to:

1. Case No. CJ-2024-237, in the District Court for Washington County, Oklahoma arising out of and stemming from the "Easement".
2. Whether the claims asserted by the consolidated Debtors constitute property of the estate or by easement holder as believed by the FLWC
3. For each paragraph set forth in your filing of: *Case 25-10088-T Claim 16-1.*
4. Whether the Conservancy was within an in-side position along with the Debtor and the Blanchard's to:

    1. Manage **chaotic and misleading financials**.

    2. Allowed **commingling of funds** between nonprofit and for-profit arms.

    3. Involved in or aware of **data leaks**; benefited from misdirected funds and now seeks more from the estate.

**EXHIBIT B**

5. The Attorney fees claimed in the Case No. CJ-2024-237, in the District Court for Washington County, Oklahoma arising out of and stemming from the "Easement". [please share these alleged attorney billings].
6. Who handled the charity contributions and donations going into the FLWC.
7. Who dealt with the third party 20C who is in possession of the items taken from the Price Tower.
8. Who at the FLWC negotiated a settlement with 20C and the Trustee.
9. Who at the FLWC was the go between by and between the Conservancy and Cynthia Blanchard prior to Copper Tree's acquisition.
10. Who at the FLWC was the go between by and between the Conservancy and Cynthia Blanchard subsequent to Copper Tree's acquisition.
11. Who conducted a site survey/report, as to assets alleged to belong to the Easement at the Price Tower prior to the sale to Copper. [If you have that report or survey please provide].
12. Who put together the asset list stated in Claim 16-1 taken from the Price Tower. [Also if you have that please send].
13. Who can talk about the payments to the attorneys handling the above District Court case. [Please send proof of payment for $150,000].

Please let me know if this is information you can provide by end of day tomorrow and depositions the following week. I would need those requested documents prior to the depositions. If this is something you cannot do, please let me know so that I would be forced to serve formal discovery. These would all be information and items needed to prove your case regardless so Im sure you have them neatly packaged already in a digital file.

Sincerely,

Craig A. Brand