UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Sep 23, 2025

IN RE: GREEN COPPER
HOLDINGS, LLC AND THE INN
AT PRICE TOWER INC.,

Case No.  25-10088-T
Chapter   7

Debtor.

## SCHEDULING ORDER

THIS MATTER comes on for Scheduling Conference before the Court. The Court finds cause exists to establish a schedule regarding the Trustee's Objection to Amended Proof of Claim No. 3-2 as set forth below.

IT IS THEREFORE ORDERED that Discovery shall be completed by November 24, 2025.

IT IS FURTHER ORDERED that the parties shall file a status report by December 4, 2025.

FURTHER, no date set by this Order shall be modified except upon good cause shown and by filing a written application with a proposed Order at least five (5) days before the scheduled date.

DATED:  September 23, 2025

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY