FORM 7007.1-1 (12/18)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**

Green Copper Holdings, LLC ,

**Debtor(s).**

**Case No.** 25-10088-T

**Chapter** 7

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Price Tower Arts Center, Inc. , a

[Name of Corporate Party]

(check one):

☐ Corporate Debtor

☐ Party to an adversary proceeding

☑ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____

_____

_____

_____

**OR**

☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 23 day of September , 20 25 .

/s/ Kevin P. Doyle
_____
Attorney Signature
[Insert Information Required by Local Rule 9004-1(C)]

Kevin P. Doyle, OBA No. 13269
PRAY WALKER, P.C.
21 N. Greenwood Ave., Ste. 400
Tulsa, OK 74120
918-581-5500
kdoyle@praywalker.com
Attorney for Creditor Price Tower Arts
Center, Inc.