UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: <br> **GREEN COPPER HOLDINGS, LLC** <br> EIN # xx-xxx9708 | ) <br> ) <br> ) <br> ) | **CASE NO. 25-10088-T** <br> **Chapter 7** |
| **COPPER TREE, INC.** <br> EIN # xx-xxx6608 | ) <br> ) <br> ) <br> ) | **Substantively Consolidated** |
| **THE INN AT PRICE TOWER INC.** <br>        Debtors. | ) <br> ) <br> ) / | |

**MOVANTS' 30(b)(6) NOTICE OF ZOOM DEPOSITION OF THE
FRANK LLOYD WRITE CONSERVANCY**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(a)(1), 30(b)(1), 30(b)(2), 30(b)(6) and D.C.COLO.LCivR 30.1, Movants' Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik")  by and through their unsigned attorneys, will take the zoom deposition of the Frank Lloyd Write Conservancy ("FLWC"), a Claimant herein, at **9:30 a.m. on Monday, October 6, 2025, by zoom meeting**.  The deposition will be upon oral examination, before a certified court reporter. In addition to being recorded by stenographic method, the deposition testimony will be recorded by video conferring technique such as "Zoom". Such zoom recording may be used by Plaintiff/Counter Defendant& Third-Party Defendants at hearing and/or trial.  The Court Reporter will provide instructions for attending the zoom deposition.

The court reporter will administer the witness's oath remotely. Deponent's counsel, if any, will take all reasonable measures—including preparation in advance of the deposition—to ensure that the deponent is able to attend, connect via video, hear the other participants, receive and see any and all exhibits, and be heard clearly at all times during the deposition. Other than the shared

1

videoconference itself, the deponent will not at any time use any means of communication—including any chat, messaging app, email, etc.—to communicate with anyone, including any counsel, while the deposition is on the record; the deponent will not privately review any information during the deposition without disclosing and producing all such materials to Deponent's counsel, if any; and while the deposition is on the record, the deponent will exclusively communicate with the parties in the deposition and no one else, and will do so openly and out loud at all times. If at any time before or during the deposition, the deponent or Deponent's Counsel has any concerns or difficulties with these requirements or anything else related to the deposition, deponent or Deponent's Counsel if any will confer in good faith to resolve those issues in the interest of allowing the deposition to proceed as scheduled.

FLWC shall designate one or more representative(s) of FLWC who are knowledgeable to testify on the following SUBJECT MATTERS. FLWC shall, at least one week in advance of the deposition, provide to Plaintiffs the names and titles of the persons designated to give testimony and identify the subject matter on which each designated person shall testify.

SUBJECT MATTERS: ["Debtor(s)" shall mean, GREEN COPPER HOLDINGS, LLC, a New Mexican LLC., Copper Tree Inc., a Delaware corporation, and the Inn at Price Tower; all of which are defined Debtors in the above styled cause of action for which the FLWC has filed claim No. 16 within.] "Claim" shall mean: Case 25-10088-T Claim 16-1 Filed 06/06/25 Main Document Pg 1 of 6.

The Subject Matters shall include the following topics which may be expanded and elaborated upon as permitted:

1. The contact information for the FLWC and all involvement, contact and connection it has had with the Price Tower, located in 510 SW Dewey Ave., Bartlesville, Oklahoma, 74003.

2. All facts and supporting documents to support and objectively evidence your claim filed herein, i.e., Case 25-10088-T Claim 16-1 Filed 06/06/25 Main Document Pg 1 of 6.

3. Specific documents relating to and demonstrating, as you believe it to,

    a. What gives you legal entitlement for your claim of $170,000 as per your filing;

    b. All documents, financial records, bank statements, copies of checks, wire transfer or direct deposit receipts evidencing payment of $170,000 as per your claim.

    c. Copies of documents that you contend evidences a debt that you made $170,000 worth of payments towards.

    d. Source of the $170,000 in payments as per your claim, including whether or not and to what extent any or all of the $170,000 came from donations.

    e. What legal fees, if any, were part of a donation or charitable contribution that you did not have to actually make payment on.

    f. All billing and time records to substantiate a debt that you had to pay amounting to $170,000.

4. In Case No. 25-10088-T, the Trustee filed ECF 156-1. This filing is a proposed Settlement Agreement between Debtor(s) and the FLWC. As to this filing:

    a. Who from FLWC were part of the negotiated terms.

    b. What documents, laws, writings, and facts, do you believe allows the Conservancy's easement to cover personal art works or collectables that were/are

3

      not Frank Lloyd Write originals and were not part of any inventory list which was an addendum to the subject easement referred to within ECF 156-1.

c. Who from the FLWC is the person with the most knowledge as to the allegations that Cynthia Blanchard had come into possession of art works or collectables or items taken from the Price Tower and into her personal possession for her disposal whether stated on her behalf or that of the Debtor(s).

d. Who from the FLWC is the person with the most knowledge as to any and all negotiations and dealings with the third-party company referred to within ECF 156-1 as 20cDesign.com out of Dallas, Tx.

e. Person with the most knowledge from the FLWC as to the easement referred to in both the Claim as well as within 156-1, as well as what this document allegedly means, encompasses, controls, speaks to.

f. Person with the most knowledge from the FLWC as to the ownership interests, if any, as to any and all art work, collectables, personalities located on and/or within the Price Tower.

g. Person with the most knowledge from the FLWC as to the 66 sign located in Unity Park and any relations or claims of any kind as to that sign and the FLWC.

h. Person with the most knowledge from the FLWC as to the filing of a December 12, 2024 Notice of Lis Pendens in Oklahoma District Court Case No. CJ-2024-237, Washington County.

i. Person with the most knowledge from the FLWC as to Oklahoma District Court Case No. CJ-2024-237, Washington County.

j. Person with the most knowledge from the FLWC as to notice of the Movants service to Claimants and/or third-parties including 20cDesign.com of Evidence Preservation Notices arising from and out of allegations that Cynthia Blanchard might have improperly come into possession of assets belonging to the estate of the Debtor(s) with the intent of selling, bartering, trading, re-locating them.

k. Person with the most knowledge from the FLWC as to the items they purchased from 20cDesign.com and whether or not there was/is a claim for ownership, easement preservation and/or any other alternative purpose for purchasing these items.

l. Person with the most knowledge from the FLWC as to the notice and intent of Cynthia Blanchard as to her being in possession of items taken from the Price Tower.

m. Person with the most knowledge from the FLWC as to the notice and intent of 20cDesign.com and their being in possession and/or control of items once located at the Price Tower and what other items the FLWC might know that 20cDesigns is in possession or control of.

n. Person with the most knowledge from the FLWC as to discussions and work or involvement of any kind with Dale Takio and Mike Moran.

o. Person with the most knowledge from the FLWC as to their relations with the Price Towers former owners Price Tower Arts Center, also a claimant herein. Such knowledge extends to any and all prior allowances of the Price Tower Arts Center selling to third parties works of art or collectables and for what purpose, whether

such items were under the subject easement, and under what circumstances were they permitted to sell, barter, trade such items.

Dated: September 23, 2025.

S/Craig A. Brand

**Craig A. Brand, Esq.**
**FBN: 896111**
The Brand Law Firm, P.A.
6462 S. Jamaica Circle
Englewood, Colorado 80111
Telephone: (305) 878-1477
Craig@thebrandlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Notice of Hearing was ECF filed with the Clerk of Court on this 23rd DAY OF September, 2025, as well as mailed by US Pre-paid, first class postage to: Mark A. Craige, Crowe and Dunlevy, Oklahoma City Braniff Building, 324 N. Robinson, Suite 100, Oklahoma; and to: Patrick J. Malloy III, Malloy Law Firm, P.C., 401 S Boston Ave. Suite #500, Tulsa, OK 74103−3800

By: /s/ *Craig A. Brand, Esq.*
Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14), and
TAKTIK ENTERPRISES, INC. (Claim No. 4).

6