IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREEN COPPER HOLDINGS, LLC, ) | Case No. 25-10088-T |
| ) | Chapter 7 |
| Debtor. ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Rules 1007-1(A), 7007.1-1 and 9014-1 and 9013-1,

Enterprise Global Logistics, LLC, a

☐ Corporate Debtor

☐ Party to an adversary proceeding

☑ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure:

There are no entities that directly or indirectly own 10% or more of any class of the limited liability company's equity interest.

Dated this 23rd day of September, 2025.

Respectfully Submitted,

/s/ Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822
*Attorney for Creditor*
*Enterprise Global Logistics, LLC*