IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

**TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT OF CONTESTED MATTERS, AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW the Patrick J. Malloy, III, Trustee (the "Trustee") and states:

1.  The following are pending contested matters (collectively, the "Pending Matters") involving the bankruptcy estate, on the one hand, and Pictoria Studios USA, Inc. ("Pictoria") and/or Taktik Enterprises, Inc. ("Taktik") on the other hand:

    a.  Trustee's Objection to Pictoria's Proof of Claim for the sum of $217,975 [Doc. No. 135];

    b.  Trustee's Objection to Takio's Proof of Claim for the sum of $513,918.65 [Doc. No. 132];

    c.  Trustee's motion to settle claims related to the Frank Lloyd Wright Conservancy [Doc. No. 156] and Pictoria's and Taktik's Objections thereto;

    d.  Trustee's motion to settle proof of claims filed by Donna Keffer [Doc. No. 263] and Pictora's and Taktik's objections thereto;

    e.  Trustee's motion to settle proof of claims by Linda Jones [Doc. No. 264] and Pictoria's and Taktik's objections thereto;

  f. Trustee's motion to settle proof of claims filed by Mark Haskell [Doc. No. 265] and Pictoria's and Taktik's objections thereto;

  g. Trustee's motion to settle proof of claims filed by The Price Tower Arts Center [Doc. No. 286] and Pictoria's and Taktik's objections thereto;

  h. Trutee's motion to settle proof of claim filed herein by Enterprise Global [Doc. No. 300] and Pictoria's and Taktik's objections thereto;

  i. Pictoria's and Taktik's motions to compel the Trustee to undertake certain acts [Doc. No. 249], and the Trustee's objection thereto.

2. The Trustee, Pictoria, and Taktik have entered into an agreement to resolve all of the Pending Matters. Attached hereto as **Exhibit A** is a copy of the proposed Settlement Agreement. The principal terms and conditions are:

  a. Taktik shall have an allowed unsecured claim against the estate for the sum of $**250,362.37.**

  b. Pictoria shall have an allowed unsecured claim against the estate for the sum of **$149,637.63.**

  c. Neither claim shall be entitled to secured status, or administrative or other priority treatment under the Bankruptcy Code.

  d. Taktik and Pictoria will withdraw all objections, motions or other documents filed in connection with the Pending Matters, and those matters will then be concluded in due course.

  e. In particular, with respect to Pending Matters c. through h. – *i.e.* motions to settle – given the fact that no objections, other than those of Pictoria and Taktik, were filed thereto, the Trustee shall forthwith submit proposed orders approving all of those motions.

3. The Trustee asserts that the proposed settlement is in the best interests of this estate for the following reasons:

    a. the proposed settlement will result in a reduction of claims against this estate totaling approximately **$960,000;**

    b. the proposed settlement will avoid six months to a year of claims litigation and likely more time related to any appeals;

    c. the proposed settlement will avoid administrative costs incurred in resolving the Pending Matters of approximately $100,000 or more;

    d. without admitting the merits of any of the pending claims, there are complex issues related to all of the Pending Matters;

    e. witness testimony relative to all of the Pending Matters is conflicting, and most witnesses for or against the subject claims also assert competing claims against the estate; and

    f. there are arguably controlling written documents that are subject to conflicting interpretations.

4. Settlements are favored in bankruptcy. *Korngold v. Loyd v. Loyd (In re S. Med. Arts Cos.* Inc.) 343 B.R. 250, 255 (10th Cir. B.A.P. 2006). When considering approval of settlements, Courts in this District have repeatedly recognized the following four factors listed in *Kopp v. All Amer. Life Ins. Co. (In re Kopexa Realty Venture Co.)* 213 B.R. 1020 (10th Cir. B.A.P. 1997):

    a. the probable success of the underlying litigation on the merits;

    b. possible problems;

    c. expense and complexity of the underlying litigation; and

  d. the interests of creditors in deference to their reasonable views. *See Liberty Bank F.S.B. v. D.J. Christies Inc*. 681 Fed. Appx. 664, 668 (10th Cir. 2017); *In re S. Med Arts Cos Inc*. 343 B.R. at 256.

5. The Trustee intends to submit a proposed order approving the proposed Settlement unless an interested and necessary party objects and requests a hearing on the matter within 24 days of the filing of this pleading.

**NOTICE OF OPPORTUNITY FOR HEARING - Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 24 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 24-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully Submitted by:    /s/ Patrick J. Malloy III
                  Patrick J. Malloy III, OBA #5647
                  MALLOY LAW FIRM, P.C.
                  401 S. Boston Ave. Suite 500
                  Tulsa, Oklahoma  74103
                  Telephone: 918-699-0345
                  Fax:   918-699-0325
                  *ATTORNEYS FOR TRUSTEE*