IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

### TRUSTEE'S EX PARTE MOTION TO STAY CONTESTED MATTERS

COMES NOW Patrick J. Malloy, III, Trustee (the "Trustee") and states:

1. The following are pending contested matters (collectively, the "Pending Matters") involving the bankruptcy estate, on the one hand, and Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik") on the other hand:

    a. Trustee's Objection to Pictoria's Proof of Claim for the sum of $217,975 [Doc. No. 135];

    b. Trustee's Objection to Taktik's Proof of Claim for the sum of $513,918.65 [Doc. No. 132];

    c. Trustee's motion to settle claims related to the Frank Lloyd Wright Conservancy [Doc. No. 156] and Pictoria's and Taktik's Objections thereto;

    d. Trustee's motion to settle proof of claim filed by Donna Keffer [Doc. No. 263] and Pictora's and Taktik's objections thereto;

    e. Trustee's motion to settle proof of claim of Linda Jones [Doc. No. 264] and Pictoria's and Taktik's objections thereto;

  f. Trustee's motion to settle proof of claims filed by Mark Haskell [Doc. No. 265] and Pictoria's and Taktik's objections thereto;

  g. Trustee's motion to settle proof of claim filed by The Price Tower Arts Center [Doc. No. 286] and Pictoria's and Taktik's objections thereto;

  h. Trutee's motion to settle proof of claim filed herein by Enterprise Global [Doc. No. 300] and Pictoria's and Taktik's objections thereto;

  i. Pictoria's and Taktik's motions to compel the Trustee to undertake certain acts [Doc. No. 249] and the Trustee's objection thereto.

  2. Coincident with this motion, the Trustee has filed herein a motion for approval of settlement of pending contested matters by and between the estate, Taktik and/or Pictoria [Doc. No. 324]. If approved, the proposed settlement (the "Settlement") will resolve all of the Pending Matters. The motion to settle provides all necessary and interested parties 24 days' notice of the proposed Settlement pursuant to Fed. R. Bank. P. 2002.

  3. Scheduling orders have been entered relative to some of the Pending Matters, and scheduling conferences are required for the remaining Pending Matters. In order to avoid unnecessary time and expense, the Trustee now seeks an order staying all of the Pending Matters pending consideration of the proposed Settlement.

  4. Pursuant to 11 U.S.C. § 105 this Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of Title 11. An order staying the Pending Matters pending consideration of the proposed Settlement may well ensure a more cost effective and timely administration of this estate.

5. None of the movants or objectors in the Pending Matters has any objection to entry of the temporary stay requested herein. Thus, the Trustee asserts that a stay order may enter at this time without further notice or hearing.

WHEREFORE the Trustee prays for an order staying the specified Pending Matters, pending consideration of the Trustee's motion for approval of settlement of pending contested matters.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*