UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
2025 SEP 30 PM 11: 10
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OK

IN RE:

Green Copper Holdings, LLC
Inn At Price Tower, Inc.
Consolodated

Debtor(s)

Case No. 25-10088

Chapter 7

Certificate of Service: Cynthia Dian Blanchard Response To Trustee Objector's First Set Of Interrogatories.

September 30, 2025

Cynthia Dian Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I emailed and also mailed a true and correct copy of the foregoing Claimant Cynthia Diane Blanchard's Responses To Trustee-Objector's First Set Of Interrogatories And Requests For Production Of Documents via U.S. Mail, postage prepaid, to the following:

**Patrick J. Malloy III**
Chapter 7 Trustee
401 South Boston Avenue, Suite 500
Tulsa, OK 74103


Dated: September 30, 2025

*/s/ Cynthia Diane Blanchard*

**Cynthia Diane Blanchard, Pro Se Movant**
**414 SE Washington Blvd. Ste. 205.**
**Bartlesville Ok 74006**
**310-435-5707**