IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
Sep 30, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter having come on for consideration this 30th day of September 2025 upon the TRUSTEE'S EX PARTE MOTION TO STAY CONTESTED MATTER ("Motion") (Doc. No. 325), the Court finds:

1.  The Trustee filed herein his TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT OF CONTESTED MATTERS, AND NOTICE OF OPPORTUNITY FOR HEARING ("Motion to Settle") (Doc. No. 324).

2.  The Motion to Settle seeks an order of this Court approving a settlement of all of the pending contested matters by and between this estate on the one hand and Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. (Taktik") on the other hand. The proposed settlement relates to the following contested matters:

    a.  Trustee's Objection to Pictoria's Proof of Claim for the sum of $217,975 [Doc. No. 135];

    b.  Trustee's Objection to Taktik's Proof of Claim for the sum of $513,918.65 [Doc. No. 132];

  c. Trustee's motion to settle claims related to the Frank Lloyd Wright Conservancy [Doc. No. 156] and Pictoria's and Taktik's Objections thereto;

  d. Trustee's motion to settle proof of claim filed by Donna Keffer [Doc. No. 263] and Pictora's and Taktik's objections thereto;

  e. Trustee's motion to settle proof of claim of Linda Jones [Doc. No. 264] and Pictoria's and Taktik's objections thereto;

  f. Trustee's motion to settle proof of claims filed by Mark Haskell [Doc. No. 265] and Pictoria's and Taktik's objections thereto;

  g. Trustee's motion to settle proof of claim filed by The Price Tower Arts Center [Doc. No. 286] and Pictoria's and Taktik's objections thereto;

  h. Trustee's motion to settle proof of claim filed herein by Enterprise Global [Doc. No. 300] and Pictoria's and Taktik's objections thereto;

  i. Pictoria's and Taktik's motions to compel the Trustee to undertake certain acts [Doc. No. 249] and the Trustee's objection thereto.

3. The Motion to Settle was filed on Notice and Opportunity pursuant to Fed. R. Bankr. P. 2002.

4. The Motion seeks an order of this Court staying all of the specified contested matters pending consideration of the Motion to Settle.

5. If the Motion to Settle is approved, all of the specified contested matters will be resolved.

6. A stay of the specified contested matters is in the best interests of this estate and all necessary and interested parties and avoids potentially unnecessary time and expense pending consideration of the proposed settlement.

7. This Court has authority to grant the requested stay pursuant to 11 U.S.C. § 105.

IT IS THEREFORE ORDERED AND ADJUDGED that all of the contested matters specified in section 2 above are stayed pending further order of this Court.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*