Trustee: PATRICK J. MALLOY III

Time Worksheet

**EXHIBIT A**

| Case Number: | 25-10088 | Case Name: | GREEN COPPER HOLDINGS, LLC |
|---|---|---|---|
| Case Status: | OPEN | Judge: | Paul R Thomas |
| Petition Date: | 01/22/25 | Original 341a Meeting: | 02/19/25 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: Conference** | | | | |
| 06/16/25 | CONF W/ ATTYS FOR KEIFER RE PENDING CLAIMS | 2.00 | 350.00 | 700.00 |
| 06/18/25 | CONF W/ SWINSON AND SANDERS RE CLAIMS OBJECTION | 1.00 | 350.00 | 350.00 |
| 06/30/25 | CONF W/ COUNSEL FOR HASKEL, KEFER AND JONES | 1.00 | 350.00 | 350.00 |
| 07/01/25 | CONF W/ MAX MALONE RE AMENDING PROOF OF CLAIMS AND PROVIDING SUPPORTING DOCS RE HASKEL; JONES; AND KEFFER | 0.50 | 350.00 | 175.00 |
| 07/28/25 | CONF W/ BRAND RE CLAIMS AND OBJECTIONS TO CLAIMS | 0.50 | 350.00 | 175.00 |
| 08/07/25 | CONF W/ R BROWN RE GLOBAL SETTLEMENT | 0.70 | 350.00 | 245.00 |
| 08/25/25 | CONF W/ K DOYLE AND M MALONE RE SETTLEMENT OF KEFER; JONES; AND HASKELL | 0.60 | 350.00 | 210.00 |
| 08/28/25 | CONF W/ PRAY WALKER RE KEFER AND JONES CLAIMS AND OTC CLAIM | 0.50 | 350.00 | 175.00 |
| 09/02/25 | CONF W PRAY WALKER RE JONES' CLAIM AND OBJECTIONS TO MT TO SETTLE | 0.50 | 350.00 | 175.00 |
| 09/04/25 | CONF W/ BRAND RE SETTLEMENT | 0.70 | 350.00 | 245.00 |
| 09/04/25 | CONF W/ K LOUD RE SETTLEMENT OF HASSAN CLAIM | 0.50 | 350.00 | 175.00 |
| 09/15/25 | CONF W/ K DOYLE RE PTAC DEPOSIT | 0.50 | 350.00 | 175.00 |
| 09/18/25 | CONF W/ MARK CRAIGE RE HEARING ON MT TO SETTLE RE CONSERVANCY | 2.00 | 350.00 | 700.00 |
| 09/19/25 | CONF W/ M CRAIGE RE PENDING SETTLEMENT MT | 0.50 | 350.00 | 175.00 |
| | **Totals for Conference** | 11.50 | | 4,025.00 |
| **Matter Code: E-Mail** | | | | |
| 05/22/25 | EMAILS TO AND FROM D BARENS RE EMPLOYMENT TO PREPARE ESTATE TAX RETURNS; COST BASIS IN SOLD ASSETS; TAX CONSEQUENCES OF CONSOLIDATING COPPER TREE WITH GREEN COPPER | 0.70 | 350.00 | 245.00 |
| 05/22/25 | EMAILS TO AND FROM GABLE GOTWALS RE TAX CONSEQUENCES OF CONSOLIDATION; CONSOLIDATION DOES NOT AFFECT SEPARATENESS FOR TAX PURPOSES; ELECTION OF LLC TO BE TREATED AS CORP; COST BASIS FOE SALE OF ASSETS | 0.80 | 350.00 | 280.00 |
| 06/03/25 | EMAIL TO K LOUD RE REQUEST FOR DOCS AND INFO RE CLAIMS OF HASSAN | 0.70 | 350.00 | 245.00 |
| 06/04/25 | REV EMAIL FROM CYNTHIA BLANCHARD RE ANALYSIS OF CLAIMS | 0.70 | 350.00 | 245.00 |
| 06/05/25 | EMAILS TO AND FROM C BLANCHARD RE CLAIMS ANALYSIS AND ATTACHMENTS | 0.60 | 350.00 | 210.00 |
| 06/06/25 | EMAILS TO AND FROM M SANDERS RE CLAIM OF TAKIO | 0.70 | 350.00 | 245.00 |
| 07/02/25 | EMAILS TO AND FROM MALONE RE EXPLANATION FOR SETTLEMENT AGREEMENT | 0.30 | 350.00 | 105.00 |
| 07/11/25 | REV EMAIL RE JONES AND KEFER CLAIMS | 0.40 | 350.00 | 140.00 |
| 07/11/25 | REV HELMS EMAIL RE BASIS FOR HIS CLAIM | 0.40 | 350.00 | 140.00 |
| 07/11/25 | EMAILS TO AND FROM M SANDERS RE CLAIMS OF HELMS AND KEFER/JONES | 0.50 | 350.00 | 175.00 |
| 07/14/25 | REV AND EDIT PROPOSED SETTLEMENT RE CONSERVANCY | 1.00 | 350.00 | 350.00 |
| 07/14/25 | EMAIL TO COUNSEL FOR HASKELL; JONES AND KEFER RE STATUS | 0.50 | 350.00 | 175.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/17/25 | | | | 140.00 |
| 07/23/25 | EMAILS TO AND FROM BRAND RE AGREED SCHEDULING ORDER | 0.40 | 350.00 | 140.00 |
| 07/29/25 | EMAILS TO AND FROM BRAND RE CLAIMS AND OBJECTIONS TO CLAIMS | 0.40 | 350.00 | 140.00 |
| 08/05/25 | EMAIL TO AND FROM M SANDERS RE OBJ TO TAKIO | 0.40 | 350.00 | 140.00 |
| 08/09/25 | REV PRAY WALKED ANALYSIS OF CLAIMS | 1.00 | 350.00 | 350.00 |
| 08/11/25 | DRAFT PROPOSED GLOBAL FOR PRAY WALKER | 1.00 | 350.00 | 350.00 |
| 08/13/25 | DRAFT RESPONSE TO MAX MALONE RE PROPOSED SETTLEMENT OF HASKELL ET AL | 2.50 | 350.00 | 875.00 |
| 08/14/25 | FINALIZE OFFER TO SETTLE RE HASKELL ET AL | 1.50 | 350.00 | 525.00 |
| 08/15/25 | FINALIZE OFFER TO HASKELL | 1.00 | 350.00 | 350.00 |
| 08/15/25 | EMAILS TO AND FROM M CRAIGE RE BRAND MOTION | 0.70 | 350.00 | 245.00 |
| 08/15/25 | EMAILS TO AND FROM C BLANCHARD RE BRAND MOTION | 0.50 | 350.00 | 175.00 |
| 08/17/25 | EMAILS TO AND FROM BRAND RE CLAIMS OF KEFER AND JONES | 0.40 | 350.00 | 140.00 |
| 08/18/25 | EMAIL TO MALONE OFFER TO SETTLE | 0.40 | 350.00 | 140.00 |
| 08/26/25 | EMAILS TO AND FROM M MALONE RE SETTLMENT OF CLAIMS | 0.70 | 350.00 | 245.00 |
| 08/29/25 | EMAILS TO AND FROM K LOUD RE SETTLEMENT WITH HASSAN | 0.40 | 350.00 | 140.00 |
| 09/02/25 | EMAIL FROM C BRAND RE SETTLEMENT | 0.30 | 350.00 | 105.00 |
| 09/04/25 | EMAIL TO BARTLESVILLE CITY ATTORNEY RE 66 SCUPLTURE | 0.50 | 350.00 | 175.00 |
| 09/05/25 | RESEARCH SUBORDINATED CLAIMS ARISING OUT SALE OF SECURITY | 0.70 | 350.00 | 245.00 |
| 09/05/25 | DRAFT PROPOSED SETTLEMENT RE BRAND | 0.80 | 350.00 | 280.00 |
| 09/08/25 | EMAILS TO AND FROM C BLANCHARD RE UNITY SQUARE AND 66 SCUPTURE | 0.40 | 350.00 | 140.00 |
| 09/08/25 | EMAILS TO AND FROM MAX MALONE RE 66 SCULPTURE AND UNITY SQ | 0.70 | 350.00 | 245.00 |
| 09/09/25 | REV EMAIL FROM COUNSEL FOR BARTLESVILLE RE 66 SCULPTURE | 0.40 | 350.00 | 140.00 |
| 09/11/25 | EMAILS TO AND FROM K LOUD RE SETTLEMENT OF ENTERPRISE CLAIM | 0.70 | 350.00 | 245.00 |
| 09/11/25 | EMAILS TO AND FROM C BLANCHARD RE AUTHORITY TO SIGN ENTERPRISE NOTE | 0.40 | 350.00 | 140.00 |
| 09/11/25 | EMAILS TO AND FROM BRAND AND MALONE RE SUPPORTING DOCS FOR PTAC SETTLEMENT | 0.50 | 350.00 | 175.00 |
| 09/12/25 | EMAILS TO AND FROM BRAND RE INTERPRETATION OF APPLICABLE PTAC DOCS | 0.50 | 350.00 | 175.00 |
| 09/15/25 | EMAILS TO AND FROM BRAND RE SCHEDULED HEARINGS AND OBJECTION TO ZOOM HEARINGS | 0.40 | 350.00 | 140.00 |
| 09/15/25 | REV PSO INVOICES | 0.40 | 350.00 | 140.00 |
| 09/16/25 | EMAILS TO AND FROM M CRAIGE RE HEARING ON MT TO SETTLE RE CONSERVANCY | 0.50 | 350.00 | 175.00 |
| 09/16/25 | EMAILS TO AND FROM BRAND RE MT TO SETTLE HASSAN | 0.40 | 350.00 | 140.00 |
| 09/18/25 | EMAILS TO AND FROM C BLANCHARD RE SETTLEMENT | 0.70 | 350.00 | 245.00 |
| 09/23/25 | EMAILS TO AND FROM M CRAIGE RE FORM OF ORDER APPROVING SETTLEMENT RE CONSERVANCY | 0.40 | 350.00 | 140.00 |
| 09/23/25 | EMAILS TO AND FROM BRAND RE SETTLEMENT AGREEMENT | 0.50 | 350.00 | 175.00 |
| 09/30/25 | EMAIL RESPONSE TO C BLANCHARD'S DISCOVERY RESPONSES | 0.40 | 350.00 | 140.00 |
| | **Totals for E-Mail** | **28.60** | | **10,010.00** |

**Matter Code: hearings**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/02/25 | SCHEDULING CONF HEARING | 0.80 | 350.00 | 280.00 |

| 09/23/25 | SCHEDULING CONF RE OBJ TO CLAIM OF NICHOLS | 0.40 | 350.00 | 140.00 |
|---|---|---|---|---|
| | **Totals for hearings** | 1.20 | | 420.00 |

**Matter Code: Pleadings**

| 05/22/25 | DETERMINE CREDITORS LISTED IN COPPER TREE V. GREEN COPPER | 0.70 | 350.00 | 245.00 |
|---|---|---|---|---|
| 06/06/25 | DRAFT OBJ TO TEN X CLAIM | 0.70 | 350.00 | 245.00 |
| 06/06/25 | REV CLAIM FILED BY TEN-X AND ATTACHMENTS AND DRAFT OBJECTION TO CLAIM | 0.80 | 350.00 | 280.00 |
| 06/24/25 | REV CLAIMS AND RELATED DOCS AND DRAFT OBJECTIONS TO CLAIMS | 3.00 | 350.00 | 1,050.00 |
| 06/25/25 | EDIT AND AMEND OBJECTION TO CLAIM OF TAKIO | 0.70 | 350.00 | 245.00 |
| 06/25/25 | REV APPLICABLE DOCS AND DRAFT OBJECTION TO CLAIM OF HELMS | 0.70 | 350.00 | 245.00 |
| 06/26/25 | REV CLAIM OF CYNTHIA BLANCHARD AND RELATED DOCS | 0.40 | 350.00 | 140.00 |
| 06/26/25 | DRAFT OBJECTION TO CYNTHIA'S CLAIM | 0.50 | 350.00 | 175.00 |
| 06/26/25 | EDIT AND FINALIZE OBJECTION TO CLAIMS OF UBAC | 0.40 | 350.00 | 140.00 |
| 06/27/25 | DRAFT MT TO CONSOLIDATE THE INN AT PRICE TOWER | 0.60 | 350.00 | 210.00 |
| 07/15/25 | DRAFT MOTION TO SETTLE RE CONSERVANCY | 1.00 | 350.00 | 350.00 |
| 07/16/25 | REV PLEADINGS AND DOCS RE PENDING OBJECTION TO CLAIMS OF PICTORIA AND TAKTIK | 1.00 | 350.00 | 350.00 |
| 07/17/25 | REV RESPONSE TO TEE OBJECTION FROM BRAND | 0.70 | 350.00 | 245.00 |
| 07/17/25 | REV RESPONSE BY TAKIO TO TEE OBJECTION | 0.50 | 350.00 | 175.00 |
| 07/17/25 | REV RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM OF PICTORIA | 0.40 | 350.00 | 140.00 |
| 07/18/25 | DRAFT OBJECTION TO NICHOLS' AMENDED PROOF OF CLAIM | 0.50 | 350.00 | 175.00 |
| 07/19/25 | DRAFT MOTION FOR SUMMARY J RE BRAND CLAIM | 0.70 | 350.00 | 245.00 |
| 07/19/25 | REV CLAIM OF BRAND AND RESPONSE TO OBJECTION | 0.50 | 350.00 | 175.00 |
| 07/21/25 | REV ORDERS RE PLEADINGS FILED BY TAKIO AND PICTORIA PRO SE | 0.30 | 350.00 | 105.00 |
| 07/21/25 | FINALIZE MOTION FOR SJ RE BRAND | 0.50 | 350.00 | 175.00 |
| 07/21/25 | REV ATTACHMENTS TO TAKIO CLAIM | 1.00 | 350.00 | 350.00 |
| 07/21/25 | REV OBJECTIONS TO MOTION TO SETTLE RE CONSERVANCY | 1.00 | 350.00 | 350.00 |
| 07/23/25 | REV SHOW CAUSE ORDERS RE RPO SE CORPS | 0.30 | 350.00 | 105.00 |
| 07/23/25 | REV ENTRY OF APPEARANCES BY BRAND | 0.30 | 350.00 | 105.00 |
| 07/25/25 | REV RESPONSE TO TEE OBJECTION TO CLAIM OF CYNTHIA BLANCHARD | 0.50 | 350.00 | 175.00 |
| 07/25/25 | DRAFT MOTION FOR SCH ORDER RE PENDING OBJECTIONS TO CLAIMS | 0.50 | 350.00 | 175.00 |
| 07/25/25 | REV RESPONSE TO TEE OBJECTION TO CLAIM OF AUBERT | 0.70 | 350.00 | 245.00 |
| 07/28/25 | REV OBJECTIONS TO MT TO SETTLE RE CONSERVANCY; RESEARCH AND DRAFT RESPONSE | 1.00 | 350.00 | 350.00 |
| 07/28/25 | REV RESPONSES TO OBEJCTIONS TO CLAIMS | 1.00 | 350.00 | 350.00 |
| 07/29/25 | RESEARCH AND DRAFT RESPONSE TO OBJ TO SETTLEMENT RE CONSERVANCY | 2.00 | 350.00 | 700.00 |
| 07/30/25 | FINALIZE RESPONSE TO OBJ TO SETTLEMENT | 1.00 | 350.00 | 350.00 |
| 07/31/25 | DRAFT REQ FOR ORDER AND ORDER RE OBJECTION TO CLAIMS OF HELM AND UABC | 0.70 | 350.00 | 245.00 |
| 08/01/25 | REV AMENDED CLAIM FILED BY TAKIO | 1.50 | 350.00 | 525.00 |
| 08/01/25 | REV ORDER DENYING ANTHEM CLAIM | 0.30 | 350.00 | 105.00 |
| 08/01/25 | PREPARE ORDER RE LIMITING NOTICE TO FILE CLAIMS | 0.40 | 350.00 | 140.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/04/25 | REV PROOF OF CLAIM FILED BY AT&T | 1.00 | 350.00 | 350.00 |
| 08/05/25 | DRAFT OBJECTION TO TAKIO CLAIM | 1.00 | 350.00 | 350.00 |
| 08/15/25 | REV MOTION FILED BY TAKIO/PICTORIA | 1.70 | 350.00 | 595.00 |
| 08/17/25 | REV BRAND OBJECTION TO HASKELL CLAIM | 0.70 | 350.00 | 245.00 |
| 08/19/25 | RESEARCH AND DRAFT OBJECTION TO BRAND MT TO COMPEL | 3.00 | 350.00 | 1,050.00 |
| 08/20/25 | FINALIZE OBJECTION TO MOTION TO COMPEL | 0.70 | 350.00 | 245.00 |
| 08/20/25 | REV BRAND OBJECTIONS TO CLAIMS OF KEFFER AND JONES AND ADDITIONAL OBJECTIONS TO HASKELL CLAIMS | 1.00 | 350.00 | 350.00 |
| 08/27/25 | DRAFT MOTION TO SETTLE CLAIM OF KEFER | 1.00 | 350.00 | 350.00 |
| 08/28/25 | DRAFT MOTION TO SETTLE RE HASKELL | 1.70 | 350.00 | 595.00 |
| 08/28/25 | DRAFT MOTION TO SETTLE RE JONES | 1.00 | 350.00 | 350.00 |
| 08/28/25 | DRAFT MOTION TO SETTLE JONES | 1.00 | 350.00 | 350.00 |
| 08/28/25 | REV CLAIM FILED BY OTC | 0.70 | 350.00 | 245.00 |
| 08/29/25 | FINALIZE MT TO SETTLE RE HASKELL | 1.00 | 350.00 | 350.00 |
| 09/01/25 | REVIEW PROOF OF CLAIM FILED BY PRICE TOWER ARTS CENTER | 0.70 | 350.00 | 245.00 |
| 09/06/25 | DRAFT WRITTEN DISCOVERY RE TAKIO | 2.00 | 350.00 | 700.00 |
| 09/08/25 | DRAFT WRITTEN DISCOVERY RE PICTORIA | 2.00 | 350.00 | 700.00 |
| 09/11/25 | DRAFT MOTION TO SETTLE ENTERPRISE CLAIM | 1.00 | 350.00 | 350.00 |
| 09/15/25 | REV TAKIO AND PICTORIA INTERROGS AND REQ FOR DOCS | 1.00 | 350.00 | 350.00 |
| 09/15/25 | FINALIZE MOTION TO SETTLE GLOBAL ENTERPRISE | 0.40 | 350.00 | 140.00 |
| 09/16/25 | FINALIZE MT TO SETTLE RE ENTERPRISE | 0.40 | 350.00 | 140.00 |
| 09/18/25 | REV ANSWERS TO INTERROGS FROM TAKIO AND PICTORIA | 0.70 | 350.00 | 245.00 |
| 09/22/25 | REV MOTION TO CONTINUE HEARING | 1.00 | 350.00 | 350.00 |
| 09/22/25 | DRAFT OBJECTION TO MOTION TO CONTINUE | 1.00 | 350.00 | 350.00 |
| 09/23/25 | DRAFT PROPOSED SETTLEMENT AGREEMENT RE TAKIO AND PICTORIA | 2.00 | 350.00 | 700.00 |
| 09/24/25 | REVISE AND EDIT SETTLEMENT AGREEMENT RE TAKIO AND PICTORIA | 1.00 | 350.00 | 350.00 |
| 09/25/25 | REV AND EDIT DRAFT OF TAKIO AND PICTORIA SETTLEMENT | 0.70 | 350.00 | 245.00 |
| 09/25/25 | DRAFT MOTION TO SETTLE RE TAKIO AND PICTORIA | 2.00 | 350.00 | 700.00 |
| 09/26/25 | DRAFT MOTION TO STAY | 0.50 | 350.00 | 175.00 |
| 09/30/25 | REV DISCOVERY RESPONSES FROM C BLANCHARD | 0.70 | 350.00 | 245.00 |
| 09/30/25 | DRAFT ORDER STAYING CONTESTED MATTERS | 0.50 | 350.00 | 175.00 |
| | **Totals for Pleadings** | **59.90** | | **20,965.00** |

**Matter Code: Research**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/22/25 | REV TX DOCS PROVIDED BY DEBTOR | 0.60 | 350.00 | 210.00 |
| 05/22/25 | RESEARCH TAX CONSEQUENCES OF CONSOLIDATION | 1.00 | 350.00 | 350.00 |
| 06/03/25 | REV PROOF OF CLAIMS | 3.00 | 350.00 | 1,050.00 |
| 06/05/25 | REV PROOF OF CLAIMS | 3.00 | 350.00 | 1,050.00 |
| 06/06/25 | RESEARCH FAILURE TO REGISTER TO DO BUSINESS IN OKLAHOMA | 0.70 | 350.00 | 245.00 |
| 06/06/25 | REV ATTACHMENTS TO TAKIO CLAIM? | 1.00 | 350.00 | 350.00 |
| 06/26/25 | RESEARCH RECHARACTERIZATION OF DEBT AS CAPIITAL | 0.70 | 350.00 | 245.00 |
| 06/27/25 | RESEARCH CREDITORS OF THE INN AT PRICE TOWER | 1.00 | 350.00 | 350.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/27/25 | REV LOANS OF PAUL GOEBEL | 0.70 | 350.00 | 245.00 |
| 06/29/25 | REV PROTECTIVE ORDER RE HARRASSMENT OF TRUSTEE | 1.00 | 350.00 | 350.00 |
| 06/30/25 | REV DOCS AND ANALYSIS RE CLAIMS OF HASKEL, KEFFER, AND JONES | 1.00 | 350.00 | 350.00 |
| 07/08/25 | REV DOCS RE CLAIMS OF HASKEL, JONES AND KEFER | 1.00 | 350.00 | 350.00 |
| 07/14/25 | REV DOCS RE CLAIMS OF KEFER; JONES AND HASKELL | 0.70 | 350.00 | 245.00 |
| 07/19/25 | REV MOTIONS FOR SUMMARY JUDGMENT RE OBJECTIONS TO CLAIMS | 0.60 | 350.00 | 210.00 |
| 07/25/25 | RESEARCH RECHARACTERIZATION OF DEBT | 1.00 | 350.00 | 350.00 |
| 07/30/25 | RESEARCH JUDICIAL ESTOPPEL RE AMENDED CLAIMS | 1.00 | 350.00 | 350.00 |
| 08/07/25 | REV CLAIMS RE GLOBAL SETTLEMENT | 1.70 | 350.00 | 595.00 |
| 08/17/25 | RESEARCH RIGHT OF TRUSTEE TO SETTLE CLAIMS THAT ARE SUBJECT TO CREDITOR OBJECTION | 0.50 | 350.00 | 175.00 |
| 08/28/25 | RESEARCH PRIORITY OF SALES TAX CLAIM | 0.50 | 350.00 | 175.00 |
| 09/01/25 | REV SALE DOCS RE REFUND OF DEPOSITS | 0.50 | 350.00 | 175.00 |
| 09/01/25 | REV TAKTIK CONSULTING AGREEMENT AND PROOF OF CLAIM | 1.00 | 350.00 | 350.00 |
| 09/02/25 | REV TAKTIK CONSULTING AGREEMENT | 1.70 | 350.00 | 595.00 |
| 09/02/25 | RESEARCH ATTORNEY FEES IN CLAIMS LITIGATION | 0.70 | 350.00 | 245.00 |
| 09/15/25 | REV ALL EXS ATTACHED TO TAKIO PROOF OF CLAIM | 1.20 | 350.00 | 420.00 |
| 09/16/25 | REV DEBTOR'S BY LAWS AND MINUTES RE BORROWING FUNDS | 0.70 | 350.00 | 245.00 |
| 09/18/25 | REV CLAIMS REGISTER RE POSSIBLE PERCENTAGE DISTRIBUTIONS BASED ON SETTLEMENTS | 1.00 | 350.00 | 350.00 |
| 09/19/25 | REV DOCS RE 20C SALE | 0.50 | 350.00 | 175.00 |
| 09/19/25 | REV EXHIBITS ATTACHED TO TAKIO CLAIM | 0.70 | 350.00 | 245.00 |
| | **Totals for Research** | 28.70 | | 10,045.00 |
| | **Report Totals** | 129.90 | | 45,465.00 |