# EXHIBIT B - 2nd Statement of Costs for Malloy Law Firm P.C.

| Date | Description | | Amount |
|---|---|---|---:|
| 5/22/2025 | Copying and mailing of *Motions to Pay Special Counsel, Johnson & Malloy* | $ | 184.68 |
| 6/4/2025 | Copying and mailing of *Motion to Pay Payne* | $ | 78.75 |
| 6/11/2025 | Copying and mailing of *Objection to Proof of Claim of Ten-X LLC* | $ | 1.28 |
| 6/26/2025 | Copying and mailing of *Objections to Claims of Takio, Renee Nichols, Pictoria, Helm, Brand & UBAC* | $ | 7.38 |
| 6/27/2025 | Copying and mailing of *Objections to Claims of Cynthia and Moran* | $ | 2.41 |
| 6/27/2025 | Copying and mailing of *Motion to Consolidate the Inn at Price Tower* | $ | 124.58 |
| 7/1/2025 | Copying and mailing of *Objection to Claim of Aubert* | $ | 1.58 |
| 7/2/2025 | copying and mailing of *Motion to Settle Disputed Matter* | $ | 104.81 |
| 7/21/2025 | Copying and mailing of *Objection to Amended Claim of Nichols* | $ | 1.18 |
| 7/22/2025 | Copying and mailing of *Motion for Summary Judgment re Brand* | $ | 4.92 |
| 7/28/2025 | Copying and mailing of *Motion for Scheduling Conference re Objection to Claim of Cynthia Blanchard* | $ | 1.18 |
| 7/30/2025 | Copying and mailing of *Motion for Scheduling Conference re Objection to Claim of Aubert* | $ | 1.03 |
| 8/29/2025 | Copying and mailing of *Motions to Settle re Jones, Keffer and Haskell* | $ | 199.52 |
| 9/8/2025 | Copying and Overnight mailing of *Interrogatories & Request for Documents to Taktik* | $ | 42.25 |
| 9/9/2025 | Copying and Overnight mailing of *Interrogatories & Request for Documents to Pictoria* | $ | 42.55 |
| 9/9/2025 | Copying and mailing of *Motion to Settle re PTAC* | $ | 73.20 |
| 9/9/2025 | Copying and Overnight mailing of *Discovery Requests to Aubert and to Nichols* | $ | 71.71 |
| 9/16/2025 | Copying and mailing of *Motion to Settle re Enterprise* | $ | 90.28 |
| 9/16/2025 | Copying and Overnight mailing of *Discovery Requests to Cynthia Blanchard* | $ | 29.82 |
| 9/29/2025 | Copying and Overnight mailing of *Motion to Settle Contested Matters and Notice of Opportunity for Hearing* | $ | 105.00 |

**TOTAL  $  1,168.11**