# EXHIBIT A

Greenberg email9: ... Documentatio Open with Google Docs

Re: Shareholder Demand for Accounting and Documentation

**Subject:** Re: Shareholder Demand for Accounting and Documentation
**From:** Ken Greenberg
**Date:** 9/26/23, 11:44 AM
**To:** Paul Aubert
**CC:** Cynthia Blanchard

How does one comment on this behavior? I would suggest documenting yours and his communications and provide him 2 day and time options to speak. I would also point out to him in writing that calling late on a Saturday evening and calling after traditional business hours is not professional and your office hours are not at 7PM but rather end at 5PM central times... Clearly me speaking with him is not an option. This most likely will revert to a lawsuit and proper protocol will kick in then.

On Tue, Sep 26, 2023 at 12:28PM Paul Aubert < > wrote:

I have been trying to set up a time with Craig to talk. He called at 7:30 last night, and I let it go to voice mail. We have texted a couple of times this morning and he's doing his puffing up stuff. Someone else may want to talk to him, because I'm to going to go off on him. If y'all want to get a deal done with him, you may not want me talking to him. I'm sick of his crap. He's one of the main reasons Anthem is being investigated and has no money. Just thought y'all should know. I am swamped on another deal trying to close the week, and just told him that I would talk to him this afternoon and he's giving me a bunch of crap.

On Sep 25, 2023, at 1:05 PM, Ken Greenberg < > wrote:

Might need to square out everything related to Dale and Craig, debt and equity? Obviously the same email to Dale as to Craig relating to whatever shareholder rights there are under Delaware law. Your call....

On Mon, Sep 25, 2023 at 1:33 PM Cynthia Blanchard <​ > wrote:

------ Forwarded Message ------
**Subject:** Shareholder Demand for Accounting and Documentation

Greenberg ema ... for Craig.pdf

Open with Google Docs

Re: Proposal for Craig

**Subject:** Re: Proposal for Craig
**From:** Ken Greenberg
**Date:** 9/28/23, 2:17 PM
**To:** Paul Aubert
**CC:** Cynthia Blanchard

Paul. I am good with this agreement. My sole question is that Dale today apparently submitted invoices totalling over $350k which based on the work product I have seen, is absurd. Are you comfortable that this settlement agreement, especially as it relates to Dale is for full settlement for all past and future claims of compensation of any kind. Cynthia told me that they were paid in full (maybe within $5K) up until March when the acquisition was completed. Thus ~$350+K for 5 months work, all the while Dale was out of the country for 3 months and has not been on property since April for one day? If you are comfortable that this is clear, I have no further comments...

Candidly, in litigation, an expert looking at the work product would be embarrassing for Dale, and given his temper, might be foolish enough to walk into that.

On Thu, Sep 28, 2023 at 2:50PM Paul Aubert <              > wrote:

Craig,

**This e-mail should be considered as settlement discussions for all purposes under Federal Rules of Evidence Rule 408 and any other applicable state rules.**

After internal discussions, we are prepared to offer the following to you and Dale to offer a clean break to all parties involved. Please note that we would need both of you to agree for this to be effective.

- Copper Tree would provide secured promissory note(s) due in 60 days with an annual interest rate equal to the prime rate. The principal amount would be based on the amounts you set forth in           state in your letter that the total due to you and Da           er Tree would provide individual notes to you a.           your letter, or we can

Greenberg em ... ing Down.pdf

[Open with Google Docs]

**Subject:** Re: Winding Down
**From:** Ken Greenberg
**Date:** 9/28/23, 1:06 PM
**To:** Cynthia Blanchard <  >, Paul Aubert <  >

this billing is nuts... and what is the $112k invoice for..? If they do not settle, a court appointed expert should be sought to analyze the value and quality of the work product...

Might suggest saying nothing at this point as Pauls settlement agreement should put an end another smoke screen....

On Thu, Sep 28, 2023 at 2:02PM Ken Greenberg <  > wrote:
Odd... does he have a Non-disparagement clause? Did not see it on a quick scan but did see it on Mike's. If anyone has a violation of that, I do not think it is Cynthia, and I have not. nor am I an officer, director, employee and/or agents of Copper Tree on paper as of this writing. Yet

On Thu, Sep 28, 2023 at 1:52PM Cynthia Blanchard <  > wrote:

-------- Forwarded Message --------
**Subject:** Winding Down
**Date:** Thu, 28 Sep 2023 13:27:06 -0400
**From:** Dale Takio – Taktik Enterprises
**To:**

Attn: Cynthia Blanchard, CEO

Copper Tree, Inc

501 SE Frank Phillips Blvd.

**Subject:** Re: Price Tower filtered collection's list for Collateralization_v.10.16.2023.1.xlsx
**From:** Ken Greenberg <greengoldkg@gmail.com>
**Date:** 12/5/23, 12:59 PM
**To:** Mike Moran <mike@pictoriastudios.com>
**BCC:** Cynthia@thepricetower.com

Mike.. Back from our States Capitol! Just reviewing this list you sent... approximately 750 items, wow..!
To be crystal clear, I do not have a horse in this race... But really, don't you find this way beyond overly aggressive and ridiculous? Not just the number of items but the overall value?
I know you, and I know you would think so... Just my thoughts that have no value in this conversation nor am I negotiating or posturing... Need to leave that to decision makers!
Ken

On Sun, Dec 3, 2023 at 1:51PM Mike Moran <mike@pictoriastudios.com> wrote:
> Ken,
> Cynthia should have this list. Let's get going sooner rather than later so everything you are trying to do doesn't get f'd up.
>
>
> ============ Forwarded message ============
> From: Dale Takio - Gmail <dtakio@gmail.com>
> To: <mike@pictoriastudios.com>
> Cc: "'Dale Takio'"<dtakio@gmail.com>
> Date: Fri, 01 Dec 2023 15:21:44 -0500
> Subject: Price Tower filtered collection's list for Collateralization_v.10.16.2023.1.xlsx
> ============ Forwarded message ============

--
Ken Greenberg
786-586-6351

Greenberg ema ... 23.1.xlsx.pdf

Open with Google Docs

**Date:** 12/5/23, 5:44 PM
**To:** Mike Moran
**BCC:**

Mike... as you know, no emotions from me as my role is primarily a loan broker. I never saw the list from Cynthia and for that matter, did not even know one was sent. Do you have a copy out of curiosity that yall found so insulting?

I will reach out as soon as I get my arms around the total situation... I am dealing with multiple transactions that are time sensitive but as my friend, please do not think you are not important to me...

Ken

On Tue, Dec 5, 2023, 5:35 PM Mike Moran < > wrote:

Ken,

Then, pick out the items you think equal the value due to the three of us and return a counter-proposal. The last offer we got contained exactly ZERO of the items on that list. It was all scrap metal quality pieces that have no reasonable value in liquidation and did not address the basic issue of collateralizing the debt in lieu of other action

If everything you are saying is true, then what is the problem? Even the 66 Sign, for example, If you get the loan, no problem. If you don't, then it's sold on the steps of the courthouse to an unknown buyer who would do God knows what with it. If we have a lien against it, our obvious course of action is to sell it to the city or an interested local party. This is not unreasonable. Get the emotions separated, and let's solve this.

We can do this a whole lot faster on a private phone call.

----- On Tue, 05 Dec 2023 13:59:14 -0500 **Ken Greenberg** < > wrote ---

Mike.. Back from our States Capitol! Just reviewing this list you sent... approximately 750 items, wow..!

To be crystal clear, I do not hav                                                you find this way beyond overly aggressive and ridiculous? Not just the number of items but the overall value?

# Patrick Castagna Kens Partner

last seen 16 minutes ago

January 12, 2024

AFiorotto@christies.com 8:27 AM

Alessandro Fiorotto Managing Director, EMEA Art Finance
CHRISTIE'S 8 King Street, London, SW1Y 6QT
AFiorotto@christies.com 8:31 AM

Did you find out if he has received the panda doc? 1:28 PM

Hi
He has not replied yet
But I'm sure he will
I will wil update you soon he does

1:30 PM



**Patrick Castagna Kens Partner**
last seen 21 minutes ago

from what I have here, When you find time please try to find pieces that you believe is at a 1 million minimum.

He will work diligently to give us an answer

Thank you

9:30 AM

Pat,
Unfortunately not – our minimum loan size is $1m and we can only lend against multiple pieces in a loan.

Alessandro

9:32 AM