## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I mailed a true and correct copy of the foregoing **Support Motion for Protective Order**.via U.S. Mail, postage prepaid, to the following:

**Patrick J. Malloy III**
Chapter 7 Trustee
401 South Boston Avenue, Suite 500
Tulsa, OK 74103

**Karen Walsh**
Office of the United States Trustee
224 South Boulder Avenue, Suite 225
Tulsa, OK 74103

**Craig A. Brand, ESQ.**
Craig Brand Law Firm
11222 Oak Shore Lane
Clermont, FL. 34711

Dated: October 9, 2025

*/s/ Cynthia Diane Blanchard/*

**Cynthia Diane Blanchard, Pro Se Movant**
414 SE Washington Blvd. Ste. 205.
Bartlesville Ok 74006
310-435-5707