# EXHIBIT A



From: **Cynthia French blanchard** cdfblanchard@gmail.com
Subject: Re: Meet and Confer re: Interrogatories Served September 16, 2025
Date: October 8, 2025 at 5:14 PM
To: Craig Brand craigabrand@me.com
Cc: Pat Malloy pjmiiim@sbcglobal.net

Mr. Brand,

Thank you for your response. For purposes of Rule 26(c), this email confirms that I made a good-faith effort to confer regarding your discovery requests. Based on your reply, it appears we are unable to resolve this dispute without Court intervention.

Best Regards,
Cynthia Diane Blanchard


On Wed, Oct 8, 2025 at 5:03PM Craig Brand <craigabrand@me.com> wrote:

> Dear Ms. Blanchard,
> Your answers, responses are due 30 days from the date I served them on you.  The Trustee's propounded discovery is not mine and the asks are not duplicative.  If you do discover any to match, I am open to reviewing the same with you to determine any overlap and the sufficiency of your answer/responsive docs.  Otherwise, we are expecting our answers and the requested documents next week.


> Craig A. Brand, Esq.


> On Oct 8, 2025, at 3:51PM, Cynthia French blanchard <cdfblanchard@gmail.com> wrote:


> Mr. Brand,

> I am in receipt of your interrogatories served on September 16, 2025. As you know, the Chapter 7 Trustee has already objected to my Proof of Claim, and the Court has set a discovery schedule that closes on November 7, 2025. I have already provided the Trustee

with my completed interrogatory responses and supporting documentation in accordance with that schedule.

Because the Trustee (cc'd) has already propounded discovery on my claim, I believe your interrogatories are unnecessary and duplicative. In the interest of avoiding unnecessary burden and expense for all parties, I respectfully request that you withdraw them.

Please confirm within two days whether you will do so. This request is made in good faith pursuant to Rule 26(c).

Sincerely,
Cynthia Diane Blanchard

cc: Patrick J. Malloy III



From: **Craig Brand** craigabrand@me.com
Subject: Re: Meet and Confer re: Interrogatories Served September 16, 2025
Date: October 8, 2025 at 5:19 PM
To: Cynthia French blanchard cdfblanchard@gmail.com
Cc: Patrick Malloy pjmiiim@sbcglobal.net

Mrs. Blanchard note that I will be asking the Court for sanctions should you fail to timely and properly respond. Based upon your meet n conferral you were given an opportunity to show me what specific items are overlap or duplicative. You apparently have refused. Wherefore, the only logical assumption that can be drawn is that you simply refuse to timely and properly and appropriately answer/respond to my discovery which has been in your possession since Sept. 16, 2025. See you in Court if that is where you are taking us.

Craig A. Brand

On Oct 8, 2025, at 4:14PM, Cynthia French blanchard <cdfblanchard@gmail.com> wrote:

Mr. Brand,

Thank you for your response. For purposes of Rule 26(c), this email confirms that I made a good-faith effort to confer regarding your discovery requests. Based on your reply, it appears we are unable to resolve this dispute without Court intervention.

Best Regards,
Cynthia Diane Blanchard

On Wed, Oct 8, 2025 at 5:03PM Craig Brand <craigabrand@me.com> wrote:
Dear Ms. Blanchard,
Your answers, responses are due 30 days from the date I served them on you. The Trustee's propounded discovery is not mine and the asks are not duplicative. If you do discover any to match, I am open to reviewing the same with you to determine any overlap and the sufficiency of your answer/responsive docs. Otherwise, we are expecting our answers and the requested documents next week.