**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-10088 | M | Judge: | Terrence L. Michael | Trustee Name: | PATRICK J. MALLOY III, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | GREEN COPPER HOLDINGS, LLC | | | | Date Filed (f) or Converted (c): | 01/22/2025 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2025 |
| For Period Ending: | 09/30/2025 | | | | Claims Bar Date: | 06/09/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Truity Credit Union - Checking account 2024 | 10.19 | 0.00 | | 0.00 | FA |
| 2. Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower  Includes personal property items located on the property at the time of sale. | 1,400,000.00 | 1,400,000.00 | | 1,400,000.00 | FA |
| 3. Tax Refunds payable to Inn At Price Tower  (u)  Related entity.  Trustee will move to consolidate. | 129,033.25 | 129,033.25 | | 129,033.25 | FA |
| 4. Rent from Ambler Architects for Storage (u) | 800.00 | 800.00 | | 800.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,529,843.44       $1,529,833.25        $1,529,833.25       $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/30/25: A motion to settle numerous contested matters including resolving millions of dollars in claims has been filed and is pending. The trustee has conducted discovery relative to his objection to three remaining claims and will either settle his objections or request an evidentiary hearing.

Initial Projected Date of Final Report (TFR): 03/31/2026     Current Projected Date of Final Report (TFR): 03/31/2026

Trustee Signature:     /s/ PATRICK J. MALLOY III, TRUSTEE          Date: 10/13/2025

PATRICK J. MALLOY III, TRUSTEE
401 S. Boston Ave., Suite 500
Tulsa, OK 74103
(918)699-0345
pjmiiim@sbcglobal.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-10088　　　　　　　　　　　　　　　　　　　　Trustee Name: PATRICK J. MALLOY III, TRUSTEE
Case Name: GREEN COPPER HOLDINGS, LLC　　　　　　　　　Bank Name: Axos Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0463
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX9708　　　　　　　　　　　　　　Blanket Bond (per case limit): $4,200,000.00
For Period Ending: 09/30/2025　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/25 | 3 | IRS<br>KANSAS CITY MO | Tax Refund | 1224-000 | $68,676.15 | | $68,676.15 |
| 03/06/25 | 4 | AMBLER ARCHITECTS<br>PO BOX 2446<br>BARTLESVILLE, OKLA 74005 | Rent FOR STORAGE | 1221-000 | $400.00 | | $69,076.15 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.13 | $69,022.02 |
| 04/03/25 | 2001 | International Sureties<br>701 Poydras St., Suite 420<br>New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 | 2300-000 | | $54.90 | $68,967.12 |
| 04/16/25 | 3 | IRS<br>OGDEN UTAH | Tax Refund | 1224-000 | $60,357.00 | | $129,324.12 |
| 04/16/25 | 4 | AMBLER ARCHITECTS<br>PO BOX 2446<br>BARTLESVILLE, OKLA 74005 | Rent FOR STORAGE | 1221-000 | $400.00 | | $129,724.12 |
| 04/16/25 | 2001 | International Sureties<br>701 Poydras St., Suite 420<br>New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 Reversal Trustee already paid invoice from personal account | 2300-000 | | ($54.90) | $129,779.02 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.04 | $129,674.98 |
| 05/06/25 | | FIRST TITLE & ABSTRACT<br>1401 S BOULDER AVE<br>TULSA, OKLA 74119 | Proceeds from sale of real estate and personal property per Order entered (Doc. No. 98) | | $1,155,894.06 | | $1,285,569.04 |
| | | | Gross Receipts　　　$1,400,000.00 | | | | |
| | | | Credit for Earnest Money Deposit already received　　　($140,000.00) | 1290-000 | | | |
| | | | County taxes 1/1/25-5/2/25　　　($23,491.29) | 2820-000 | | | |
| | | | Hospitality Taxes 1/1/25 to 5/2/25　　　($262.22) | 2820-000 | | | |
| | | | Title Service Fee　　　($550.00) | 2500-000 | | | |
| | | | UCC Search　　　($100.00) | 2500-000 | | | |
| | | | Abstract Fee　　　($600.00) | 2500-000 | | | |
| | | | Gap check　　　($50.00) | 2500-000 | | | |

　　　　　　　　　　　　　　　　　　　　Page Subtotals:　　　　　$1,285,727.21　　　　$158.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-10088  
Case Name: GREEN COPPER HOLDINGS, LLC  
Taxpayer ID No: XX-XXX9708  
For Period Ending: 09/30/2025  

Trustee Name: PATRICK J. MALLOY III, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0463  
Checking  
Blanket Bond (per case limit): $4,200,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | | 5 Uniform Tran. Code | 6 Deposits ($) | 7 Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Federal Court Certification | ($100.00) | 2700-000 | | | |
| | | | Special Assessment Letter | ($10.00) | 2500-000 | | | |
| | | | Recording Charges: Documentary Stamps and Recording of Deed to Simplifile | ($2,124.00) | 2500-000 | | | |
| | | | Ad Valorem Taxes - 2024 to County Clerk | ($75,968.10) | 4700-000 | | | |
| | | | Hospitality Taxes - 2024 to County Clerk | ($850.33) | 4800-000 | | | |
| | 2 | | Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower | $1,400,000.00 | 1110-000 | | | |
| 05/06/25 | | MALLOY TRUST ACCOUNT 401 SOUTH BOSTON SUITE 500 TULSA, OKLAHOMA 74103 | Earnest money received re: sale of real estate and personal property per Order entered (Doc. No. 98) | | 1290-000 | $140,000.00 | | $1,425,569.04 |
| 05/12/25 | 3 | IRS | Adjustment credit for deposit error - Dep. No. 203 | | 1224-000 | $0.10 | | $1,425,569.14 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $1,297.05 | $1,424,272.09 |
| 06/23/25 | 2002 | GableGotwals | Special Counsel for Trustee fees and expenses approved per order, Doc. No. 130 | | | | $28,353.00 | $1,395,919.09 |
| | | GableGotwals | Special Counsel for Trustee expenses | ($16.50) | 3220-000 | | | |
| | | GableGotwals | Special Counsel for Trustee fees | ($28,336.50) | 3210-000 | | | |
| 06/23/25 | 2003 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK 74103 | Attorney for Trustee fees and expenses approved per order, Doc. 129 | | | | $57,732.43 | $1,338,186.66 |
| | | MALLOY LAW FIRM | Attorney for Trustee fees | ($56,735.00) | 3110-000 | | | |
| | | MALLOY LAW FIRM | Attorney for Trustee expenses | ($997.43) | 3120-000 | | | |
| 06/23/25 | 2004 | Asset Liquidation Specialists | Real estate professional fees approved per Order, Doc. No. 131 | | 3510-000 | | $18,591.72 | $1,319,594.94 |

Page Subtotals:   $140,000.10   $105,974.20

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-10088  
Case Name: GREEN COPPER HOLDINGS, LLC  
Taxpayer ID No: XX-XXX9708  
For Period Ending: 09/30/2025  

Trustee Name: PATRICK J. MALLOY III, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0463  
Checking  
Blanket Bond (per case limit): $4,200,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,513.65 | $1,318,081.29 |
| 07/01/25 | 2005 | David R. Payne D. R. Payne & Associates, Inc. 119 North Robinson Avenue, Suite 400 Oklahoma City, OK 73102 | Expert/Accountant for Trustee fees and expenses approved per Order, Doc. No. 151 | | | $7,813.65 | $1,310,267.64 |
| | | David R. Payne | Accountant for Trustee fees ($7,314.65) | 3410-000 | | | |
| | | David R. Payne | Accountant for Trustee expenses ($499.00) | 3992-000 | | | |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,448.63 | $1,308,819.01 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,445.08 | $1,307,373.93 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $1,425,727.31 | $118,353.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,425,727.31 | $118,353.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,425,727.31 | $118,353.38 |

Page Subtotals: $0.00 $12,221.01

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0463 - Checking | $1,425,727.31 | $118,353.38 | $1,307,373.93 |
|  | $1,425,727.31 | $118,353.38 | $1,307,373.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $244,105.94 |
|---|---|
| Total Net Deposits: | $1,425,727.31 |
| Total Gross Receipts: | $1,669,833.25 |

Trustee Signature: /s/ PATRICK J. MALLOY III, TRUSTEE
Date: 10/13/2025

PATRICK J. MALLOY III, TRUSTEE
401 S. Boston Ave., Suite 500
Tulsa, OK 74103
(918)699-0345
pjmiiim@sbcglobal.net

Page Subtotals: $0.00 $0.00