# Exhibits

- **Exhibit A** – Craig Brand Pro Hac Vice Application (Doc. 172)
- **Exhibit B** – TakTik Enterprises, Inc. W-9 listing 11222 Oakshore Lane, Clermont, FL 34711, signed by Dale D. Takio (client's address, not counsel's)