## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I mailed a true and correct copy of the foregoing Claimant Cynthia Diane Blanchard's MOTION TO REVOKE PRO HAC VICE ADMISSION OF CRAIG BRAND via prepaid U.S. Certified Mail to the following:

**Patrick J. Malloy III**
Chapter 7 Trustee
401 South Boston Avenue, Suite 500
Tulsa, OK 74103

**Karen Walsh**
Office of the United States Trustee
224 South Boulder Avenue, Suite 225
Tulsa, OK 74103

**Craig Brand, ESQ.**
11222 Oakshore Lane.
Clermont, FL. 34711


Dated: October 20, 2025

*/s/ Cynthia Diane Blanchard*

**Cynthia Diane Blanchard, Pro Se Movant**
414 SE Washington Blvd. Ste. 205.
Bartlesville Ok 74006
310-435-5707