

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
THE BRAND LAW FIRM, P.A.

**Filing Information**

| | |
|---|---|
| **Document Number** | P13000015986 |
| **FEI/EIN Number** | 27-0342914 |
| **Date Filed** | 02/18/2013 |
| **Effective Date** | 02/11/2013 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

11222 Oakshore Lane
SUITE 500
Clermont, FL 34711

Changed: 07/19/2020

**Mailing Address**

4650 Indian Creek Road
Loveland, CO 80538

Changed: 07/19/2020

**Registered Agent Name & Address**

Takio, Dale
11222 Oakshore Lane
Lake View Suite
Clermont, FL 34711

Name Changed: 01/31/2023

Address Changed: 07/19/2020

**Officer/Director Detail**

**Name & Address**

Title P

BRAND, CRAIG A
4650 Indian Creek Road
Loveland, CO 80538

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/31/2023 |
| 2024 | 02/05/2024 |
| 2025 | 02/10/2025 |

**Document Images**

| | |
|---|---|
| 02/10/2025 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/19/2020 -- ANNUAL REPORT | View image in PDF format |
| 06/14/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/18/2013 -- Domestic Profit | View image in PDF format |