**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

**TRUSTEE'S REQUEST FOR ORDER**

Comes now the Trustee and states:

1.  The Trustee filed herein his *TRUSTEE'S SECOND MOTION FOR ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES TO MALLOY LAW FIRM P.C. AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 332). The Motion seeks authority to pay Malloy Law Firm, P.C. ("Malloy") second interim attorney fees totaling $45,465.00 and expenses totaling $1,168.11.

2.  The Trustee provided timely and proper notice of the Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 334).

3.  No objections to the Motion were filed within the time prescribed in the Motion.

4.  The fees and costs prayed for are reasonable and necessary.

5.  Simultaneously with the filing of this pleading, the Trustee has submitted a proposed order to the Court.

Respectfully Submitted By:    s/ Patrick J. Malloy III
                Patrick J. Malloy III, OBA #5647
                MALLOY LAW FIRM, P.C.
                401 S. Boston Ave. Suite 500
                Tulsa, Oklahoma  74103
                Telephone:  918-699-0345
                Fax:    918-699-0325
                *ATTORNEYS FOR TRUSTEE*