IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

### TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On September 29, 2025, the Trustee filed herein his *TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT OF CONTESTED MATTERS, AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 324). The Motion seeks an order of this Court approving settlement between the Trustee, Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik") to the contested matters identified in the Motion under the following conditions:

    a. Taktik shall have an allowed unsecured claim against the estate for the sum of $**250,362.37.**

    b. Pictoria shall have an allowed unsecured claim against the estate for the sum of **$149,637.63.**

    c. Neither claim shall be entitled to secured status, or administrative or other priority treatment under the Bankruptcy Code.

    d. Taktik and Pictoria will withdraw all objections, motions or other documents filed in connection with the Pending Matters, and those matters will then be concluded in due course.

    e. In particular, with respect to Pending Matters c. through h. – *i.e.* motions to settle – given the fact that no objections, other than those of Pictoria and Taktik, were filed thereto, the Trustee shall forthwith submit proposed orders approving all of those motions.

2. On September 29, 2025, the Trustee mailed a true and exact copy of the Motion to all necessary and interested parties in the substantively consolidated cases as evidenced by his Certificate of Service filed herein (Doc. No. 333).

3. No objections to the proposed consolidation have been filed within the time prescribed in the Motion.

4. The Trustee asserts that the proposed settlement with Pictoria and Taktik is in the best interest of all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*