**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | Filed/Docketed |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

Filed/Docketed
Oct 28, 2025

## ORDER

This matter having come on for consideration this 28th day of October 2025, on the *TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT OF CONTESTED MATTERS, AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 324), the Court finds:

1. The Motion was filed on September 29, 2025, seeking an order approving a settlement between the Trustee, Pictoria Studios USA, Inc. ("Pictoria") and Taktik Enterprises, Inc. ("Taktik") related to the following contested matters:

    a. Trustee's Objection to Pictoria's Proof of Claim for the sum of $217,975 [Doc. No. 135];

    b. Trustee's Objection to Takio's Proof of Claim for the sum of $513,918.65 [Doc. No. 132];

    c. Trustee's motion to settle claims related to the Frank Lloyd Wright Conservancy [Doc. No. 156] and Pictoria's and Taktik's Objections thereto;

    d. Trustee's motion to settle proof of claims filed by Donna Keffer [Doc. No. 263] and Pictora's and Taktik's objections thereto;

e.  Trustee's motion to settle proof of claims by Linda Jones [Doc. No. 264] and Pictoria's and Taktik's objections thereto;

f.  Trustee's motion to settle proof of claims filed by Mark Haskell [Doc. No. 265] and Pictoria's and Taktik's objections thereto;

g.  Trustee's motion to settle proof of claims filed by The Price Tower Arts Center [Doc. No. 286] and Pictoria's and Taktik's objections thereto;

h.  Trustee's motion to settle proof of claim filed herein by Enterprise Global [Doc. No. 300] and Pictoria's and Taktik's objections thereto;

i.  Pictoria's and Taktik's motions to compel the Trustee to undertake certain acts [Doc. No. 249], and the Trustee's objection thereto.

2.  Under the terms of the settlement agreement,

   **a.**  Taktik shall have an allowed unsecured claim against the estate for the sum of **$250,362.37.**

   **b.**  Pictoria shall have an allowed unsecured claim against the estate for the sum of **$149,637.63.**

   c.  Neither claim shall be entitled to secured status, or administrative or other priority treatment under the Bankruptcy Code.

   d.  Taktik and Pictoria will withdraw all objections, motions or other documents filed in connection with the Pending Matters, and those matters will then be concluded in due course.

   e.  In particular, with respect to Pending Matters c. through h. – *i.e.* motions to settle – given the fact that no objections, other than those of Pictoria and Taktik, were

filed thereto, the Trustee shall forthwith submit proposed orders approving all of those motions.

3.  The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

4.  No objections to the proposed settlement were filed within the time prescribed in the motion.

5.  The proposed settlement is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to enter into a settlement with Takio and Pictoria of the above referenced matters pursuant to the terms and conditions stated above.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:           918-699-0325
*ATTORNEYS FOR TRUSTEE*