**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| Debtors. | ) | |
| | / | |

<u>**CLAIMANT PICTORIA STUDIOS USA, INC.'s**</u>
<u>**REQUEST FOR HEARING**</u>

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14)**, by and through their undersigned counsel and hereby files this Request for Order and states:

1.    Claimant, Cynthia Blanchard filed a Motion for Protective Order, ECF 338.

2.    ECF is in response to ECF 298, which is Interrogatories and Requests for Production that Pictoria served upon her. *See* a copy of said Interrogatories and Requests for Production attached hereto as **Exhibit 1** (Roggs) and **Exhibit 2** (RFP).

3.    In response to ECF 338, Pictoria filed, on October 14, 2025, a Response found at ECF 340.

4.    The time period for which to respond to Pictoria's propounded Discovery or Object thereto has long come and gone.

WHEREFORE, the Movant hereby prays that this Honorable Court shall set a hearing on this matter as well as any and all other relief deemed just and proper.

RESPECTFULLY SUBMITTED ON THIS 1st day of November, 2025.

/s/ *Craig A. Brand, Esq.*

By: _____

   Craig Alan Brand, Esq.
  FBN: 896111
  Tel. (305) 878-1477
  6462 S. Jamaica Circle
  Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this foregoing Request for Hearing was filed

with the Clerk of Court on this 1st day of November, 2025. In addition, a copy was mailed by

United States first class mail to the following recipient(s):

     Cynthia Diane Blanchard, pro se
     414 SE Washington Blvd. Ste. 205
     Bartlesville, OK 74006
     310-435-5707

/s/ *Craig A. Brand, Esq.*

By: _____

   Craig Alan Brand, Esq.
  FBN: 896111
  Tel. (305) 878-1477
  6462 S. Jamaica Circle
  Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)