UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| Debtors. | ) | |

### CLAIMANT PICTORIA STUDIOS USA, INC., AND CLAIMANT TAKTIK ENTERPRISES, INC.
### REQUEST FOR HEARING

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14)**, AND **CLAIMANT TAKTIK ENTERPRISES, INC. (CLAIM NO. 4)** by and through their undersigned counsel and hereby files this Request for Hearing and states:

1. Claimant, Cynthia Blanchard filed her Renewed Motions for Protective Order, ECF 283 & 284.

2. In response, Pictoria and Taktik filed their Response to her Motions, found at ECF 289.

3. Nothing further is due or needed.

4. The timing is ripe to have this matter heard.

5. WHEREFORE, the Movant hereby prays that this Honorable Court shall set a hearing on this matter as well as any and all other relief deemed just and proper.

RESPECTFULLY SUBMITTED ON THIS 1st day of November, 2025.

/s/ *Craig A. Brand, Esq.*
By: _____
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Request for Hearing was filed with the Clerk of Court on this 1st day of November, 2025. In addition, a copy was mailed by United States first class mail to the following recipient(s):

   Cynthia Diane Blanchard, pro se
   414 SE Washington Blvd. Ste. 205
   Bartlesville, OK 74006
   310-435-5707

/s/ *Craig A. Brand, Esq.*
By: _____
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)