IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On July 15, 2025, the Trustee filed herein his *TRUSTEE'S NOTICE AND MOTION TO SETTLE DISPUTED MATTER AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 156). The Motion seeks an order of this Court approving settlement between the Trustee and the Frank Lloyd Wright Conservancy ("Conservancy") under the following conditions:

   a. The Trustee will release any and all claims against the Conservancy arising out of or related to the above referenced state court proceeding and shall cause to be filed in the state court matter a dismissal of all claims;

   b. The Conservancy shall withdraw its Proof of Claim and shall release any and all claims against this estate; and

   c. The Trustee shall release any and all avoidance claims with respect to the pre-petition transfers of property to 20C.

2. On July 15, 2025, the Trustee mailed a true and exact copy of the Motion to all necessary and interested parties as evidenced by his Certificate of Service filed herein (Doc. No. 159).

3. On July 21, 2025, objections to the proposed settlement were filed by Craig Brand and Adriana Soto JTRWOS (Doc. No. 173), Dale Takio and Takitik Enterprises, Inc. ("Takio") (Doc. No. 175) and Pictoria Studios USA, Inc. ("Pictoria") (Doc. No. 179). A motion to settle the objections with Takio and Pictoria was filed on September 29, 2025, and the order approving that settlement and resolving the objections was entered on October 28, 2025 (Doc. No. 345).

4. The Trustee asserts that the proposed settlement with the Conservancy is in the best interest of all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:	918-699-0345
Fax:	918-699-0325
*ATTORNEYS FOR TRUSTEE*