## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On August 29, 2025, the Trustee filed herein his *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM 19-2 FILED HEREIN BY LINDA JONES ("Jones") PURSUANT TO FED. R BANK P. 9019; FOR ORDER AUTHORIZING INTERIM DISTRIBUTION OF PRIORITY WAGE CLAIM; FOR ORDER DENYING OBJECTION TO CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 264). The Motion seeks an order of this Court approving settlement between the Trustee and Linda Jones ("Jones") on the following conditions:

   a. The penalty portion of Jone's claim will be disallowed;

   b. Jones will have an allowed general unsecured claim in the amount of $45,000;

   c. $1,161.29 of the allowed claim would constitute a priority wage claim pursuant to 11 U.S.C. § 507(a)(4);

   d. Subject to the Court's approval, the Trustee will effect an interim distribution of the priority wage claim totaling $1,161.29; and

    e. Upon approval of the proposed settlement, the Trustee will request that the Court enter an order denying the Objection filed by Pictoria and Taktik on the basis of mootness.

2. Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") filed objections to Jones' original claim filed herein at Doc. No. 253. Pictoria and Taktik additionally filed objections to the Motion (Doc. No. 268). No other objections to the Motion were filed herein.

3. On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters resulted in Pictoria's and Taktik's consent to Court approval of the Motion.

4. The Trustee asserts that the proposed settlement with Jones is in the best interest of this estate and all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:             918-699-0325
*ATTORNEYS FOR TRUSTEE*