IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On August 29, 2025, the Trustee filed herein his *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM NOS. 21-2, 22-2, and 23-2 FILED HEREIN BY MARK HASKELL ("Haskell") AND MOTION FOR ORDER DENYING OBJECTION TO THESE CLAIMS AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 265). The Motion seeks an order of this Court approving settlement between the Trustee and Mark Haskell ("Haskell") on the following conditions:

    a. Haskell will have an allowed general unsecured claim in the amount of $570,000; and

    b. Claims 21, 22 and 23 will be withdrawn or substituted by the agreed upon claim.

2. Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") filed objections to Haskell's claims filed herein at Doc. Nos. 250, 254 and 256. Pictoria and Taktik additionally filed objections to the Motion (Doc. No. 269). No other objections to the Motion were filed herein.

3. On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters resulted in Pictoria's and Taktik's consent to Court approval of the Motion.

4. The Trustee asserts that the proposed settlement with Haskell is in the best interest of this estate and all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*