IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S STATUS REPORT RE: CLAIMS OBJECTIONS, REQUEST FOR DEADLINE TO FILE A MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ADDITIONAL TELEPHONIC CONFERENCE RE: OBJECTION TO CLAIM OF CYNTHIA BLANCHARD**

COMES NOW the Trustee and states:

1. Pursuant to this Court's prior Scheduling Order (Doc. No. 278), the Trustee is obligated to provide a status report relative to all pending claims objections.

2. By virtue of this Court's order approving a global agreement among certain of the creditors who filed claims in these proceedings, most of the claims litigation has been resolved. There are three exceptions:

    a. the Trustee's objection to Claim No. 2 filed herein by Paul Aubert ("Aubert") for the sum of $212,500.00 (Doc. No. 152) (the "Aubert Claim");

    b. the Trustee's objection to Claim No. 1, as amended, filed herein by Cynthia Blanchard ("Blanchard") for the sum of $285,107.88 (Doc. No. 144) (the "Blanchard Claim");[1]

---

[1] It should be noted that an objection to the Blanchard Claim has also been filed by Pictoria Studios USA, Inc. and Taktik Enterprises, Inc. [Doc No. 285]. This Status Report does not address the status of that contested matter.

  c. the Trustee's objection to Claim No. 3, as amended, filed herein by Renee Nichols ("Nichols") for the sum of $246,975.00 (Doc Nos. 133 and 171) (the "Nichols Claim").

3. Written discovery has been completed in all three of the referenced matters.

4. With respect to the Trustee's objection to the Aubert Claim, settlement discussions have not produced a consensual resolution. The Trustee intends to file a motion for summary judgment (the "MSJ") within ten (10) days of the filing of this Report. The Trustee requests an order authorizing the filing of the MSJ in that timeframe and setting a deadline for Aubert to respond to the motion.

5. With respect to the Trustee's objection to the Blanchard Claim, settlement discussions have not produced a consensual resolution. The Trustee requests an additional telephonic conference to discuss procedural matters. Blanchard is a *pro se* party, and the Trustee believes a conference with the Court would assist both parties in understanding what additional proceedings are necessary to conclude the matter.

6. With respect to the Trustee's objection to the Nichols' Claim, the Trustee and Nichols have successfully reached agreement on the terms of a settlement, subject to this Court's approval on Notice and Opportunity. The Trustee's motion for order approving the proposed settlement was filed on November 6, 2025.

 WHEREFORE the Trustee prays for an order (i) authorizing him to file a motion for summary judgment relative to the pending objection to the Aubert Claim within 10 days of the filing of this pleading; and (ii) scheduling a telephonic conference to discuss procedural matters relative to the objection to the Blanchard Claim.

Respectfully Submitted by:    <u>/s/ Patrick J. Malloy III</u>
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*