UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
GREEN COPPER HOLDINGS, LLC    Case No. 25-10088-T
COPPER TREE, INC.
INN AT PRICE TOWER, INC., Substantively Consolidated

## NOTICE OF INTENT TO REST ON THE DOCKET FOR CLAIM 1-2

Comes now creditor Cynthia Diane Blanchard, appearing *pro se*, and hereby notifies the Court of her intent to rest on the docket as to all filings, pleadings, and motions relating to her Proof of Claim 1-2 and any associated matters in the above-captioned case.

This notice is submitted pursuant to the Court's prior guidance allowing parties to rely on the written record to avoid unnecessary hearings and expense to the estate. Ms. Blanchard respectfully requests that all pending matters involving her filings be considered and decided on the existing docket and written record.

**Date:** November 7, 2025

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard Pro Se Creditor
414 SE Washington Blvd. Ste. 205.
Bartlesville Ok, 74006.
PH: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025 that I, Cynthia Diane Blanchard, mailed via certified mail a true and correct copy of the foregoing Notice Of Intent To Rest On The Docket For Claim 1-2, to the following:

**Patrick J. Malloy III**
Chapter 7 Trustee
401 South Boston Avenue, Suite 500
Tulsa, OK 74103

**Karen Walsh**
Office of the United States Trustee
224 South Boulder Avenue, Suite 225
Tulsa, OK 74103

Dated: November 7, 2025

*Cynthia Diane Blanchard* (signature)

**Cynthia Diane Blanchard, Pro Se Movant**
414 SE Washington Blvd. Ste. 205.
Bartlesville Ok 74006
310-435-5707