UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
|         Debtors. | ) | |
| | / | |

**CLAIMANT PICTORIA STUDIOS USA, INC., AND CLAIMANT TAKTIK ENTERPRISES, INC. 'S
STATUS REPORT AS PER ECF 278**

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14)**, AND **CLAIMANT TAKTIK ENTERPRISES, INC. (CLAIM NO. 4), together shall from time to time be referred to as "movants",** by and through their undersigned counsel and hereby files this Status Report as per the Court's Scheduling Order found at ECF 287, and states:

1. Pictoria and Taktik have settled their claims pursuant to ECF 345.

2. Movants still have the following open matters for which a court hearing has been requested:

    A. Movant's ECF 285 (1-3), is an Objection to Mrs. Cynthia Blanchard's *Claims No. 1and 1-2.*

    B. Mrs. Blanchard also untimely filed a Motion for Protective Order as to the Movant's propounded Discovery, See, ECF 338. Movants filed a Response and request for hearing at ECF 340.

        1. Movant's are challenging Mrs. Blanchard's claim for a host of reasons, many differing and expanding upon the Trustee's limited but valid argument from where

his Discovery arises from. The Trustee has focused on the value of any monies allegedly provided to the Debtor by Mrs. Blanchard, arguing that any monies placed are to be charged as legal consideration for her shares in the Debtor as no other proofs of legal consideration has been provided. As such Mrs. Blanchard's claims are not truly a legal claim for bankruptcy purposes, but that she would possibly have an unsecure interest subservient to any true bankruptcy claims.

2. Movants are challenging the validity, authenticity, legality and lawfulness of Mrs. Blanchard's conduct, sources of money, truth and veracity of the expenditures, handling of the Debtor and the monies taken or used, the comingling of accounts and improper intermixing and comingling of monies, legitimacy of any actual expenses, legitimacy of transfers, legitimacy of monies taken or reimbursed, the entirety of any alleged loan, as well as payments to have been made for legal consideration for her shares and officer position within the Debtor disguised as a loan. These "White Collar" markers each warrant considerable discovery, however, Pictoria Studios has shown by its limited first set of discovery to be very efficient and judicious. Pictoria's discovery follows its Objections to Mrs. Blanchard's Claim and <u>attaches affidavits in support</u> of the serious allegations against her. *See*, ECF 285, 285(1-3).

C. Mrs. Blanchard has also filed ECF 279 which is her Motion for Protective Order From Being Deposed. Movants filed ECF 289 in Response as well as requested a hearing.

D. Pictoria filed ECF 346 (1-3) requesting a Hearing upon and complaining of Mrs. Blanchard's delay tactics, bad-faith conduct and obstruction of the discovery process for which the Court had already ordered to proceed.

WHEREFORE, the Movant hereby prays that this Honorable Court shall set a hearing on this matter as well as any and all other relief deemed just and proper.

RESPECTFULLY SUBMITTED ON THIS 8th day of November, 2025.

/s/ *Craig A. Brand, Esq.*
By: _____
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111
   **On behalf of and for:** PICTORIA STUDIOS USA, INC. (Claim No. 14) and, TAKTIK ENTERPRISES (Claim 4)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Request for Hearing was filed with the Clerk of Court on this 8th day of November, 2025. In addition, a copy was mailed by United States first class mail to the following recipient(s):

Cynthia Diane Blanchard, pro se
414 SE Washington Blvd. Ste. 205
Bartlesville, OK 74006
310-435-5707

/s/ *Craig A. Brand, Esq.*
By: _____
   Craig Alan Brand, Esq.
   FBN: 896111
   Tel. (305) 878-1477
   6462 S. Jamaica Circle
   Englewood, Colorado 80111

   **On behalf of and for:**
   PICTORIA STUDIOS USA, INC. (Claim No. 14) and, TAKTIK ENTERPRISES (Claim 4)