IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Nov 10, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter having come on for consideration this 10th day of November 2025, on the *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM NOS. 21-2, 22-2, and 23-2 FILED HEREIN BY MARK HASKELL ("Haskell") AND MOTION FOR ORDER DENYING OBJECTION TO THESE CLAIMS AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 265), the Court finds:

1. The Motion was filed on August 29, 2025, seeking an order approving a settlement between the Trustee and Mark Haskell ("Haskell") under the following conditions:

    a. Haskell will have an allowed general unsecured claim in the amount of $570,000; and

    b. Claims 21, 22 and 23 will be withdrawn or substituted by the agreed upon claim.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3. An Objection to the Motion was filed herein by Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") (Doc. No. 269). No other objections to the Motion were filed. Pictoria and Taktik had additionally objected to Jones' original claims (Doc. 250, 254, 256).

4. On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters provided that Pictoria and Taktik consented to an entry of an order approving the Motion.

5. The proposed settlement is fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to settle his objection to Proof of Claim Nos. 21-2, 22-2 and 23-2 filed by Mark Haskell pursuant to the terms and conditions stated above.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*