**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**



Filed/Docketed
Nov 10, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter having come on for consideration this 10th day of November 2025 upon *TRUSTEE'S SECOND MOTION FOR ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES TO MALLOY LAW FIRM P.C. AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 332) ("Motion"), the Court finds:

1. The Motion seeks authority to pay second interim attorney fees totaling **$45,465.00** and costs of **$1,168.11** to Malloy Law Firm, P.C. ("Malloy").

2. The Trustee provided timely and proper Notice of the Motion to all necessary and interested parties.

3. No objections to the Motion were filed within the time prescribed in the Motion.

4. The fees and costs prayed for are reasonable and necessary, and payment of such fees and costs are in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to pay attorney fees to Malloy Law Firm, P.C. totaling **$45,465.00** and costs of **$1,168.11**.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*