IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Nov 10, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter having come on for consideration this 10th day of November 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SETTLE DISPUTED MATTER AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 156), the Court finds:

1. The Motion was filed on July 15, 2025, seeking an order approving a settlement between the Trustee and the Frank Lloyd Wright Conservancy ("Conservancy") under the following conditions:

    a. The Trustee will release any and all claims against the Conservancy arising out of or related to the above referenced state court proceeding and shall cause to be filed in the state court matter a dismissal of all claims;

    b. The Conservancy shall withdraw its Proof of Claim and shall release any and all claims against this estate; and

    c. The Trustee shall release any and all avoidance claims with respect to the pre-petition transfers of property to 20C.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3. On July 21, 2025, objections to the proposed settlement were filed by Craig Brand and Adriana Soto JTRWOS (Doc. No. 173), Dale Takio and Takitik Enterprises, Inc. ("Takio") (Doc. No. 175) and Pictoria Studios USA, Inc. ("Pictoria") (Doc. No. 179).

4. On September 29, 2025, the Trustee filed a separate motion for approval of a settlement between the estate, Takio and Pictoria (Doc. No. 324) effectively settling all of the matters contested by Takio and Pictoria in this case, including the settlement with the Conservancy. An order approving the settlement with Takio and Pictoria was entered on October 28, 2025 (Doc. No. 345).

5. The proposed settlement is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to settle all matters by and between this estate and the Conservancy pursuant to the terms and conditions stated above.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:               918-699-0325
*ATTORNEYS FOR TRUSTEE*