IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

**TRUSTEE'S REQUEST FOR ORDER**

Comes now the Trustee and states:

1. On September 16, 2025, the Trustee filed herein his *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM NO. 13 FILED HEREIN BY ENTERPRISE GLOBAL LOGISTICS ("Enterprise") PURSUANT TO FED. R. BANK. P. 9019 AND FOR ORDER DENYING OBJECTION TO CLAIM (Doc. 258) AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 300).  The Motion seeks an order of this Court approving settlement between the Trustee and Enterprise Global Logistics ("Enterprise") whereby Enterprise will reduce the Post-Maturity Interest to 5% rather than the specified 10% and Enterprise will have an allowed general unsecured claim against the estate for the sum of $60,000 plus interest at the rate of 5% per annum until the date of the bankruptcy filing on 01/22/2025, or the sum of $64,050.

2. Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") filed objections to Enterprise's claim filed herein at Doc. No. 258. No other objections to the Motion were filed herein.

3. On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters resulted in Pictoria's and Taktik's consent to Court approval of the Motion.

4. The Trustee asserts that the proposed settlement with Enterprise is in the best interest of this estate and all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*