IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | Filed/Docketed |
| | ) | Nov 13, 2025 |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## ORDER

This matter having come on for consideration this 13th day of November 2025, on the *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM NO. 13 FILED HEREIN BY ENTERPRISE GLOBAL LOGISTICS ("Enterprise") PURSUANT TO FED. R. BANK. P. 9019 AND FOR ORDER DENYING OBJECTION TO CLAIM (Doc. 258) AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 300), the Court finds:

    1. The Motion was filed on September 16, 2025, seeking an order approving a settlement between the Trustee and Enterprise Global Logistics ("Enterprise") whereby Enterprise will reduce the Post-Maturity Interest to 5% rather than the specified 10% and Enterprise will have an allowed general unsecured claim against the estate for the sum of $60,000 plus interest at the rate of 5% per annum until the date of the bankruptcy filing on 01/22/2025, or the sum of $64,050.

    2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3. An Objection to Enterprise's claim was filed herein by Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") (Doc. No. 258). No other objections to the Motion were filed.

4. On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters provided that Pictoria and Taktik consented to entry of an order approving the Motion.

5. The proposed settlement is fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to settle his objection to Proof of Claim No. 13 filed by Enterprise Global Logistics pursuant to the terms and conditions stated above.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:            918-699-0325
*ATTORNEYS FOR TRUSTEE*