**From:** The Brand Law Firm <craig@thebrandlawfirm.com>
**Subject: NOTICE OF SERVICE OF CLAIMANT TAKTIK ENTERPRISES, INC. (Claim No. 4) REQUESTS FOR PRODUCTION TO CYNTHIA BLANCHARD (Claim 1, et.al.)**
**Date:** November 10, 2025 at 1:48:44 PM EST
**To:** Cynthia French blanchard <cdfblanchard@gmail.com>, Cynthia Blanchard <cynthia@herasoft.com>, cdfblanchard@gmail.com
**Cc:** Craig Brand <craig@thebrandlawfirm.com>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **IN RE:** | | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** Consolidated | ) | Substantively |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| **Debtors.** | ) | |
| _____ / | | |

### NOTICE OF SERVICE OF
### CLAIMANT TAKTIK ENTERPRISES, INC. (Claim No. 4)
### REQUESTS FOR PRODUCTION
### TO CYNTHIA BLANCHARD (Claim 1, et.al.)

Pursuant to Rule 34, Fed. R. Civ. P., Claimant TAKTIK ENTERPRISES, INC. (Claim No. 4), (Herein after from time to time referred to as "Taktik"), by and through its undersigned counsel, herewith requests CYNTHIA BLANCHARD (Claimant No. 1), to produce the following documents to the undersigned counsel on or before thirty (30) days from the date set forth in the Certificate of Service below.