IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On November 7, 2025, the Trustee filed herein his *TRUSTEE'S AMENDED MOTION TO SETTLE PROOF OF CLAIM 3-3 FILED HEREIN BY NOLA RENEE NICHOLS ("NICHOLS") PURSUANT TO FED. R BANK P. 9019 AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 356). The Motion seeks an order of this Court approving settlement between the Trustee and Nola Renee Nichols ("Nichols") on the following conditions:

    a. Nichols will have an allowed unsecured claim for the sum of $110,000.00;

    b. $15,150 of the allowed claim shall be entitled to priority as a "wage claim" pursuant to 11 U.S.C. § 507(a)(4); and

    c. Subject to the Court's approval, the Trustee will make an interim distribution of the aforementioned priority wage claim.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties as evidenced by his Certificate of Service (Doc. No. 359).

3. No objections to the Motion have been filed.

4. The Trustee asserts that the proposed settlement with Nichols is in the best interest of this estate and all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:  /s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:  918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*