

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Dec 04, 2025

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER

This matter having come on for consideration this 4th day of December 2025, on the *TRUSTEE'S AMENDED MOTION TO SETTLE PROOF OF CLAIM 3-3 FILED HEREIN BY NOLA RENEE NICHOLS ("NICHOLS") PURSUANT TO FED. R BANK P. 9019 AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 356), the Court finds:

1. The Motion was filed on November 7, 2025, seeking an order approving a settlement between the Trustee and Nola Renee Nichols ("Nichols") under the following conditions:

    a. Nichols will have an allowed unsecured claim for the sum of $110,000.00;

    b. $15,150 of the allowed claim shall be entitled to priority as a "wage claim" pursuant to 11 U.S.C. § 507(a)(4); and

    c. Subject to the Court's approval, the Trustee will make an interim distribution of the aforementioned priority wage claim.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3. No objections to the Motion have been filed.

4. The proposed settlement is fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to settle his objection to Proof of Claim 3-3 filed by Nola Renee Nichols pursuant to the terms and conditions stated above.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*