IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S AMENDED MOTION TO PAY OKLAHOMA TAX COMMISSION AND MOTION TO PAY SUBROGEE DONNA KEFFER PURSUANT TO 11 U.S. C § 509 AND NOTICE OF OPPORTUNITY FOR HEARING**

Comes now the Trustee and states:

1. The Trustee previously filed herein his TRUSTEE'S MOTION TO PAY SECURED CLAIM OF THE OKLAHOMA TAX COMMISSION (OTC) AND NOTICE OF OPPORTUNITY FOR HEARING (Doc. No. 369) ("Motion").

2. The Motion seeks authority to pay the OTC's secured claim of $9,633.09 in full based on taxes due and owing by the consolidated Debtor, Inn At Price Tower Inc. ("Price Tower").

3. Subsequent to filing the Motion, the Trustee was advised that **$1,692** of the sum due was paid by virtue of an offset against a tax refund due Donna Keffer ("Keffer"), a former officer of Price Tower, who was a co-Debtor with respect to the sums due and owing the OTC.

4. The Trustee has additionally determined that the **$1,692** offset was applied entirely to the OTC secured claim. As a result of the referenced offset, the actual sum now due owing relative to the OTC's secured claim is **$7,941.09.**

5. Pursuant to 11 U.S.C. § 509(a), Keffer is subrogated to the rights of the OTC to the extent of **$1,692.**

6. The Trustee intends to seek an order of the Court authorizing the Trustee to pay the OTC the sum of **$7,941.09** in full satisfaction of the OTC secured claim and Keffer the sum of **$1,692** in full satisfaction of her subrogated rights in the OTC secured claim.

**NOTICE OF OPPORTUNITY FOR HEARING - Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 24 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 24-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*