IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on December 15, 2025, I mailed a true and exact copy of: ***Trustee's Objection to Fed. R. Bankr. P. 9024 Motion to Vacate Certain Orders Entered During Period of Procedural Irregularities, Lack of Required Oversight, and Unauthorized Filings Affecting Creditors rights ("Motion")*** (Doc No. 389) to the party listed below with proper postage:

Cynthia Diane Blanchard, 414 SE Washington Blvd, Ste 205, Bartlesville, OK 74006

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*