IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
**Green Copper Holdings, LLC;**
**Copper Tree, Inc.; and**
**Inn at Price Tower, Inc.,**
**Substantively Consolidated Debtors.**    Case No. 25-10088.   Chapter 7

**CLAIMANT'S DESIGNATION OF RECORD AND NOTICE OF NON-APPEARANCE REGARDING JANUARY 12, 2026 CLAIM HEARING**

Claimant Cynthia Diane Blanchard, appearing pro se, submits this Designation of Record and Notice of Non-Appearance pursuant to the Court's Hearing Order entered December 3, 2025 (Doc. 381), and Bankr. N.D. Okla. Local Rule 9070-1, regarding the hearing scheduled for January 12, 2026 on the Trustee's objection to Claimant's proof of claim.

**1. Resting on the Docket**

Claimant continues to rest on the docket and does not intend to present live testimony. Claimant respectfully requests that the Court rule on the Trustee's objection to her claim as a matter of law based on the existing written record.

**2. Designation of Evidence**

For purposes of the January 12, 2026 hearing, Claimant designates the following as the entirety of the evidence upon which she relies:

a. Proof of Claim No. 1-2 and all attachments and supporting documentation filed therewith, and

b. The existing record in this bankruptcy case.

**3. No Witnesses**

Claimant does not intend to call any witnesses and will rely solely on the documentary record already before the Court.

### 4. Reliance on Closed Discovery Record

Claimant relies on the closed discovery record and the materials already filed on the docket in connection with the Trustee's objection to her claim.

### 5. Notice of Non-Appearance / Safety

Claimant will not appear in person or remotely at the January 12, 2026 hearing due to safety concerns previously made known to the Court and the Trustee. Claimant rests on the docket and respectfully requests that the Court rule on the Trustee's objection based solely on the existing written record. Claimant does not waive any rights by non-appearance.

This filing is submitted solely to comply with the Court's Hearing Orders and applicable local rules.

Date:  December 16, 2025

Respectfully submitted,

*Cynthia Diane Blanchard*
Cynthia Diane Blanchard
Claimant, Pro Se
414 SE Washington Blvd. Ste. 205.
Bartlesville Ok, 74006.
PH: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, a true and correct copy of the foregoing Claimant's Designation of Record and Notice of Non-Appearance Regarding January 12, 2026 Claim Hearing was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, and that service will be accomplished by the Clerk's office through the Court's CM/ECF system upon all parties entitled to notice, including the Chapter 7 Trustee and counsel of record.

Date:  December 16, 2025

*/s/ Cynthia Diane Blanchard*

**Cynthia Diane Blanchard**
Claimant, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: (310) 435-5707