IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On November 24, 2025, the Trustee filed herein his *TRUSTEE'S MOTION TO SETTLE OBJECTION TO PROOF OF CLAIMS FILED HEREIN BY PAUL AUBERT ("AUBERT") PURSUANT TO FED. R BANK P. 9019; AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 372). The Motion seeks an order of this Court approving a proposed settlement between the Trustee and Paul Aubert ("Aubert") resolving the Trustee's objections to Claim 2-1 (Green Copper Holdings, LLC case no. 25-10088) and to Claim 3-1 (Copper Tree, Inc. case no. 25-10084) on the basis of granting Aubert an allowed unsecured claim without priority in the total amount of $100,000.00.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties as evidenced by his Certificate of Service (Doc. No. 373).

3. No objections to the Motion have been filed.

4. The Trustee asserts that the proposed settlement with Aubert is in the best interest of this estate and all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:    /s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*