IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

Filed/Docketed
Dec 19, 2025

# ORDER

This matter having come on for consideration this 19th day of December 2025, on the *TRUSTEE'S MOTION TO SETTLE OBJECTION TO PROOF OF CLAIMS FILED HEREIN BY PAUL AUBERT ("AUBERT") PURSUANT TO FED. R BANK P. 9019; AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 372), the Court finds:

1. The Motion was filed on November 24, 2025, seeking an order approving a settlement between the Trustee and Paul Aubert ("Aubert") resolving the Trustee's objections to Claim 2-1 (Green Copper Holdings, LLC case no. 25-10088) and to Claim 3-1 (Copper Tree, Inc. case no. 25-10084) based on granting Aubert an allowed unsecured claim without priority in the total amount of $100,000.00.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3. No objections to the Motion have been filed.

4. The proposed settlement is fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the proposed settlement is approved.

IT IS FURTHER ORDERED that Aubert shall have an allowed general unsecured claim in this matter without priority for the sum of $100,000.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:             918-699-0325
*ATTORNEYS FOR TRUSTEE*