**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

FILED

2025 DEC 29 PM 12: 24

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT CT

In re:
**Green Copper Holdings, LLC;**
**Copper Tree, Inc.; and**
**Inn at Price Tower, Inc.**
**Substantively Consolidated Debtors.**          **Case No. 25-10088.**   Chapter 7

**NOTICE OF FILING PREVIOUSLY-PRODUCED DISCOVERY**

**IN SUPPORT OF CLAIMANT'S DESIGNATION OF RECORD**

Claimant Cynthia Diane Blanchard ("Claimant"), appearing pro se, hereby files

previously-produced discovery materials in support of her Claimant's Designation

of Record and Notice of Non-Appearance regarding the January 12, 2026 claim

hearing (Docket No. 391).

This filing is made solely to ensure that the Court has access to Claimant's sworn

discovery responses that were previously produced to the Trustee during discovery

and referenced in the existing record. No new evidence, testimony, or argument is

offered, and Claimant does not seek to expand the evidentiary record.

Attached hereto as **Exhibit 1** are Claimant's Responses to Trustee-Objector's First

Set of Interrogatories and Requests for Production of Documents, dated

September 30, 2025, as previously served on the Trustee. The attached responses

include all exhibits that were part of that discovery production.

Attached hereto as **Exhibit 2** is a true and correct copy of Claimant's October 3,

2025 email to the Trustee explaining certain bank statement entries and accounting

reconciliation issues, which was also previously provided to the Trustee.

This Notice is filed for the Court's convenience in connection with the upcoming

claim hearing and Claimant's previously-filed Designation of Record.

Dated: December 29, 2025

Respectfully submitted,

Cynthia Diane Blanchard, Pro Se Claimant
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Telephone: (310) 435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, a true and correct copy of the foregoing
Notice of Filing Previously-Produced Discovery in Support of Claimant's Designation of
Record, together with all exhibits, was served electronically via the Court's CM/ECF system
upon all parties entitled to notice, including the Chapter 7 Trustee.

Dated: December 29, 2025

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard, Pro Se Claimant
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Telephone: (310) 435-5707