# EXHIBIT A

Subject: Re: Price Tower Arts Center potential auction items
From: "Jefferson, Michael" <MJefferson@christies.com>
Date: 9/6/23, 11:12 PM
To: Deshane Atkins <datkins@thepricetower.com>
CC: Donna Keffer <dkeffer@thepricetower.com>, 'Cynthia Blanchard' <cynthia@thepricetower.com>

Dear Deshane,

This is very helpful! I will share with my team and provide our updated thoughts on pricing and lot selection. We look forward to including several of these in our December sale. Beautiful stuff.

Kind regards,

Michael

Get Outlook for iOS

From: Deshane Atkins <datkins@thepricetower.com>
Sent: Wednesday, September 6, 2023 12:01:52 PM
To: Jefferson, Michael <MJefferson@christies.com>
Cc: Donna Keffer <dkeffer@thepricetower.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
Subject: Re: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER – Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]
Hello Michael,

Hope you had a wonderful holiday weekend. Please find the attached photos link, these are far from professional photos but should give you a better view of each item.

https://www.dropbox.com/[...]

Best Regards,
Deshane Atkins-Williams
Curator
Price Tower Arts Center

---- On Mon, 28 Aug 2023 21:26:56 -0500 Jefferson, Michael <MJefferson@christies.com> wrote ----

Hi Deshane,

Thank you! For planning purposes, we are looking at an October 15th deadline for the December sale in New York, so we have some time. I would love to come visit the Price Tower Arts Center someday as well!

Warm regards from Chicago,

Michael

Get Outlook for iOS

From: Deshane Atkins <datkins@thepricetower.com>
Sent: Monday, August 28, 2023 7:52:43 PM
To: Jefferson, Michael <MJefferson@christies.com>
Cc: Donna Keffer <dkeffer@thepricetower.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
Subject: RE: FW: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER – Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]
Hi Michael,

It was wonderful meeting with you as well! We are working on updated photos of all of the items including the additional stool and table for your consideration. We hope to have those to you this week.

Thank you so much for all of your help and excited for the upcoming auction!

Best Regards,
Deshane Atkins-Williams
Curator
Price Tower Arts Center

---- On Fri, 25 Aug 2023 10:36:58 -0500 **Jefferson, Michael** <MJefferson@christies.com> wrote ---

Dear Cynthia, Deshane and Donna,

It was a pleasure to speak with your team last week, and we are excited to work with you to sell designs for Price Tower by Frank Lloyd Wright. Kindly forward any additional images you may have of the precise works you would be selling. You had mentioned there are more examples than originally listed. Happy to consider different options, including offering a pair of stools and a table as a set, or selling two stools and a table as consecutive lots alongside an ornamental panel.

I can send a contract for your review as well, once we are set on the lots and values for auction. We are closing in on several important works by Wright for our December sale, so these will have exceptional context to drive interest.

Thank you again,

Michael Jefferson (he/him)
*Senior Vice President, International Senior Specialist*
Design

CHRISTIE'S
T +1 312 608 9023
christies.com

---

**From:** Deshane Atkins <datkins@thepricetower.com>
**Sent:** Friday, August 11, 2023 10:41 AM
**To:** Jefferson, Michael <MJefferson@christies.com>
**Cc:** Donna Keffer <dkeffer@thepricetower.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
**Subject:** RE: FW: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER - Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]
Good Morning Michael,

Wednesday morning at 10am our time works for us.

You can call here at Price Tower 918.336.4949 x 101, that is our Donna Keffer's office.

Have a great weekend and we will talk with you next week!

Best Regards,
Deshane Atkins-Williams
Curator
Price Tower Arts Center

---

---- On Fri, 11 Aug 2023 09:49:23 -0500 **Jefferson, Michael** <MJefferson@christies.com> wrote ---

Dear Deshane,

Thank you for your reply and I look forward to working with you and the team at the Price Tower Arts Center. I will be on an insurance appraisal Tuesday through Thursday, but I can peel away to speak at any time. I suggest Wednesday morning, around 10:00 your time or your suggestion.

Please let me know the best number to reach you and I will call once we pin down a time.

Looking forward, thank you!

Michael Jefferson (he/him)
*Senior Vice President, International Senior Specialist*
Design
CHRISTIE'S
T +1 312-608-9023
christies.com

**From:** Deshane Atkins <datkins@thepricetower.com>
**Sent:** Thursday, August 10, 2023 1:15 PM
**To:** Donna Keffer <dkeffer@thepricetower.com>; Jefferson, Michael <MJefferson@christies.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
**Subject:** Re: FW: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER - Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]
Hello Michael,

Thank you for following up on our inquiry. We are thrilled you share passion for Frank Lloyd Wright as much as we do. Would you be available next week either Tuesday, Wednesday, or Thursday for a call to discuss our items and the upcoming Design auction?

Have a great day and we look forward to hearing from you!

Subject: Re: Price Tower Arts Center potential auction items
From: "Jefferson, Michael" <MJefferson@christies.com>
Date: 8/28/23, 9:26 PM
To: Deshane Atkins <datkins@thepricetower.com>
CC: Donna Keffer <dkeffer@thepricetower.com>, 'Cynthia Blanchard' <cynthia@thepricetower.com>

Hi Deshane,

Thank you! For planning purposes, we are looking at an October 15th deadline for the December sale in New York, so we have some time. I would love to come visit the Price Tower Arts Center someday as well!

Warm regards from Chicago,

Michael

Get Outlook for iOS

From: Deshane Atkins <datkins@thepricetower.com>
Sent: Monday, August 28, 2023 7:52:43 PM
To: Jefferson, Michael <MJefferson@christies.com>
Cc: Donna Keffer <dkeffer@thepricetower.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
Subject: RE: FW: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER – Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]
Hi Michael,

It was wonderful meeting with you as well! We are working on updated photos of all of the items including the additional stool and table for your consideration. We hope to have those to you this week.

Thank you so much for all of your help and excited for the upcoming auction!

Best Regards,
Deshane Atkins-Williams
Curator
Price Tower Arts Center

---- On Fri, 25 Aug 2023 10:36:58 -0500 Jefferson, Michael <MJefferson@christies.com> wrote ----

Dear Cynthia, Deshane and Donna,

It was a pleasure to speak with your team last week, and we are excited to work with you to sell designs for Price Tower by Frank Lloyd Wright. Kindly forward any additional images you may have of the precise works you would be selling. You had mentioned there are more examples than originally listed. Happy to consider different options, including offering a pair of stools and a table as a set, or selling two stools and a table as consecutive lots alongside an ornamental panel.

I can send a contract for your review as well, once we are set on the lots and values for auction. We are closing in on several important works by Wright for our December sale, so these will have exceptional context to drive interest.

Thank you again,

Michael Jefferson (he/him)
Senior Vice President, International Senior Specialist
Design

CHRISTIE'S
T +1 312-608-5023
christies.com

From: Deshane Atkins <datkins@thepricetower.com>
Sent: Friday, August 11, 2023 10:41 AM
To: Jefferson, Michael <MJefferson@christies.com>
Cc: Donna Keffer <dkeffer@thepricetower.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
Subject: RE: FW: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER – Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]

Good Morning Michael,

Wednesday morning at 10am our time works for us.

You can call here at Price Tower 918.336.4949 x 101, that is our Donna Keffer's office.

Have a great weekend and we will talk with you next week!

Best Regards,
Deshane Atkins-Williams
Curator
Price Tower Arts Center

---- On Fri, 11 Aug 2023 09:49:23 -0500 Jefferson, Michael <MJefferson@christies.com> wrote ---

Dear Deshane,

Thank you for your reply and I look forward to working with you and the team at the Price Tower Arts Center. I will be on an insurance appraisal Tuesday through Thursday, but I can peel away to speak at any time. I suggest Wednesday morning, around 10:00 your time or your suggestion.

Please let me know the best number to reach you and I will call once we pin down a time.

Looking forward, thank you!

Michael Jefferson (he/him)
*Senior Vice President, International Senior Specialist*
Design
[illegible]
T +1 312 000-9023
christies.com

From: Deshane Atkins <datkins@thepricetower.com>
Sent: Thursday, August 10, 2023 1:15 PM
To: Donna Keffer <dkeffer@thepricetower.com>; Jefferson, Michael <MJefferson@christies.com>; 'Cynthia Blanchard' <cynthia@thepricetower.com>
Subject: Re: FW: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER – Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]
Hello Michael,

Thank you for following up on our inquiry. We are thrilled you share passion for Frank Lloyd Wright as much as we do. Would you be available next week either Tuesday, Wednesday, or Thursday for a call to discuss our items and the upcoming Design auction?

Have a great day and we look forward to hearing from you!

Best Regards,
Deshane Atkins-Williams
Curator
Price Tower Arts Center

From: Jefferson, Michael <MJefferson@christies.com>
Sent: Wednesday, August 9, 2023 5:15 PM
To: datkins@thepricetower.com; dkeffer@thepricetower.com
Subject: Re: Price Tower Arts Center potential auction items

Dear Cynthia and Deshane,

Thank you again for your email regarding furniture from Price Tower and thank you for contacting Christie's. I would love to discuss this further with both of you as we have a strong focus on the work of Frank Lloyd Wright, and I am personally committed to the market for his work. I reside in Oak Park and my family attends Unity Temple, so we live and breathe the work of Frank Lloyd Wright. I love the copper covered designs created for Price Tower, and we would love to include a selection of works from Price Tower in our Design sale in New York this December.

I left a voicemail for each of you. Kindly let me know if you are free for a call this week. I am traveling but I will make time to speak.

Thank you again, kind regards,

Michael Jefferson (he/him)
*Senior Vice President, International Senior Specialist*
Design
CHRISTIE'S
T. +1 212-606-0023
christies.com
Get Outlook for iOS

---

From: Deshane Atkins <datkins@thepricetower.com>
Sent: Monday, June 26, 2023 1:29:55 PM
To: McCormack, Grace <GMcCormack@christies.com>
Cc: 'Donna Keffer' <dkeffer@thepricetower.com>
Subject: Price Tower Arts Center potential auction items

[*EXTERNAL SENDER – Do not click on links or open attachments unless you recognize the sender email address and know the content is safe*]

Hi Grace,

I am following up for Cynthia Blanchard. She reached out to you Friday, regarding potentially auctioning off a few items from our collection. I am the curator here at Price Tower Arts Center in Bartlesville, Oklahoma.

We greatly appreciate your help in this matter. I am attaching a short list of potential auction items.

If you have any questions, please, feel free to contact me. We look forward to your response.

Thank you for your time!

Best Regards,

Deshane Atkins-Williams  ///  Curator

PRICE TOWER ARTS CENTER
FRANK LLOYD WRIGHT ARCHITECT

510 South Dewey Ave  ///  Bartlesville, OK 74003
O > 918.336.4949 x113  ///  pricetower.org

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Visit www.christies.com to explore special multi-media sale promotions, browse our illustrated catalogues and leave absentee bids through LotFinder(R), Christie's online search engine, and register for Internet bidding with Christie's Live(TM).

Fraud Awareness: If you receive communication purporting to be from Christie's and you are not sure about it, please contact dataprivacy@christies.com. Please remain vigilant, especially if it is regarding payment or a request for personal information. Visit www.christies.com/about-us/contact/security for our tips on how to stay safe when transacting with Christie's.

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I emailed and also mailed a true and correct copy of the foregoing Claimant Cynthia Diane Blanchard's Responses To Trustee-Objector's First Set Of Interrogatories And Requests For Production Of Documents via U.S. Mail, postage prepaid, to the following:

**Patrick J. Malloy III**
Chapter 7 Trustee
401 South Boston Avenue, Suite 500
Tulsa, OK 74103

Dated: September 30, 2025

*[signature: Cynthia Diane Blanchard]*

Cynthia Diane Blanchard, Pro Se Movant
414 SE Washington Blvd. Ste. 205.
Bartlesville Ok 74006
310-435-5707