**EXHIBIT 2**

**From:** Cynthia French blanchard cdfblanchard@gmail.com
**Subject:** Clarifications re: Bank Statements and Historical Payments
**Date:** October 3, 2025 at 3:10 PM
**To:** Pat Malloy pjmiiim@sbcglobal.net
**Bcc:** Cynthia cynthiadblanchard@gmail.com



Pat,

I've delivered the requested bank statements to your office today (left the package with your building. security officer who said she would give it to Trudy, who was not at her desk when I came to deliver it) highlighting my loan activity to the company and its subsidiaries from my personal Truity checking account. A few items need clarification:

- **8/3/2023:** QBO reflects a loan from me to Copper Tree; my bank statement does not show a corresponding outgoing transaction.
- **11/17/2023:** $5,000 loan to Copper Tree.
  **11/20/2023:** $6,000 repayment from Copper Tree. So $1000 repayment occurred in this transaction.
- **12/12/2023:** $200 repayment from Copper Tree.
- **1/2/2024:** $200 repayment from IPT.
- **9/13/2024:** $124 repayment from IPT.
- **10/24/2024:** QBO reflects a $1,500 repayment from IPT; I do not see this on my bank statement.

In my response, I believe I stated that there were only two loan repayments; however, as you can see, there were a few additional very small repayments reflected in the bank statements. There are two outstanding discrepancies noted above — the **8/3/2023** and **10/24/2024** QBO entries — which are not reflected in my bank records. Renee Nichols will need to provide clarification on these items.

**Taktik Enterprises**

- All payments to Taktik Enterprises prior to the acquisition were made by my personal American Express Credit Card. I no longer have access to those card statements, but I believe the total paid was **$30,000**.
- Renee Nichols can confirm the final amount and supporting invoices. (It's possible Mr. Takio also provided paid invoices, but I can't confirm.)

**Cheryl Denney (Tax Credit Consultant)**

- A **$10,000** retainer was paid in **October 2022**; I've attached the invoice. I don't currently have access to my October 2022 bank statement to confirm whether payment was by check or wire, but the payment date was likely **October 20 or 21, 2022**.
- Renee Nichols should have the payment type details. If not, Ms. Denney to confirm from her records, if needed.
- I also paid a total of $5000 in additional admin costs on my Amex card in the fall of 2022 that again, I don't have access to those cc statements but Renee Nichols should have record of those payments. I will defer to her for that information.

Thank you,

Cynthia