IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S REQUEST FOR ORDER**

Comes now the Trustee and states:

1. The Trustee filed herein his *TRUSTEE'S OBJECTION TO CLAIM 6-1 FILED HEREIN BY SCOTT R. HELTON LAW FIRM ("HELTON"); MOTION TO PAY SECURED CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 375) ("Motion") objecting to the treatment of the claim as secured for the total sum of $16,878.49.

2. The Motion seeks an order from this Court:

    a. Denying the claim as filed;

    b. Allowing $4,018.75 of the claim as a general unsecured claim;

    c. Allowing $12,859.74 of the claim as a secured claim; and

    d. Authorizing the Trustee to pay the secured portion of the claim in full.

3. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties as evidenced by the Trustee's Certificate of Service (Doc. No 378).

4. No objection to the Motion was filed within the time prescribed in the Motion.

5.  Simultaneously with the filing of this Request, the Trustee has submitted a proposed order to the Court.

Respectfully Submitted By:  s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*