# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| **COPPER TREE, INC.** | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. November 21, 2025, the Trustee filed herein his *TRUSTEE'S MOTION TO PAY SECURED CLAIM OF THE OKLAHOMA TAX COMMISSION (OTC) AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 369). The Motion seeks an order of this Court authorizing the Trustee to pay the secured portion of the claim in the amount of $9,633.04 to the Oklahoma Tax Commission ("OTC").

2. Subsequent to filing the Motion, the Trustee was advised that $1,692 of the sums due to OTC were paid by virtue of an offset against a tax refund due Donna Keffer ("Keffer"), a former officer of Price Tower, who as a co-Debtor with respect to the sums due and owing the OTC.

3. On December 9, 2025, the Trustee filed herein his *TRUSTEE'S AMENDED MOTION TO PAY OKLAHOMA TAX COMMISSION AND MOTION TO PAY SUBROGEE DONNA KEFFER PURSUANT TO 11 U.S.C. § 509 AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Amended Motion") (Doc. No. 386). The Amended Motion seeks an order of this Court

authorizing the Trustee to pay OTC the sum of $7,941.09 in full satisfaction of the OTC secured claim and Keffer the sum of $1,692 in full satisfaction of her subrogated rights in the OTC secured claim.

4. The Trustee provided timely and proper notice of the Amended Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 87).

5. No objections to the Amended Motion were filed within the time prescribed in the Amended Motion.

6. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:   /s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*