**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**



Filed/Docketed
Jan 06, 2026

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

## <u>ORDER</u>

This matter having come on for consideration upon the *TRUSTEE'S OBJECTION TO CLAIM 6-1 FILED HEREIN BY SCOTT R. HELTON LAW FIRM ("HELTON"); MOTION TO PAY SECURED CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING* (Doc. No. 375)("Motion"), the Court finds:

1. The Motion seeks an order of this Court:

    a. denying Claim No. 6-1 filed by Scott R. Helton, PLLC d/b/a Helton Law Firm ("Helton") as a secured claim for the total sum of $16,878.49;

    b. allowing $4,018.75 of the claim as a general unsecured claim;

    c. allowing $12,859.74 of the claim as a secured claim; and

    d. authorizing the Trustee to pay the secured portion of the claim in full.

2. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties. No objections to the Motion were filed within the time prescribed in the Motion.

3. Good cause exists for granting the Motion.

IT IS THEREFORE ORDERED that the Trustee's Objection is sustained, and Claim No. 6-1 filed by Scott R. Helton, PLLC d/b/a Helton Law Firm is denied as filed.

IT IS FURTHER ORDERED that $4,018.75 of the claim is allowed as a general unsecured claim.

IT IS FURTHER ORDERED that $12,859.74 of the claim is allowed as a secured claim.

IT IS FURTHER ORDERED that the Trustee is authorized to pay the secured portion of the claim in full.

DATED: January 06, 2026
_____

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*