IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
Jan 06, 2026

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER**

This matter having come on for consideration this 6th day of January 2026, on the *TRUSTEE'S AMENDED MOTION TO PAY OKLAHOMA TAX COMMISSION AND MOTION TO PAY SUBROGEE DONNA KEFFER PURSUANT TO 11 U.S.C. § 509 AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Amended Motion") (Doc. No. 386), the Court finds:

1. The Amended Motion was filed on December 9, 2025, seeking an order authorizing the Trustee to pay the Oklahoma Tax Commission ("OTC") the sum of $7,941.09 in full satisfaction of the OTC secured claim and subrogee Donna Keffer ("Keffer") the sum of $1,692 in full satisfaction of her subrogated rights in the OTC secured claim.

2. The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3. The proposed payments are fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to pay the sum of $7,941.09 to the Oklahoma Tax Commission in full satisfaction of their secured claim.

IT IS FURTHER ORDERED that the Trustee be and is hereby authorized to pay the sum of $1,692.00 to Donna Keffer in full satisfaction of her subrogated rights in the OTC claim.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:               918-699-0325
*ATTORNEYS FOR TRUSTEE*