IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
Green Copper Holdings, LLC;
Copper Tree, Inc.; and
Inn at Price Tower, Inc.,
Substantively Consolidated Debtors.

Case No. 25-10088
Chapter 7

**NOTICE OF NON-APPEARANCE AND CONTINUING OBJECTION**

Claimant Cynthia Diane Blanchard hereby provides notice that she will not appear at the hearing scheduled for January 12, 2026, due to safety concerns.

Claimant expressly objects to the admission or reliance on any previously undisclosed witness testimony or previously undisclosed evidence offered at the hearing, on due-process grounds, including lack of notice and lack of any meaningful opportunity to prepare or respond.

Claimant rests on the docket.

Date: January 12, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*
Cynthia Diane Blanchard
Pro Se Claimant
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Telephone: (310) 435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing Claimant's Notice Of Non-Appearance and Continuing Objection was served by electronic filing via the Court's CM/ECF system, which provides notice to all counsel of record, including:

**Patrick J. Malloy III**
Attorney for Chapter 7 Trustee
Malloy Law Firm, P.C.
401 S. Boston Avenue, Suite 500
Tulsa, Oklahoma 74103


Respectfully submitted,

*/s/ Cynthia Diane Blanchard*
Cynthia Diane Blanchard, Pro Se Claimant
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Telephone: (310) 435-5707