IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S MOTION TO EMPLOY ACCOUNTANT**

Comes now the Trustee and states:

1. The Trustee seeks to employ a professional accountant to prepare and file estate tax returns; to calculate withholding taxes related to priority wage claims; and to assist the Trustee in paying withholding taxes.

2. Darren Barnes ("Barnes") of Barnes and Barnes Inc. is qualified and competent to handle matters of this type. Barnes is not a creditor and does not hold or represent an interest that is adverse to this interests of this estate. Attached as **Ex A** is his affidavit of disinterested party.

3. Barnes' hourly rate is $200/hr.

Wherefore the Trustee prays for an order authorizing him to employ Barnes as an accountant for the estate for the purposes detailed above.

Respectfully Submitted By:

s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500

Tulsa, Oklahoma  74103  
Telephone:     918-699-0345  
Fax:                918-699-0325  
*ATTORNEYS FOR TRUSTEE*