## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF DISINTERESTED PERSON

STATE OF OKLAHOMA )
)
COUNTY OF TULSA )

I, Darren Barnes, of the accounting firm of Barnes and Barnes Inc. state that I am qualified to act as an accountant for and on behalf of the bankruptcy estate; that neither I nor the accounting firm is a creditor of the above referenced bankruptcy estate; that neither I nor the referenced accounting firm holds or represents an interest that is adverse to the interest of the above referenced bankruptcy estate in any manner whatsoever; that neither I nor the referenced accounting firm has any connection with the U.S. Trustee's office; that both I and the referenced accounting  firm are disinterested persons, qualified and competent to act as accountants on behalf of the estate.

Barnes and Barnes Inc.

By: _____
Darren Barnes

Subscribed and sworn to before me this 14th day of January 2026.

_____
Notary Public



BRENT BARNES
Notary Public in and for the
State of Oklahoma
Commission #17007616
Comm. Exp. 08-17-2029