IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

STATE OF OKLAHOMA   }
                    } ss.
COUNTY OF TULSA     }

COMES NOW Patrick J. Malloy III, counsel for the Trustee, and upon oath deposes and states:

That on January 14, 2026, I mailed a true and exact copy of: *Trustee's Motion and Notice to Pay Priority Wage Claims and Notice of Opportunity for Hearing* (Doc No. 407) with proper postage to all parties on the attached list.

Respectfully submitted by,

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone:   918-699-0345
Fax:         918-699-0325
*ATTORNEYS FOR TRUSTEE*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 25-10088-T<br>Northern District of Oklahoma<br>Tulsa<br>Wed Jan 14 10:53:54 CST 2026 | Archway Properties<br>c/o Dallas Hindman<br>272550 N 3979 Dr<br>Ochelata, OK 74051 | Archway Properties, L.L.C.<br>501 SE Frank Phillips Blvd, 102A<br>Bartlesville, OK 74003-3913 |
| Cynthia Diane Blanchard<br>414 SE Washington Blvd. Ste. 205<br>Bartlesville, OK 74006-2428 | Craig Alan Brand<br>The Brand Law Firm, P.A.<br>6462 S. Jamaica Circle<br>Englewood, CO 80111-6626 | Ron D. Brown<br>Ron Brown<br>1609 E. 4th St.<br>Tulsa, OK 74120-3423 |
| Cherokee Fire Protection<br>PO Box Box 678<br>Oologah, OK 74053-0678 | Chief, Civil Trial Section - Central Region<br>Tax Division, U.S. Department of Justice<br>P.O. Box 7238<br>Washington, DC 20044-7238 | Commtrak Corp<br>PO Box 826077<br>Philadelphia, Pa. 19182-6077 |
| Craig A. Brand<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Craig Brand and Adriana Soto JTRWOS<br>11222 Oak Shore Ln<br>Clermont, FL 34711-5408 | Mark A. Craige<br>Crowe & Dunlevy<br>222 N. Detroit Ave.<br>Suite 600<br>Tulsa, OK 74103-2415 |
| Credit Collection Services<br>725 Canton Street<br>Norwood Ma. 02062-2679 | Dale Takio, personally and individually, as<br>well as on behalf of his entity Taktik<br>Enterprises, Inc., A Florida Corporation<br>11222 Oakshore Lane<br>Clermont, Florida 34711-5408 | Donna Keffer<br>1608 Cherokee Hills Drive<br>Bartlesville, OK 74006-4209 |
| Kevin P Doyle<br>Pray Walker, PC<br>21 North Greenwood Avenue<br>Suite 400<br>Tulsa, OK 74120-1999 | Enterprise Global Logistics<br>c/o Kelley G. Loud<br>Titus Hillis Reynolds Love<br>15 East 5th St, #3700<br>Tulsa, OK 74103-4304 | (p)FAIR CAPITAL LLC<br>PO BOX 399<br>NEW CITY NY 10956-0399 |
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Frank Lloyd Wright Building Conservancy<br>c/o Crowe and Dunlevy<br>Attn: Mark A. Craige<br>222 N. Detroit 600<br>Tulsa, OK 74103-2415 | Green Copper Holdings, LLC<br>co Robert Hugh, Registered Agent<br>15 W. 6th Street<br>Bartlesville, OK 74006 |
| Mark Haskell<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | Helm Ventures, LLC<br>7200 Wisconsin Ave<br>Suite 500<br>Office 95<br>Bethesda, MD 20814-4830 | Helton Law Firm<br>9125 South Toledo Avenue<br>9125 South Toledo Ave<br>Tulsa, OK 74137-2719 |
| John Marcott<br>379240 W 3200 Rd<br>Ramona, OK 74061 | John E Johnson<br>John E. Johnson, Attorney<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Linda Jones<br>115 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Joseph Hassan<br>c/o Kelley G. Loud<br>Titus Hillis Reynolds Love<br>15 East 5th St, #3700<br>Tulsa, OK 74103-4304 | Joshua Gunter<br>1515 S Osage ave<br>Bartlesville, OK 74003<br>Bartlesville, OK 74003-5828 | Kelley G. Loud<br>Titus Hillis Reynolds, et al.<br>15 East Fifth Street, Suite 3700<br>Tulsa, OK 74103-4304 |

| | | |
|---|---|---|
| Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S Boston Ave. Suite #500<br>Tulsa, OK 74103-4023 | Patrick J. Malloy III<br>Malloy Law Firm, P.C.<br>401 S. Boston<br>Suite 500<br>Tulsa, OK 74103-4023 | Maxfield James Malone<br>PrayWalker<br>21 North Greenwood Avenue<br>Ste 400<br>Tulsa, OK 74120-1999 |
| Marlin Leasing Corporation dba PEAC SOLUTION<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 | McFarlin Building, LLC<br>11 E 5th Street 500<br>Tulsa, OK 74103-4454 |
| Michael J. Moran and Erinne Moran JTWROS<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Mike Moran, personally and individually, and on behalf of his Florida Corp entity<br>Pictoria Studios USA<br>3517 Watercrest Place<br>Orlando, FL 32835-2527 | Colleen Morris<br>Helton Law Firm<br>9125 S. Toledo Ave<br>Tulsa, OK 74137-2719 |
| Nola Renee Nichols<br>Jerome S. Sepkowitz<br>4800 N. Lincoln Blvd<br>Oklahoma City, OK 73105-3321 | Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>201 W. 5th St., Ste. 400<br>Tulsa, OK 74103-4211 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 |
| Oklahoma Tax Commission<br>201 W 5th St. Ste. 400<br>General Counsel's Office<br>PO Box 269056<br>Tulsa, OK 74103-4211 | PEAC Solutions<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, TX 77380-4324 |
| Pictoria Studios USA<br>3517 WATERCREST PL<br>ORLANDO, FL 32835-2527 | Pray Walker<br>21 N. Greenwood 400<br>Tulsa, OK 74120-1999 | Price Tower Art Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 |
| Price Tower Arts Center, Inc.<br>115 1/2 SE Frank Phillips<br>Bartlesville, OK 74003-3519 | (p)AMERICAN ELECTRIC POWER<br>ATTN JASON E REID<br>1 RIVERSIDE PLAZA 13TH FLOOR<br>COLUMBUS OH 43215-2373 | Scott R. Helton PLLC cba Helton Law FIrm Law<br>9125 S Toledo Ave<br>Tulsa, OK 74137-2719 |
| Katherine Seale<br>c/o Law Office of J. Erich Johnson PLLC<br>705 Ross Avenue<br>Dallas, TX 75202-2007 | Jerome S. Sepkowitz<br>Derryberry & Naifeh LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105-3321 | Taktik Enterprises, Inc<br>6462 S. Jamaica Circle<br>Englewood, CO 80111-6626 |
| Tulsa County Treasurer<br>John M. Fothergill<br>218 W 6th St., 8th Fl<br>Tulsa, OK 74119-1004 | (p)NORTHERN DISTRICT OF OKLAHOMA UNITED STATE<br>ATTN ATTN MS KIRBY BOUDREAUX<br>110 W 7TH STREET<br>SUITE 300<br>TULSA OK 74119-1013 | UBAC LLC<br>12324 E 86th St N STE 522<br>Owasso, OK 74055-2543 |

```
US SEC & EXCHANGE COMM.              Karen Walsh                          Washington County Treasurer
Midwest Regional Office              Office of the United States Trustee  420 S Johnstone Rm 101
175 W. Jackson Boulevard, Ste 900    PO Box 3044                          Bartlesville, OK 74003-6602
Chicago, IL 60604-2815               Tulsa, OK 74101-3044


Marina Wise
Oklahoma Tax Commission
201 W 5th St, Suite 400
Tulsa, OK 74103-4211
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Fair Capital LLC                     First Insurance                      Public Service Company of Oklahoma
PO Box 399                           450 Skokie Blvd Suite 1000           PO Box 24401
New City, NY 10956                   Northbrook, Ill 60062                Canton, Ohio 44701


U.S. Attorney
110 West Seventh Street
Suite 300
Tulsa, OK 74119
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Craig Alan Brand                  (u)Craig Brand and Adriana Soto JTRWOS  (d)Cynthia Diane Blanchard
                                                                             414 SE Washington Blvd.
                                                                             Ste. 205
                                                                             Bartlesville, OK 74006-2428


(u)Dale Takio                        (u)Enterprise Global Logistics LLC   (u)Frank Lloyd Wright Building Conservancy, a


(u)Michelle Johnson                  (d)Donna Keffer                      (d)Linda Jones
Asset Liquidation Specialists LLC    1608 Cherokee Hills Drive            115 SE Frank Phillips
                                     Bartlesville, OK 74006-4209          Bartlesville, OK 74003-3519


(d)Patrick J. Malloy III             (d)Mark Haskell                      (u)Erinne Moran
Malloy Law Firm, P.C.                115 1/2 SE Frank Phillips
401 S Boston Ave. Suite #500         Bartlesville, OK 74003-3519
Tulsa, OK 74103-4023
```

| | | |
|---|---|---|
| (u)Mike Moran<br>A/K/A Micahel Moran | (u)Mystic Enterprises, Inc. | (u)Michael Eric Nelson<br>michaelericnelson@icloud.com |
| (u)Nola Renee Nichols | (u)D.R. Payne<br>D.R. Payne & Associates<br>Address Unknown<br>, OK | (u)Pictoria Studios USA Inc. |
| (u)Mark D.G. Sanders | (u)Scott Schlotfelt | (u)Sidney K Swinson |
| (u)Takitik Enterprises, Inc. | (u)The Inn at Price Tower Inc. | (u)The McFarlin Building, LLC |

End of Label Matrix  
Mailable recipients    63  
Bypassed recipients    24  
Total                  87