

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

IN RE:
**GREEN COPPER HOLDINGS, LLC**            )            **CASE NO. 25-10088-T**
EIN # xx-xxx9708                                    )            **Chapter 7**
                                                             )
**COPPER TREE, INC.**                            )            **Substantively Consolidated**
EIN # xx-xxx6608                                    )
                                                             )
**THE INN AT PRICE TOWER INC.**         )
              Debtors.                                  )
_____/

<u>**PICTORIA STUDIOS USA, INC. AND TAKTIK ENTERPRISES, INC.**</u>
<u>**MOTION TO HAVE JANUARY 27, 2026 HEARING HELD BY VIDEO OR**</u>
<u>**TELEPHONIC CONFERENCING AND RELIEF FROM ECF 385 AND 392**</u>

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14), AND**

**CLAIMANT TAKTIK ENTERPRISES, INC. (CLAIM NO. 4)** by and through their

undersigned counsel and hereby files this Motion to Have Held by Court Approved Video or

telephonic Conferencing the Special Set January 27, 2026 Hearing (ECF 385 and 392) as well as

clarification or relief from ECF 385 & 392, and states:

1.      The Court's Minute Orders (ECF 385 and ECF 392) state as follows:

      a.  ECF 385:
          Tower Inc.
          Case Number:       25-10088-T
          Document Number:         385
          Docket Text:
          Minute Order: Upon consideration of the Court's docket, the hearing regarding 1)
          Renewed Motion for Protective Order filed at Docket No. [284]; Objection by Pictoria
          Studios USA Inc and Taktik Enterprises, Inc.; Reply by Cynthia Blanchard; Request
          for Hearing filed by Pictoria Studios USA Inc and Taktik Enterprises, Inc. 2) Motion
          for Protective Order filed at Docket No. [338]; Response by Pictoria Studios USA Inc
          and Taktik Enterprises, Inc.; Request for Hearing filed by Pictoria Studios USA Inc. 3)
          Motion to Revoke Pro Hac Vice Admission of Craig Brand filed at Docket No.[341];
          Response by Craig Brand 4) Motion to Quash Unauthorized and Untimely
          Interrogatories Served by Attorney Craig Brand on Behalf of Taktik Enterprises, Inc

filed at Docket No. [368]; Response by Taktik Enterprises, Inc is continued to 1/27/2026 at 09:00 AM at Courtroom # 2, 1st Floor, 224 South Boulder Avenue, Tulsa OK 74103. BY THE COURT: Chief Judge Paul R. Thomas. (RE: related document(s)[284] Motion for Protective Order, [289] Objection, [338] Generic Event., [340] Response, [341] Generic Event., [342] Response, [368] Motion to Quash, [374] Response, [382] Order Continuing Hearing). CERTIFICATE OF SERVICE to: Cynthia Diane Blanchard, 414 SE Washington Blvd. Ste. 205, Bartlesville, OK 74006. (CR)

b. ECF 392:
   Case Name:          Green Copper Holdings, LLC and The Inn at Price Tower Inc.
   Case Number:        25-10088-T
   Document Number:         392
   Docket Text:
   Order Setting Hearing: Hearing scheduled 1/27/2026 at 09:00 AM at Courtroom # 2, 1st Floor, 224 South Boulder Avenue, Tulsa OK to consider FED.R.BANKR.P.9024 Motion to Vacate Certain Orders Entered During Period of Procedural Irregularities, Lack of Required Oversight, and Unauthorized Filings Affecting Creditor Rights filed at Docket No. [384]; Response by Pictoria Studios, Taktik Enterprises and Attorney Craig Brand; Objection by Trustee. Further instructions governing this hearing are contained in the document attached hereto and are incorporated herein by this reference. Movant is responsible for giving notice to parties in interest as required by rule or statute. BY THE COURT: Chief Judge Paul R. Thomas (RE: related document(s)[384] Generic Event., [388] Response, [389] Objection).

2.    On January 12, 2026, the Court heard ECF 381:

      Green Copper Holdings, LLC and The Inn at Price Tower Inc.
      Case Number: 25-10088-T
      Document Number:   381
      Docket Text:
      Order Setting Hearing: Hearing scheduled 1/12/2026 at 09:00 AM at Courtroom # 2, 1st Floor, 224 South Boulder Avenue, Tulsa OK regarding Trustee's Objection to (i) Claim No. 2-2 Filed in Copper Tree Inc., and (ii) Claim No. 1-2 Filed in Green Copper Holdings, LLC, by Cynthia Diane Blanchard ('Cynthia") in the Amount of $269,554.69 and $285,107.88 Respectfully, With Notice of Opportunity for Hearing filed at Docket No. [144]

3.    The Court has not yet issued its rulings as to the January 12, 2026 hearing on Trustee's

Objections. The undersigned understands that no one appeared for the Debtors and Mrs. Blanchard

did not appear nor provide testimony in support of her claim(s). *See*, ECF 357 "*Notice of Intent to*

*Rest of Docket*". It is also well recognized by Mrs. Blanchard's on the record statements, court

filings, and communications with the Trustee that Mrs. Blanchard has no intention on making any in-person, court appearances and will rely only on what she has filed.

4.     Assuming that the Court rules in favor of the Trustee's Objections to Mrs. Blanchard's claims (1-2, 2-2) almost the entirety of the matter's set for January 27, 2026 are mooted and need no further argument.  All discovery disputes would also be negated and mooted.  The Trustee and the undersigned's clients were both moving for the same relief which was to have Mrs. Blanchard's claims denied.

5.     By advancing the January 12, 2026 Hearing on the Trustee's claim objections, it would also appear that the Court has sui sponte denied Mrs. Blanchard's (ECF 384) motion, leaving if anything to be determined that of sanctions against Mrs. Blanchard, attorney fees and costs for the Trustee and the Undersigned to have to respond to such frivolousness and bad-faith.  If the Court has not ruled on ECF 384, argument can effectively and quickly be made via video or telephonic conferencing as ECF 384 is believed to be nothing but another frivolous and baseless motion.

6.     As the Court is aware, the undersigned is presently in Asia and does not return home until January 22, 2026.  It is very humbly and respectfully requested, especially given the limited amount of issues not mooted by a prevailing Trustee's claim objections, and if no ruling by that time, the simplicity of the issues to be argued, that the undersigned and his clients, both residents of the State of Florida and the undersigned residing in the Country of Costa Rica, by permitted to attend and make arguments through the Court's CCT or video/telephonic conferencing functions. Requiring the travel of the Undersigned and his clients to Oklahoma for a hearing that may take minutes to an hour at most and spend thousands of dollars in travel expenses does not appear to be the best use of resources and creates a considerable and heavy tax on the clients as they would have to bare significant attorney fees and related costs where such hardships would not exist by

way of video conference. Assuming that the Undersigned would prevail against Mrs. Blanchard in the motions to be argued, the undersigned would be asking the Court to grant against Mrs. Blanchard an award of fees and all costs associated with the defense and prosecution of these motions.

7.     Lastly, Pictoria Studios and Taktik Enterprises requests an Order stating that ECF 385 and ECF 392 are not applicable to the January 27, 2026 Hearing given that:

      a.  Any Exhibits Creditors have were attached to their motion or response and are therefore numbered as per the Court's ECF system; and,

      b.  Any Exhibits Creditors have to present would only be Interrogatories and Requests for Production which again, were part of the ECF filings. Brand has exhibits that were attached to his response ECF 342, et.al. and are already of record.

      c.  For purposes of January 27, 2026 Hearing, Creditors have no further exhibits.

      WHEREFORE, the Undersigned Respectfully prays that this Honorable Court Grant the relief requested herein and permit the undersigned and his clients to appear on January 27, 2026 at the scheduled time by video or telephonic conferencing.

RESPECTFULLY SUBMITTED ON THIS 16th day of January, 2026.

/s/ *Craig A. Brand, Esq.*

By: _____
    Craig Alan Brand, Esq.
    FBN: 896111
    Tel. (305) 878-1477
    6462 S. Jamaica Circle

Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)

NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than __ days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The __ day period includes the three (__) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f). *The moving party shall calculate the appropriate response time. If a response time is prescribed by applicable statute, rule, or order, the moving party shall add to the prescribed response time unless service is accomplished by hand delivery, the three (__) days required for mailing under Bankruptcy Rule 9006(f). If a response time is not prescribed by applicable statute, rule, or order, the response time shall be ____ days, which includes the three (__) days required for mailing under Bankruptcy Rule 9006(f).

**CERTIFICATE OF MEET & CONFER**

The undersigned has reached out to Mrs. Blanchard in an attempt to meet and confer to no avail. The undersigned was able to reach the Trustee, Mr. Malloy, however, he had to check with the US Trustee if they had an opinion.  Given the urgency and time limitation of this motion the undersigned believes it prudent to file under these circumstances.  The undersigned further does not believe that the Trustee's office or Mrs. Blanchard has much relevance in the basis of this motion as it really only involves the material burdens and hardships cast upon the movants.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this foregoing Request for Hearing was filed with the Clerk of Court on this 16th day of January, 2026. In addition, a copy was mailed by United States first class mail to the following recipient(s):

Cynthia Diane Blanchard, pro se
414 SE Washington Blvd. Ste. 205
Bartlesville, OK 74006
310-435-5707


/s/ *Craig A. Brand, Esq.*

By: _____
Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)