IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

2026 JAN 20  PM 12: 04

In re:
**Green Copper Holdings, LLC;**
**Copper Tree, Inc.; and**
**Inn at Price Tower, Inc.,**
Substantively Consolidated Debtors.

Case No. **25-10088**
Chapter 7

## NOTICE OF NON-ATTENDANCE AND RESTING ON THE RECORD

COMES NOW Cynthia Diane Blanchard, appearing pro se, and hereby provides notice that she

will not attend the evidentiary hearing scheduled for January 27, 2026, nor the technical pre-

hearing conference scheduled for January 26, 2026, including by Zoom video or telephonic

appearance.

1.  Unavailability: Ms. Blanchard is unavailable for the scheduled proceedings on January 26

    and January 27, 2026. Accordingly, she will not appear, testify, or otherwise participate in

    the scheduled proceedings, including by Zoom video or telephonic appearance.

2.  Resting on the Record:  With respect to the specific matters set for hearing (Dockets 284,

    338, 341, 368, and 384), Ms. Blanchard rests entirely on the existing record and all filings

    previously submitted to the Court.

3.  No Evidence or Testimony; Objections Preserved:  Ms. Blanchard does not intend to

    present testimony, witnesses, or new exhibits. She objects to the introduction of any

    testimony or evidence by opposing parties not timely disclosed on the docket in

    accordance with the Court's pre-hearing deadlines. She further objects to any expansion

of the hearing beyond its noticed scope, including any attempt to compel testimony in her

absence or without prior and proper notice.

4.   No Waiver of Rights: Nothing herein is intended to waive any rights, objections, or

defenses, all of which are expressly preserved.

Date:  January 20, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2026, a true and correct copy of the foregoing Notice of Non-Attendance and Resting on the Record was served via the Court's CM/ECF system upon all parties entitled to notice, including:

**Patrick J. Malloy, III**, Chapter 7 Trustee.
Chapter 7 Trustee
401 South Boston Avenue, Suite 500
Tulsa, OK 74103

**Craig A. Brand, Esq.**
11222 Oakshore Lane
Clermont, FL. 34711

Cynthia Diane Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707