FILED
2026 JAN 21 PM 12: 14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:
GREEN COPPER HOLDINGS, LLC )    CASE NO. 25-10088-T
EIN # xx-xxx9708 )    Chapter 7
 )
COPPER TREE, INC. )    Substantively Consolidated
EIN # xx-xxx6608 )
 )
THE INN AT PRICE TOWER INC. )
        Debtors. )
_____/

**PICTORIA STUDIOS USA, INC. AND TAKTIK ENTERPRISES, INC.
WITNESS LIST IN COMPLIANCE WITH ECF 412 RELATED TO
JANUARY 27, 2026 SPECIAL SET HEARING**

COMES NOW **PICTORIA STUDIOS USA, INC., (CLAIM NO. 14), AND CLAIMANT TAKTIK ENTERPRISES, INC. (CLAIM NO. 4)** by and through their undersigned counsel and hereby files this Witness List as to the Special Set January 27, 2026 Hearing (ECF 412), paragraph 5, and plans to call, if necessary:

1.

   Cynthia Diane Blanchard, pro se
   414 SE Washington Blvd. Ste. 205
   Bartlesville, OK 74006
   310-435-5707

2. Craig A. Brand, Esq., Tel. (305) 878-1477; Email: Craig@thebrandlawfirm.com; and,

3. Dale Takio, President of Taktik Enterprises, Inc., Tel (407) 232-5951; email: dtakio@gmail.com, or, dtakio@taktikenterprises.com; and,

4. Mike Moran, President of Pictoria Studios USA, Inc., Tel. (407) 363-1708; Email: mike@pictoriastudios.com.

5. Patrick J. Malloy III
   Malloy Law Firm, P.C.
   401 S Boston Ave. Suite #500
   Tulsa, OK 74103-3800
   Contact phone 918-699-0345

   Upon information and belief Trustee Mr. Malloy, Esq., is qualified as an expert to testify as to the validity of Mr. Brand's admission Pro Hac Vice. Mr. Malloy is also believed to have first-hand knowledge contradicting issues and allegations brought up within Mrs. Blanchard's motions (ECF 384, ECF 341).

RESPECTFULLY SUBMITTED ON THIS 20th day of January, 2026.

By: /s/ *Craig A. Brand, Esq.*
_____
Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Request for Hearing was filed with the Clerk of Court on this 20th day of January, 2026. In addition, a copy was mailed by United States first class mail to the following recipient(s):

Cynthia Diane Blanchard, pro se
414 SE Washington Blvd. Ste. 205
Bartlesville, OK 74006
310-435-5707


By: /s/ *Craig A. Brand, Esq.*
_____
Craig Alan Brand, Esq.
FBN: 896111
Tel. (305) 878-1477
6462 S. Jamaica Circle
Englewood, Colorado 80111

**On behalf of and for:**
PICTORIA STUDIOS USA, INC. (Claim No. 14)