IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA



FILED

2026 JAN 27 PM 1:19

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF O...

In re:
**Green Copper Holdings, LLC;**
**Copper Tree, Inc.; and**
**Inn at Price Tower, Inc.,**
Substantively Consolidated Debtors.

Case No. **25-10088**
Chapter 7

## DECLARATORY, INJUNCTIVE, AND SANCTION RELIEF

### AGAINST DEBTORS' COUNSEL AND UNAUTHORIZED PRO SE FILINGS
AND OTHER RELIEF GIVEN REFUSAL TO COMMUNICATE OF US TRUSTEE WALSH OR
ASSIGNED TRUSTEE MALLOY

---

**COMES NOW Nxya Stroud, and for her Complaint against the Attorney
purporting to represent the Debtors, and against all unauthorized pro se
appearances by artificial entities, respectfully alleges and shows the Court
as follows, including attached herewith evidence and recordings:**

---

# I. INTRODUCTION — <u>THIS COURT IS BEING PLAYED</u>

This case presents a procedural defect so fundamental that it strikes at the
integrity of the federal judicial system itself.

The federal docket reflects that **"Price Tower Hotel" is appearing pro se.**
 That is a legal impossibility.

A corporation, limited liability company, partnership, trust, estate, or any
other artificial entity **cannot appear in federal court without licensed
counsel.** Period. End of story.

If this Court is permitting a forced Chapter 7 corporate debtor to proceed
without a licensed attorney of record, then:

**8**

- Federal statute is being violated
- Supreme Court precedent is being ignored
- Tenth Circuit authority is being disregarded
- This Court's own Local Rules are being breached
- The integrity of the bankruptcy process is being compromised

This is not a technical error.
This is a jurisdictional defect.

And if an attorney filed these cases and then vanished when scrutiny arrived, this Court is now dealing with **abandoned debtors, ghost counsel, and procedural sabotage.**

America's courts don't tolerate that.

Neither should this one, obviously Oklahoma doesn't consider itself a State.

---

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to:

- 28 U.S.C. § 1331
- 28 U.S.C. § 1334
- 28 U.S.C. § 157
- 11 U.S.C. §§ 101 et seq.
- Fed. R. Bankr. P. 9010, 9011
- Inherent supervisory authority over officers of the Court

Venue is proper in this District pursuant to 28 U.S.C. § 1409.

---

## III. PARTIES

### Debtor Entity

"Price Tower Hotel" is an artificial entity and is not a natural person. It lacks the legal capacity to appear pro se in federal court.

**9**

17. The Court is fully aware the debtors continue to flout the Court proceedings & hearings.

---

# V. CONTROLLING LAW — CORPORATIONS CANNOT APPEAR PRO SE

## A. Federal Statute — 28 U.S.C. § 1654

Section 1654 permits parties to conduct their own cases "personally or by counsel."
But federal courts have held for over a century that this applies **only to natural persons.**

Artificial entities do not have a "personal" right of self-representation.

---

## B. Supreme Court Authority — Rowland v. California Men's Colony

### Rowland v. California Men's Colony, 506 U.S. 194 (1993):

> "It has been the law for the better part of two centuries that a corporation may appear in federal courts only through licensed counsel."

---

## C. Binding Tenth Circuit Authority

### 1. Flora Construction Co. v. Fireman's Fund Ins. Co.

### 307 F.2d 413 (10th Cir. 1962)

The Tenth Circuit held:

> "A corporation can appear in a court of record only by an attorney at law."

### 2. Harrison v. Wahatoyas, L.L.C.

### 253 F.3d 552 (10th Cir. 2001)

Reaffirmed:

> "As a general matter, a business entity may appear in federal court only through a licensed attorney."

**11**

## D. Northern District of Oklahoma Local Rule

**LCvR 17-1(c)** provides:

> "A corporation, partnership, limited liability company, trust, estate, or other entity
> that is not a natural person may not appear pro se. The Court may strike any
> pleading filed on behalf of any entity that purports to appear pro se."

That rule is crystal clear.
It authorizes striking pleadings.
It authorizes requiring counsel.
It authorizes escalation for noncompliance.

# VI. THE DEBTOR CANNOT MAGICALLY BECOME PRO SE

Calling a corporation "pro se" on a docket does not grant it legal capacity.

Either:

• The entity is misidentified (unlikely), or
 • Filings were made by a nonlawyer, or
 • The Court has been misled, or
 • The rules are being ignored.

None are acceptable.

If an officer, member, trustee, or principal signed filings for the entity without being licensed
counsel, that constitutes **unauthorized practice of law.**

# VII. COUNSEL'S NON-APPEARANCE IS PROFESSIONAL DERELICTION

## A. Bankruptcy Counsel Does Not File and Flee

In Chapter 7, debtor's counsel must:

• Attend §341 meetings
 • Respond to trustee inquiries
 • Participate in claim objections

**12**

• Appear at hearings
• Remain counsel of record until withdrawn

There is no "file-and-run" license in bankruptcy court.

---

## B. Rule 9010 and Rule 9011

Once counsel appears:

• They remain counsel until withdrawn
• They certify the good-faith basis of filings
• They owe continuing duties to the Court

Abandonment is not withdrawal.

---

## C. Ethical Violations

This conduct implicates:

• Rule 1.1 — Competence
• Rule 1.3 — Diligence
• Rule 1.4 — Communication
• Rule 1.16 — Withdrawal
• Rule 3.3 — Candor
• Rule 3.4 — Fairness

Failing to appear at noticed hearings while insider claims are under review is not negligence.

It is dereliction.

---

# VIII. THE INSIDER CONFLICT DIMENSION

This case involves:

• Closely-held entities
• Overlapping principals - public bribery to nonprofit treasurer Eddie Haskell
• Insider claims

• Asset transfers
• Ownership disputes

**13**

If counsel had any role in structuring the transactions now under scrutiny, then disappearing when objections are filed is not coincidence.

## It is evasion.

Nomal Bankruptcy courts that are not corrupt, treat this sort behavior with extreme hostility, but apparently not the Northern District of Oklahoma.   The public's faith in the courts is shaken and even more shaken that the public cannot witness what happens in the Court unless the public has their identification taken, are placed on a list, request permission in advance and receive "keys" as credentialing to access the court room to witness or hear and see what happens, if you do not follow all these steps and thus agree to be harassed by the authorities you are not allowed to know the truth nor see any justice cause public restricted access is not justice!

---

# IX. THE COURT'S INHERENT AUTHORITY

Federal courts possess inherent power to:

• Police the conduct of attorneys
 • Protect the integrity of proceedings
 • Sanction abuse
 • Strike improper filings
 • Enforce representation rules

This Court is not required to tolerate ghost counsel or phantom parties.

---

# X. CAUSES OF ACTION

## Count I — Declaratory Judgment (28 U.S.C. § 2201)

A declaration that:

1.  Price Tower Hotel cannot appear pro se

2.  All pro se filings are void ab initio

3.  The debtor must retain licensed counsel

4.  Prior filings are subject to striking

**14**

## Count II — Violation of Local Rule 17-1(c)

For unauthorized pro se filings by an artificial entity.

## Count III — Failure to Prosecute and Failure to Defend

For continued litigation without counsel in violation of federal law.

## Count IV — Attorney Misconduct and Abandonment

For filing the petitions and abandoning representation without leave of court.

# XI. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. **Declare** that Price Tower Hotel cannot appear pro se

2. **Strike** all pleadings filed on behalf of the entity without counsel

3. **Order** the debtor to obtain licensed counsel by date certain

4. **Enjoin** further filings without counsel

5. **Order** Debtors' former counsel to show cause why sanctions should not issue

6. **Refer** counsel to disciplinary authorities

7. **Disgorge** any fees paid

8. **Impose** Rule 9011 sanctions

9. **Enter default** if counsel is not retained

10. **Grant all further relief** this Court deems just and proper

**15**

You don't get to run a federal bankruptcy case like a shell game.
You don't get to file and hide.
You don't get to pretend a corporation is a cowboy riding solo into court.

If you want the protection of federal bankruptcy law, you follow federal bankruptcy rules.

No lawyer?
No standing.
No filings.
No mercy.

The entire proceeding bears the hallmarks of a meticulously orchestrated shell game—an elaborate façade concealing what appears to be systemic fraud. Central to these allegations is Joseph Hassan (Joey), who is widely known to maintain a close personal {romantic} relationship with a sitting County Court Judge in Washington County Oklahoma. Multiple photographs allegedly depict vast quantities of cash; stacked, bundled, and displayed with alarming nonchalance; suggesting sums that may range from hundreds of thousands to well over a million dollars.

According to these claims, Hassan and the Blanchards routinely transported large volumes of cash connected to events held at Price Tower. These events, allegedly produced by Hassan's company, Joseph Hassan Productions or Joseph Hassan Adventures, both well known venues for powerful homosexuals to meet up for sex; were accompanied by private hospitality operations managed by Anthem Blanchard. The revenue streams from these gatherings are asserted to be neither transparent nor properly accounted for.

Further documents are said to implicate a municipal judge who allegedly attended these events and later influenced legal proceedings in ways that shielded Hassan, the Blanchards, and several other named associates. If

**16**

accurate, this would indicate a disturbing convergence of personal relationships and judicial authority, resulting in the suppression of scrutiny and accountability.

The allegations extend well beyond cash transactions. More than six million dollars in cryptocurrency and U.S. currency is claimed to have been laundered through the international sale of cultural assets—archives, sculptures, paintings, and architectural materials removed from Price Tower. Digital records, including balance sheets, inventory logs, photographs, and videos, are said to document both the physical movement of these assets and the corresponding inflow of cryptocurrency payments.

Critics argue that neither the U.S. Trustee nor the appointed trustee has meaningfully addressed these claims, despite repeated attempts to submit evidence directly, including digital media containing financial records and visual documentation. These assertions mirror sworn affidavits already before the court that allegedly detail established methods for moving funds internationally and converting them into cryptocurrency.

### NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than ___ days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The ___ day period includes the three (___) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f). *The moving party shall calculate the appropriate response time. If a response time is prescribed by applicable statute, rule, or order, the moving party shall add to the prescribed response time unless service is accomplished by hand delivery, the three (___) days required for mailing under Bankruptcy Rule 9006(f). If a response time is not prescribed by applicable statute, rule, or order, the response time shall be _____ days, which includes the three (___) days required for mailing under Bankruptcy Rule 9006(f).

### CERTIFICATE OF MEET & CONFER

The undersigned has reached out to Mrs. Blanchard in an attempt to meet and confer to no avail. The undersigned was able to reach the Trustee, Mr. Malloy, however, he had to check with the US Trustee if they had an opinion. Given the urgency and time limitation of this motion the undersigned believes it prudent to file under these circumstances. The undersigned further does not believe that the Trustee's office or Mrs. Blanchard has much relevance in the basis of this motion as it really only involves the material burdens and hardships cast upon the movants.

### Certificate of Service

A copy has been provided to the Court for service through the electronic court system and sent to the last known address of the Blanchards — the **million-dollar residence maintained with funds taken from Price Tower and held in the name of PeacefulJourney Corporation**, as referenced

**17**

by Cindy Blanchard in her own filings: **26 Mountain Road, Bartlesville, Oklahoma.**

That address has become a **fortified refuge for fugitives from accountability**, where the Blanchards are **actively evading process servers** as lawsuits pile up around them. This is almost certainly why Cindy refuses to appear in court or even by telephone — not out of hardship, but out of **fear of being served yet another lawsuit** while she and Anthem theatrically plead poverty and prepare their escape.

As Craig Brand has already warned, the Blanchards may well be **long gone — having flown the coop overseas** to place themselves beyond the reach of this Court and beyond the grasp of justice.

**True justice would have required Cindy Blanchard to be examined on the record by Trustee Malloy.** Instead, both the Trustee and the U.S. Trustee have done everything possible to **shield her from scrutiny and suppress sworn testimony** that the public and the estate are entitled to hear.

On behalf of self and minor children and ailing in-laws as power of attorney for all referenced a formal OBJECTION with preservation to appeal directly to US District Court the unconstitutional order of the court filed as Document 412 on Jan. 16th 2025:

We object to the credentialing of access to court hearings on the grounds that it improperly restricts public access to a presumptively open judicial proceeding. Court hearings are a matter of public record, and any limitation on attendance or observation must be supported by a compelling legal basis and narrowly tailored to serve that interest.

No such basis has been established here. The credentialing requirement operates as an unlawful barrier to public oversight and transparency, in violation of the common-law right of access and the First Amendment.

Accordingly, I respectfully request that the credentialing restriction be lifted and that the hearing remain fully open to the public.

**18**

This is the UNCONSTITUTIONAL Order that demonstrates clearly the Court is seeking to control who hears and sees the purported justice, which means there will never be justice for the Historical National Landmark at the center of this judicial farce.

Taken in their totality, these allegations do not depict episodic misconduct or isolated impropriety, but rather expose what appears to be a deeply entrenched ecosystem of influence, concealment, and institutionalized impunity — a closed circuit of power in which silence is enforced, accountability is obstructed, and wrongdoing is normalized. Such a structure demands not performative oversight, but a relentless, independent forensic investigation.

Despite having been furnished with voluminous evidentiary materials — including detailed video documentation, photographic records, inventory ledgers, balance sheets, and multiple sworn employee affidavits — neither Mr. Malloy nor the assigned United States Trustee has returned calls or otherwise responded. This refusal to engage in the face of overwhelming documentation raises grave concerns regarding regulatory abdication and institutional inertia.

The record further suggests that longstanding personal relationships among Hassan, Blanchard, and entrenched power brokers have fostered a culture of perceived invulnerability — a belief that proximity to authority functions as insulation against consequence. This atmosphere of impunity appears to have emboldened Cynthia Diane

**19**

Blanchard, who has operated with the confidence of one who believes the rules are negotiable and the law selectively enforced.

As to further proceedings, in light of the already extensive and highly detailed filings submitted by Cynthia Blanchard herself, the undersigned — like others similarly situated — shall file and stand upon the present record, expressly preserving the right to seek appellate review before the United States District Court and, if necessary, the Tenth Circuit Court of Appeals, in defense of the rule of law and the integrity of the federal judicial system.

Let it now and forever be memorialized before the United States Federal Courts and the State of Oklahoma: credible evidence indicates that Cynthia Diane Blanchard has operated under a constellation of aliases and corporate facades, as previously alluded to by Mr. Brand. A comprehensive forensic unraveling of these identities would, upon information and belief, reveal the systematic diversion of millions of dollars in investor capital, public funds, federal grants, COVID-relief monies, incentive programs, and securities-related transactions — constituting what appears to be a vast architecture of financial deception.

Regulators would be well advised not to repeat the catastrophic failures of oversight exhibited by the Securities and Exchange Commission and other enforcement bodies. The pattern is

**20**

unmistakable. The operational command structure is clear. The locus of control is singular.

This is not a rumor.

This is not conjecture.

This is a matter demanding immediate judicial reckoning.

SO HEREIN NOW SUBMITTED together with all attachments, evidence, video, photographs, affidavits in support & balancesheets, showing crypto exchanges used and Bitcoin ATMs used for the cash disbursement.

*Nyxa Stroud*

COL. NYXA STROUD - DAUGHTER OF HOWARD ROARK & STEP SISTER TO DOMINIQUE FRANCON

101 STONEWAY ROAD - WASHINGTON COUNTY SOUTH KINGSTOWN RHODE ISLAND 02880

# PHONE: 202-456-9431

WE AIN'T USIN' EMAIL NO MORE 'CAUSE WE WAS TOLD BLANCHARD'S ONE OF THEM COMPUTER HACKERS. FOLKS SAY SHE RUNS SOME KINDA CYBER COMPANY AND CLAIMS SHE GOT HERSELF A FEDERAL CONTRACT AND EVEN A MEDAL OF HONOR FROM CONGRESS, WHICH DON'T SOUND RIGHT TO ME. ALL I KNOW IS EMAIL'S HOW THEY GET INSIDE YOUR LIFE AND TEAR IT APART. AIN'T ME, NOR NONE OF MY KIN, NOR NOBODY SPEAKIN' FOR US GONNA SHOW UP IN THAT COURTROOM OR ANSWER NO MORE QUESTIONS, NOT WHILE MALLOY AND WALSH WON'T EVEN TALK TO REGULAR FOLKS OR FORMER WORKERS. WE'RE THE ONES GOT THE PROOF. WE'RE THE ONES GOT THE VIDEOS AND PICTURES AND PAPERS. AND THEY DON'T WANNA SEE NONE OF IT. JUST LIKE CINDY DONE, WE REST ON WHAT'S ALREADY BEEN FILED AND PUT ON THE RECORD. WE DONE GAVE THE TRUSTEE AND THE U.S. TRUSTEE EVERYTHING WE GOT — VIDEO, SOUND, PHOTOS, BALANCE SHEETS, THE WHOLE MESS. IF THEY WANNA HIDE WHAT'S BEEN GOIN' ON, THAT'S BETWEEN THEM AND THE JUDGE.

WE DONE OUR PART.

SEEMS TO US THE AUTHORITIES DON'T MUCH CARE ABOUT FINDIN' ALL THAT MONEY CINDY AND HER BUNCH TOOK. BUT IT AIN'T 'CAUSE WE DIDN'T TELL 'EM, RIGHT WHERE IT ALL IS AT AND RIGHT WHERE ALL THE CASH AND CRYPTO CURRENCY BITCOINS ARE LOCATED! SEEMS PEOPLE IN POWER ARE GETTING PAID OFF.

**21**

Search

1 results (0.22 seconds)
Party name: Anthem Vault

| Court | Case Number | Filed On | Party | ↑ | Case |
|-------|-------------|----------|-------|---|------|
| Washington | CJ-2023-00292 | 12/22/2023 | ANTHEM VAULT INC  Defendant | | CARSTENSEN, JASON VS. ANTHEM VAULT INC |

Land records from OKCountyRecords.com
1 Land Records Found for "Anthem Vault" ▼

View all results at OKCountyRecords.com

| County | Instrument | Type | Parties |
|--------|-----------|------|---------|
| Washington | 2025-003875 | OKLAHOMA EMPLOYMENT SECURITIES | OKLAHOMA EMPLOYMENT SECURITY COMMISSION ANTHEM VAULT INC |

Case Information

## CARSTENSEN, JASON VS. ANTHEM VAULT INC

| | |
|---|---|
| Case Identifier | Washington OK — CJ-2023-00292  Monitor this case |
| Type of Case | Civil Cases in which the relief sought exceeds $10,000 |
| Date Filed | 12/22/2023 |
| Amount Owed | $0.00 (as of 01/20/2026 02:22pm) |

Offense or Cause

**INDEBTEDNESS**

Parties Involved

| Judge | VACLAW, HON. RUSSELL C |
|-------|------------------------|
| Plaintiff | CARSTENSEN, JASON  Monitor this person |
| Defendant | ANTHEM VAULT INC  Monitor this person |
| Pintf Atty. | WHITWORTH, JOHN of Bartlesville OK |

Case entries

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/2023 | FILE AND ENTER PETITION | $163.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $25.00 |
| | (Entry with fee only) | $6.00 |
| | (Entry with fee only) | $7.00 |
| | LENGTHY TRIAL FUND | $10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 |

Receipts

| Date | Description | Amount |
|------|-------------|--------|

Case Information

**AMERICAN EXPRESS NATIONAL BANK VS. BLANCHARD, CYNTHIA**

Offense or Cause

**INDEBTEDNESS**

*Case Identifier*   Washington OK — CJ-2025-00231   ⚑ Monitor this case
*Type of Case*      Civil Cases in which the relief sought exceeds $10,000
*Date Filed*        10/07/2025
*Amount Owed*       $0.00 (as of 01/20/2026 02:22pm)

Parties Involved

| Judge | VACLAW, HON. RUSSELL C | |
| Plaintiff | AMERICAN EXPRESS NATIONAL BANK | ⚑ Monitor this person |
| Pintf Atty. | RUTLEDGE, W (WILL) of *Houston TX* | |
| Defendant | BLANCHARD, CYNTHIA of *Bartlesville OK* | ⚑ Monitor this person |

Case entries

| Date | Description | Amount |
| --- | --- | --- |
| 10/07/2025 | FILE AND ENTER PETITION | $163.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $25.00 |
| | (Entry with fee only) | $6.00 |
| | (Entry with fee only) | $7.00 |
| | LENGTHY TRIAL FUND | $10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 |

Receipts

| Date | Description | Amount |
| --- | --- | --- |

| County | Instrument | Type | Parties | Recorded |
|---|---|---|---|---|
| Washington | 2025-006256 | OKLAHOMA TAX COMMISSION LIEN | OKLAHOMA TAX COMMISSION<br>BLANCHARD CYNTHIA<br>INN AT PRICE TOWER INC | 08/20/2025 |
| Washington | 2025-006258 | OKLAHOMA TAX COMMISSION LIEN | OKLAHOMA TAX COMMISSION<br>BLANCHARD CYNTHIA<br>INN AT PRICE TOWER INC | 08/20/2025 |
| Washington | 2024-009601 | LIS PENDENS | GREEN COPPER HOLDINGS LLC<br>BLANCHARD CYNTHIA<br>PRICE TOWER ARTS CENTER INC<br>FRANK LLOYD WRIGHT BUILDING CONSERVANCY<br>and 1 more... | 12/12/2024 |

Case Information

## CITIBANK, N.A. VS. BLANCHARD, ANTHEM HAYEK

*Case Identifier*   Washington OK — CJ-2025-00199   ‖Monitor this case
*Type of Case*   Civil Cases in which the relief sought exceeds $10,000
*Date Filed*   09/05/2025
*Amount Owed*   $0.00 (as of 01/26/2026 02:22am)

Offense or Cause

## INDEBTEDNESS

### Parties Involved

| | |
|---|---|
| Judge | VACLAW, HON. RUSSELL C |
| Plaintiff | CITIBANK, N.A. *of Kansas City MO*   ‖Monitor this person |
| Pintf Atty. | GUERRERO, ALEXIS *of Metairie LA* |
| Defendant | BLANCHARD, ANTHEM HAYEK *of Bartlesville OK*   ‖Monitor this person |

### Case entries

| Date | Description | Amount |
|---|---|---|
| 09/05/2025 | FILE AND ENTER PETITION | $163.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $25.00 |
| | (Entry with fee only) | $6.00 |
| | (Entry with fee only) | $7.00 |
| | LENGTHY TRIAL FUND | $10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $0.50 |

### Receipts

| Date | Description | Amount |
|---|---|---|
| 09/05/2025 | Receipt: R1-723401, Received Of: ABC LEGAL SERVICES, LLC | $252.14 |

**U.S. Bankruptcy Court**
**Northern District of Oklahoma (Tulsa)**
**Bankruptcy Petition #: 25-10088-T**

*Date filed:* 01/22/2025
*341 meeting:* 02/28/2025
*Deadline for filing claims:* 06/09/2025

Assigned to: Chief Judge Paul R Thomas
Chapter 7
Voluntary
Asset
Show Associated Cases
Claims Register

Debtor
Green Copper Holdings, LLC
c/o Robert Hugh, Registered Agent
5 W. 6th Street
Bartlesville, OK 74006
WASHINGTON-OK
Tax ID / EIN: 92-2429708

represented by Ron D. Brown
Ron Brown
1609 E. 4th St.
Tulsa, OK 74120
918-585-9500
Fax : 866-552-4874
Email: ron@ronbrownlaw.com

Debtor
The Inn at Price Tower Inc.
WASHINGTON-OK

represented by The Inn at Price Tower Inc.
PRO SE

Trustee
Patrick J. Malloy, III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-3800
918-699-0345

represented by Patrick J. Malloy, III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103-3800
918-699-0345
Fax : 918-699-0325
Email: pjmiiun@sbcglobal.net

Patrick J. Malloy, III
Malloy Law Firm, P.C.
401 S Boston

Case Information

# CAPITAL ONE BANK N.A. VS. BLANCHARD, ANTHEM HAYEK

| | |
|---|---|
| *Case Identifier* | Washington OK — CJ-2025-00046   ▌Monitor this case |
| *Type of Case* | Civil Cases in which the relief sought exceeds $10,000 |
| *Date Filed* | 02/28/2025 |
| *Amount Owed* | $0.00 (as of 01/20/2026 02:22pm) |

## Parties Involved

| | | |
|---|---|---|
| **Judge** | VACLAW, HON. RUSSELL C | |
| **Plaintiff** | CAPITAL ONE BANK N.A. | ▌Monitor this person |
| **Defendant** | BLANCHARD, ANTHEM HAYEK *of Bartlesville OK* | ▌Monitor this person |
| **Pintf Atty.** | TAIT, NICHOLAS *of Tulsa OK* | |

## Calendar events

| Date | Time | Description |
|---|---|---|

## Case entries

| Date |
|---|
| 02/28/2025 |

## Case Information

### BARCLAYS BANK DELAWARE VS. BLANCHARD, ANTHEM HAYEK

*Case Identifier* Washington OK — CJ-2024-00291  ‖Monitor this case
*Type of Case* Civil Cases in which the relief sought exceeds $10,000
*Date Filed* 12/20/2024
*Amount Owed* $0.00 (as of 01/20/2026 02:22pm)

## Offense or Cause

DEBT COLLECTION

## Parties Involved

| Judge | VACLAW, HON. RUSSELL C | |
|---|---|---|
| Plaintiff | BARCLAYS BANK DELAWARE *of Shawnee Mission KS* | ‖Monitor this person |
| Defendant | BLANCHARD, ANTHEM HAYEK *of Bartlesville OK* | ‖Monitor this person |
| Pintf Atty. | MARTIN, ROY JOHN *of Oklahoma City OK* | |

## Case entries

| Date | Description | Amount |
|---|---|---|
| 12/20/2024 | FILE AND ENTER PETITION | $163.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $25.00 |
| | (Entry with fee only) | $6.00 |
| | (Entry with fee only) | $7.00 |
| | LENGTHY TRIAL FUND | $10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 |

## Receipts

| Court | Case Number | Filed On | Party | ↑ | Case | Offense or Cause |
|---|---|---|---|---|---|---|
| Washington | CJ-2024-00291 | 12/20/2024 | BLANCHARD, ANTHEM HAYEK *Defendant* | | BARCLAYS BANK DELAWARE VS. BLANCHARD, ANTHEM HAYEK | DEBT COLLECTION |
| Washington | CJ-2025-00046 | 02/28/2025 | BLANCHARD, ANTHEM HAYEK *Defendant* | | CAPITAL ONE BANK N.A. VS. BLANCHARD, ANTHEM HAYEK | DEBT COLLECTION - ST DISMIS |
| Washington | CJ-2025-00158 | 09/05/2025 | BLANCHARD, ANTHEM HAYEK *Defendant* | | CITIBANK, N.A. VS. BLANCHARD, ANTHEM HAYEK | INDEBTEDNESS |

## Land records from OKCountyRecords.com
2 Land Records Found for "Blanchard, Anthem" ▼

View all results at OKCountyRecords.com

| County | Instrument | Type | Parties | Recorded |
|---|---|---|---|---|
| Washington | 2020-000436 | WARRANTY DEED | BLANCHARD CYNTHIA D<br>BLANCHARD ANTHEM H<br>FRENCH CAROLYN S CO TRUSTEE<br>FRENCH GILBERT L & CAROLYN S REV TRUST<br>and 1 more... | 01/17/2020 |
| Washington | 2019-002368 | WARRANTY DEED | FRENCH GILBERT L & CAROLYN S REV TRUST<br>FRENCH CAROLYN S CO TRUSTEE<br>BLANCHARD ANTHEM H<br>BLANCHARD CYNTHIA D<br>and 1 more... | 04/09/2019 |



Case Information

Offer

## HILGER, GARY et al VS. HERASOFT

SM

| | |
|---|---|
| *Case Identifier* | Washington OK — SC-2023-00633   ▌Monitor this case |
| *Type of Case* | Small Claims Cases in which the monetary relief is less than $6,000 |
| *Date Filed* | 10/24/2023 |
| *Amount Owed* | $0.00 (as of 01/20/2026 02:22pm) |

## Parties Involved

| Judge | FRANKS, HON. KYRA | |
|---|---|---|
| Plaintiff | HILGER, GARY *of Bartlesville OK* | ▌Monitor this person |
| Plaintiff | DBA | ▌Monitor this person |
| Plaintiff | HILGER'S LAWN | ▌Monitor this person |
| Defendant | HERASOFT *of Bartlesville OK* | ▌Monitor this person |

## Case entries

| Date | Descrip |
|---|---|
| 10/24/2023 | AFFIDAV |
| | (Entry wit |
| | (Entry wit |
| 10/24/2023 | SHERIFF |
| 11/14/2023 | CM:FRAN DUE TO |
| 11/17/2023 | AFFIDAV 10/31/23, |
| 11/20/2023 | AMENDE WCSO T( |

## Calendar events

| Date | Time | Description |
|---|---|---|

# Cynthia Blanchard

**Anthem Hayek Blanchard's wife is Cynthia Blanchard,** who is also the CEO of Copper Tree Inc., the company that owns the Price Tower in Bartlesville, Oklahoma. They have been involved in various controversies, including allegations of fraud and scams related to cryptocurrency investments. Cynthia Blanchard has faced legal challenges and has been accused of misappropriating assets from the Price Tower, which has sparked significant controversy in the community. ⟷ fintrac.io  **+2**

🌐 fintrac.io

**Anthem Hayek Blanchard: Bitcoin Fraudster Execute…**

📑 Ripoff Report

**Ripoff Report | Cynthia Diane Blanchard Review -…**

🌐 m »

**View all**

Examiner-Enterprise
https://www.examiner-enterprise.com › story › news › …

Oklahoma crypto fraud case on hold during SEC …

Oct 20, 2025 · In 2021, Anthem Hayek Blanchard and his wife, Cynthia, arrived in Bartlesville, Oklahoma, with big promises and investment funds. His blockchain startup, HeraSoft — a company …

🌐 fintrac.io
https://fintrac.io › news › anthem-hayek-blanchard…

Anthem Hayek Blanchard: Bitcoin Fraudster Executes Brazen Rug …

Sep 28, 2024 · Anthem Hayek Blanchard, son of the notorious goldbug James U. Blanchard III, of Blanchard Gold and his wife, and former step-mommy alongside their now-suspended stockbroker, …

## Images of Anthem Hayek Blanchard Wife ›

Bing    🔍   cynthia blanchard price tower     🎤   ⊡     200

ALL    SEARCH    IMAGES    VIDEOS    MAPS    NEWS    COPILOT    ⋮ MORE

◈ Copilot Search


CoStar
https://www.costar.com › article

### Former singer who owns a Frank Lloyd Wrig...

**Cynthia Blanchard** argues **Price Tower** Arts Center ceased operating **Price Tower** when it sold the structure to a for-profit ownership group, voiding the easement on Frank Lloyd...

**Price Tower stakeholders accuse Blanchards of dodging debts, claim th...**
In a previous story, **Cynthia Blanchard** told the EE she had to sell off museum artifacts to keep the **Price Tower** afloat.
♪ Yahoo Finance

**Did herasoft owe the Blanch... money?**
Those promises have not been ... according to multiple sources, ... whom requested anonymity ou...
♪ finance.yahoo.com




**Judge orders sale of Frank Lloyd Wright's Price Tower for original ...**
The final price of the sale, $1.4m, had been originally agreed upon in May 2024 by McFarlin and Copper Tree, a company ru...
🏛 The Art Newspaper

**Controversy swirls around F... Wright's Price Tower in ...**
**Price Tower's** current owners... and Anthem Blanchard of Cop... Green Copper Holdings, and c...
The Architect's Newspaper

Yahoo Finance
https://finance.yahoo.com › news

**Price Tower stakeholders accuse Blanchards of dodging debts, claim ...**
May 1, 2024 · In a previous story, Cynthia Blanchard told the EE she had to sell off museum artifacts to keep the Price Tower afloat.