IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PROFESSIONAL FEES AND NOTICE OF OPPORTUNITY FOR HEARING**

Comes now the Trustee and states:

1. Pursuant to prior order of this Court, the Trustee employed Barnes and Barnes Inc. ("Barnes") for the purpose of preparing the federal and state tax returns for this estate.

2. Those returns have been prepared, signed and dated, and mailed to the appropriate offices for the Internal Revenue Service and the Oklahoma Tax Commission. The tax returns show no tax owed.

3. In addition to mailing the tax returns to the IRS and OTC, the Trustee has submitted requests to both the IRS and the Oklahoma Tax Commission for a prompt determination of any tax liability pursuant to 11 U.S.C. § 505(b).

4. Attached hereto as **Exhibit A** is an itemized statement of Barnes' time expended on behalf of the estate. As noted, Barnes seeks total compensation in the amount of $3,900.

5. The Trustee asserts that the fees prayed for are reasonable and necessary and in the best interest of this estate

**NOTICE OF OPPORTUNITY FOR HEARING - Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 24 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 24-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:          918-699-0325
*ATTORNEYS FOR TRUSTEE*