# BARNES & BARNES, INC.



ACCONTING, TAX SERVICE
& BUSINESS CONSULTING

COPPER OAKS - SUITE 104
7030 SOUTH YALE

TULSA, OKLAHOMA 74136

TEL: (918) 492-2993 - FAX: (918) 493-6373

(INCORPORATED 1983)

**EXHIBIT A**

DARREN BARNES
dbarnes@tulsacoxmail.com

PIERCE BARNES
pbarnes@tulsacoxmail.com

BRENT BARNES
brent.barnes@tulsacoxmail.com

GARY BARNES
smalltown@tulsacoxmail.com

**INVOICE**  Date: 2/1/26

**Re: Copper Tree, Inc.**
**Case No.: 25-10088-T**
**Patrick J. Malloy III, Trustee**

| Date | Description of Services Rendered | Services Rendered By | Hours |
|---|---|---|---|
| 1/16/2026 | Discuss nature of the case and substantive case consolidation with Trustee and Swinson | Darren | 1.50 |
| 1/16/2026 | Review docs in google drive provided by Ron Brown to Trustee (for income tax implicatons of debtor) | Darren | 1.00 |
| 1/16/2026 | Research Sec of State Website re: debtor | Darren | 0.25 |
| 1/16/2026 | Draft email to trustee advising on tax implications for single member LLC (disregarded entity) vs. C corporation Ch. 7 debtor | Darren | 0.50 |
| 1/19/2026 | Review email from James Scears re: tax implications of substantive consolidation | Darren | 0.50 |
| 1/19/2026 | Send email to trustee concerning offsetting capital gain with business losses occuring during Ch. 7 | Darren | 0.50 |
| 1/19/2026 | Phone call with trustee to discuss capital gain on sale of real estate and claims history | Darren | 0.25 |
| 1/19/2026 | Determination of debt assumption for cost basis implications related to 2025 capital gain on sale of real estate | Darren | 0.50 |

| | | | |
|---|---|---|---|
| **INVOICE** | | **Date:** | **2/1/26** |

**Re: Copper Tree, Inc.**
**Case No.: 25-10088-T**
**Patrick J. Malloy III, Trustee**

| Date | Description of Services Rendered | Services Rendered By | Hours |
|---|---|---|---|
| 1/20/2026 | Review correspondence and emails from trustee to determine which entities need to file income tax returns, the nature of the entity to determine which IRS form number to use. | Darren | 3.00 |
| 1/21/2026 | Summarize taxable income and expenses per Form 1 and Form 2 provided by Trustee | Darren | 2.75 |
| 1/22/2026 | Prepare initial draft of 2025 Form 1120. | Darren | 1.50 |
| 1/23/2026 | Review claims history and prepare summary for inclusion into the tax return. | Darren | 1.50 |
| 1/27/2026 | Send draft return to trustee for discussion in anticipation of preparing updated draft return | Darren | n/c |
| 1/27/2026 | Summarize wage claims and provide trustee with net pay for each wage claim | Darren | 1.75 |
| 1/29/2026 | Finalize 2025 income tax return | Darren | 2.00 |
| 1/30/2026 | Prepare Form 941 and state withholding payroll tax returns | Darren | 1.00 |
| 1/30/2026 | Prepare 2026 Employee Wage Statements (W-2) | Darren | 1.00 |
| | TOTAL CUMULATIVE HOURS TO DATE | | 19.50 |

**No Tax Filing Requirement for Estate in 2023 or 2024.  2025 Indicated as Initial and Final Return.**

INVOICE                                                                 Date:        2/1/26

**Re: Copper Tree, Inc.**
**Case No.: 25-10088-T**
**Patrick J. Malloy III, Trustee**

| Date | Description of Services Rendered | Services Rendered By | Hours |
|---|---|---|---|
| TOTAL HOURS BREAKDOWN BY EMPLOYEE: | | | |
| | Employee Name | # of Hours | Hourly Rate | Balance Due |
| | Darren Barnes | 19.50 | $200.00 | $3,900.00 |

TOTAL BALANCE DUE                                                                $3,900.00

