## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On January 14, 2026, the Trustee filed herein his *TRUSTEE'S MOTION AND NOTICE TO PAY PRIORITY WAGE CLAIMS AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 407). The Motion seeks an order of this Court authorizing the Trustee to pay the following priority wage claims:

    a. to Donna Keffer in the amount of $15,150.00;

    b. to Linda Jones in the amount of $1,161.29; and

    c. to Nola Renee Nichols in the amount of 15,150.00.

2. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 410).

3. No objections to the Motion were filed within the time prescribed in the Motion.

4. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

|  |  |
|---|---|
| Respectfully Submitted by: | /s/ Patrick J. Malloy III |
|  | Patrick J. Malloy III, OBA #5647 |
|  | MALLOY LAW FIRM, P.C. |
|  | 401 S. Boston Ave. Suite 500 |
|  | Tulsa, Oklahoma  74103 |
|  | Telephone:     918-699-0345 |
|  | Fax:               918-699-0325 |
|  | *ATTORNEYS FOR TRUSTEE* |