


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

**ORDER**

This matter having come on for consideration this 10th day of February 2026, on the *TRUSTEE'S MOTION AND NOTICE TO PAY PRIORITY WAGE CLAIMS AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 407), the Court finds:

1. The Motion was filed on January 14, 2026, seeking an order authorizing the Trustee to pay the following priority wage claims:

   a. to Donna Keffer in the amount of $15,150.00;

   b. to Linda Jones in the amount of $1,161.29; and

   c. to Nola Renee Nichols in the amount of 15,150.00.

2. The Trustee provided timely and proper Notice of the Motion to all necessary and interested parties.

3. The proposed payments are fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to pay the priority wage claims to Donna Keffer, Linda Jones and Nola Renee Nichols as specified above.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
*ATTORNEYS FOR TRUSTEE*