## US DISTRICT OKLAHOMA NORTH - BANKRUPTCY DIVISION

Copper Tree, Inc. (25-10084)

United States Bankruptcy Court, N.D. Oklahoma

Green Copper Holdings, LLC (25-10088)

United States Bankruptcy Court, N.D. Oklahoma

---

**NOTICE OF EXERCISE OF FIRST AMENDMENT RIGHTS - RIGHT TO PETITION FOR REDRESS OF GRIEVANCES - Since the US Government has passed on prosecution of Blanchard or Kane (Cohen), then Petition for IMPEACHMENT of the JUDICIAL OFFICERS CREATING THIS FARCE MUST BE FORTHCOMING!**

IN THE COURT OF PUBLIC CONFUSION AND THE TRIBUNAL OF CHRONIC MISIDENTIFICATION ... COMETH NOW one *Mike Nelson* ... not *that* Mike Nelson, nor the other Mike Nelson, nor any of the approximately four-to-six thousand (4 - 6,000) similarly denominated citizens scattered across these United States—and respectfully moves this Honorable Court for emergency relief from the epidemic of Nominal Recklessness currently plaguing these proceedings. I am not the fictional diver "Mike Nelson" portrayed by Lloyd Bridges in the television series *Sea Hunt*\*\*—a gentleman who resolved underwater emergencies with scuba tanks and dramatic narration.  If oxygen tanks were required in these proceedings, they would be for the suffocation caused by legal absurdity.  Nor am I Michael J. Nelson\* of *Mystery Science Theater 3000*\*\* fame.  Yes, I have heard the robot jokes.  Nor am I the British installation artist known as Mike Nelson\*, architect of labyrinthine exhibitions in which patrons wander existentially through dimly lit corridors.  If you have recently found yourself lost in a maze, that was not my artistic commentary on modern capitalism.  That was my email inbox.   Nor am I Mike Nelson\*, who served in the Minnesota House of Representatives, nor am I currently stating MN is for Mike Nelson if when used MN is for Minnesota a US State!  Though I, too, possess strong feelings about committees, procedure, and the mystical belief that hearings must occasionally include listening. Nor am I Michael B. Nelson\*, arranger for Prince and The Hornheads.  I do not arrange horns for Grammy-winning artists.  I arrange air horns for each time someone files "just one more extension."  Nor am I the Texas Tech football player named Michael Nelson\*.

<u>ON THE MATTER OF ERRONEOUS WHISTLEBLOWER ATTRIBUTION</u> The undersigned further asserts, with solemnity and mild exasperation, that he is not the Mike Nelson alleged on social media to be a whistleblower against various persons of intrigue. This here Mike Nelson is not the one Kane & Blanchard want to murder.

## Constitutional and Statutory Responsibilities of Federal Judges:

Including Magistrate, District, and Bankruptcy Judges Under Articles I and III of the United States Constitution; Imperative of Judicial Honesty and Oath-Bound Integrity; Felonies Committed Through Errors and Omissions in the Federal Judiciary; and Impeachment as the Exclusive Remedy, with Particular Reference to Misuse of 11 U.S.C. § 505 in Bankruptcy Proceedings Involving the Internal Revenue Service for Purposes of Defrauding the United States Treasury and Enriching Trustees and Associates

### I. Introduction

Pursuant to the query propounded, this memorandum delineates, with exhaustive particularity and in conformity with the precepts of federal jurisprudence, the manifold responsibilities incumbent upon Federal Judges, encompassing those denominated as Magistrate Judges, District Judges, and Bankruptcy Judges, irrespective of their classification under Article I or Article III of the United States Constitution. It is axiomatic that such judicial officers, vested with the awesome authority to adjudicate disputes touching upon the liberties, properties, and fiscal obligations of citizens and the sovereign alike, must adhere to the highest standards of probity, impartiality, and fidelity to the rule of law. Wherefore, this exposition elucidates the necessity for unyielding honesty and perpetual adherence to the judicial oath whilst presiding over proceedings; enumerates felonies and misdemeanors perpetrated through errors, omissions, or deliberate malfeasance within the Federal Judiciary; and posits impeachment by the Senate as the constitutionally ordained resolution, particularly in instances of egregious

misconduct involving false representations and defrauding of the United States Treasury via the misuse of Rule 505 proceedings in bankruptcy contexts, wherein Trustees and their confederates seek illicit enrichment.

The analysis herein is predicated upon the foundational tenets of the United States Constitution, pertinent federal statutes, judicial canons, and precedential impeachments, inter alia, to underscore that any deviation from these imperatives constitutes not merely an ethical lapse but a profound betrayal of public trust warranting the most severe sanction available under our republican form of government.

## II. Types of Federal Judges and Their Constitutional Basis

The Federal Judiciary, as ordained and established by Article III of the Constitution, comprises judges who "shall hold their Offices during good Behaviour," thereby enjoying life tenure absent impeachment and conviction for high crimes and misdemeanors. These Article III judges, nominated by the President and confirmed by the Senate, include District Judges who preside over trial courts of general jurisdiction, adjudicating civil and criminal matters arising under federal law, and Appellate Judges on the Courts of Appeals. Bankruptcy Judges and Magistrate Judges, contrariwise, are Article I judicial officers, deriving their authority from congressional enactments pursuant to Article I's grant of legislative power to create inferior tribunals.

Magistrate Judges, appointed by a majority of District Judges in each judicial district for renewable eight-year terms under 28 U.S.C. § 631 et seq., serve as adjuncts to Article III courts, handling preliminary proceedings in criminal cases, pretrial motions, and, with consent, full trials in misdemeanors or civil actions. Bankruptcy Judges, appointed by the Courts of Appeals for fourteen-year terms pursuant to 28 U.S.C. § 152, exercise jurisdiction over bankruptcy cases and proceedings, including core matters such as allowance of claims and

determination of tax liabilities under 11 U.S.C. § 505. Though lacking life tenure, these Article I judges are nonetheless bound by analogous duties of impartiality and integrity, as their actions are subject to review and potential removal through statutory mechanisms or, in extremis, impeachment where misconduct rises to impeachable offenses.

Nota bene: The query's reference to "Article II Judges" appears to be a misnomer, as Article II pertains to the Executive Branch; no judicial officers derive authority therefrom. All federal judges, regardless of nomenclature, are entrusted with the solemn duty to administer justice without respect to persons, to faithfully execute the laws, and to safeguard the fiscal integrity of the Republic, including the United States Treasury against fraudulent depredations.

## III. Judicial Oath and Code of Conduct: Imperative of Honesty and Oath-Bound Integrity

Every federal judge, upon assumption of office, solemnly swears or affirms the oath prescribed by 28 U.S.C. § 453: "I . . . do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me . . . under the Constitution and laws of the United States. So help me God." This oath, immutable and binding, imposes an unremitting obligation of honesty, impartiality, and fidelity, extending to all proceedings over which the judge presides. Deviation therefrom, whether through deliberate falsehood, omission of material facts, or connivance in fraudulent schemes, constitutes a perjurious betrayal of this sacred vow.

**Complementing the oath is the Code of Conduct for United States Judges,** promulgated by the Judicial Conference pursuant to 28 U.S.C. § 331, which enjoins judges to "uphold the integrity and independence of the judiciary" (Canon 1), "avoid impropriety and the appearance of impropriety in all activities" (Canon

2), and "perform the duties of the office fairly, impartially and diligently" (Canon 3). Honesty is not merely aspirational but imperative; Canon 2 mandates that a judge "act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary," precluding any conduct that could reasonably be perceived as dishonest or corrupt. For Magistrate and Bankruptcy Judges, these canons apply mutatis mutandis, as their roles, though delegated, implicate the same fiduciary trust reposed in Article III judges.

In presiding over cases, judges are perpetually under this oath, rendering any false statement, omission, or facilitation of fraud a felony under 18 U.S.C. § 1621 (perjury) or § 1001 (false statements), and potentially 18 U.S.C. § 371 (conspiracy to defraud the United States), especially where such acts impinge upon the Treasury's revenues.

## IV. Felonies and Misconduct Arising from Judicial Errors and Omissions

Errors and omissions by federal judges, when willful or grossly negligent, may engender felonies, including but not limited to fraud upon the court (18 U.S.C. § 1341 et seq.), obstruction of justice (18 U.S.C. § 1503), and misprision of felony (18 U.S.C. § 4). Such misconduct transcends mere judicial error, appealable under 28 U.S.C. § 1291, and ascends to impeachable offenses where it evinces corruption, abuse of power, or betrayal of public trust. Historical precedents abound: Federal judges have been impeached for perjury, bribery, tax evasion, and bringing disrepute upon the judiciary through false representations. For instance, Judge Harry E. Claiborne was impeached and convicted in 1986 for tax fraud involving false statements; Judge Alcee L. Hastings in 1989 for perjury and conspiracy to solicit bribes; and Judge G. Thomas Porteous in 2010 for corruption, including false statements and acceptance of bribes.

In bankruptcy contexts, omissions in disclosing conflicts or errors in adjudicating claims may facilitate fraud against creditors, including the United States as tax

authority, constituting felonies under 18 U.S.C. § 152 (bankruptcy fraud). The severity is amplified where such acts defraud the Treasury, as in misrepresentations of tax liabilities.

## V. Misuse of 11 U.S.C. § 505 in Bankruptcy Proceedings

Under 11 U.S.C. § 505(a), the Bankruptcy Court may determine the amount or legality of any tax liability of the debtor or estate, whether assessed or not, absent final adjudication elsewhere. This authority, intended to expedite bankruptcy resolutions, is susceptible to egregious misuse where a judge, in collusion with a Trustee or associates, fabricates false determinations to abate legitimate IRS claims, thereby enriching the Trustee through inflated fees or diverting assets to confederates. Such chicanery constitutes fraud upon the United States (18 U.S.C. § 371), wire fraud (18 U.S.C. § 1343) if electronic filings are involved, and perjury if predicated on false oaths.

The severity is patent: Defrauding the Treasury through spurious § 505 rulings not only depletes public coffers but undermines the integrity of the judicial process, warranting impeachment as a high misdemeanor. Precedents of judicial corruption in financial matters, such as Porteous's acceptance of bribes in bankruptcy cases, illustrate that such enrichment schemes are impeachable.

## VI. Impeachment as the Constitutional Remedy

The Constitution vests in the House the sole power of impeachment (Art. I, § 2, cl. 5) and in the Senate the sole power to try impeachments (Art. I, § 3, cl. 6), requiring a two-thirds vote for conviction and removal. For Article III judges, impeachment is the exclusive mechanism for removal during good behavior; for Article I judges, while statutory removal exists, impeachment applies where misconduct equates to high crimes. Given the gravity of defrauding the Treasury via § 505 misuse—encompassing false information, corruption, and illicit

enrichment—impeachment in the Senate is the apposite resolution, as evinced by historical convictions for analogous fraud and perjury.

### VII. Conclusion WITH RIGHTS RESERVED TO PETITION FOR REDRESS

Federal judges bear an <u>indelible duty of honesty under oath, and misconduct through errors or omissions,</u> particularly in § 505 proceedings defrauding the Treasury for personal gain, mandates impeachment. This memorandum counsels vigilant oversight to preserve the Republic's judicial sanctity. FEDERAL JUDGES must be IMPEACHED since Blanchard not charged.

This bankruptcy concerns a nationally recognized architectural landmark that functioned as a museum and repository of unique artwork, exhibits, and historically significant artifacts. The asset disposition at issue—reportedly conveyed for nominal consideration of Ten Dollars ($10.00)—raises serious valuation and tax consequences under 26 U.S.C. §§ 1001, 1011, and 1221–1222. Where property is transferred for consideration materially below fair market value, the Internal Revenue Service may recharacterize the transaction according to its substance rather than its form. See *Commissioner v. Court Holding Co.*, 324 U.S. 331 (1945); *Gregory v. Helvering*, 293 U.S. 465 (1935). Any amounts realized in excess of adjusted basis constitute capital gain—short-term or long-term depending upon the holding period—with attendant reporting obligations and potential penalties under 26 U.S.C. §§ 6651, 6662, and 7201 where underreporting or evasion is implicated.

Wishing US Federal Courts were better Governed;



General Mail Delivery Boston, MA, to the Mike Nelson (not that one) 202-456-9451
NOTThatMikeNelson@MikeNelsonsAre.Legion