IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**_TRUSTEES MOTION TO STRIKE OR IN THE ALTERNATIVE TO DENY OBJECTION TO PAYMENT TO BARNES AND BARNES REQUEST FOR EVIDENTIARY HEARING TO TAKE SWORN TESTIMONY UNDER 30B(6) AND OTHER APPLICABLE RULES IN REGARDS TO BARNES AND BARNES…(DOCS. NO. 426 AND 427) AND NOTICE OF EXERCISE OF FIRST AMENDMENT RIGHTS-RIGHT TO PETITION FOR REDRESS OF GRIEVANCES_ (DOC. NO. 428)**

Comes now the Trustee and states:

1. Pleadings 426, 427 and 428 appear to have been filed by a Mike or Michael Nelson ("Nelson"). Nelson has previously filed herein a number of pleadings/motions seeking various relief from this Court. Nelson is neither a creditor, shareholder nor interested party in this proceeding in any manner and, thus, has no standing to seek relief in these proceedings.

2. Nelson previously filed herein pleadings at ECF Nos. 55, 62, 66, and 67. This Court previously entered an order to show cause why those motions should not be denied for lack of standing (Doc. No. 71). As a result of Nelson's failure to comply with the Court's order to show cause, this Court entered an order denying the motions for lack of standing (Doc. No. 94).

3. Despite Nelson's previous failure to establish for the benefit of this Court his standing to seek relief in this Court, Nelson has taken it upon himself to file the additional pleadings referenced above. As the Court noted in its prior order denying motions filed by Nelson for lack of standing, "At most, Nelson raises a generalized grievance on behalf of the American public. He has not articulated any particularized injury that affects him in any 'personal and individual way' related to the actions of the Debtor, the trustee, the government or any other party associated with this case. Based on the above, the Court finds Nelson has failed to meet his burden to establish standing to seek any relief in this case. Therefore, the court finds that each of the Nelson motions must be denied."

4. For the reasons already determined by this Court, pleadings 426, 427 and 428 should be stricken or in the alternative denied.

Wherefore the Trustee prays for an order striking or denying pleadings filed at ECF Nos. 426, 427 and 428.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:               918-699-0325
*ATTORNEYS FOR TRUSTEE*