## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S SUPPLEMENTAL MOTION TO STRIKE OR DENY *SUPPLEMENTAL CROSS-EXAMINATION FOR EVIDENTIARY HEARING DEMANDED PURSUANT WITH RIGHT…AS NOTED (DOC. NO. 429)*

Comes now the trustee and states

1. The Trustee has filed here in his Motion to strike or in the alternative deny pleadings filed by Michael Nelson ("Nelson") at ECF Nos 426, 427, and 428.

2. Nelson has now filed yet another pleading at ECF 429. The Trustee would note that the pleading filed at ECF 429 does not appear to be signed. However, it was clearly filed by Nelson. While largely incomprehensible the pleading should be stricken for the reasons previously argued. The Trustee incorporates by reference all allegations contained in his previous Motion to strike or deny.

3. The Trustee would additionally note Nelson's 'pleading" does not provide a proper and current mailing address. As a result, it is impossible to provide him notice of the Trustee's motions to strike or deny his motions.

Wherefore the Trustee prays for an order striking or denying Nelson's pleading filed at ECF 429 for the reasons previously stated.


Respectfully Submitted by:          /s/ Patrick J. Malloy III
                                    Patrick J. Malloy III, OBA #5647
                                    MALLOY LAW FIRM, P.C.
                                    401 S. Boston Ave. Suite 500
                                    Tulsa, Oklahoma  74103
                                    Telephone:    918-699-0345
                                    Fax:          918-699-0325
                                    *ATTORNEYS FOR TRUSTEE*