IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Feb 27, 2026

| | |
|---|---|
| IN RE:<br><br>**GREEN COPPER HOLDINGS, LLC,**<br><br>Debtor,<br><br>**COPPER TREE, INC.,**<br><br>Debtor,<br><br>**THE INN AT PRICE TOWER INC.,**<br><br>Debtor. | Case No. 25-10088-T<br>Chapter 7<br><br>Substantively consolidated with<br>Case No. 25-10084-T |

### ORDER SUSTAINING OBJECTION AND DISALLOWING CLAIMS

Presently before the Court is the Trustee's Objection to (i) Claim No. 2-2 Filed in Copper Tree Inc., and (ii) Claim No. 1-2 filed in Green Copper Holdings, LLC, by Cynthia Diane Blanchard ("Cynthia") in the Amount of $269,554.69 and $285,107.88 Respectively, at ECF No. 144,[1] filed by Patrick J. Malloy, the chapter 7 trustee appointed to administer this case; the Response To Trustee's Objection To Claims Filed By Creditor Cynthia Diane Blanchard, at ECF No. 202; the Notice of Intent to Rest on the Docket for Claim 1-2, at ECF No. 357, filed by Cynthia Diane Blanchard; the Claimant's Designation of Record and Notice of Non-Appearance Regarding January 12, 2026 Claim Hearing, at ECF No. 391, filed by Cynthia Diane Blanchard; the Notice of Filing Previously-Produced Discovery in Support of Claimant's Designation of Record, at ECF No. 396, filed by Cynthia Diane Blanchard; the Trustee's Brief in Support of the Objection, at ECF No. 401, filed by Patrick J. Malloy; and the Notice of Non-Appearance and Continuing

---

[1] Unless otherwise noted, all references to ECF document or claim numbers are to Case No. 25-10088.

Objection, at ECF No. 404, filed by Cynthia Diane Blanchard. The Court held a hearing on the Trustee's Objection and related matters on January 12, 2026. The issues having been duly considered and a decision having been duly rendered, for the reasons set forth in the Memorandum Opinion filed concurrently herewith,

**IT IS HEREBY ORDERED** that Trustee's Objection to (i) Claim No. 2-2 Filed in Copper Tree Inc., and (ii) Claim No. 1-2 filed in Green Copper Holdings, LLC, by Cynthia Diane Blanchard ("Cynthia") in the Amount of $269,554.69 and $285,107.88 Respectively, at ECF No. 144, filed by Patrick J. Malloy, Trustee herein, is hereby SUSTAINED.

**IT IS FURTHER ORDERED** that Proof of Claim No. 1-2, filed in Case No. 25-10088-T, filed by Cynthia Diane Blanchard, in the amount of $285,107.88 for "loan" is DISALLOWED.

**IT IS FURTHER ORDERED** that Proof of Claim No. 2-2, filed in Case No. 25-10084-T, filed by Cynthia Diane Blanchard, in the amount of $269,554.69 for "loan" is DISALLOWED.

Dated this 27th day of February, 2026.

8090.1

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY