IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S REQUEST FOR ORDER**

Comes now the Trustee and states:

1. On February 2, 2026, the Trustee filed herein his *TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PROFESSIONAL FEES AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 422). The Motion seeks authority to pay Barnes and Barnes Inc. ("Barnes") professional fees totaling $3,900.00 for preparation of the federal and state tax returns for this estate.

2. The Trustee provided timely and proper notice of the Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 423).

3. No creditor or interested party filed an objection to the Motion within the time prescribed. On February 20, 2026, A Mike Nelson ("Nelson") filed his *OBJECTION TO PAYMENT TO BARNES AND BARNES REQUEST FOR EVIDENTIARY HEARING TO TAKE SWORN TESTIMONY UNDER 30B(6) AND OTHER APPLICABLE RULES IN REGARDS TO BARNES AND BARNES* (Doc. Nos. 426 and 427). Nelson is neither a creditor or an interested party in these

proceedings and has no standing to objection to the Motion. On February 23, 2026, the Trustee filed his Motion to Strike or in the alternative to deny Nelson's objections (Doc. No. 430) based on the fact that Nelson is neither a creditor, a shareholder nor an interested party in this proceeding and thus has no standing to objection to the Motion. The Trustee reasserts his motion to deny Nelson's "objection."

4. No other objections to the Motion were filed within the time prescribed in the Motion.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

Respectfully Submitted by:     /s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:           918-699-0325
*ATTORNEYS FOR TRUSTEE*