MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

U.S. Bankruptcy Court

Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from CU entered on 3/2/2026 at 2:36 PM CST and filed on 3/2/2026
**Case Name:**              Green Copper Holdings, LLC and The Inn at Price Tower Inc.
**Case Number:**            25-10088-T
**Document Number:** 442

**Docket Text:**
Memorandum of Document Deficiency to regarding document number [441]. Every document filed shall contain a signature to comply with Local Rule 9011(a). Failure to correct this deficiency will result in the document being stricken from the record. *See* FRBP 9011(a). Correction due by 3/23/2026. (RE: related document(s)[441] Generic Event.). (CU)


**25-10088-T Notice will be electronically mailed to:**

Craig Alan Brand on behalf of Creditor Craig Brand and Adriana Soto JTRWOS
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Dale Takio
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mystic Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Pictoria Studios USA Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Takitik Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Craig Alan Brand
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Erinne Moran
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mike Moran
craig@thebrandlawfirm.com

Ron D. Brown on behalf of Debtor Copper Tree, Inc.
ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Ron D. Brown on behalf of Debtor Green Copper Holdings, LLC
ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Mark A. Craige on behalf of Interested Party Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com

Kevin P Doyle on behalf of Creditor Price Tower Art Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Price Tower Arts Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

John E Johnson on behalf of Interested Party Katherine Seale
jej@jerichlaw.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Accountant Darren Barnes
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Consultant Michelle Johnson
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Special Counsel Mark D.G. Sanders
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
malloylawfirm@sbcglobal.net

Maxfield James Malone on behalf of Creditor Price Tower Art Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Price Tower Arts Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Brian L. Mitchell on behalf of Creditor Cherokee Fire Protection Professionals, LLC
bmitchell@mitchelllegalpllc.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Jerome S. Sepkowitz on behalf of Creditor Nola Renee Nichols
jsepkowitz@derryberrylaw.com

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

Marina Wise on behalf of Creditor Oklahoma Tax Commission
marina.wise@tax.ok.gov

**25-10088-T Notice will not be electronically mailed to:**

Cynthia Diane Blanchard
414 SE Washington Blvd. Ste. 205
Bartlesville, OK 74006

Michael Eric Nelson
GENERAL DELIVERY
BOSTON, MA 02205-9999

D.R. Payne
D.R. Payne & Associates
[Address Unknown]
, OK

Scott Schlotfelt
,

Sidney K Swinson
,

The Inn at Price Tower Inc.
,