IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
GREEN COPPER HOLDINGS, LLC, et al.,
Debtors.

Case No. 25-10088-T
Chapter 7

**CLAIMANT'S REPLY TO TRUSTEE'S OBJECTION TO MOTION TO ALTER OR AMEND JUDGMENT**

Claimant Cynthia Diane Blanchard, appearing pro se, respectfully submits this limited Reply to the Trustee's Objection to her Motion to Alter or Amend Judgment pursuant to Federal Rule of Bankruptcy Procedure 9023.

This Reply addresses three points raised in the Trustee's Objection: (1) the circumstances surrounding Claimant's decision to rest on the written record at the January 12, 2026 hearing, (2) the Trustee's characterization of the documentary exhibits attached to the Motion, and (3) the applicability of Rule 59(e).

**I. Clarification Regarding Claimant's Non-Appearance**

The Trustee states that Claimant's reasons for not appearing at the hearing are "known only to Blanchard." The record reflects otherwise. Prior to the hearing, Claimant filed notice of her intent to rest on the written record due to serious safety concerns. These concerns arose from ongoing safety issues involving an individual who has repeatedly engaged in stalking behavior and who has inserted himself into these proceedings, including as recently as the last week. The individual's whereabouts are unknown, and his aggressive participation in this case created a legitimate concern that he could appear in person at a publicly scheduled hearing.

Claimant raised these safety concerns during the proceedings with Ron Brown, an attorney who had previously represented the debtor companies during the early stages of the case. Mr. Brown advised that he had communicated those concerns to the United States Trustee. Thereafter, estate trustee Malloy provided Claimant with the name of an attorney at the United States Attorney's Office whom he believed to be familiar with the matter. Claimant subsequently contacted that office and spoke directly with that attorney regarding the situation. Claimant's decision to rely on the written record was therefore a precautionary measure and not a tactical waiver of the right to present a complete evidentiary record.

## II. The Documentary Exhibits Are Not Asserted as Newly Discovered Evidence

The Trustee argues that the documents attached to the Motion do not constitute "new evidence" and could have been presented earlier. Claimant does not contend that these materials are newly discovered evidence. Rather, the Motion supplies documentary foundation responsive to the Court's Memorandum Opinion identifying deficiencies in the evidentiary record and provides documentation necessary for the Court to evaluate the claim on a complete record. The attached financial statements and banking records corroborate the loan balance previously asserted in Claimant's Proof of Claim and further complete the evidentiary record.

## III. The Motion Does Not Seek to Relitigate the Merits Under Rule 59(e)

The Trustee further asserts that Rule 59(e) may not be used to relitigate issues or obtain a "second bite at the apple." Claimant does not seek to relitigate the merits of the claim or advance new legal theories. Instead, the Motion addresses the evidentiary foundation identified by the Court in its Memorandum Opinion and provides documentary support verifying the previously

asserted loan balance. The purpose of the Motion is therefore corrective and directed toward ensuring that the Court's ruling rests upon a complete documentary record.

The documents attached to the Motion are authenticated through Claimant's sworn declaration executed under penalty of perjury.

**CONCLUSION**

For the foregoing reasons, Claimant respectfully requests that the Court consider the supplemented documentary record and grant the Motion to Alter or Amend Judgment.

Dated: March 4, 2026

Respectfully submitted,

*/s/ Cynthia Diane Blanchard*
Cynthia Diane Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

CERTIFICATE OF SERVICE

I, Cynthia Diane Blanchard, certify that on March 4, 2026, I filed the foregoing Claimant's Reply to Trustee's Objection to Motion to Alter or Amend Judgment with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma. Notice of this filing was provided to all registered participants through the Court's CM/ECF system.

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707