United States Bankruptcy Court
Northern District of Oklahoma

In re:                                                                                    Case No. 25-10088-T

Green Copper Holdings, LLC                                                                Chapter 7

The Inn at Price Tower Inc.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1085-4                              User: admin                                  Page 1 of 4
Date Rcvd: Mar 02, 2026                           Form ID: pdf014                              Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Green Copper Holdings, LLC, co Robert Hugh, Registered Agent, 15 W. 6th Street, Bartlesville, OK 74006 |
| cr | + | Helton Law Firm, 9125 South Toledo Avenue, 9125 South Toledo Ave, Tulsa, OK 74137-2719 |
| intp | + | Katherine Seale, c/o Law Office of J. Erich Johnson PLLC, 705 Ross Avenue, Dallas, TX 75202-2007 |
| intp | | Michael Eric Nelson, GENERAL DELIVERY, BOSTON, MA 02205-9999 |
| cr | + | Price Tower Art Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3018679 | | Archway Properties, c/o Dallas Hindman, 272550 N 3979 Dr, Ochelata, OK 74051 |
| 3022786 | + | Archway Properties, L.L.C., 501 SE Frank Phillips Blvd, 102A, Bartlesville, OK 74003-3913 |
| 3018680 | + | Cherokee Fire Protection, PO Box Box 678, Oologah, OK 74053-0678 |
| 3037388 | + | Commtrak Corp, PO Box 826077, Philadelphia, Pa. 19182-6077 |
| 3015733 | + | Craig A. Brand, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3027376 | + | Craig Brand and Adriana Soto JTRWOS, 11222 Oak Shore Ln, Clermont, FL 34711-5408 |
| 3016958 | + | Cynthia Diane Blanchard, 414 SE Washington Blvd., Ste. 205, Bartlesville, OK 74006-2428 |
| 3015735 | + | Dale Takio, personally and individually, as, well as on behalf of his entity Taktik, Enterprises, Inc., A Florida Corporation, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3029049 | + | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| 3013545 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, Attn: Mark A. Craige, 222 N. Detroit 600, Tulsa, OK 74103-2415 |
| 3026336 | + | Helm Ventures, LLC, 7200 Wisconsin Ave, Suite 500, Office 95, Bethesda, MD 20814-4830 |
| 3028276 | | John Marcott, 379240 W 3200 Rd, Ramona, OK 74061 |
| 3028486 | + | Joshua Gunter, 1515 S Osage ave, Bartlesville, OK 74003, Bartlesville, OK 74003-5828 |
| 3029024 | + | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3029052 | + | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3038877 | + | Marlin Leasing Corporation dba PEAC SOLUTIONS, 300 Fellowship Road, Mount Laurel, NJ 08054-1201 |
| 3013546 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3028624 | + | Michael J. Moran and Erinne Moran JTWROS, 3517 WATERCREST PL, ORLANDO, FL 32835-2527 |
| 3015734 | + | Mike Moran, personally and individually, and, on behalf of his Florida Corp entity, Pictoria Studios USA, 3517 Watercrest Place, Orlando, FL 32835-2527 |
| 3018146 | + | Nola Renee Nichols, Jerome S. Sepkowitz, 4800 N. Lincoln Blvd, Oklahoma City, OK 73105-3321 |
| 3017675 | + | Paul Aubert, 24 Waterway Ave, Suite 830, The Woodlands, TX 77380-4324 |
| 3028605 | + | Pictoria Studios USA, 3517 WATERCREST PL, ORLANDO, FL 32835-2527 |
| 3018681 | + | Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3029022 | + | Price Tower Arts Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3013547 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3037289 | + | Taktik Enterprises, Inc, 6462 S. Jamaica Circle, Englewood, CO 80111-6626 |
| 3029023 | + | UBAC LLC, 12324 E 86th St N STE 522, Owasso, OK 74055-2543 |
| 3013548 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: bankruptcy@oesc.state.ok.us | Mar 02 2026 23:28:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | Email/Text: bankruptcysecretary@tax.ok.gov | Mar 02 2026 23:28:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |

| smg | Email/Text: bankruptcy@tulsacounty.org | | |
| | | Mar 02 2026 23:28:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| cr | + Email/Text: msuess@tax.ok.gov | | |
| | | Mar 02 2026 23:28:00 | Oklahoma Tax Commission, 201 W. 5th St., Ste. 400, Tulsa, OK 74103-4211 |
| 3037391 | Email/Text: AEPBankruptcy@aep.com | | |
| | | Mar 02 2026 23:28:00 | Public Service Company of Oklahoma, PO Box 24401, Canton, Ohio 44701 |
| 3037389 | + Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | Mar 02 2026 23:28:00 | Credit Collection Services, 725 Canton Street, Norwood Ma. 02062-2679 |
| 3028568 | + Email/Text: kloudtrustee@titushillis.com | | |
| | | Mar 02 2026 23:28:00 | Enterprise Global Logistics, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
| 3037392 | Email/Text: info@thefaircapital.com | | |
| | | Mar 02 2026 23:28:00 | Fair Capital LLC, PO Box 399, New City, NY 10956 |
| 3037390 | Email/Text: rmurphy1@firstinsurancefunding.com | | |
| | | Mar 02 2026 23:28:00 | First Insurance, 450 Skokie Blvd Suite 1000, Northbrook, Ill 60062 |
| 3028565 | + Email/Text: kloudtrustee@titushillis.com | | |
| | | Mar 02 2026 23:28:00 | Joseph Hassan, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
| 3040546 | + Email/Text: msuess@tax.ok.gov | | |
| | | Mar 02 2026 23:28:00 | Oklahoma Tax Commission, 201 W 5th St. Ste. 400, General Counsel's Office, PO Box 269056, Tulsa, OK 74103-4211 |
| 3037387 | + Email/Text: BANKRUPTCY@PEACSOLUTIONS.COM | | |
| | | Mar 02 2026 23:28:00 | PEAC Solutions, 300 Fellowship Road, Mount Laurel, NJ 08054-1201 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| db | | The Inn at Price Tower Inc. |
| cr | | Craig Alan Brand |
| cr | | Craig Brand and Adriana Soto JTRWOS |
| exp | | D.R. Payne, D.R. Payne & Associates, [Address Unknown] |
| cr | | Dale Takio |
| acc | | Darren Barnes, Barnes & Barnes, Inc. |
| cr | | Enterprise Global Logistics LLC |
| cr | | Erinne Moran |
| intp | | Frank Lloyd Wright Building Conservancy, an Illino |
| sp | | Mark D.G. Sanders |
| consult | | Michelle Johnson, Asset Liquidation Specialists LLC |
| cr | | Mike Moran, A/K/A Micahel Moran |
| cr | | Mystic Enterprises, Inc. |
| cr | | Nola Renee Nichols |
| cr | | Pictoria Studios USA Inc. |
| r | | Scott Schlotfelt |
| sp | | Sidney K Swinson |
| cr | | Takitik Enterprises, Inc. |
| intp | | The McFarlin Building, LLC |
| cr | *+ | Cynthia Diane Blanchard, 414 SE Washington Blvd. Ste. 205, Bartlesville, OK 74006-2428 |
| cr | *+ | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| cr | *+ | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | *+ | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |

TOTAL: 19 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

District/off: 1085-4        User: admin        Page 3 of 4
Date Rcvd: Mar 02, 2026        Form ID: pdf014        Total Noticed: 45

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian L. Mitchell | on behalf of Creditor Cherokee Fire Protection Professionals  LLC bmitchell@mitchelllegalpllc.com |
| Colleen Morris | on behalf of Creditor Helton Law Firm colleen@heltonlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Mike Moran craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Craig Alan Brand craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Dale Takio craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Craig Brand and Adriana Soto JTRWOS craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Erinne Moran craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Mystic Enterprises  Inc. craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Takitik Enterprises  Inc. craig@thebrandlawfirm.com |
| Craig Alan Brand | on behalf of Creditor Pictoria Studios USA Inc. craig@thebrandlawfirm.com |
| Gary M. McDonald | on behalf of Interested Party The McFarlin Building  LLC gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |
| Jerome S. Sepkowitz | on behalf of Creditor Nola Renee Nichols jsepkowitz@derryberrylaw.com |
| John E Johnson | on behalf of Interested Party Katherine Seale jej@jerichlaw.com |
| Karen Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G. Loud | on behalf of Creditor Enterprise Global Logistics LLC kloud@titushillis.com croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Kevin P Doyle | on behalf of Creditor Price Tower Art Center  Inc. kdoyle@praywalker.com, mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Price Tower Arts Center  Inc. kdoyle@praywalker.com, mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Mark Haskell kdoyle@praywalker.com  mluger@praywalker.com |

Kevin P Doyle
    on behalf of Creditor Linda Jones kdoyle@praywalker.com mluger@praywalker.com

Kevin P Doyle
    on behalf of Creditor Donna Keffer kdoyle@praywalker.com mluger@praywalker.com

Marina Wise
    on behalf of Creditor Oklahoma Tax Commission marina.wise@tax.ok.gov

Mark A. Craige
    on behalf of Interested Party Frank Lloyd Wright Building Conservancy  an Illinois not-for-profit corporation
    mark.craige@crowedunlevy.com,
    lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com

Maxfield James Malone
    on behalf of Creditor Price Tower Arts Center  Inc. mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Price Tower Art Center  Inc. mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Mark Haskell mmalone@praywalker.com  mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Linda Jones mmalone@praywalker.com  mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Donna Keffer mmalone@praywalker.com  mluger@praywalker.com

Office of the United States Trustee
    USTPRegion20.TU.ECF@usdoj.gov

Patrick J. Malloy, III
    on behalf of Consultant Michelle Johnson pjmiiim@sbcglobal.net
    pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
    on behalf of Trustee Patrick J. Malloy  III malloylawfirm@sbcglobal.net

Patrick J. Malloy, III
    on behalf of Accountant Darren Barnes pjmiiim@sbcglobal.net
    pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
    on behalf of Special Counsel Mark D.G. Sanders pjmiiim@sbcglobal.net
    pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III
    pjmiiim@sbcglobal.net  pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Ron D. Brown
    on behalf of Debtor Green Copper Holdings  LLC ron@ronbrownlaw.com,
    ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.
    net

Ron D. Brown
    on behalf of Debtor Copper Tree  Inc. ron@ronbrownlaw.com,
    ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.
    net

TOTAL: 35

MIME-Version:1.0

**\*\*\*NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.**

**U.S. Bankruptcy Court**

**Northern District of Oklahoma**

Notice of Electronic Filing

The following transaction was received from CU entered on 3/2/2026 at 2:36 PM CST and filed on 3/2/2026

**Case Name:**      Green Copper Holdings, LLC and The Inn at Price Tower Inc.
**Case Number:**    25-10088-T
**Document Number:** 442

**Docket Text:**
Memorandum of Document Deficiency to regarding document number [441]. Every document filed shall contain a signature to comply with Local Rule 9011(a). Failure to correct this deficiency will result in the document being stricken from the record. *See* FRBP 9011(a). Correction due by 3/23/2026. (RE: related document(s)[441] Generic Event.). (CU)


**25-10088-T Notice will be electronically mailed to:**

Craig Alan Brand on behalf of Creditor Craig Brand and Adriana Soto JTRWOS
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Dale Takio
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mystic Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Pictoria Studios USA Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Takitik Enterprises, Inc.
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Craig Alan Brand
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Erinne Moran
craig@thebrandlawfirm.com

Craig Alan Brand on behalf of Creditor Mike Moran
craig@thebrandlawfirm.com

Ron D. Brown on behalf of Debtor Copper Tree, Inc.
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Ron D. Brown on behalf of Debtor Green Copper Holdings, LLC
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

Mark A. Craige on behalf of Interested Party Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit corporation
mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ECFT@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com

Kevin P Doyle on behalf of Creditor Price Tower Art Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Price Tower Arts Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

John E Johnson on behalf of Interested Party Katherine Seale
jej@jerichlaw.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Accountant Darren Barnes
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Consultant Michelle Johnson
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Special Counsel Mark D.G. Sanders
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Patrick J. Malloy, III on behalf of Trustee Patrick J. Malloy, III
malloylawfirm@sbcglobal.net

Maxfield James Malone on behalf of Creditor Price Tower Art Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Price Tower Arts Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Brian L. Mitchell on behalf of Creditor Cherokee Fire Protection Professionals, LLC
bmitchell@mitchelllegalpllc.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Jerome S. Sepkowitz on behalf of Creditor Nola Renee Nichols
jsepkowitz@derryberrylaw.com

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

Marina Wise on behalf of Creditor Oklahoma Tax Commission
marina.wise@tax.ok.gov

**25-10088-T Notice will not be electronically mailed to:**

Cynthia Diane Blanchard
414 SE Washington Blvd. Ste. 205
Bartlesville, OK 74006

Michael Eric Nelson
GENERAL DELIVERY
BOSTON, MA 02205-9999

D.R. Payne
D.R. Payne & Associates
[Address Unknown]
, OK

Scott Schlotfelt
,

Sidney K Swinson
,

The Inn at Price Tower Inc.
,