Official Form 417A (12/23)

In The United States Bankruptcy Court
For The Northern District of Oklahoma

In Re:
Green Copper Holdings, LLC;
Copper Tree Inc.; &
Inn At Price Tower, Inc.
Substantially Consolidated
Debtors

Case No: 25-10088
Chapter 7

FILED
2026 MAR 10 PM 2:38
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OK

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Cynthia Dean Blanchard

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☑ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
Order Disqual~~Denial~~ of Claim, Denial of 9023 motion

2. State the date on which the judgment—or the appealable order or decree—was entered:
March 10, 2026

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Chapter 7 Trustee  Attorney: Patrick J. Malloy III - Trustee Chapter 7
Patrick J. Malloy III

2. Party: _____  Attorney: _____

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Cynthia Diane Blanchard_                                Date: _March 10, 2026_
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Cynthia Diane Blanchard
414 S.E. Washington Blvd. Ste. 205
Bartlesville, OK 74006
310-435-5707

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
**Green Copper Holdings, LLC;**
**Copper Tree, Inc.; and**
**Inn at Price Tower, Inc.,**
Substantively Consolidated Debtors.

**Case No. 25-10088**
Chapter 7

# NOTICE OF APPEAL

Notice is hereby given that Cynthia Diane Blanchard, creditor and claimant in the above-captioned bankruptcy case, hereby appeals to the United States District Court for the Northern District of Oklahoma from the following orders of this Court:

1. Order Sustaining Objection and Disallowing Claims, entered February 27, 2026 (ECF No. 433);

2. Memorandum Opinion, entered February 27, 2026 (ECF No. 432);

3. Corrected Memorandum Opinion, entered March 10, 2026 (ECF No. 448);

4. Order Denying Motion to Alter or Amend Judgment, entered March 10, 2026 (ECF No. 449).

This appeal is taken pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8002.

Date: March 10, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

Creditor / Appellant
Pro Se

**Certificate of Service**

I certify that on this 10th day of March 2026, a copy of the foregoing Notice of Appeal was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma via the Court's CM/ECF system, which provides notice to all registered parties.

*/s/ Cynthia Diane Blanchard*
Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

Creditor / Appellant
Pro Se