IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:
GREEN COPPER HOLDINGS, LLC
COPPER TREE, INC.
THE INN AT PRICE TOWER, INC.

Case No. 25-10088-T (Consolidated).   Chapter 7

**MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

COMES NOW Cynthia Diane Blanchard, creditor and claimant, appearing **pro se**, and respectfully moves the Court for entry of an order permitting supplementation of the record for purposes of appeal, and states as follows:

**1. Procedural Background**

1. On February 27, 2026, the Court entered an Order Sustaining Objection and Disallowing Claims (ECF No. 433).

2. On March 10, 2026, the Court entered an Order Denying Motion to Alter or Amend Judgment (ECF No. 449).

3. On March 10, 2026, Claimant filed a Notice of Appeal to the United States District Court for the Northern District of Oklahoma.

4. Claimant now respectfully moves to supplement the appellate record with limited documentary evidence that clarifies two factual issues referenced in the Court's Memorandum Opinion.

## 2. Purpose of the Supplement

5. This motion is not intended to relitigate the merits of the Court's ruling.

6. Rather, Claimant seeks to ensure that the appellate court has access to documentation directly relevant to:

- contemporaneous financial records documenting the loan at issue, and

- documented communications regarding Claimant's personal safety concerns prior to the claim hearing.

7. These documents provide additional context for the factual record already before the Court and clarify issues referenced in the Court's Memorandum Opinion.

## 3. Financial Documentation

8. Attached as Exhibit A is an email dated October 31, 2023 from Donna Keffer forwarding an earlier October 25, 2023 email from company accountant Renee Nichols transmitting the September 2023 Consolidated Balance Sheet for the Price Tower entities. The original October 25, 2023 email reflects that the balance sheet was transmitted by accountant Renee Nichols to Claimant and copied to Donna Keffer in her role as Executive Director. The balance sheet reflects long-term liabilities owed to Claimant recorded under account 28100 – Loans from Cynthia Blanchard, consistent with the loan asserted in Claim No. 1-2.

9. Attached as Exhibit B is the September 2023 Consolidated Balance Sheet referenced in that email.

10. The balance sheet reflects the existence of long-term liabilities owed to Claimant consistent with the loan described in Claim No. 1-2.

### 4. Safety Communications Prior to Hearing

11. Attached as Exhibit C is Claimant's August 7, 2025 email to the Chapter 7 Trustee and counsel explaining her personal safety concerns related to an individual who had previously been arrested for stalking and felony computer crimes (with redactions noted on the cover page).

12. In that communication, Claimant explained that due to ongoing threats she could not appear in any public hearing setting.

13. Attached as Exhibit D is the Trustee's August 8, 2025 response referencing a potential contact at the United States Attorney's Office concerning the individual referenced in Claimant's safety concerns.

### 5. Basis for Request

14. Claimant respectfully submits that inclusion of these documents will assist the appellate court in evaluating:

- the contemporaneous financial documentation of the loan, and

- the context surrounding Claimant's decision not to appear in person at the claim hearing.

16. Claimant is proceeding **pro se** and seeks only to ensure that the appellate record accurately reflects the documentary context surrounding these issues.

**WHEREFORE**

Claimant respectfully requests that the Court enter an order permitting the above-referenced documents to be included as supplemental materials in the record on appeal. This request is made pursuant to Federal Rule of Bankruptcy Procedure 8009(e), which permits correction or supplementation of the record on appeal.

Date: March 11, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

Creditor / Appellant
Pro Se

**CERTIFICATE OF SERVICE**

I, Cynthia Diane Blanchard, certify that on March 11, 2026, I filed the foregoing Motion to Supplement the Record on Appeal, together with Exhibits A–D, with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma.

Notice of this filing will be provided to all registered participants through the Court's CM/ECF electronic filing system.

*/s/ Cynthia Diane Blanchard*

Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707
Creditor / Appellant
Pro Se

# EXHIBIT A

 Gmail

Cynthia <cynthiadblanchard@gmail.com>

# Fwd: FW: September 2023 Consolidated Balance Sheet

**Cynthia Blanchard** <cynthia@thepricetower.com>  Fri, Mar 6, 2026 at 10:13 AM
To: cynthiadblanchard@gmail.com

-------- Forwarded Message --------
**Subject:** FW: September 2023 Consolidated Balance Sheet
**Date:** Tue, 31 Oct 2023 12:02:35 -0500
**From:** Donna Keffer <dkeffer@thepricetower.com>
**To:** 'Cynthia Blanchard' <cynthia@thepricetower.com>

Donna Keffer /// Executive Director

510 South Dewey Ave /// Bartlesville, OK 74003
O > 918.336.1000 C > 918.409.7006 /// pricetower.org

-----Original Message-----
From: Renee Nichols <rnichols@thepricetower.com> Sent: Wednesday, October 25, 2023 3:37 PM
To: Cynthia Blanchard <cynthia@herasoft.com>
Cc: Donna Keffer <dkeffer@thepricetower.com>
Subject: September 2023 Consolidated Balance Sheet

I have attached the latest balance sheet requested as well as a copy of the SGP Insurance Binder used as basis for the property value. Please let me know if you need anything else at all.

Renee :-)

**2 attachments**

- **22-23 Coverage Proposal - Copper Tree Inc 04.21.23.pdf**
  837K

- **Consolidated BS - Price Tower - Sep 2023.xlsx**
  16K

| Consolidated Balance Sheet As of September 30, 2023 | IPT | Copper Tree | CT Operations |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| **10000 Cash** | | | |
| 10012 Truity x1262 - 01 | 25.00 | | |
| 10013 Truity x1262 - 40 | -6,232.51 | | |
| 10014 0001 SAVINGS - 1 | | | 25.00 |
| 10015 0040 CHECKING - 1 | | | 26.93 |
| 10010 Truity x7431 - 01 | | 25.00 | |
| 10011 Truity x7431 - 40 | | 665.16 | |
| 10016 0001 SAVINGS - 1 | | | |
| 10017 0040 CHECKING - 1 | | | |
| 0001 SAVINGS - 1 | | | |
| 0040 CHECKING - 1 | | | |
| 10022 Truity x9278 - 01 (Hotel) | 25.00 | | |
| 10023 Truity x9278-40 (Hotel) | 97.79 | | |
| **Total 10000 Cash** | -$ 6,084.72 | $ 690.16 | $ 51.93 |
| 10100 Cash on Hand | 555.80 | | |
| 10200 Clearing Account | 0.00 | | |
| **Total Bank Accounts** | -$ 5,528.92 | $ 690.16 | $ 51.93 |
| **Accounts Receivable** | | | |
| 12000 Accounts receivable (A/R) | 117.85 | | |
| **Total Accounts Receivable** | $ 117.85 | | |
| **Total Current Assets** | -$ 5,411.07 | $ 690.16 | $ 51.93 |
| **Fixed Assets** | | | |
| Buildings | | | |
| **Total Fixed Assets** | | | |
| **TOTAL ASSETS** | -$ 5,411.07 | $ 690.16 | $ 51.93 |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 20000 Accounts Payable (A/P) | 99,512.87 | 336,114.88 | |
| **Total Accounts Payable** | $ 99,512.87 | $ 336,114.88 | $ 0.00 |
| **Other Current Liabilities** | | | |
| 21000 Customer prepayments | 125.00 | | |
| 24000 Payroll wages and tax to pay | 4,887.07 | | |
| 24400 Gratuities Payable | 0.00 | | |
| 24500 Tips Payable | 0.00 | | |
| **Total 24000 Payroll wages and tax to pay** | $ 4,887.07 | $ 0.00 | $ 0.00 |
| 25000 Sales tax to pay | | | |
| 25100 Oklahoma Sales Tax | 2,494.41 | | |
| 25120 Washington County Sales Tax | 554.41 | | |
| 25130 Bartlesville Sales Tax | 1,889.74 | | |
| 25300 State Liquor Tax | 1,617.85 | | |
| **Total 25000 Sales tax to pay** | $ 6,556.41 | $ 0.00 | $ 0.00 |
| 26000 Intercompany Business Loans | | | |

| | Green Copper | | Friends of PT | | Consolidated BS |
|---|---|---|---|---|---|
| | | | | | 25.00 |
| | | | | | -6,232.51 |
| | | | | | 25.00 |
| | | | | | 26.93 |
| | | | | | 25.00 |
| | | | | | 665.16 |
| | | | 25.00 | | 25.00 |
| | | | 760.90 | | 760.90 |
| | 25.17 | | | | 25.17 |
| | 265.28 | | | | 265.28 |
| | | | | | 25.00 |
| | | | | | 97.79 |
| $ | 290.45 | $ | 785.90 | -$ | 4,266.28 |
| | | | | | 555.80 |
| | | | | | 0.00 |
| $ | 290.45 | $ | 785.90 | -$ | 3,710.48 |
| | 6,787.50 | | | | 6,905.35 |
| $ | 6,787.50 | | | $ | 6,905.35 |
| $ | 7,077.95 | $ | 785.90 | $ | 3,194.87 |
| $ | 14,988,990.00 | | | $ | 14,988,990.00 |
| $ | 14,988,990.00 | | | | |
| $ | 14,996,067.95 | $ | 785.90 | $ | 14,992,184.87 |
| | 153.45 | | 1,060.72 | | 436,841.92 |
| $ | 153.45 | $ | 1,060.72 | $ | 436,841.92 |
| | | | | | 125.00 |
| | | | | | 4,887.07 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| $ | 0.00 | $ | 0.00 | $ | 4,887.07 |
| | | | | | 2,494.41 |
| | | | | | 554.41 |
| | | | | | 1,889.74 |
| | | | | | 1,617.85 |
| $ | 0.00 | $ | 0.00 | $ | 6,556.41 |

| | | | |
|---|---:|---:|---:|
| 26100 Due To / From Green Copper Holdings | 11,646.91 | -9,155.72 | |
| 26110 Due To / From Copper Tree Inc | -43,818.49 | | 9,362.70 |
| 26200 Due To / From CT Operations | 8,699.86 | -9,362.70 | |
| 26400 Due To / From Inn at Price Tower | | 43,818.49 | -8,699.86 |
| 26300 Due To / From Friends of Price Tower | -6,951.61 | -2,408.25 | |
| **Total 26000 Intercompany Business Loans** | -$ 30,423.33 | $ 22,891.82 | $ 662.84 |
| Customer Prepayments | | | |
| 27001 Short-term business loans | 53,649.99 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | $ 34,795.14 | $ 22,891.82 | $ 662.84 |
| **Total Current Liabilities** | $ 134,308.01 | $ 359,006.70 | $ 662.84 |
| Long-Term Liabilities | | | |
| 28000 Long-term loans | | | |
| 28100 Loans from Cynthia Blanchard | 41,201.26 | 123,238.46 | 5,826.60 |
| **Total 28000 Long-term loans from shareholders** | $ 41,201.26 | $ 123,238.46 | $ 5,826.60 |
| **Total Long-Term Liabilities** | $ 41,201.26 | $ 123,238.46 | $ 5,826.60 |
| **Total Liabilities** | $ 175,509.27 | $ 482,245.16 | $ 6,489.44 |
| Equity | | | |
| 31000 Asset Revaluation Surplus | | | |
| 33000 Retained Earnings | -10,000.00 | -17,500.02 | |
| Net Income | -170,920.34 | -464,054.98 | -6,437.51 |
| **Total Equity** | -$ 180,920.34 | -$ 481,555.00 | -$ 6,437.51 |
| **TOTAL LIABILITIES AND EQUITY** | -$ 5,411.07 | $ 690.16 | $ 51.93 |
| | $ (0.00) | $ (0.00) | $ (0.00) |

Friday, Oct 13, 2023 05:39:54 PM GMT-7 - Accrual Basis

|   |   |   | -2,511.00 |   | -19.81 |   |
|---|---:|---|---:|---|---:|---|
|   | 9,155.72 |   | 2,408.25 |   | -22,891.82 |   |
|   |   |   |   |   | -662.84 |   |
|   | -11,646.91 |   | 6,951.61 |   | 30,423.33 |   |
|   | 2,511.00 |   |   |   | -6,848.86 |   |
| $ | 19.81 | $ | 6,848.86 | $ | 0.00 |   |
| -$ | 100.00 |   |   | -$ | 100.00 |   |
|   | 0.00 |   | 0.00 |   | 53,649.99 |   |
| -$ | 80.19 | $ | 6,848.86 | $ | 65,118.47 |   |
| $ | 73.26 | $ | 7,909.58 | $ | 501,960.39 |   |
|   |   |   |   |   |   |   |
|   | 562,002.36 |   |   |   | 562,002.36 |   |
|   | 13,907.19 |   |   |   | 184,173.51 |   |
| $ | 575,909.55 | $ | 0.00 | $ | 746,175.87 |   |
| $ | 575,909.55 | $ | 0.00 | $ | 746,175.87 |   |
| $ | 575,982.81 | $ | 7,909.58 | $ | 1,248,136.26 |   |
|   |   |   |   |   |   |   |
|   | 14,397,727.82 |   |   |   | 14,397,727.82 |   |
|   |   |   |   |   | -27,500.02 |   |
|   | 22,357.32 |   | -7,123.68 |   | -626,179.19 |   |
| $ | 14,420,085.14 | -$ | 7,123.68 | $ | 13,744,048.61 |   |
| $ | 14,996,067.95 | $ | 785.90 | $ | 14,992,184.87 |   |
|   |   |   |   |   |   |   |
| $ | (0.00) | $ | 0.00 | $ | - | Check Figure |

# EXHIBIT B

# EXHIBIT C

*Portions of this email relating to settlement discussions have been redacted as not relevant to the present motion.*

3/10/26, 4:02 PM
Gmail - Personal Safety and Proposed Resolution Regarding Claim No. 2-2 filed in Copper Tree, Inc., and Claim No. 1-2 filed in Green Copper H…

Case 25-10088-T Document 458 Filed in USBC ND/OK on 03/11/26 Page 14 of 16



Cynthia <cynthiadblanchard@gmail.com>

# Personal Safety and Proposed Resolution Regarding Claim No. 2-2 filed in Copper Tree, Inc., and Claim No. 1-2 filed in Green Copper Holdings, LLC,

**Cynthia** <cynthiadblanchard@gmail.com>  Thu, Aug 7, 2025 at 3:50 PM
To: Pat Malloy <pjmiiim@sbcglobal.net>
Cc: Mark Sanders <msanders@gablelaw.com>
Bcc: Cynthia French blanchard <cdfblanchard@gmail.com>

Pat,

I'm writing in advance of the upcoming public conference call to address a serious ongoing safety concern and to propose a potential resolution regarding my claim.

As you know, I have been the target of sustained stalking and harassment by Michael Eric Nelson for over six years. His behavior has been threatening, predatory, and persistent — including direct interference with this bankruptcy process and the auction itself. His arrest and subsequent felony computer crimes trial in Washington County in February 2023 led to a dangerous pattern of retaliation and escalation, which you have personally witnessed. His current whereabouts is unknown, and I believe he is a serious, unpredictable and ongoing threat. To my knowledge, this matter remains under the jurisdiction of the U.S. Attorney's Office, although I have not received any recent updates regarding its status.

Due to this ongoing risk, I cannot appear in any public setting — including virtual hearings — as doing so could compromise my personal safety. If necessary, I will submit a written statement to the docket, but I will not participate in any public or semi-public proceeding. Any forum that Michael Eric Nelson can access, he will exploit — using it to further harass me, disrupt the court process, and target those associated with these proceedings.

[redacted paragraphs]

I am submitting this pro se, so if there is a more formal process I need to follow to ensure this is properly reviewed and considered by the estate, please let me know. I'd appreciate your thoughts when convenient, ideally within the next week if possible, so I can plan accordingly.

Thank you very much for your time and consideration of this matter.

Best,

Cynthia

# EXHIBIT D

*Portions of this email have been redacted to remove personal contact information not relevant to the present motion.*



Cynthia <cynthiadblanchard@gmail.com>

## Re:

**Pat Malloy** <pjmiiim@sbcglobal.net>  Fri, Aug 8, 2025 at 9:27 AM
To: Cynthia French blanchard <cdfblanchard@gmail.com>
Cc: Mark Sanders <msanders@gablelaw.com>, Ron Brown <ron@ronbrownlaw.com>, Cynthia <cynthiadblanchard@gmail.com>

For Settlement Purposes Only

I am not aware of the US Attorney being involved in anything related to Nelson. You might call ~~Chuck O'Donough~~ who is an attorney in that office and I think is familiar with this case. He may have some information re Nelson. I can advise that he is not likely to discuss anything that is ongoing.

[Quoted text hidden]