IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
Green Copper Holdings, LLC, et al.,
Debtors.

Cynthia Diane Blanchard,
Appellant,

v.

Patrick J. Malloy, Chapter 7 Trustee,
Appellee.

Case No. 25-10088-T

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Fed. R. Bankr. P. 8009, Appellant Cynthia Diane Blanchard states that the issues to be presented on appeal are:

1. Whether the bankruptcy court denied Appellant procedural due process by permitting late-disclosed witness testimony and documentary evidence immediately before the January 12, 2026 claim hearing and proceeding with the hearing without providing a pro se claimant a meaningful opportunity to review, investigate, and respond to that evidence.

2. Whether the bankruptcy court abused its discretion in denying Appellant's Motion to Strike Trustee's late-filed witness list and undisclosed exhibit (Docket No. 403).

3. Whether the bankruptcy court abused its discretion by proceeding with the January 12, 2026 claim hearing after Appellant filed a Notice of Non-Appearance and Continuing Objection (Docket No. 404) raising safety concerns and due-process objections.

4. Whether the bankruptcy court erred in disallowing Appellant's claim where the ruling relied on testimony and evidence that Appellant did not have a meaningful opportunity to challenge.

5. Whether the bankruptcy court abused its discretion in denying Appellant's Motion to Alter or Amend Judgment (Docket No. 449).

6. Whether the bankruptcy court's procedures, taken as a whole, prevented Appellant from fairly presenting material documentary evidence relevant to her claim.

7. Whether the bankruptcy court's admission and reliance upon witness testimony and documentary evidence disclosed shortly before the January 12, 2026 claim hearing deprived Appellant of a fair opportunity to respond and materially affected the outcome of the claim determination.

Appellant reserves the right to rely upon any additional arguments fairly encompassed within these issues and supported by the record on appeal.

Date: March 12, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*
Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707
Appellant, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2026, a true and correct copy of the foregoing Appellant's Statement of Issues to be Presented was served via the Court's CM/ECF system upon all parties receiving electronic notice in this case, including:

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S. Boston Ave., Suite 500
Tulsa, OK 74103
Attorney for Chapter 7 Trustee

Respectfully submitted,

*/s/ Cynthia Diane Blanchard*

Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Appellant, Pro Se