IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:
Green Copper Holdings, LLC, et al.,
Debtors.

Cynthia Diane Blanchard,
Appellant,

v.

Patrick J. Malloy, Chapter 7 Trustee,
Appellee.

Case No. 25-10088-T

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009, Appellant Cynthia Diane Blanchard designates the following items for inclusion in the record on appeal:

1. Claim No. 1-2 filed by Cynthia Diane Blanchard.
2. Docket No. 144 – Trustee's Objection to Claim.
3. Docket No. 202 – Response by Cynthia Diane Blanchard to Trustee's Objection to Claim.
4. Docket No. 357 – Notice of Intent to Rest on the Docket for Claim 1-2.
5. Docket No. 367 – Order Setting Telephonic Status Hearing.
6. Docket No. 380 – Minute entry for Status Hearing held on December 3, 2025.
7. Docket No. 381 – Order Setting Hearing for January 12, 2026.
8. Docket No. 391 – Claimant's Designation of Record and Notice of Non-Appearance Regarding January 12, 2026 Claim Hearing.
9. Docket No. 396 – Notice of Filing Previously-Produced Discovery in Support of Claimant's Designation of Record.

10. Docket No. 396-1 – Exhibit 1 to Docket No. 396.

11. Docket No. 396-2 – Exhibit A to Docket No. 396.

12. Docket No. 396-3 – Exhibit 2 to Docket No. 396.

13. Docket No. 401 – Trustee's Brief in Support of Objection to Claim.

14. Docket No. 402 – Claimant's Motion to Strike Trustee's Late-Filed Witness List and Undisclosed Exhibit, and Objection to Expansion of the Record.

15. Docket No. 403 – Order Denying Motion to Strike.

16. Docket No. 404 – Notice of Non-Appearance and Continuing Objection.

17. Docket No. 405 – Minute entry for hearing held January 12, 2026.

18. Docket No. 406 – Corrected Minute entry for hearing held January 12, 2026.

19. Docket No. 412 – Order Setting Evidentiary Hearing by Video Conference and Establishing Related Deadlines.
    (Only because it may be relevant to Appellant's procedural argument concerning the distinction between the January 12 claim hearing and the separately designated evidentiary hearing.)

20. Docket No. 432 – Memorandum Opinion entered February 27, 2026.

21. Docket No. 433 – Order Sustaining Objection and Disallowing Claims.

22. Docket No. 440 – Motion to Alter or Amend Judgment Pursuant to Fed. R. Bankr. P. 9023.

23. Docket No. 444 – Trustee's Objection to Motion to Alter or Amend Judgment.

24. Docket No. 445 – Claimant's Reply to Trustee's Objection to Motion to Alter or Amend Judgment.

25. Docket No. 448 – Corrected Memorandum Opinion entered March 10, 2026.

26. Docket No. 449 – Order Denying Motion to Alter or Amend Judgment.

27. Docket No. 452 – Notice of Appeal and Statement of Election to District Court.

28. Docket No. 457 – Motion for Stay Pending Appeal.

29. Docket No. 458 – Motion to Supplement the Record on Appeal.

30. Docket No. 459 – Order Denying Motion to Supplement the Record on Appeal.

31. The bankruptcy court docket sheet in Case No. 25-10088-T.

32. Any transcript of the January 12, 2026 claim hearing, to the extent one has already been prepared and filed in the bankruptcy court record.

Appellant reserves the right to supplement this designation if necessary pursuant to Fed. R. Bankr. P. 8009.

Date: March 12, 2026

Respectfully submitted,

*/s/ Cynthia Diane Blanchard*

Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707
Appellant, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2026, a true and correct copy of the foregoing Appellant's Designation of Items to be Included in the Record on Appeal was served via the Court's CM/ECF system upon all parties receiving electronic notice in this case, including:

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S. Boston Ave., Suite 500
Tulsa, OK 74103
Attorney for Chapter 7 Trustee

Respectfully submitted,

*Cynthia Diane Blanchard*
Cynthia Diane Blanchard
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Appellant, Pro Se