# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S REQUEST FOR ORDER

Comes now the Trustee and states:

1. On September 9, 2025, the Trustee filed herein his *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 286). The Motion seeks an order of this Court approving settlement between the Trustee and Proof of Claim No. 17-3 filed by Price Tower Arts Center ("PTAC") whereby PTAC will withdraw $163,000 of their claim and the remaining $20,000 will be allowed as a general unsecured claim.

2. Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") filed objections to PTAC's claim filed herein at Doc. No. 255. No other objections to the Claim or the Motion have been filed herein.

3. On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters resulted in Pictoria's and Taktik's consent to Court approval of the Motion.

4. The Trustee asserts that the proposed settlement with PTAC is in the best interest of this estate and all interested parties.

5. Simultaneously with the filing of this pleading the Trustee has submitted a proposed order to the Court.

    Respectfully Submitted by:        /s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*