IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC., | ) | Re: Doc. No. 467 |
| | ) | |
| Debtors. | ) | |

### TRUSTEE-OBJECTOR'S COUNTER-DESIGNATION
### OF ADDITIONAL ITEMS TO BE IN THE RECORD ON APPEAL

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, Patrick J. Malloy, Trustee, designates the following items to be included in the record on appeal *in addition to* those designated by Cynthia Blanchard ("Appellant") in her *Designation of Contents for Inclusion in Record on Appeal* [Doc. No. 467] ("Designation"):

1. Doc. No. 236 - Court's Notice of 9/2/25 Scheduling Conference re Claim 1-2, *inter alia*.

2. Doc. No. 270 - Minute Entry re 9/2/25 Scheduling Conference.

3. Doc. No. 278 - Scheduling Order.

4. Doc. No. 353 – Trustee's Status Report re claims objections.

5. Doc. No. 384 - Motion to Vacate Certain Orders.

6. Doc. No. 389 - Trustee's Objection to Doc. No. 384.

7. Doc. No. 392 - Order Setting Hearing on Doc. No. 384 for 1/27/26.

8. Doc. No. 412 - Order Setting Evidentiary Hearing by Video Conference on Doc. No. 384.

9. Doc. No. 413 - Notice of Non-Attendance and Resting on the Record re hearing of 1/27/26.

10. Doc. No. 418 - Minute Entry re 1/27/26 Hearing.

{2609085;}

11. Doc. No. 419 - Order Denying Doc. No. 384.

12. Doc. No. 451 - Civil Cover Sheet.

13. Doc. No. 453 - Notice to Appellant.

14. Doc. No. 459 - Certificate of Service via hand delivery.[1]

15. Doc. No. 461 - Order Denying Motion to Supplement Record on Appeal.[2]

16. Doc. No. 465 - Trustee's Objection to Motion to Stay Pending Appeal.

17. Doc. No. 466 - Statement of Issues on Appeal.

18. Doc. No. 467 - Appellant Designation of Contents for Inclusion in Record on Appeal.

19. Doc. No. 469 - Order Setting 4/7/26 Telephonic Hearing on Motion to Stay Pending Appeal

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax: 918-699-0325
Email: pjmiiim@sbcglobal.net

**ATTORNEYS FOR TRUSTEE**

---

[1] In her Designation, Appellant includes an item at this Doc. No., but misnames it, "Order Denying Motion to Supplement Record on Appeal".

[2] Appellant includes this item in her Designation, but misidentifies it as Doc. No. 459.

{2609085;}  2