**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| COPPER TREE, INC. | ) | Substantively Consolidated |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| THE INN AT PRICE TOWER INC. | ) | |
| | ) | |
| Debtors. | ) | |

**TRUSTEE'S SUPPLEMENT TO OBJECTION TO MOTION FOR STAY**

Comes now the Trustee and states:

1.     Cynthia Blanchard has filed herein a motion to stay these proceedings pending a resolution of her appeal of this Court's order denying her claim (Doc. No. 457).

2.     The Trustee filed an objection to the motion (Doc. No. 465).

3.     The Court has scheduled a telephonic hearing to consider these matters on April 7, 2026

4.     It is the intent of this supplement to advise the Court with respect to the status of the administration of this estate. In that regard, the Trustee would advise the Court that the Ch. 7 estate has been fully administered.  All assets have either been sold or abandoned. All claims with the exception of Blanchard's claim have been resolved. The Trustee is in the process of finalizing a draft of a proposed Trustee's Final Report ("TFR") which shall be submitted to the US Trustee's office shortly for consideration and approval. The total allowed claims is approximately $1.5

million held by a total of 34 creditors. The total sum available to distribute is approximately $1.1 million.

Respectfully Submitted by:    /s/ Patrick J. Malloy III
                              Patrick J. Malloy III, OBA #5647
                              MALLOY LAW FIRM, P.C.
                              401 S. Boston Ave. Suite 500
                              Tulsa, Oklahoma  74103
                              Telephone:    918-699-0345
                              Fax:          918-699-0325
                              *ATTORNEYS FOR TRUSTEE*