**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| EIN # xx-xxx9708 | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| EIN # xx-xxx6608 | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| Debtors. | ) | |

Filed/Docketed
Mar 20, 2026

## ORDER

This matter having come on for consideration this 20th day of March 2026, on the *TRUSTEE'S MOTION TO SETTLE PROOF OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 286), the Court finds:

1.   The Motion was filed on September 9, 2025, seeking an order approving a settlement between the Trustee and Price Tower Arts Center ("PTAC") whereby PTAC will withdraw $163,000 of their claim and the remaining $20,000 will be allowed as a general unsecured claim.

2.   The Trustee provided timely and proper Notice of the proposed settlement to all necessary and interested parties.

3.   An Objection to PTAC's claim was filed herein by Pictoria Studios USA Inc. ("Pictoria") and Taktik Enterprises Inc. ("Taktik") (Doc. No. 255). No other objections to the Claim or Motion were filed.

4.  On October 28, 2025, this Court entered an order approving a settlement between the Trustee, Pictoria and Taktik (Doc. No. 345). That settlement among other matters provided that Pictoria and Taktik consented to entry of an order approving the Motion.

5.  The proposed settlement is fair and equitable and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee's proposed settlement of Proof of Claim No. 17-3 filed by PTAC is approved.

IT IS FURTHER ORDERED that pursuant to the proposed agreement PTAC shall have an allowed general unsecured claim for the sum of $20,000.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:                918-699-0325
*ATTORNEYS FOR TRUSTEE*