**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

**TRUSTEE'S MOTION TO STRIKE AND REQUEST TO ENTER ORDER**

Comes now the trustee and states

1. The Trustee has filed here in his *TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PROFESSIONAL FEES AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 422) which seeks authorization to pay Barnes and Barnes Inc. ("Barnes") professional fees of $3,900.00.

2. A Mike or Michael Nelson ("Nelson") filed an *OBJECTION TO PAYMENT TO BARNES AND BARNES REQUEST FOR EVIDENTIARY HEARING TO TAKE SWORN TESTIMONY UNDER 30b(6) and Other Applicable Rules* (Doc. No. 426), an *EXPANDED, SUPPLEMNTAL, AND EXTRAORDINARILY DRAMATIC NOTICE* (Doc. No. 427), and *NOTICE OF EXERCISE OF FIRST AMENDMENT RIGHTS – RIGHT TO PETITION FOR REDRESS OF GRIEVANCES* (Doc. No. 428).

3. This Court filed an *ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE STRICKEN FOR LACK OF STANDING* (Doc. No. 436) giving Nelson until March 23,

2026 to file a written response to show cause why the objection pleadings should not be stricken for lack of standing.

4. Nelson has failed to file the written response required by this Court's show cause order.

5. No other objections to the Motion were filed within the time prescribed in the Motion.

6. The fees prayed for are reasonable and necessary, and payment of such fees is in the best interests of the estate.

Wherefore the Trustee prays for an order

a. striking Nelson's objection; and

b. approving the Trustee's proposed payment of accounting fees to Barnes and Barnes Inc. in the amount of $3,900.00.

Respectfully Submitted by:

/s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*