**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

Filed/Docketed
Mar 24, 2026

## <u>ORDER</u>

This matter having come on for consideration this 24th day of March 2026, on the *TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PROFESSIONAL FEES AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 422), the Court finds:

1.  The Motion was filed on February 2, 2026, seeking an order authorizing the Trustee to pay Barnes and Barnes Inc. ("Barnes") professional fees totaling $3,900.00 for preparation of the federal and state tax returns for this estate.

2.  The Trustee provided timely and proper Notice of the Motion to all necessary and interested parties.

3.  On February 20, 2026, A Mike Nelson ("Nelson") filed his *OBJECTION TO PAYMENT TO BARNES AND BARNES REQUEST FOR EVIDENTIARY HEARING TO TAKE SWORN TESTIMONY UNDER 30b(6) and Other Applicable Rules* (Doc. No. 426), an *EXPANDED, SUPPLEMNTAL, AND EXTRAORDINARILY DRAMATIC NOTICE* (Doc. No. 427), and *NOTICE OF EXERCISE OF FIRST AMENDMENT RIGHTS – RIGHT TO PETITION FOR REDRESS OF GRIEVANCES* (Doc. No. 428).

4.   On March 24, 2026, the Court entered its *ORDER STRIKING DOCUMENTS FOR LACK OF STANDING* relative to the pleadings filed by Nelson.

5.   No other objections to the Motion were filed within the time prescribed in the Motion.

6.   The proposed payment is fair and equitable, and in the best interests of the estate and all necessary and interested parties.

IT IS THEREFORE ORDERED that the Trustee be and is hereby authorized to pay professional fees to Barnes and Barnes Inc. totaling **$3,900.00**.

BY THE COURT:

_____
PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:    918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*