UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

In Re: §
§
GREEN COPPER HOLDINGS, LLC §         Case No. 25-10088
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/22/2025.   The undersigned trustee was appointed on 01/22/2025.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of             $        1,530,786.25

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 187,561.11 |
| Bank service fees | 14,037.12 |
| Other payments to creditors | 133,179.35 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $        1,196,008.67

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/09/2025 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $69,173.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $69,173.59, for a total compensation of $69,173.59[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $169.26, for total expenses of $169.26[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2026                    By: /s/PATRICK J. MALLOY III, TRUSTEE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 25-10088 M | |
| Case Name: | GREEN COPPER HOLDINGS, LLC | |
| For Period Ending: | 03/18/2026 | |

| | |
|---|---|
| Judge: | Terrence L. Michael |

| | |
|---|---|
| Trustee Name: | PATRICK J. MALLOY III, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/22/2025 (f) |
| 341(a) Meeting Date: | 02/19/2025 |
| Claims Bar Date: | 06/09/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Truity Credit Union - Checking account 2024 | 10.19 | 0.00 | | 0.00 | FA |
| 2. Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower<br><br>Includes personal property items located on the property at the time of sale. | 1,400,000.00 | 1,400,000.00 | | 1,400,000.00 | FA |
| 3. Tax Refunds payable to Inn At Price Tower  (u)<br><br>Related entity.  Trustee will move to consolidate. | 129,033.25 | 129,033.25 | | 129,033.25 | FA |
| 4. Rent from Ambler Architects for Storage (u) | 800.00 | 800.00 | | 800.00 | FA |
| 5. Refund from PIE Group Holdings (u) | 953.00 | 953.00 | | 953.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,530,796.44 | $1,530,786.25 | | $1,530,786.25 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/25: Trustee has settled all objections except objection to claims filed by Cynthia Blanchard. Hearing set for 1/12/2026.

10/28/25: Order entered approving settlement of objections filed by Taktik and Pictoria and resolving most pending matters. Doc. No. 345

09/30/25: A motion to settle numerous contested matters including resolving millions of dollars in claims has been filed and is pending. The trustee has conducted discovery relative to his objection to three remaining claims and will either settle his objections or request an evidentiary hearing.

Initial Projected Date of Final Report (TFR): 03/31/2026          Current Projected Date of Final Report (TFR): 03/31/2026

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Taxpayer ID No: XX-XXX9708

For Period Ending: 03/18/2026

Blanket Bond (per case limit): $4,200,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/25 | 3 | IRS KANSAS CITY MO | Tax Refund | 1224-000 | $68,676.15 | | $68,676.15 |
| 03/06/25 | 4 | AMBLER ARCHITECTS PO BOX 2446 BARTLESVILLE, OKLA 74005 | Rent FOR STORAGE | 1221-000 | $400.00 | | $69,076.15 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $54.13 | $69,022.02 |
| 04/03/25 | 2001 | International Sureties 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 | 2300-000 | | $54.90 | $68,967.12 |
| 04/16/25 | 3 | IRS OGDEN UTAH | Tax Refund | 1224-000 | $60,357.00 | | $129,324.12 |
| 04/16/25 | 4 | AMBLER ARCHITECTS PO BOX 2446 BARTLESVILLE, OKLA 74005 | Rent FOR STORAGE | 1221-000 | $400.00 | | $129,724.12 |
| 04/16/25 | 2001 | International Sureties 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 Reversal Trustee already paid invoice from personal account | 2300-000 | | ($54.90) | $129,779.02 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $104.04 | $129,674.98 |
| 05/06/25 | | FIRST TITLE & ABSTRACT 1401 S BOULDER AVE TULSA, OKLA 74119 | Balance of proceeds from sale of real estate and personal property per Order entered (Doc. No. 98) | | $1,155,894.06 | | $1,285,569.04 |
| | | | Gross Receipts $1,260,000.00 | | | | |
| | | | County taxes 1/1/25-5/2/25 ($23,491.29) | 2820-000 | | | |
| | | | Hospitality Taxes 1/1/25 to 5/2/25 ($262.22) | 2820-000 | | | |
| | | | Title Service Fee ($550.00) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals: $1,285,727.21  $158.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

Taxpayer ID No: XX-XXX9708

For Period Ending: 03/18/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Blanket Bond (per case limit): $4,200,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | UCC Search ($100.00) | 2500-000 | | | |
| | | | Abstract Fee ($600.00) | 2500-000 | | | |
| | | | Gap check ($50.00) | 2500-000 | | | |
| | | | Federal Court Certification ($100.00) | 2700-000 | | | |
| | | | Special Assessment Letter ($10.00) | 2500-000 | | | |
| | | | Recording Charges: Documentary Stamps and Recording of Deed to Simplifile ($2,124.00) | 2500-000 | | | |
| | | | Ad Valorem Taxes - 2024 to County Clerk ($75,968.10) | 4700-000 | | | |
| | | | Hospitality Taxes - 2024 to County Clerk ($850.33) | 4800-000 | | | |
| | 2 | | Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower $1,260,000.00 | 1110-000 | | | |
| 05/06/25 | 2 | MALLOY TRUST ACCOUNT 401 SOUTH BOSTON SUITE 500 TULSA, OKLAHOMA 74103 | Earnest money received re: sale of real estate and personal property per Order entered (Doc. No. 98) | 1110-000 | $140,000.00 | | $1,425,569.04 |
| 05/12/25 | 3 | IRS | Adjustment credit for deposit error - Dep. No. 203 | 1224-000 | $0.10 | | $1,425,569.14 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,297.05 | $1,424,272.09 |
| 06/23/25 | 2002 | GableGotwals | Special Counsel for Trustee fees and expenses approved per order, Doc. No. 130 | | | $28,353.00 | $1,395,919.09 |
| | | GableGotwals | Special Counsel for Trustee expenses ($16.50) | 3220-000 | | | |
| | | GableGotwals | Special Counsel for Trustee fees ($28,336.50) | 3210-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $140,000.10   $29,650.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  25-10088

Case Name:  GREEN COPPER HOLDINGS, LLC

Taxpayer ID No:  XX-XXX9708

For Period Ending:  03/18/2026

Trustee Name:  PATRICK J. MALLOY III, TRUSTEE

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX0463

Checking

Blanket Bond (per case limit):  $4,200,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/25 | 2003 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | Attorney for Trustee fees and expenses approved per order, Doc. 129 | | | $57,732.43 | $1,338,186.66 |
| | | MALLOY LAW FIRM | Attorney for Trustee fees          ($56,735.00) | 3110-000 | | | |
| | | MALLOY LAW FIRM | Attorney for Trustee expenses          ($997.43) | 3120-000 | | | |
| 06/23/25 | 2004 | Asset Liquidation Specialists | Real estate professional fees approved per Order, Doc. No. 131 | 3510-000 | | $18,591.72 | $1,319,594.94 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,513.65 | $1,318,081.29 |
| 07/01/25 | 2005 | David R. Payne D. R. Payne & Associates, Inc. 119 North Robinson Avenue, Suite 400 Oklahoma City, OK  73102 | Expert/Accountant for Trustee fees and expenses approved per Order, Doc. No. 151 | | | $7,813.65 | $1,310,267.64 |
| | | David R. Payne | Accountant for Trustee fees          ($7,314.65) | 3410-000 | | | |
| | | David R. Payne | Accountant for Trustee expenses          ($499.00) | 3992-000 | | | |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,448.63 | $1,308,819.01 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,445.08 | $1,307,373.93 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,396.97 | $1,305,976.96 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,441.94 | $1,304,535.02 |
| 11/10/25 | 2006 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | 2nd Interim Attorney for Trustee fees and expenses approved per order, Doc. No. 361 | | | $46,633.11 | $1,257,901.91 |
| | | MALLOY LAW FIRM | Attorney for Trustee fees          ($45,465.00) | 3110-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $0.00          $138,017.18

Page: 4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 25-10088
Case Name: GREEN COPPER HOLDINGS, LLC

Taxpayer ID No: XX-XXX9708
For Period Ending: 03/18/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0463
Checking
Blanket Bond (per case limit): $4,200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MALLOY LAW FIRM | Attorney for Trustee expenses ($1,168.11) | 3120-000 | | | |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,364.09 | $1,256,537.82 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,387.36 | $1,255,150.46 |
| 01/06/26 | 2007 | Scott R. Helton Pllc Cba Helton Law Firm Law Firm 9125 S Toledo Ave Tulsa, Ok 74137 | Payment of allowed secured portion of Claim No. 6 per order, Doc. No. 399 | 4110-000 | | $12,859.74 | $1,242,290.72 |
| 01/06/26 | 2008 | Oklahoma Tax Commission 201 W 5Th St. Ste. 400 General Counsel"s Office Po Box 269056 Tulsa, Ok 74103 | Payment of secured portion of Claim No. 27 approved per order, Doc. No. 400 | 4800-000 | | $7,941.09 | $1,234,349.63 |
| 01/06/26 | 2009 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, OK 74006 | Payment of Subrogated claim for OTC tax offset per order, Doc. No. 400 | 4800-000 | | $1,692.00 | $1,232,657.63 |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,370.74 | $1,231,286.89 |
| 02/10/26 | 2010 | Nola Renee Nichols Jerome S. Sepkowitz 4800 N. Lincoln Blvd Oklahoma City, Ok 73105 | Net portion of prioirty wages approved per order, Doc. No. 425 | 5300-000 | | $12,991.02 | $1,218,295.87 |
| 02/10/26 | 2011 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Net portion of prioirty wages approved per order, Doc. No. 425 | 5300-000 | | $12,991.02 | $1,205,304.85 |
| 02/10/26 | 2012 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Net portion of prioirty wages approved per order, Doc. No. 425 | 5300-000 | | $1,012.45 | $1,204,292.40 |
| 02/12/26 | 2013 | OKLAHOMA TAX COMMISSION OKLAHOMA TAX COMMISSION | ACH Payment of withholding to OTC for priority wage claims | 5300-000 | | $820.00 | $1,203,472.40 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:       $0.00       $54,429.51

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

Taxpayer ID No: XX-XXX9708

For Period Ending: 03/18/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Blanket Bond (per case limit): $4,200,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/26 | 2014 | Department of Treasury - Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | ACH Payment to US Treasury for withholding for priority wage claims | | | $6,053.60 | $1,197,418.80 |
| | | Department of Treasury - Internal Revenue Service | Payment of employer taxes for wage claims (Nichols, Keffer & Jones)  ($2,406.80) | 5800-000 | | | |
| | | Department of Treasury - Internal Revenue Service | Payment of employee taxes and withholding for wage claims (Nichols, Keffer & Jones)  ($3,646.80) | 5300-000 | | | |
| 02/23/26 | 2015 | International Sureties 701 Poydras St., Suite 420  New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 - 04/01/26 to 04/01/27 | 2300-000 | | $1,149.69 | $1,196,269.11 |
| 02/25/26 | 5 | PIE GROUP HOLDINGS 1755 BLAKE STREET 5TH FLOOR DENVER, CO. 80202 | REFUND | 1229-000 | $953.00 | | $1,197,222.11 |
| 03/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,213.44 | $1,196,008.67 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,426,680.31 | $230,671.64 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,426,680.31 | $230,671.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,426,680.31 | $230,671.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals: $953.00   $8,416.73

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0463 - Checking | $1,426,680.31 | $230,671.64 | $1,196,008.67 |
| | $1,426,680.31 | $230,671.64 | $1,196,008.67 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $104,105.94 |
| Total Net Deposits: | $1,426,680.31 |
| Total Gross Receipts: | $1,530,786.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                Page Subtotals:                          $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M

Debtor Name: GREEN COPPER HOLDINGS, LLC

Claims Bar Date: 6/9/2025

Date: March 18, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | PATRICK J. MALLOY III MALLOY LAW FIRM, P.C. 401 S BOSTON AVE. SUITE #500 TULSA, OK  74103-3800 | Administrative | | $0.00 | $69,173.59 | $69,173.59 |
| 100 2200 | PATRICK J. MALLOY III MALLOY LAW FIRM, P.C. 401 S BOSTON AVE. SUITE #500 TULSA, OK  74103-3800 | Administrative | | $0.00 | $169.26 | $169.26 |
| ATTYF EE 100 3110 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | Administrative | Order allowing interim attorney for trustee fees, Doc. No. 129 Order allowing 2nd interim attorney for trustee fees in the amount of $45,465, Doc. No. 361 3rd interim attorney fees of $20,510 | $0.00 | $122,710.00 | $122,710.00 |
| ATTYE XP 100 3120 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | Administrative | Order allowing interim attorney for trustee expenses, Doc. No. 129 Order allowing 2nd interim attorney for trustee expenses in the amount of $1,168.11, Doc. No. 361 DRAFT 3RD EXPENSES ENTERED OF $705.89 | $0.00 | $2,871.43 | $2,871.43 |
| SPCLFE E 100 3210 | GableGotwals 110 N. Elgin Ave., Suite 200 Tulsa, OK 74120 | Administrative | Special counsel for Trustee fees approved per Order, Doc. No. 130 | $0.00 | $28,336.50 | $28,336.50 |
| SPCLE XP 100 3220 | GableGotwals 110 N. Elgin Ave., Suite 200 Tulsa, OK 74120 | Administrative | Special counsel for Trustee expenses approved per Order, Doc. No. 130 | $0.00 | $16.50 | $16.50 |
| ACCT2 100 3410 | BARNES & BARNES, INC. COPPER OAKS, SUITE 104 7030 SOUTH YALE TULSA, OK  74136 | Administrative | Accountant for Trustee fees approved per order, Doc. No. ??? | $0.00 | $3,900.00 | $3,900.00 |
| ACCTF EE 100 3410 | David R. Payne D. R. Payne & Associates, Inc. 119 North Robinson Avenue, Suite 400 Oklahoma City, OK  73102 | Administrative | Order allowing interim accountant for trustee fees, Doc. No. 151 | $0.00 | $7,314.65 | $7,314.65 |

Printed: March 18, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M

Date: March 18, 2026

Debtor Name: GREEN COPPER HOLDINGS, LLC

Claims Bar Date: 6/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| REALTOR 100 3510 | Asset Liquidation Specialists 103 S JM Davis Blvd Claremore, OK 74017 | Administrative | | $0.00 | $18,591.72 | $18,591.72 |
| ACCTEXP 100 3992 | David R. Payne D. R. Payne & Associates, Inc. 119 North Robinson Avenue, Suite 400 Oklahoma City, OK  73102 | Administrative | Order allowing interim accountant for trustee expenses, Doc. No. 151 | $0.00 | $499.00 | $499.00 |
| EMPLOYEETAX 230 5300 | Department of Treasury - Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Priority | Employee taxes - Social Security, Medicare and Federal Withholding paid to IRS for wage claims: Nola Renee Nichols - $939.30 (Soc Sec), $129.68 (Medicare) & $600 (withholding) Donna Keffer - $939.30 (Soc Sec), $129.68 (Medicare) & $600 (withholding) Linda Jones  - $72 (Soc Sec), $16.84 (Medicare) & $40 (withholding) John Marcott - $146.33 (Soc Sec), $34.22 (Medicare) & $80 (withholding) | $0.00 | $3,907.35 | $3,907.35 |
| OTCTAX 230 5300 | OKLAHOMA TAX COMMISSION OKLAHOMA TAX COMMISSION | Priority | Withholding paid to OTC for wage claims Nola Renee Nichols - $400 Donna Keffer - $400 Linda Jones - $20 John Marcott - $40 | $0.00 | $860.00 | $860.00 |
| 3P-3 230 5300 | Nola Renee Nichols Jerome S. Sepkowitz 4800 N. Lincoln Blvd Oklahoma City, Ok 73105 | Priority | Allowed priority wage claim of $15,150 per order, Doc. No. 383.  Payment of priority portion of claim approved per order, Doc. No. 425.   Net priority wages of $12,991.02 paid to Debtor.  Taxes and withholding paid to IRS and OTC. | $0.00 | $48,000.00 | $12,991.02 |
| 9 230 5300 | John Marcott 379240 W 3200 Rd Ramona, Ok 74061 | Priority | Claim for unpaid wages - Net wages after employee taxes $2,059.63 | $0.00 | $2,360.18 | $2,059.63 |
| 13P TREE 230 5300 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Priority | Duplicate of claim no. 19-2 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $1,161.29 | $0.00 |

Printed: March 18, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M                                                                                                    Date: March 18, 2026
Debtor Name: GREEN COPPER HOLDINGS, LLC
Claims Bar Date: 6/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14P TREE 230 5300 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Priority | Duplicate of claim no. 20-2 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $15,150.00 | $0.00 |
| 19P-2 230 5300 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Priority | Allowed priority wage claim of $1,161.29 per order, Doc. No. 362.  Priority wage claim paid per order, Doc. No. 425. Net priority wages of $1,012.45 paid to Debtor.  Taxes and withholding paid to IRS and OTC. | $0.00 | $1,161.29 | $1,012.45 |
| 20P-2 230 5300 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Priority | Allowed priority wage claim of $15,150 per order, Doc. No. 364.  Priority wage portion paid per order, Doc. No. 425. Net priority wages of $12,991.02 paid to Debtor.  Taxes and withholding paid to IRS and OTC. | $0.00 | $15,150.00 | $12,991.02 |
| EMPLO YERTA X 280 5800 | Department of Treasury - Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Priority | Employer taxes submitted for wage claims - Social Security & Medicare: Nola Renee Nichols - $939.30 (Soc Sec), $129.68 (Medicare) Donna Keffer - $939.30 (Soc Sec), $129.68 (Medicare) Linda Jones  - $72 (Soc Sec), $16.84 (Medicare) John Marcott - $145.33 (Soc Sec), $34.22 (Medicare) | $0.00 | $2,587.35 | $2,587.35 |
| 1-2 300 7100 | Cynthia Diane Blanchard 414 Se Washington Blvd. Ste. 205 Bartlesville, Ok 74006 | Unsecured | Claim DISALLOWED per Order, Doc. No. 433 | $0.00 | $285,107.88 | $0.00 |
| 1 TREE 300 7100 | Nola Renee Nichols 23538 NS 414 Rd Nowata, OK 74048 | Unsecured | Claim filed in 25-10084 Copper Tree, Inc. case. Claim filed in main case (Green Copper) is allowed in reduced amount per order.  See Claim 3-3. | $0.00 | $396,975.00 | $0.00 |
| 2 TREE 300 7100 | Cynthia Diane Blanchard 414 Se Washington Blvd. Ste. 205 Bartlesville, Ok 74006 | Unsecured | Order sustaining Trustee's objection - claim disallowed (Doc. 433 in main case) | $0.00 | $269,554.69 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M

Date: March 18, 2026

Debtor Name: GREEN COPPER HOLDINGS, LLC

Claims Bar Date: 6/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, Tx 77380 | Unsecured | Claimant withdrew claim 2 filed in Green Copper (25-10088) as duplicative of claim 3 in Copper Tree (25-10084) - doc. no. 354. | $0.00 | $212,500.00 | $0.00 |
| 3U-3<br>300<br>7100 | Nola Renee Nichols<br>Jerome S. Sepkowitz<br>4800 N. Lincoln Blvd<br>Oklahoma City, Ok 73105 | Unsecured | Allowed general unsecured claim per order, Doc. No. 383 | $0.00 | $198,975.00 | $94,850.00 |
| 3 TREE<br>300<br>7100 | Paul Aubert<br>24 Waterway Ave<br>Suite 830<br>The Woodlands, Tx 77380 | Unsecured | Allowed general unsecured claim of $100,000 approved per order, Doc. No. 394 | $0.00 | $212,500.00 | $100,000.00 |
| 4 TREE<br>300<br>7100 | Cherokee Fire Protection<br>Professionals, LLC<br>c/o Mitchell Legal, PLLC<br>203 E. Hobson Ave<br>Sapulpa, OK 74066 | Unsecured | Claim for equipment maintenance in Copper Tree.  Valid Claim | $0.00 | $5,688.67 | $5,688.67 |
| 4-3<br>300<br>7100 | Taktik Enterprises, Inc<br>6462 S. Jamaica Circle<br>Englewood, Co 80111 | Unsecured | 06/25/25 - Trustee filed objection to claim, Doc. No. 132<br>Valid general unsecured claim in the amount of $250,362.37 per settlement order, Doc. No. 345 | $0.00 | $513,918.65 | $250,362.37 |
| 5<br>300<br>7100 | Archway Properties, L.L.C.<br>501 Se Frank Phillips Blvd, 102A<br>Bartlesville, Ok 74003 | Unsecured | No documentation provided | $0.00 | $9,700.00 | $9,700.00 |
| 5 TREE<br>300<br>7100 | Archway Properties, L.L.C.<br>501 Se Frank Phillips Blvd, 102A<br>Bartlesville, Ok 74003 | Unsecured | Duplicate of claim 5 filed in Green Copper Holdings (25-10088).  Will be paid from claim in main case. | $0.00 | $9,700.00 | $0.00 |
| 6U<br>300<br>7100 | Scott R. Helton Pllc Cba Helton<br>Law Firm Law Firm<br>9125 S Toledo Ave<br>Tulsa, Ok 74137 | Unsecured | Order allowing $4,018.75 as general unsecured portion of claim - Doc. No. 399 | $0.00 | $4,018.75 | $4,018.75 |

Printed: March 18, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M                                                                                  Date: March 18, 2026
Debtor Name: GREEN COPPER HOLDINGS, LLC
Claims Bar Date: 6/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 TREE 300 7100 | Ten-X, LLC 17600 Laguna Canyon Road Irvine, CA 92618 | Unsecured | Filed with Unknown value. Order sustaining Trustee's objection and disallowing claim, Doc. no. 158 | $0.00 | $0.00 | $0.00 |
| 7-2 300 7100 | Helm Ventures, Llc 7200 Wisconsin Ave Suite 500 Office 95 Bethesda, Md 20814 | Unsecured | Trustee filed objection (Doc. No. 134) to fees claimed for development consulting services that were not completed and equity interest in company.  Trustee did not object to expenses owed to claimant in the amount of $2,162.12. Order disallowing claim for fees and ownership interest and allowing claim for reimbursement of expenses.  Doc. No. 239 | $0.00 | $89,018.06 | $2,162.12 |
| 7 TREE 300 7100 | Joseph Hassan C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Unsecured | Duplicate of claim no. 11 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $5,191.71 | $0.00 |
| 8 300 7100 | Craig Brand And Adriana Soto Jtrwos 11222 Oak Shore Ln Clermont, Fl 34711 | Unsecured | Claim withdrawn, Doc. No. 227 | $0.00 | $0.00 | $0.00 |
| 8 TREE 300 7100 | Joseph Hassan C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Unsecured | Duplicate of claim no. 12 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $11,650.64 | $0.00 |
| 9 TREE 300 7100 | Enterprise Global Logistics C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Unsecured | Duplicate of claim no. 13 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $65,100.00 | $0.00 |
| 10 TREE 300 7100 | Jessica Holeman 406 N. Bradley Ave Caney, KS 67333 | Unsecured | Claim for pieces of her artwork sold by Copper Tree.  Valid Claim | $0.00 | $2,014.65 | $2,014.65 |
| 10 300 7100 | Joshua Gunter 1515 S Osage Ave Bartlesville, Ok 74003 Bartlesville, Ok 74003 | Unsecured | Claim for 1 month of operational services and consultation - Valid Claim | $0.00 | $4,500.00 | $4,500.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M

Debtor Name: GREEN COPPER HOLDINGS, LLC

Claims Bar Date: 6/9/2025

Date: March 18, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 TREE 300 7100 | Ink Town Designs, LLC 1608 Cherokee Hills Dr Bartlesville, OK 74006 | Unsecured | Claim for graphic design and advertising services.  Valid Claim | $0.00 | $1,200.00 | $1,200.00 |
| 11 300 7100 | Joseph Hassan C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Unsecured | Claim for reimbursement of costs related to services rendered - Valid Claim | $0.00 | $5,191.71 | $5,191.71 |
| 12 300 7100 | Joseph Hassan C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Unsecured | Claims for 2 loans made to Copper Tree in 2023 ($3,000) and 2024 ($5,200) plus interest | $0.00 | $11,650.64 | $11,650.64 |
| 12 TREE 300 7100 | Price Tower Arts Center, Inc. 115 1/2 Se Frank Phillips Bartlesville, Ok 74003 | Unsecured | Duplicate of claim no. 17-3 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $186,070.00 | $0.00 |
| 13 300 7100 | Enterprise Global Logistics C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Unsecured | Trustee filed motion to settle at Doc. No. 300.  Allowed as a general unsecured claim in the amount of $64,050 per order approving settlement, Doc. No. 366 | $0.00 | $65,100.00 | $64,050.00 |
| 13 TREE 300 7100 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Unsecured | Duplicate of claim no. 19-2 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $96,000.01 | $0.00 |
| 14 TREE 300 7100 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Unsecured | Duplicate of claim no. 20-2 filed in Green Copper.  Will be paid from claim filed in main case. | $0.00 | $96,030.40 | $0.00 |
| 14 300 7100 | Pictoria Studios Usa 3517 Watercrest Pl Orlando, Fl 32835 | Unsecured | 06/26/25 - Trustee filed objection to claim, Doc. No. 135 Valid general unsecured claim in the amount of $149,637.63 per settlement order, Doc. No. 345 | $0.00 | $217,975.00 | $149,637.63 |

Printed: March 18, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M

Debtor Name: GREEN COPPER HOLDINGS, LLC

Claims Bar Date: 6/9/2025

Date: March 18, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15 TREE 300 7100 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Unsecured | Duplicate of claim no. 21-2 filed in Green Copper.  See memo, claim 23-2. | $0.00 | $163,000.00 | $0.00 |
| 15 300 7100 | Michael J. Moran And Erinne Moran Jtwros 3517 Watercrest Pl Orlando, Fl 32835 | Unsecured | Claim withdrawn by creditor, Doc. No. 228 | $0.00 | $0.00 | $0.00 |
| 16 300 7100 | Frank Lloyd Wright Building Conservancy C/O Crowe And Dunlevy Attn: Mark A. Craige 222 N. Detroit 600 Tulsa, Ok 74120 | Unsecured | Claim for legal fees incurred to protect items covered by Claimant's easement in Price Tower property. Trustee filed motion to settle (Doc. No. 156).  Order approving Trustee's settlement, Doc. No. 363.  Claim considered withdrawn. | $0.00 | $170,000.00 | $0.00 |
| 16 TREE 300 7100 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Unsecured | Duplicate of claim no. 22-2 filed in Green Copper.  See memo, claim 23-2. | $0.00 | $176,107.55 | $0.00 |
| 17 TREE 300 7100 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Unsecured | Duplicate of claim no. 23-2 filed in Green Copper.  See memo, claim 23-2. | $0.00 | $576,489.28 | $0.00 |
| 17-3 300 7100 | Price Tower Arts Center, Inc. 115 1/2 Se Frank Phillips Bartlesville, Ok 74003 | Unsecured | Trustee filed motion to settle this claim based on withdrawal of $163,000 and allowance of claim in the amount of $20,000. Doc. No. 286 | $0.00 | $183,000.00 | $20,000.00 |
| 18 300 7100 | UBAC LLC 12324 E 86Th St N Ste 522 Owasso, Ok 74055 | Unsecured | Trustee filed objection (Doc. No. 137).  Order granting Trustee's objection and disallowing claim, Doc. No. 237 | $0.00 | $597,579.00 | $0.00 |
| 19U-2 300 7100 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Unsecured | Allowed general unsecured claim per order, Doc. No. 362 | $0.00 | $96,000.01 | $43,838.71 |

Printed: March 18, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M                                                                                       Date: March 18, 2026
Debtor Name: GREEN COPPER HOLDINGS, LLC
Claims Bar Date: 6/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 19 TREE 300 7100 | Preferred Travel Group 23 Corporate Plaza Dr, STE 150 Newport Beach, CA 92660 | Unsecured | Valid Claim | $0.00 | $27,090.67 | $27,090.67 |
| 20 TREE 300 7100 | City of Bartlesville 410 S. Johnstone Bartlesville, OK 74003 | Unsecured | Claim for water utilities for Price Tower Arts Center. Valid Claim | $0.00 | $3,553.20 | $3,553.20 |
| 20U-2 300 7100 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Unsecured | Allowed general unsecured claim per order, Doc. No. 364 | $0.00 | $96,030.40 | $34,850.00 |
| 21 TREE 300 7100 | City of Bartlesville 410 S. Johnstone Bartlesville, OK 74003 | Unsecured | Claim for water utilities for Price Tower Arts Center.  Valid Claim | $0.00 | $1,753.16 | $1,753.16 |
| 21-2 300 7100 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Unsecured | For EIDL loan made to Price Tower Arts Center, Inc. - also claimed in claim #17-3. Per settlement with Trustee, Haskell will has an allowed general unsecured claim of $570,000 (claim 23-2).  This claim considered withdrawn. See Order No. 360. | $0.00 | $163,000.00 | $0.00 |
| 22-2 300 7100 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Unsecured | Loans to Inn at Price Tower - payroll, loan payments, utilities. Per settlement with Trustee, Haskell will has an allowed general unsecured claim of $570,000 (claim 23-2).  This claim considered withdrawn. See Order No. 360. | $0.00 | $176,107.55 | $0.00 |
| 23-2 300 7100 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Unsecured | For loan incurred by Haskell to Pay Price Tower Arts Center loan when property transferred to Green Copper Holdings. Per settlement with Trustee, Haskell will has an allowed general unsecured claim of $570,000. See Order No. 360. | $0.00 | $576,489.28 | $570,000.00 |
| 24 300 7100 | Taktik Enterprises, Inc 6462 S. Jamaica Circle Englewood, Co 80111 | Unsecured | Claim withdrawn by claimant, Doc. No. 238 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M

Debtor Name: GREEN COPPER HOLDINGS, LLC

Claims Bar Date: 6/9/2025

Date: March 18, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 25 300 7100 | Marlin Leasing Corporation Dba PEAC Solutions 300 Fellowship Road Mount Laurel, Nj 08054 | Unsecured | For equipment lease agreement. Inn at Price Tower creditor - considered timely filed | $0.00 | $2,999.13 | $2,999.13 |
| 26 300 7100 | Fair Capital LLC Po Box 399 New City, Ny 10956 | Unsecured | for services and expenses.  Inn at Price Tower creditor - considered timely filed | $0.00 | $28,875.00 | $28,875.00 |
| 23 TREE 350 7200 | Hans K Schmoldt c/o Foster Graham Milstein Calisher LLP 2454 Patterson Road, Suite 200 Grand Junction, CO 81505 | Unsecured | Tardy claim for loan made to The Inn at Price Tower. | $0.00 | $10,000.00 | $10,000.00 |
| 27U 380 7300 | Oklahoma Tax Commission 201 W 5Th St. Ste. 400 General Counsel"s Office Po Box 269056 Tulsa, Ok 74103 | Unsecured | Tax penalties | $0.00 | $957.44 | $957.44 |
| 6S 400 4110 | Scott R. Helton Pllc Cba Helton Law Firm Law Firm 9125 S Toledo Ave Tulsa, Ok 74137 | Secured | Filed as secured by mortgage in Price Tower property Order allowing $12,859.74 as secured portion of claim - Doc. No. 399 | $0.00 | $12,859.74 | $12,859.74 |
| 18 TREE 400 4110 | Scott R. Helton Pllc Cba Helton Law Firm Law Firm 9125 S Toledo Ave Tulsa, Ok 74137 | Secured | Duplicate of claim no. 6 filed in Green Copper.  See memo, claim 6. | $0.00 | $16,848.49 | $0.00 |
| 22 TREE 400 4700 | Washington County Treasurer 420 S. Johnstone, Rm 222 Bartlesville, OK 74003 | Secured | Real property taxes for 2024 - Paid at closing | $0.00 | $72,130.96 | $75,968.10 |
| TAXOF FSE 400 4800 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Secured | Trustee learned that $1,692.00 in tax refunds owed to Donna Keffer were offset to secured OTC tax warrant.  Trustee reimbursed the offset per order, Doc. No. 400. | $0.00 | $1,692.00 | $1,692.00 |

Printed: March 18, 2026

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-10088-M                                                                                    Date: March 18, 2026
Debtor Name: GREEN COPPER HOLDINGS, LLC
Claims Bar Date: 6/9/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 27S | Oklahoma Tax Commission | Secured | | $0.00 | $9,633.09 | $7,941.09 |
| 400 | 201 W 5Th St. Ste. 400 | | | | | |
| 4800 | General Counsel"s Office | | Secured tax warrant in the amount of $9,633.09.  Trustee learned that $1,692.00 in tax refunds owed to | | | |
| | Po Box 269056 | | Donna Keffer were offset to this debt.  Balance of $7941.09 for the secured portion of this claim was paid | | | |
| | Tulsa, Ok 74103 | | to OTC by order, Doc. No. 400, and offset was reimbursed to Donna Keffer | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Case Totals | | | $0.00 | $6,481,447.52 | $1,837,396.25 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 25-10088
Case Name: GREEN COPPER HOLDINGS, LLC
Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Balance on hand                                        $            1,196,008.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| TAXOFF SE | Donna Keffer | $ 1,692.00 | $ 1,692.00 | $ 1,692.00 | $ 0.00 |
| 18 TREE | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | $ 16,848.49 | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 TREE | Washington County Treasurer | $ 72,130.96 | $ 75,968.10 | $ 75,968.10 | $ 0.00 |
| 27S | Oklahoma Tax Commission | $ 9,633.09 | $ 7,941.09 | $ 7,941.09 | $ 0.00 |
| 6S | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | $ 12,859.74 | $ 12,859.74 | $ 12,859.74 | $ 0.00 |

Total to be paid to secured creditors                  $                   0.00

Remaining Balance                                      $            1,196,008.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PATRICK J. MALLOY III | $ 69,173.59 | $ 0.00 | $ 69,173.59 |
| Trustee Expenses: PATRICK J. MALLOY III | $ 169.26 | $ 0.00 | $ 169.26 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: MALLOY LAW FIRM | $ 122,710.00 | $ 102,200.00 | $ 20,510.00 |
| Attorney for Trustee Expenses: MALLOY LAW FIRM | $ 2,871.43 | $ 2,165.54 | $ 705.89 |
| Accountant for Trustee Fees: David R. Payne | $ 7,314.65 | $ 7,314.65 | $ 0.00 |
| Other: Asset Liquidation Specialists | $ 18,591.72 | $ 18,591.72 | $ 0.00 |
| Other: BARNES & BARNES, INC. | $ 3,900.00 | $ 0.00 | $ 3,900.00 |
| Other: David R. Payne | $ 499.00 | $ 499.00 | $ 0.00 |
| Other: GableGotwals | $ 28,336.50 | $ 28,336.50 | $ 0.00 |
| Other: GableGotwals | $ 16.50 | $ 16.50 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 94,458.74

Remaining Balance     $ 1,101,549.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,408.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| EMPLOYEE TAX | Department of Treasury - Internal Revenue Service | $ 3,907.35 | $ 3,646.80 | $ 260.55 |
| OTCTAX | OKLAHOMA TAX COMMISSION | $ 860.00 | $ 820.00 | $ 40.00 |
| 3P-3 | Nola Renee Nichols | $ 12,991.02 | $ 12,991.02 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | John Marcott | $ 2,059.63 | $ 0.00 | $ 2,059.63 |
| 13P TREE | Linda Jones | $ 0.00 | $ 0.00 | $ 0.00 |
| 14P TREE | Donna Keffer | $ 0.00 | $ 0.00 | $ 0.00 |
| 19P-2 | Linda Jones | $ 1,012.45 | $ 1,012.45 | $ 0.00 |
| 20P-2 | Donna Keffer | $ 12,991.02 | $ 12,991.02 | $ 0.00 |
| EMPLOYER TAX | Department of Treasury - Internal Revenue Service | $ 2,587.35 | $ 2,406.80 | $ 180.55 |

Total to be paid to priority creditors          $ 2,540.73

Remaining Balance          $ 1,099,009.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,437,986.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 TREE | Nola Renee Nichols | $ 0.00 | $ 0.00 | $ 0.00 |
| 1-2 | Cynthia Diane Blanchard | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Paul Aubert | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 TREE | Cynthia Diane Blanchard | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 TREE | Paul Aubert | $ 100,000.00 | $ 0.00 | $ 76,426.95 |
| 3U-3 | Nola Renee Nichols | $ 94,850.00 | $ 0.00 | $ 72,490.97 |
| 4 TREE | Cherokee Fire Protection Professionals, LLC | $ 5,688.67 | $ 0.00 | $ 4,347.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4-3 | Taktik Enterprises, Inc | $ 250,362.37 | $ 0.00 | $ 191,344.33 |
| 5 | Archway Properties, L.L.C. | $ 9,700.00 | $ 0.00 | $ 7,413.41 |
| 5 TREE | Archway Properties, L.L.C. | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 TREE | Ten-X, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 6U | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | $ 4,018.75 | $ 0.00 | $ 3,071.41 |
| 7 TREE | Joseph Hassan | $ 0.00 | $ 0.00 | $ 0.00 |
| 7-2 | Helm Ventures, Llc | $ 2,162.12 | $ 0.00 | $ 1,652.44 |
| 8 | Craig Brand And Adriana Soto Jtrwos | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 TREE | Joseph Hassan | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 TREE | Enterprise Global Logistics | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Joshua Gunter | $ 4,500.00 | $ 0.00 | $ 3,439.21 |
| 10 TREE | Jessica Holeman | $ 2,014.65 | $ 0.00 | $ 1,539.74 |
| 11 | Joseph Hassan | $ 5,191.71 | $ 0.00 | $ 3,967.87 |
| 11 TREE | Ink Town Designs, LLC | $ 1,200.00 | $ 0.00 | $ 917.12 |
| 12 | Joseph Hassan | $ 11,650.64 | $ 0.00 | $ 8,904.23 |
| 12 TREE | Price Tower Arts Center, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | Enterprise Global Logistics | $ 64,050.00 | $ 0.00 | $ 48,951.46 |
| 13 TREE | Linda Jones | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Pictoria Studios Usa | $ 149,637.63 | $ 0.00 | $ 114,363.48 |
| 14 TREE | Donna Keffer | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | Michael J. Moran And Erinne Moran Jtwros | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 TREE | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Frank Lloyd Wright Building Conservancy | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 TREE | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 TREE | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 17-3 | Price Tower Arts Center, Inc. | $ 20,000.00 | $ 0.00 | $ 15,285.39 |
| 18 | UBAC LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 TREE | Preferred Travel Group | $ 27,090.67 | $ 0.00 | $ 20,704.57 |
| 19U-2 | Linda Jones | $ 43,838.71 | $ 0.00 | $ 33,504.59 |
| 20 TREE | City of Bartlesville | $ 3,553.20 | $ 0.00 | $ 2,715.60 |
| 20U-2 | Donna Keffer | $ 34,850.00 | $ 0.00 | $ 26,634.79 |
| 21 TREE | City of Bartlesville | $ 1,753.16 | $ 0.00 | $ 1,339.89 |
| 21-2 | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 22-2 | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 23-2 | Mark Haskell | $ 570,000.00 | $ 0.00 | $ 435,633.63 |
| 24 | Taktik Enterprises, Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | Marlin Leasing Corporation Dba PEAC Solutions | $ 2,999.13 | $ 0.00 | $ 2,292.15 |
| 26 | Fair Capital LLC | $ 28,875.00 | $ 0.00 | $ 22,068.29 |

Total to be paid to timely general unsecured creditors    $        1,099,009.20

Remaining Balance    $        0.00

Tardily filed claims of general (unsecured) creditors totaling $10,000.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 TREE | Hans K Schmoldt | $ 10,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $_____ 0.00

Remaining Balance   $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $957.44 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27U | Oklahoma Tax Commission | $ 957.44 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors   $_____ 0.00

Remaining Balance   $_____ 0.00