Trustee - PATRICK J. MALLOY III

# Time Worksheet

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 25-10088 | **Case Name:** | GREEN COPPER HOLDINGS, LLC | |
| **Case Status:** | OPEN | **Judge:** | Terrence L. Michael | |
| **Petition Date:** | 01/22/25 | **Original 341a Meeting:** | 02/19/25 | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| **Matter Code: Conference** | | | | |
| 12/03/25 | STATUS CONF RE OBJ TO CLAIM OF C BLANCHARD | 1.00 | 350.00 | 350.00 |
| 12/05/25 | CONF W/ COURT RE HEARING ON OBJECTION TO BLANCHARD CLAIM | 0.30 | 350.00 | 105.00 |
| 01/07/26 | CONF W/ DONNA KEFFER RE TESTIMONY | 1.00 | 350.00 | 350.00 |
| 01/09/26 | DELIVER WIT AND EX LIST TO CLERK | 0.50 | 350.00 | 175.00 |
| | **Totals for Conference** | 2.80 | | 980.00 |
| **Matter Code: E-Mail** | | | | |
| 10/06/25 | REV EMAIL FROM C BLANCHARD RE EXPLANATION OF TRANSFERS | 0.40 | 350.00 | 140.00 |
| 11/21/25 | EMAIL AUBERT COUNTER-OFFER | 0.30 | 350.00 | 105.00 |
| 12/04/25 | EMAILS TO AND FROM OTC RE OFFSET OF KEFFER REFUND | 0.40 | 350.00 | 140.00 |
| 01/06/26 | EMAILS TO AND FROM PRAY WALKER RE INTERIM DISTRIBUTIONS | 0.40 | 350.00 | 140.00 |
| 01/08/26 | EMAILS TO AND FROM ASSISTANT RE WITNESS AND EX LIST | 0.80 | 350.00 | 280.00 |
| 01/08/26 | EMAILS TO AND FROM KEFFER RE LOAN DOCS | 0.70 | 350.00 | 245.00 |
| 01/09/26 | EMAILS TO C BLANCHARD RE WIT AND EX LIST AND HEARING BRIEF | 0.70 | 350.00 | 245.00 |
| 01/12/26 | EMAILS TO AND FROM ACCOUNTANT RE ESTATE TAX RETURNS | 0.70 | 350.00 | 245.00 |
| 02/02/26 | EMAILS TO AND FROM ACCOUNTNT RE FILING OF STATE AND FEDERAL TAX RETURNS | 0.40 | 350.00 | 140.00 |
| 02/02/26 | REV; APPROVE AND SIGN STATE AND FEDERAL TAX RETURNS | 0.50 | 350.00 | 175.00 |
| 03/11/26 | EMAILS TO AND FROM MAX MALONE RE ADMIN CLAIM FOR KEFFER | 5.00 | 350.00 | 1,750.00 |
| | **Totals for E-Mail** | 10.30 | | 3,605.00 |
| **Matter Code: hearings** | | | | |
| 01/12/26 | PREPARE FOR AND ATTEND HEARING RE TEE OBJECTION TO BLANCHARD CLAIM | 2.00 | 350.00 | 700.00 |
| | **Totals for hearings** | 2.00 | | 700.00 |
| **Matter Code: Pleadings** | | | | |
| 11/05/25 | DRAFT SATUS REPORT RE CLAIMS OBJECTION AND REQUEST FOR HEARING | 1.00 | 350.00 | 350.00 |
| 11/21/25 | CONF W/ OTC RE NATURE AND AMOUNT OF CLAIM | 0.40 | 350.00 | 140.00 |
| 11/21/25 | DRAFT MOTION TO PAY OTC | 0.70 | 350.00 | 245.00 |
| 12/04/25 | REVIEW MOTION FOR 60B RELIEF FILED BY C BLANCHARD | 1.00 | 350.00 | 350.00 |
| 12/09/25 | REV BLANCHARD MOTION RE 60(B) | 2.00 | 350.00 | 700.00 |
| 12/10/25 | DRAFT RESPONSE TO BLANCHARD MOTION | 3.00 | 350.00 | 1,050.00 |
| 12/11/25 | DRAFT RESPONSE TO BLANCHARD MOTION | 6.00 | 350.00 | 2,100.00 |
| 12/13/25 | FINALIZE OBJECTION TO 60B RELIEF | 2.00 | 350.00 | 700.00 |
| 12/19/25 | DRAFT REQUEST FOR ORDER AND ORDER APPROVING AUBERT SETTLEMENT | 0.50 | 350.00 | 175.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/06/26 | PREPARE WITNESS AND COUNSEL RE PRE-CHARGE HEARING | 0.70 | 350.00 | 245.00 |
| 01/08/26 | RESEARCH AND DRAFT HEARING BRIEF | 0.70 | 350.00 | 245.00 |
| 01/09/26 | FINALIZE HEARING BRIEF | 2.00 | 350.00 | 700.00 |
| 01/13/26 | PROVIDE ACCOUNTANT WITH INFO RE COSTS BASIS AND OPERATING LOSSES | 0.50 | 350.00 | 175.00 |
| 02/02/26 | DRAFT MT TO PAY BARNES | 0.40 | 350.00 | 140.00 |
| 02/26/26 | REV COURT ORDER RE OBJ TO CYNTHIA'S CLAIM | 0.50 | 350.00 | 175.00 |
| 03/02/26 | REV CYNTHIA'S MOTION TO ALTER JUDGMENT | 0.70 | 350.00 | 245.00 |
| 03/02/26 | REV GENERIC MT FILED BY NELSON | 0.40 | 350.00 | 140.00 |
| 03/03/26 | RESEARCH AND DRAFT OBJECTTION TO MOTION TO ALTER ORDER | 1.00 | 350.00 | 350.00 |
| 03/10/26 | REV ORDER DENYING MT TO ALTER | 0.40 | 350.00 | 140.00 |
| 03/10/26 | REV C BLANCHARD NOTICE OF APPEAL | 0.30 | 350.00 | 105.00 |
| 03/11/26 | RESEARCH AND DRAFT OBJECTION TO MOTION TO STAY | 4.00 | 350.00 | 1,400.00 |
| | **Totals for Pleadings** | 28.20 | | 9,870.00 |

**Matter Code: Research**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/06/25 | REV DOCS SUBMITTED BY C BLANCHARD | 0.70 | 350.00 | 245.00 |
| 11/11/25 | RESEARCH RECHARACTERIZATION OF INSIDER LOANS AS CAPITAL | 2.00 | 350.00 | 700.00 |
| 11/11/25 | RESEARCH AMENDING PROOF OF CLAIM AFTER BAR DATE | 1.00 | 350.00 | 350.00 |
| 12/04/25 | RESEARCH SUBROGATION BY CODEBTOR | 0.70 | 350.00 | 245.00 |
| 12/09/25 | RESEARCH RULE 60B | 2.70 | 350.00 | 945.00 |
| 01/06/26 | RESEARCH ADMISSIBILITY OF DISCOVERY RESPONSES | 1.50 | 350.00 | 525.00 |
| 01/07/26 | PREPARE FOR HEARING RE OBK TO CLAIM OF C BLANCHARD; REVIEW AND PREPARE EXHIBITS | 4.00 | 350.00 | 1,400.00 |
| 01/07/26 | RESEARCH RE HEARSAY AS TO PROPOSED EXHIBITS | 1.70 | 350.00 | 595.00 |
| 03/02/26 | RESEARCH MT TO ALTER JUDGMENT | 1.00 | 350.00 | 350.00 |
| | **Totals for Research** | 15.30 | | 5,355.00 |
| | **Report Totals** | 58.60 | | 20,510.00 |