# <u>EXHIBIT B</u> —3rd Statement of Costs for Malloy Law Firm, P.C.

10/1/2025 – Copying and mailing of *2nd Motion to Pay Attorney Fees for Malloy Law Firm PC* - **$169.07**

11/6/2025 – Copying and mailing of *Motion to Approve Settlement with Nichols* - **$67.50**

11/7/2025 – Copying and mailing of *Amended Motion to Approve Settlement with Nichols* - **$67.50**

11/21/2025 – Copying and mailing of *Motion to Pay Oklahoma Tax Commission* - **$54.00**

11/24/2025 – Copying and mailing of *Motion to Settle with Aubert* - **$74.25**

12/1/2025 – Copying and mailing of *Objection to Helton* - **$60.75**

12/9/2025 – Copying and mailing of *Amended Motion to Pay Oklahoma Tax Commission and Motion to Pay Subrogee Donna Keffer Pursuant to 11 U.S.C. § 509* - **$54.00**

12/15/2025 – Copying and mailing of *Objection to 9024 Motion filed by Cynthia Blanchard* - **$3.57**

1/14/2026 – Copying and mailing of *Motion to Pay Priority Wage Claims* - **$81.00**

2/2/2026 – Copying and mailing of *Motion to Pay Barnes* - **$74.25**

Total--**$705.89**