UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GREEN COPPER HOLDINGS, LLC | § | Case No. 25-10088 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PATRICK J. MALLOY III, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

224 South Boulder St.
Ste. 105
Tulsa, OK  74103

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/26/2026            By: /s/ Patrick J Malloy III
                                              Trustee


*PATRICK J. MALLOY III, TRUSTEE*
*401 S. Boston Ave., Suite 500*
*Tulsa, OK 74103*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

In Re:                                    §
                                          §
GREEN COPPER HOLDINGS, LLC                §         Case No. 25-10088
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,530,786.25 |
| and approved disbursements of | $ | 338,677.58 |
| leaving a balance on hand of[1] | $ | 1,192,108.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| TAXOFFSE | Donna Keffer | $ 1,692.00 | $ 1,692.00 | $ 1,692.00 | $ 0.00 |
| 18 TREE | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | $ 16,848.49 | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 TREE | Washington County Treasurer | $ 72,130.96 | $ 75,968.10 | $ 75,968.10 | $ 0.00 |
| 27S | Oklahoma Tax Commission | $ 9,633.09 | $ 7,941.09 | $ 7,941.09 | $ 0.00 |
| 6S | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | $ 12,859.74 | $ 12,859.74 | $ 12,859.74 | $ 0.00 |

Total to be paid to secured creditors                                   $                0.00

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance $   1,192,108.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PATRICK J. MALLOY III | $   69,173.59 | $   0.00 | $   69,173.59 |
| Trustee Expenses: PATRICK J. MALLOY III | $   169.26 | $   0.00 | $   169.26 |
| Attorney for Trustee Fees: MALLOY LAW FIRM | $   122,710.00 | $   102,200.00 | $   20,510.00 |
| Attorney for Trustee Expenses: MALLOY LAW FIRM | $   2,871.43 | $   2,165.54 | $   705.89 |
| Accountant for Trustee Fees: David R. Payne | $   7,314.65 | $   7,314.65 | $   0.00 |
| Other: Asset Liquidation Specialists | $   18,591.72 | $   18,591.72 | $   0.00 |
| Other: BARNES & BARNES, INC. | $   3,900.00 | $   3,900.00 | $   0.00 |
| Other: David R. Payne | $   499.00 | $   499.00 | $   0.00 |
| Other: GableGotwals | $   28,336.50 | $   28,336.50 | $   0.00 |
| Other: GableGotwals | $   16.50 | $   16.50 | $   0.00 |

Total to be paid for chapter 7 administrative expenses $   90,558.74

Remaining Balance $   1,101,549.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,408.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| EMPLOYE ETAX | Department of Treasury - Internal Revenue Service | $   3,907.35 | $   3,646.80 | $   260.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| OTCTAX | OKLAHOMA TAX COMMISSION | $ 860.00 | $ 820.00 | $ 40.00 |
| 3P-3 | Nola Renee Nichols | $ 12,991.02 | $ 12,991.02 | $ 0.00 |
| 9 | John Marcott | $ 2,059.63 | $ 0.00 | $ 2,059.63 |
| 13P TREE | Linda Jones | $ 0.00 | $ 0.00 | $ 0.00 |
| 14P TREE | Donna Keffer | $ 0.00 | $ 0.00 | $ 0.00 |
| 19P-2 | Linda Jones | $ 1,012.45 | $ 1,012.45 | $ 0.00 |
| 20P-2 | Donna Keffer | $ 12,991.02 | $ 12,991.02 | $ 0.00 |
| EMPLOYERTAX | Department of Treasury - Internal Revenue Service | $ 2,587.35 | $ 2,406.80 | $ 180.55 |

Total to be paid to priority creditors                    $ 2,540.73

Remaining Balance                                         $ 1,099,009.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,437,986.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 TREE | Nola Renee Nichols | $ 0.00 | $ 0.00 | $ 0.00 |
| 1-2 | Cynthia Diane Blanchard | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Paul Aubert | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 TREE | Cynthia Diane Blanchard | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 TREE | Paul Aubert | $ 100,000.00 | $ 0.00 | $ 76,426.95 |
| 3U-3 | Nola Renee Nichols | $ 94,850.00 | $ 0.00 | $ 72,490.97 |
| 4 TREE | Cherokee Fire Protection Professionals, LLC | $ 5,688.67 | $ 0.00 | $ 4,347.68 |
| 4-3 | Taktik Enterprises, Inc | $ 250,362.37 | $ 0.00 | $ 191,344.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Archway Properties, L.L.C. | $ 9,700.00 | $ 0.00 | $ 7,413.41 |
| 5 TREE | Archway Properties, L.L.C. | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 TREE | Ten-X, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 6U | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | $ 4,018.75 | $ 0.00 | $ 3,071.41 |
| 7 TREE | Joseph Hassan | $ 0.00 | $ 0.00 | $ 0.00 |
| 7-2 | Helm Ventures, Llc | $ 2,162.12 | $ 0.00 | $ 1,652.44 |
| 8 | Craig Brand And Adriana Soto Jtrwos | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 TREE | Joseph Hassan | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 TREE | Enterprise Global Logistics | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Joshua Gunter | $ 4,500.00 | $ 0.00 | $ 3,439.21 |
| 10 TREE | Jessica Holeman | $ 2,014.65 | $ 0.00 | $ 1,539.74 |
| 11 | Joseph Hassan | $ 5,191.71 | $ 0.00 | $ 3,967.87 |
| 11 TREE | Ink Town Designs, LLC | $ 1,200.00 | $ 0.00 | $ 917.12 |
| 12 | Joseph Hassan | $ 11,650.64 | $ 0.00 | $ 8,904.23 |
| 12 TREE | Price Tower Arts Center, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | Enterprise Global Logistics | $ 64,050.00 | $ 0.00 | $ 48,951.46 |
| 13 TREE | Linda Jones | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Pictoria Studios Usa | $ 149,637.63 | $ 0.00 | $ 114,363.48 |
| 14 TREE | Donna Keffer | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | Michael J. Moran And Erinne Moran Jtwros | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 TREE | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | Frank Lloyd Wright Building Conservancy | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 TREE | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 TREE | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 17-3 | Price Tower Arts Center, Inc. | $ 20,000.00 | $ 0.00 | $ 15,285.39 |
| 18 | UBAC LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 TREE | Preferred Travel Group | $ 27,090.67 | $ 0.00 | $ 20,704.57 |
| 19U-2 | Linda Jones | $ 43,838.71 | $ 0.00 | $ 33,504.59 |
| 20 TREE | City of Bartlesville | $ 3,553.20 | $ 0.00 | $ 2,715.60 |
| 20U-2 | Donna Keffer | $ 34,850.00 | $ 0.00 | $ 26,634.79 |
| 21 TREE | City of Bartlesville | $ 1,753.16 | $ 0.00 | $ 1,339.89 |
| 21-2 | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 22-2 | Mark Haskell | $ 0.00 | $ 0.00 | $ 0.00 |
| 23-2 | Mark Haskell | $ 570,000.00 | $ 0.00 | $ 435,633.63 |
| 24 | Taktik Enterprises, Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | Marlin Leasing Corporation Dba PEAC Solutions | $ 2,999.13 | $ 0.00 | $ 2,292.15 |
| 26 | Fair Capital LLC | $ 28,875.00 | $ 0.00 | $ 22,068.29 |

Total to be paid to timely general unsecured creditors   $ 1,099,009.20

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $10,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 TREE | Hans K Schmoldt | $ 10,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $957.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27U | Oklahoma Tax Commission | $ 957.44 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Prepared By: /s/ Patrick J Malloy III _____

Trustee

*PATRICK J. MALLOY III, TRUSTEE*
*401 S. Boston Ave., Suite 500*
*Tulsa, OK 74103*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.