

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**
In re:
**GREEN COPPER HOLDINGS, LLC, et al.,**
**Debtors.**
Case No. 25-10088-T
Chapter 7

**CLAIMANT'S OBJECTION TO TRUSTEE'S FINAL REPORT (TFR)**

Cynthia Diane Blanchard ("Claimant"), appearing pro se, respectfully objects to the

Trustee's Final Report ("TFR") (ECF No. 484) filed by Patrick J. Malloy III ("Trustee") on

March 26, 2026, and states as follows:

**I. The TFR Is Premature and Contains Material Inaccuracies**

The Trustee certifies under penalty of perjury that "all claims of each class which will

receive a distribution have been examined and any objections to the allowance of

claims have been resolved." That certification is inaccurate as applied to Claimant.

Claimant's Claim 1-2 is currently the subject of a pending appeal in the United States

District Court for the Northern District of Oklahoma. The disallowance of that claim is

therefore not final.

The evidentiary record now includes Exhibit A to ECF No. 474 — the September 2023

Consolidated Balance Sheet forwarded to Claimant by the Trustee's own witness,

Donna Keffer. That document expressly lists Account 28100 – "Loans from Cynthia

Blanchard" in the company's financial records at that time. The TFR ignores this

evidence and treats the disallowance as final notwithstanding the pending appeal and

the contradictory record evidence.

**II. Approval of the TFR Would Render the Appeal Equitably Moot and Cause**

**Irreparable Harm**

The TFR proposes distribution of the estate's remaining $1,196,008.67. Once those funds are disbursed to third parties, Claimant will have no practical ability to recover any distribution to which she may be entitled if her appeal succeeds.

This presents a substantial risk of equitable mootness and constitutes irreparable harm. Approval of the TFR at this stage would effectively deprive Claimant of meaningful appellate relief.

**III. The Disallowance Order Rests on Issues Currently Under Appellate Review**

The disallowance order arose from an evidentiary hearing conducted under circumstances that are now central to the pending appeal. Claimant, a pro se litigant living one hour from the courthouse, received a new witness and additional evidence less than one business day immediately before the January 12, 2026 hearing, leaving insufficient time to prepare a response.

Additionally, Claimant had documented safety concerns, including an Emergency Protective Order, police reports, and a witness subpoena (Exhibits E, F, and G to ECF No. 474), which impacted her ability to appear in person. The Trustee was aware of these concerns.

These issues are currently before the District Court on appeal and further support maintaining the status quo until appellate review is complete.

**IV. Relief Requested**

WHEREFORE, Claimant respectfully requests that the Court:

1. Sustain this Objection and defer approval of the Trustee's Final Report (ECF No. 484);

2.   Stay any and all distributions from the estate pending resolution of Claimant's

appeal in the District Court; and

3.   Grant such other and further relief as the Court deems just and proper.

Date: March 27, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707
Email: cynthiadblanchard@gmail.com

**CERTIFICATE OF SERVICE**

I, Cynthia Diane Blanchard, hereby certify that on March 27, 2026, a true and correct copy of the foregoing Claimant's Objection to Trustee's Final Report was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma using the CM/ECF system, which will send notification of such filing to all registered participants, including the Chapter 7 Trustee and the United States Trustee.

Cynthia Diane Blanchard, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707
Email: cynthiadblanchard@gmail.com