**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

IN RE:                                      )
                                            )
GREEN COPPER HOLDINGS, LLC   )        CASE NO. 25-10088-T
EIN # xx-xxx9708                 )        Chapter 7
                                            )
COPPER TREE, INC.              )        Substantively Consolidated
EIN # xx-xxx6608                 )
                                            )
THE INN AT PRICE TOWER INC.   )
                                            )
            Debtors.              )

<u>TRUSTEE'S REQUEST FOR ORDER</u>

Comes now the Trustee and states:

1.      On 03/26/2026, the Trustee filed herein his TRUSTEE'S THIRD AND FINAL MOTION FOR ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES TO MALLOY LAW FIRM P.C. ("Malloy") AND NOTICE OF OPPORTUNITY FOR HEARING (Doc. No. 485) ("Motion").

2.      The Motion seeks authority to pay Malloy attorney fees for the period 10/01/2025 through 03/17/2026, in the amount of **$20,510.00** and expenses of **$705.89.**

3.      Malloy provided timely and proper notice of the Motion to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 489). No objections to the motion were filed within the time specified in the Motion.

4.      The fees and costs prayed for are reasonable, and payment of such fees and costs is in the best interests of the estate.

5.      Simultaneously with the filing of this pleading, the Trustee is submitting an order

approving to the Court.

Respectfully Submitted By:                    s/ Patrick J. Malloy III
                                              Patrick J. Malloy III, OBA #5647
                                              MALLOY LAW FIRM, P.C.
                                              401 S. Boston Ave. Suite 500
                                              Tulsa, Oklahoma  74103
                                              Telephone:    918-699-0345
                                              Fax:          918-699-0325
                                              *ATTORNEYS FOR TRUSTEE*