**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## <u>TRUSTEE'S REQUEST FOR ORDER</u>

Comes now the Trustee and states:

1.      On 03/26/2026, the Trustee filed herein his *NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)* (Doc. 486) ("NFR").

2.      The Trustee provided timely and proper notice of the NFR to all necessary and interested parties, as evidenced by his Certificate of Service (Doc. No. 490).

3.      No creditors filed an objection to the NFR within the time specified in the Motion. On 03/27/2026, Cynthia Blanchard ("Blanchard") filed an objection to the Trustee's Final Report ("TFR") (Doc. No. 491). This Court previously ruled that Blanchard has no claims against this estate.

4.      On 03/30/2026, the Trustee filed his *TRUSTEE'S MOTION TO STRIKE OR IN THE ALTERNATIVE TO DENY CLAIMANT'S OBJECTION TO TRUSTEE'S FINAL REPORT* ("Motion") (Doc. No. 492). The basis for the Trustee's Motion was that Blanchard had no standing

to object to the NFR or, in the alternative, the objection failed to assert any cognizable basis for an objection—it merely restated an argument Blanchard has made relative to her motion to stay.

5.      This Court and the District Court have both entered orders denying Blanchard's motion for stay.

6.      The fees and costs prayed for are reasonable and necessary.

7.      Simultaneously with the filing of this pleading, the Trustee has submitted a proposed order to the Court approving the TFR .

Respectfully Submitted By:              s/ Patrick J. Malloy III
                                        Patrick J. Malloy III, OBA #5647
                                        MALLOY LAW FIRM, P.C.
                                        401 S. Boston Ave. Suite 500
                                        Tulsa, Oklahoma  74103
                                        Telephone:    918-699-0345
                                        Fax:          918-699-0325
                                        *ATTORNEYS FOR TRUSTEE*