CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
THE FEDERAL BUILDING
224 SOUTH BOULDER, SUITE 105
TULSA, OK 74103-3015

OFFICIAL BUSINESS

RECEIVED
APR 24 2026

JOLE ANN AWTREY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

9370 0107 4981 5025

TULSA OK 740
3 MAR 2026 AM 3 L

Michael Eric Nelson
GENERAL DELIVERY
BOSTON, MA 02205-9999

3-6-26
25-10088
Doc. 436



NIXIE        015   DE   1            0004/16/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:  74103201530        *0857-03349-03-19