**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**



Filed/Docketed
Apr 27, 2026

IN RE:                                           )
                                                 )
**GREEN COPPER HOLDINGS, LLC**   )   **CASE NO. 25-10088-T**
**EIN # xx-xxx9708**                      )   **Chapter 7**
                                                 )
**COPPER TREE, INC.**                  )   **Substantively Consolidated**
**EIN # xx-xxx6608**                      )
                                                 )
**THE INN AT PRICE TOWER INC.**  )
                                                 )
                **Debtors.**                 )

## ORDER ON TRUSTEE'S FINAL REPORT AND APPROVING TRUSTEE'S FEES AND EXPENSE AND TRUSTEE'S PROFESSIONAL FEES

This matter having come on for consideration upon the *Trustee's Final Report* (Doc. No. 484) ("TFR") and *Notice of Trustee's Final Report and Final Applications for Compensation and Deadline to Object (NFR)* (Doc. No. 486) ("NFR"), the Court, pursuant to Fed. R. Bankr. P. 7052, finds:

1.     The Trustee provided timely and proper notice of the NFR to all necessary and interested parties as evidenced by his Certificate of Service (Doc. No. 490).

2.     No creditors objected to the NFR or the TFR within the time specified in the NFR. On 03/27/2026, Cynthia Blanchard ("Blanchard") filed an objection to the Trustee's Final Report ("TFR") (Doc. No. 491).

3.     On 03/30/2026, the Trustee filed his *TRUSTEE'S MOTION TO STRIKE OR IN THE ALTERNATIVE TO DENY CLAIMANT'S OBJECTION TO TRUSTEE'S FINAL REPORT* ("Motion") (Doc. No. 492). The basis for the Motion was that Blanchard had no standing to object

to the NFR given the Court's previous ruling that she had no claims against this estate or, in the alternative, that Blanchard's objection failed to state any cognizable basis for the objection.

4.	By prior order of this Court the Court determined that Blanchard has no claim against this estate (Doc. No. 433). In addition, this Court has previously denied Blanchard's motion for stay of these proceedings pending her appeal of this Court's order determining she had no claims against this estate (Doc. No. 495).

5.	A Certification of Review of the TFR has been filed by the United States Trustee.

6.	The employment of all applicants seeking compensation were previously authorized by the Court, and the services rendered by the Trustee and professionals employed by the Trustee were reasonable and necessary.

7.	The Trustee should be authorized to pay such Trustee fees and expenses as follows:

a.	Trustee fees to Patrick J Malloy III, Trustee in the amount of $69,173.59 and reimbursement of expenses of $169.26.

IT IS THEREFORE ORDERED that the Applications for Allowance and Payment of Compensation and reimbursement of the Trustee's fees and expenses as requested in the NFR are hereby approved and the Trustee is authorized to pay such fees and expenses.

IT IS FURTHER ORDERED that any unclaimed funds shall be paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a).

DATED:  April 27, 2026

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:             918-699-0325
*ATTORNEYS FOR TRUSTEE*