**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREEN COPPER HOLDINGS, LLC** | ) | **CASE NO. 25-10088-T** |
| **EIN # xx-xxx9708** | ) | **Chapter 7** |
| | ) | |
| **COPPER TREE, INC.** | ) | **Substantively Consolidated** |
| **EIN # xx-xxx6608** | ) | |
| | ) | |
| **THE INN AT PRICE TOWER INC.** | ) | |
| | ) | |
| **Debtors.** | ) | |

Filed/Docketed
Apr 27, 2026

## <u>Order</u>

This matter having come on for consideration this 27th day of April 2026 upon TRUSTEE'S

THIRD AND FINAL MOTION FOR ORDER AUTHORIZING PAYMENT OF ATTORNEY

FEES TO MALLOY LAW FIRM P.C. ("Malloy") AND NOTICE OF OPPORTUNITY FOR

HEARING (Doc. No. 485), the Court finds:

1.      The Motion seeks authority to pay Malloy attorney fees for the period 10/01/2025

through 03/17/2026 in the amount of **$20,510.00** and expenses of **$705.89.**

2.      Malloy provided timely and proper notice of the Motion to all necessary and

interested parties. No objections to the motion were filed within the time specified in the Motion.

3.      The fees and costs prayed for are reasonable, and payment of such fees and costs

are in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay Malloy final attorney

fees of $20,510.00 and expenses of $705.89.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted by:

Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:     918-699-0345
Fax:              918-699-0325
*ATTORNEYS FOR TRUSTEE*