

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**
THE FEDERAL BUILDING
224 SOUTH BOULDER, SUITE 105
TULSA, OK 74103-3015

OFFICIAL BUSINESS

TULSA OK 740

25 MAR 2026 AM 3  L

NIXIE      015   DE 1        0005/02/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 74103301530     *0857-02818-25-22

**RECEIVED**

MAY 08 2026

JOLE ANN AWTREY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

25-10088
Green Copper Holdings
Doc #476

Michael Eric Nelson
GENERAL DELIVERY
BOSTON, MA 02205-9999

9400 9216 6911 9310

02205-999999