## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE GREEN COPPER HOLDINGS, LLC, and THE INN AT PRICE TOWER INC., <br><br> Debtors. <br> _____ <br><br> CYNTHIA BLANCHARD, <br><br> Appellant, <br><br> v. <br><br> PATRICK J. MALLOY, III, Chapter 7 Trustee, <br><br> Appellee. | Civil Action No. 26-cv-00140-CVE <br><br> Bankr. No. 25-10088-T <br> Chapter 7 |

## NOTICE

Please be advised that the mandate for this case issued on April 28, 2026. The Clerk of the originating court shall file accordingly.

**HEIDI D. CAMPBELL, Clerk of Court**

By:     /s/ Heidi D. Campbell
          Clerk of Court