# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GREEN COPPER HOLDINGS, LLC | § | Case No. 25-10088 |
| The Inn at Price Tower Inc. | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PATRICK J. MALLOY III, TRUSTEE   , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10.19<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,234,729.28 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 296,056.97 | |

3) Total gross receipts of $1,530,786.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,530,786.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $114,014.61 | $99,311.26 | $99,311.26 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 296,056.97 | 296,056.97 | 296,056.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 90,337.46 | 36,408.82 | 36,408.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,230,137.18 | 6,024,363.13 | 1,448,943.85 | 1,099,009.20 |
| **TOTAL DISBURSEMENTS** | $2,230,137.18 | $6,524,772.17 | $1,880,720.90 | $1,530,786.25 |

4)  This case was originally filed under chapter 7 on 01/22/2025.  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2026                    By:/s/PATRICK J. MALLOY III, TRUSTEE

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower | 1110-000 | 1,400,000.00 |
| Rent from Ambler Architects for Storage | 1221-000 | 800.00 |
| Tax Refunds payable to Inn At Price Tower | 1224-000 | 129,033.25 |
| Refund from PIE Group Holdings | 1229-000 | 953.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,530,786.25** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington County Treasurer | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 TREE | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | 4110-000 | 0.00 | 16,848.49 | 0.00 | 0.00 |
| 6S | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | 4110-000 | 0.00 | 12,859.74 | 12,859.74 | 12,859.74 |
| 22 TREE | Washington County Treasurer | 4700-000 | 0.00 | 72,130.96 | 75,968.10 | 75,968.10 |
| | Donna Keffer | 4800-000 | NA | 1,692.00 | 1,692.00 | 1,692.00 |
| | FIRST TITLE & ABSTRACT | 4800-000 | NA | 850.33 | 850.33 | 850.33 |
| 27S | Oklahoma Tax Commission | 4800-000 | NA | 9,633.09 | 7,941.09 | 7,941.09 |
| TOTAL SECURED CLAIMS | | | $0.00 | $114,014.61 | $99,311.26 | $99,311.26 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PATRICK J. MALLOY III | 2100-000 | NA | 69,173.59 | 69,173.59 | 69,173.59 |
| PATRICK J. MALLOY III | 2200-000 | NA | 169.26 | 169.26 | 169.26 |
| International Sureties | 2300-000 | NA | 1,149.69 | 1,149.69 | 1,149.69 |
| FIRST TITLE & ABSTRACT | 2500-000 | NA | 3,434.00 | 3,434.00 | 3,434.00 |
| Axos Bank | 2600-000 | NA | 14,037.12 | 14,037.12 | 14,037.12 |
| FIRST TITLE & ABSTRACT | 2700-000 | NA | 100.00 | 100.00 | 100.00 |
| FIRST TITLE & ABSTRACT | 2820-000 | NA | 23,753.51 | 23,753.51 | 23,753.51 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MALLOY LAW FIRM | 3110-000 | NA | 122,710.00 | 122,710.00 | 122,710.00 |
| MALLOY LAW FIRM | 3120-000 | NA | 2,871.43 | 2,871.43 | 2,871.43 |
| GableGotwals | 3210-000 | NA | 28,336.50 | 28,336.50 | 28,336.50 |
| GableGotwals | 3220-000 | NA | 16.50 | 16.50 | 16.50 |
| BARNES & BARNES, INC. | 3410-000 | NA | 3,900.00 | 3,900.00 | 3,900.00 |
| David R. Payne | 3410-000 | NA | 7,314.65 | 7,314.65 | 7,314.65 |
| Asset Liquidation Specialists | 3510-000 | NA | 18,591.72 | 18,591.72 | 18,591.72 |
| David R. Payne | 3992-000 | NA | 499.00 | 499.00 | 499.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $296,056.97 | $296,056.97 | $296,056.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Treasury - Internal Revenue Service | 5300-000 | NA | 3,907.35 | 3,907.35 | 3,907.35 |
| 14P TREE | Donna Keffer | 5300-000 | NA | 15,150.00 | 0.00 | 0.00 |
| 20P-2 | Donna Keffer | 5300-000 | NA | 15,150.00 | 12,991.02 | 12,991.02 |
| 9 | John Marcott | 5300-000 | NA | 2,360.18 | 2,059.63 | 2,059.63 |
| 13P TREE | Linda Jones | 5300-000 | NA | 1,161.29 | 0.00 | 0.00 |
| 19P-2 | Linda Jones | 5300-000 | NA | 1,161.29 | 1,012.45 | 1,012.45 |
| 3P-3 | Nola Renee Nichols | 5300-000 | NA | 48,000.00 | 12,991.02 | 12,991.02 |
| | OKLAHOMA TAX COMMISSION | 5300-000 | NA | 860.00 | 860.00 | 860.00 |
| | Department of Treasury - Internal Revenue Service | 5800-000 | NA | 2,587.35 | 2,587.35 | 2,587.35 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $90,337.46 | $36,408.82 | $36,408.82 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AEP/PSO | | 11,061.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cherokee Fire Protection | | 1,451.88 | NA | NA | 0.00 |
| | Cintas Corporation | | 2,260.30 | NA | NA | 0.00 |
| | CL Partners LLC | | 8,875.20 | NA | NA | 0.00 |
| | Craig Brand | | 0.00 | NA | NA | 0.00 |
| | Cynthia Blanchard | | 15,553.00 | NA | NA | 0.00 |
| | Cynthia Blanchard | | 163,218.83 | NA | NA | 0.00 |
| | Frank Lloyd Wright Building Conservancy | | 0.00 | NA | NA | 0.00 |
| | Glenn Security | | 738.00 | NA | NA | 0.00 |
| | Green Copper Holdings, LLC | | 0.00 | NA | NA | 0.00 |
| | Historic Hotels | | 19,792.00 | NA | NA | 0.00 |
| | Holtz Electric | | 3,078.68 | NA | NA | 0.00 |
| | John Marcott | | 2,360.92 | NA | NA | 0.00 |
| | KWON Radio | | 977.21 | NA | NA | 0.00 |
| | Linda Jones | | 0.00 | NA | NA | 0.00 |
| | McFarlin Building, LLC | | 0.00 | NA | NA | 0.00 |
| | McFarlin Building, LLC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nathan Aldinger | | 12,000.00 | NA | NA | 0.00 |
| | OKES | | 8.39 | NA | NA | 0.00 |
| | Oklahoma Natural Gas | | 2,045.65 | NA | NA | 0.00 |
| | Robert Sherwood | | 240.00 | NA | NA | 0.00 |
| | Schindler Elevator Corporation | | 22,345.37 | NA | NA | 0.00 |
| | SGP Advisors | | 0.00 | NA | NA | 0.00 |
| | SMB Specialists | | 120.00 | NA | NA | 0.00 |
| | Sparklight | | 2,624.48 | NA | NA | 0.00 |
| | Sparklight | | 746.25 | NA | NA | 0.00 |
| | Trane USA | | 3,231.50 | NA | NA | 0.00 |
| 5 | Archway Properties, L.L.C. | 7100-000 | 6,700.00 | 9,700.00 | 9,700.00 | 7,413.41 |
| 5 TREE | Archway Properties, L.L.C. | 7100-000 | 3,000.00 | 9,700.00 | 0.00 | 0.00 |
| 4 TREE | Cherokee Fire Protection Professionals, LLC | 7100-000 | 5,608.86 | 5,688.67 | 5,688.67 | 4,347.68 |
| 20 TREE | City of Bartlesville | 7100-000 | 5,156.36 | 3,553.20 | 3,553.20 | 2,715.60 |
| 21 TREE | City of Bartlesville | 7100-000 | NA | 1,753.16 | 1,753.16 | 1,339.89 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Craig Brand And Adriana Soto Jtrwos | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-2 | Cynthia Diane Blanchard | 7100-000 | 15,553.19 | 285,107.88 | 0.00 | 0.00 |
| 2 TREE | Cynthia Diane Blanchard | 7100-000 | 269,554.00 | 269,554.69 | 0.00 | 0.00 |
| 14 TREE | Donna Keffer | 7100-000 | 41,705.00 | 96,030.40 | 0.00 | 0.00 |
| 20U-2 | Donna Keffer | 7100-000 | 0.00 | 96,030.40 | 34,850.00 | 26,634.79 |
| 13 | Enterprise Global Logistics | 7100-000 | 63,500.00 | 65,100.00 | 64,050.00 | 48,951.46 |
| 9 TREE | Enterprise Global Logistics | 7100-000 | NA | 65,100.00 | 0.00 | 0.00 |
| 26 | Fair Capital LLC | 7100-000 | NA | 28,875.00 | 28,875.00 | 22,068.29 |
| 16 | Frank Lloyd Wright Building Conservancy | 7100-000 | 0.00 | 170,000.00 | 0.00 | 0.00 |
| 7-2 | Helm Ventures, Llc | 7100-000 | 2,162.12 | 89,018.06 | 2,162.12 | 1,652.44 |
| 11 TREE | Ink Town Designs, LLC | 7100-000 | 1,205.45 | 1,200.00 | 1,200.00 | 917.12 |
| 10 TREE | Jessica Holeman | 7100-000 | 2,014.65 | 2,014.65 | 2,014.65 | 1,539.74 |
| 11 | Joseph Hassan | 7100-000 | NA | 5,191.71 | 5,191.71 | 3,967.87 |
| 12 | Joseph Hassan | 7100-000 | NA | 11,650.64 | 11,650.64 | 8,904.23 |
| 7 TREE | Joseph Hassan | 7100-000 | 14,076.00 | 5,191.71 | 0.00 | 0.00 |
| 8 TREE | Joseph Hassan | 7100-000 | NA | 11,650.64 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Joshua Gunter | 7100-000 | 4,500.00 | 4,500.00 | 4,500.00 | 3,439.21 |
| 13 TREE | Linda Jones | 7100-000 | 0.00 | 96,000.01 | 0.00 | 0.00 |
| 19U-2 | Linda Jones | 7100-000 | 39,200.00 | 96,000.01 | 43,838.71 | 33,504.59 |
| 15 TREE | Mark Haskell | 7100-000 | NA | 163,000.00 | 0.00 | 0.00 |
| 16 TREE | Mark Haskell | 7100-000 | NA | 176,107.55 | 0.00 | 0.00 |
| 17 TREE | Mark Haskell | 7100-000 | NA | 576,489.28 | 0.00 | 0.00 |
| 21-2 | Mark Haskell | 7100-000 | 96,107.55 | 163,000.00 | 0.00 | 0.00 |
| 22-2 | Mark Haskell | 7100-000 | NA | 176,107.55 | 0.00 | 0.00 |
| 23-2 | Mark Haskell | 7100-000 | 576,087.77 | 576,489.28 | 570,000.00 | 435,633.63 |
| 25 | Marlin Leasing Corporation Dba PEAC Solutions | 7100-000 | NA | 2,999.13 | 2,999.13 | 2,292.15 |
| 15 | Michael J. Moran And Erinne Moran Jtwros | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 TREE | Nola Renee Nichols | 7100-000 | 396,975.00 | 396,975.00 | 0.00 | 0.00 |
| 3U-3 | Nola Renee Nichols | 7100-000 | NA | 198,975.00 | 94,850.00 | 72,490.97 |
| 2 | Paul Aubert | 7100-000 | 163,000.00 | 212,500.00 | 0.00 | 0.00 |
| 3 TREE | Paul Aubert | 7100-000 | NA | 212,500.00 | 100,000.00 | 76,426.95 |
| 14 | Pictoria Studios Usa | 7100-000 | 58,500.00 | 217,975.00 | 149,637.63 | 114,363.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 TREE | Preferred Travel Group | 7100-000 | NA | 27,090.67 | 27,090.67 | 20,704.57 |
| 12 TREE | Price Tower Arts Center, Inc. | 7100-000 | NA | 186,070.00 | 0.00 | 0.00 |
| 17-3 | Price Tower Arts Center, Inc. | 7100-000 | NA | 183,000.00 | 20,000.00 | 15,285.39 |
| 6U | Scott R. Helton Pllc Cba Helton Law Firm Law Firm | 7100-000 | NA | 4,018.75 | 4,018.75 | 3,071.41 |
| 24 | Taktik Enterprises, Inc | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4-3 | Taktik Enterprises, Inc | 7100-000 | 182,802.00 | 513,918.65 | 250,362.37 | 191,344.33 |
| 6 TREE | Ten-X, LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 18 | UBAC LLC | 7100-000 | NA | 597,579.00 | 0.00 | 0.00 |
| 23 TREE | Hans K Schmoldt | 7200-000 | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 |
| 27U | Oklahoma Tax Commission | 7300-000 | NA | 957.44 | 957.44 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $2,230,137.18 | $6,024,363.13 | $1,448,943.85 | $1,099,009.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 25-10088 | M | Judge: | Terrence L. Michael | Trustee Name: | PATRICK J. MALLOY III, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GREEN COPPER HOLDINGS, LLC | | | | Date Filed (f) or Converted (c): | 01/22/2025 (f) |
| | The Inn at Price Tower Inc. | | | | 341(a) Meeting Date: | 02/19/2025 |
| For Period Ending: | 06/16/2026 | | | | Claims Bar Date: | 06/09/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Truity Credit Union - Checking account 2024 | 10.19 | 0.00 | | 0.00 | FA |
| 2.  Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower<br><br>Includes personal property items located on the property at the time of sale. | 1,400,000.00 | 1,400,000.00 | | 1,400,000.00 | FA |
| 3.  Tax Refunds payable to Inn At Price Tower  (u)<br><br>Related entity.  Trustee will move to consolidate. | 129,033.25 | 129,033.25 | | 129,033.25 | FA |
| 4.  Rent from Ambler Architects for Storage (u) | 800.00 | 800.00 | | 800.00 | FA |
| 5.  Refund from PIE Group Holdings (u) | 953.00 | 953.00 | | 953.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $1,530,796.44          $1,530,786.25                       $1,530,786.25          $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/25: Trustee has settled all objections except objection to claims filed by Cynthia Blanchard. Hearing set for 1/12/2026.

10/28/25: Order entered approving settlement of objections filed by Taktik and Pictoria and resolving most pending matters. Doc. No. 345

09/30/25: A motion to settle numerous contested matters including resolving millions of dollars in claims has been filed and is pending. The trustee has conducted discovery relative to his objection to three remaining claims and will either settle his objections or request an evidentiary hearing.

Initial Projected Date of Final Report (TFR): 03/31/2026          Current Projected Date of Final Report (TFR): 03/31/2026

Page:    1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 25-10088 | Trustee Name: PATRICK J. MALLOY III, TRUSTEE | |
| Case Name: GREEN COPPER HOLDINGS, LLC | Bank Name: Axos Bank | |
| The Inn at Price Tower Inc. | Account Number/CD#: XXXXXX0463 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9708 | Blanket Bond (per case limit): $6,525,000.00 | |
| For Period Ending: 06/16/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/25 | 3 | IRS KANSAS CITY MO | Tax Refund | 1224-000 | $68,676.15 | | $68,676.15 |
| 03/06/25 | 4 | AMBLER ARCHITECTS PO BOX 2446 BARTLESVILLE, OKLA 74005 | Rent FOR STORAGE | 1221-000 | $400.00 | | $69,076.15 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $54.13 | $69,022.02 |
| 04/03/25 | 2001 | International Sureties 701 Poydras St., Suite 420  New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 | 2300-000 | | $54.90 | $68,967.12 |
| 04/16/25 | 3 | IRS OGDEN UTAH | Tax Refund | 1224-000 | $60,357.00 | | $129,324.12 |
| 04/16/25 | 4 | AMBLER ARCHITECTS PO BOX 2446 BARTLESVILLE, OKLA 74005 | Rent FOR STORAGE | 1221-000 | $400.00 | | $129,724.12 |
| 04/16/25 | 2001 | International Sureties 701 Poydras St., Suite 420  New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 Reversal Trustee already paid invoice from personal account | 2300-000 | | ($54.90) | $129,779.02 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $104.04 | $129,674.98 |
| 05/06/25 | | FIRST TITLE & ABSTRACT 1401 S BOULDER AVE TULSA, OKLA 74119 | Balance of proceeds from sale of real estate and personal property per Order entered (Doc. No. 98) | | $1,155,894.06 | | $1,285,569.04 |
| | | | Gross Receipts            $1,260,000.00 | | | | |
| | | | County taxes 1/1/25-5/2/25        ($23,491.29) | 2820-000 | | | |
| | | | Hospitality Taxes 1/1/25 to 5/2/25              ($262.22) | 2820-000 | | | |
| | | | Title Service Fee              ($550.00) | 2500-000 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $1,285,727.21 | $158.17 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 25-10088
Case Name: GREEN COPPER HOLDINGS, LLC
The Inn at Price Tower Inc.

Taxpayer ID No: XX-XXX9708
For Period Ending: 06/16/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0463
Checking
Blanket Bond (per case limit): $6,525,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | UCC Search ($100.00) | 2500-000 | | | |
| | | | Abstract Fee ($600.00) | 2500-000 | | | |
| | | | Gap check ($50.00) | 2500-000 | | | |
| | | | Federal Court Certification ($100.00) | 2700-000 | | | |
| | | | Special Assessment Letter ($10.00) | 2500-000 | | | |
| | | | Recording Charges: Documentary Stamps and Recording of Deed to Simplifile ($2,124.00) | 2500-000 | | | |
| | | | Ad Valorem Taxes - 2024 to County Clerk ($75,968.10) | 4700-000 | | | |
| | | | Hospitality Taxes - 2024 to County Clerk ($850.33) | 4800-000 | | | |
| | 2 | | Real property located at 510 Dewey Ave., Bartlesville, OK 74003 known as Price Tower $1,260,000.00 | 1110-000 | | | |
| 05/06/25 | 2 | MALLOY TRUST ACCOUNT 401 SOUTH BOSTON SUITE 500 TULSA, OKLAHOMA 74103 | Earnest money received re: sale of real estate and personal property per Order entered (Doc. No. 98) | 1110-000 | $140,000.00 | | $1,425,569.04 |
| 05/12/25 | 3 | IRS | Adjustment credit for deposit error - Dep. No. 203 | 1224-000 | $0.10 | | $1,425,569.14 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,297.05 | $1,424,272.09 |
| 06/23/25 | 2002 | GableGotwals | Special Counsel for Trustee fees and expenses approved per order, Doc. No. 130 | | | $28,353.00 | $1,395,919.09 |
| | | GableGotwals | Special Counsel for Trustee expenses ($16.50) | 3220-000 | | | |
| | | GableGotwals | Special Counsel for Trustee fees ($28,336.50) | 3210-000 | | | |

Page Subtotals: $140,000.10   $29,650.05

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

The Inn at Price Tower Inc.

Taxpayer ID No: XX-XXX9708

For Period Ending: 06/16/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Blanket Bond (per case limit): $6,525,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/25 | 2003 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | Attorney for Trustee fees and expenses approved per order, Doc. 129 | | | $57,732.43 | $1,338,186.66 |
| | | MALLOY LAW FIRM | Attorney for Trustee fees          ($56,735.00) | 3110-000 | | | |
| | | MALLOY LAW FIRM | Attorney for Trustee expenses          ($997.43) | 3120-000 | | | |
| 06/23/25 | 2004 | Asset Liquidation Specialists | Real estate professional fees approved per Order, Doc. No. 131 | 3510-000 | | $18,591.72 | $1,319,594.94 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,513.65 | $1,318,081.29 |
| 07/01/25 | 2005 | David R. Payne D. R. Payne & Associates, Inc. 119 North Robinson Avenue, Suite 400 Oklahoma City, OK  73102 | Expert/Accountant for Trustee fees and expenses approved per Order, Doc. No. 151 | | | $7,813.65 | $1,310,267.64 |
| | | David R. Payne | Accountant for Trustee fees          ($7,314.65) | 3410-000 | | | |
| | | David R. Payne | Accountant for Trustee expenses          ($499.00) | 3992-000 | | | |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,448.63 | $1,308,819.01 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,445.08 | $1,307,373.93 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,396.97 | $1,305,976.96 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,441.94 | $1,304,535.02 |
| 11/10/25 | 2006 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | 2nd Interim Attorney for Trustee fees and expenses approved per order, Doc. No. 361 | | | $46,633.11 | $1,257,901.91 |
| | | MALLOY LAW FIRM | Attorney for Trustee fees          ($45,465.00) | 3110-000 | | | |

Page Subtotals:                                                   $0.00          $138,017.18

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

The Inn at Price Tower Inc.

Taxpayer ID No: XX-XXX9708

For Period Ending: 06/16/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Blanket Bond (per case limit): $6,525,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MALLOY LAW FIRM | Attorney for Trustee expenses | ($1,168.11) | 3120-000 | | | |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $1,364.09 | $1,256,537.82 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $1,387.36 | $1,255,150.46 |
| 01/06/26 | 2007 | Scott R. Helton Pllc Cba Helton Law Firm Law Firm 9125 S Toledo Ave Tulsa, Ok 74137 | Payment of allowed secured portion of Claim No. 6 per order, Doc. No. 399 | | 4110-000 | | $12,859.74 | $1,242,290.72 |
| 01/06/26 | 2008 | Oklahoma Tax Commission 201 W 5Th St. Ste. 400 General Counsel"s Office Po Box 269056 Tulsa, Ok 74103 | Payment of secured portion of Claim No. 27 approved per order, Doc. No. 400 | | 4800-000 | | $7,941.09 | $1,234,349.63 |
| 01/06/26 | 2009 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, OK 74006 | Payment of Subrogated claim for OTC tax offset per order, Doc. No. 400 | | 4800-000 | | $1,692.00 | $1,232,657.63 |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $1,370.74 | $1,231,286.89 |
| 02/10/26 | 2010 | Nola Renee Nichols Jerome S. Sepkowitz 4800 N. Lincoln Blvd Oklahoma City, Ok 73105 | Net portion of prioirty wages approved per order, Doc. No. 425 | | 5300-000 | | $12,991.02 | $1,218,295.87 |
| 02/10/26 | 2011 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Net portion of prioirty wages approved per order, Doc. No. 425 | | 5300-000 | | $12,991.02 | $1,205,304.85 |
| 02/10/26 | 2012 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Net portion of prioirty wages approved per order, Doc. No. 425 | | 5300-000 | | $1,012.45 | $1,204,292.40 |
| 02/12/26 | 2013 | OKLAHOMA TAX COMMISSION OKLAHOMA TAX COMMISSION | ACH Payment of withholding to OTC for priority wage claims | | 5300-000 | | $820.00 | $1,203,472.40 |

Page Subtotals:                    $0.00        $54,429.51

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

The Inn at Price Tower Inc.

Taxpayer ID No: XX-XXX9708

For Period Ending: 06/16/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Blanket Bond (per case limit): $6,525,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/26 | 2014 | Department of Treasury - Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | ACH Payment to US Treasury for withholding for priority wage claims | | | $6,053.60 | $1,197,418.80 |
| | | Department of Treasury - Internal Revenue Service | Payment of employer taxes for wage claims (Nichols, Keffer & Jones) ($2,406.80) | 5800-000 | | | |
| | | Department of Treasury - Internal Revenue Service | Payment of employee taxes and withholding for wage claims (Nichols, Keffer & Jones) ($3,646.80) | 5300-000 | | | |
| 02/23/26 | 2015 | International Sureties 701 Poydras St., Suite 420  New Orleans, LA 70139 | Bond Premium payment for Bond #612418744 - 04/01/26 to 04/01/27 | 2300-000 | | $1,149.69 | $1,196,269.11 |
| 02/25/26 | 5 | PIE GROUP HOLDINGS 1755 BLAKE STREET 5TH FLOOR DENVER, CO. 80202 | REFUND | 1229-000 | $953.00 | | $1,197,222.11 |
| 03/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,213.44 | $1,196,008.67 |
| 03/24/26 | 2016 | BARNES & BARNES, INC. COPPER OAKS, SUITE 104 7030 SOUTH YALE TULSA, OK  74136 | Accountant For Trustee fees approved per order, Doc. No. 478 | 3410-000 | | $3,900.00 | $1,192,108.67 |
| 04/27/26 | 2017 | PATRICK J. MALLOY, III MALLOY LAW FIRM, P.C. 401 S BOSTON AVE. SUITE #500 TULSA, OK  74103-3800 | Distribution | | | $69,342.85 | $1,122,765.82 |
| | | PATRICK J. MALLOY, III | Final distribution creditor account # representing a payment of 100.00% per court order. ($69,173.59) | 2100-000 | | | |
| | | PATRICK J. MALLOY, III | Final distribution creditor account # representing a payment of 100.00% per court order. ($169.26) | 2200-000 | | | |

Page Subtotals: $953.00   $81,659.58

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 25-10088
Case Name: GREEN COPPER HOLDINGS, LLC
The Inn at Price Tower Inc.

Taxpayer ID No: XX-XXX9708
For Period Ending: 06/16/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0463
Checking
Blanket Bond (per case limit): $6,525,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/26 | 2018 | MALLOY LAW FIRM 401 S BOSTON AVE. SUITE 500 TULSA, OK  74103 | Distribution | | | $21,215.89 | $1,101,549.93 |
| | | MALLOY LAW FIRM | Final distribution creditor account # representing a payment of 16.71% per court order. ($20,510.00) | 3110-000 | | | |
| | | MALLOY LAW FIRM | Final distribution creditor account # representing a payment of 24.58% per court order. ($705.89) | 3120-000 | | | |
| 04/27/26 | 2019 | John Marcott 379240 W 3200 Rd Ramona, Ok 74061 | Final distribution to claim 9 creditor account # representing a payment of 100.00% per court order. | 5300-000 | | $2,059.63 | $1,099,490.30 |
| 04/27/26 | 2020 | Department of Treasury - Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Distribution | | | $441.10 | $1,099,049.20 |
| | | Department of Treasury - Internal Revenue Service | Final distribution creditor account # representing a payment of 6.67% per court order. ($260.55) | 5300-000 | | | |
| | | Department of Treasury - Internal Revenue Service | Final distribution creditor account # representing a payment of 6.98% per court order. ($180.55) | 5800-000 | | | |
| 04/27/26 | 2021 | OKLAHOMA TAX COMMISSION OKLAHOMA TAX COMMISSION | Final distribution creditor account # representing a payment of 4.65% per court order. | 5300-000 | | $40.00 | $1,099,009.20 |
| 04/27/26 | 2022 | Paul Aubert 24 Waterway Ave Suite 830 The Woodlands, Tx 77380 | Final distribution to claim 3 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $76,426.95 | $1,022,582.25 |
| 04/27/26 | 2023 | Nola Renee Nichols 23538 NS 414 Rd Nowata, OK 74048 | Final distribution to claim 3 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $72,490.97 | $950,091.28 |

Page Subtotals: $0.00   $172,674.54

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-10088                                          Trustee Name: PATRICK J. MALLOY III, TRUSTEE          Exhibit 9
Case Name: GREEN COPPER HOLDINGS, LLC                      Bank Name: Axos Bank
The Inn at Price Tower Inc.                                Account Number/CD#: XXXXXX0463
                                                           Checking
Taxpayer ID No: XX-XXX9708                                 Blanket Bond (per case limit): $6,525,000.00
For Period Ending: 06/16/2026                              Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/26 | 2024 | Cherokee Fire Protection Professionals, LLC c/o Mitchell Legal, PLLC 203 E. Hobson Ave Sapulpa, OK 74066 | Final distribution to claim 4 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $4,347.68 | $945,743.60 |
| 04/27/26 | 2025 | Taktik Enterprises, Inc 6462 S. Jamaica Circle Englewood, Co 80111 | Final distribution to claim 4 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $191,344.33 | $754,399.27 |
| 04/27/26 | 2026 | Archway Properties, L.L.C. 501 Se Frank Phillips Blvd, 102A Bartlesville, Ok 74003 | Final distribution to claim 5 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $7,413.41 | $746,985.86 |
| 04/27/26 | 2027 | Scott R. Helton Pllc Cba Helton Law Firm Law Firm 9125 S Toledo Ave Tulsa, Ok 74137 | Final distribution to claim 6 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $3,071.41 | $743,914.45 |
| 04/27/26 | 2028 | Helm Ventures, Llc 7200 Wisconsin Ave Suite 500 Office 95 Bethesda, Md 20814 | Final distribution to claim 7 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $1,652.44 | $742,262.01 |
| 04/27/26 | 2029 | Joshua Gunter 1515 S Osage Ave Bartlesville, Ok 74003 Bartlesville, Ok 74003 | Final distribution to claim 10 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $3,439.21 | $738,822.80 |
| 04/27/26 | 2030 | Jessica Holeman 406 N. Bradley Ave Caney, KS 67333 | Final distribution to claim 10 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $1,539.74 | $737,283.06 |
| 04/27/26 | 2031 | Joseph Hassan C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Distribution | | | $12,872.10 | $724,410.96 |
| | | Joseph Hassan | Final distribution to claim 11          ($3,967.87) creditor account # representing a payment of 76.43% per court order. | 7100-000 | | | |

Page Subtotals:                                                          $0.00          $225,680.32

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 25-10088 | Trustee Name: PATRICK J. MALLOY III, TRUSTEE |
| Case Name: GREEN COPPER HOLDINGS, LLC | Bank Name: Axos Bank |
| The Inn at Price Tower Inc. | Account Number/CD#: XXXXXX0463 |
| | Checking |
| Taxpayer ID No: XX-XXX9708 | Blanket Bond (per case limit): $6,525,000.00 |
| For Period Ending: 06/16/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Joseph Hassan | Final distribution to claim 12 creditor account # representing a payment of 76.43% per court order. ($8,904.23) | 7100-000 | | | |
| 04/27/26 | 2032 | Ink Town Designs, LLC 1608 Cherokee Hills Dr Bartlesville, OK 74006 | Final distribution to claim 11 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $917.12 | $723,493.84 |
| 04/27/26 | 2033 | Enterprise Global Logistics C/O Kelley G. Loud Titus Hillis Reynolds Love 15 East 5Th St, #3700 Tulsa, Ok 74103 | Final distribution to claim 13 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $48,951.46 | $674,542.38 |
| 04/27/26 | 2034 | Pictoria Studios Usa 3517 Watercrest Pl Orlando, Fl 32835 | Final distribution to claim 14 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $114,363.48 | $560,178.90 |
| 04/27/26 | 2035 | Price Tower Arts Center, Inc. 115 1/2 Se Frank Phillips Bartlesville, Ok 74003 | Final distribution to claim 17 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $15,285.39 | $544,893.51 |
| 04/27/26 | 2036 | Preferred Travel Group 23 Corporate Plaza Dr, STE 150 Newport Beach, CA 92660 | Final distribution to claim 19 creditor account #VOIP representing a payment of 76.43% per court order. | 7100-000 | | $20,704.57 | $524,188.94 |
| 04/27/26 | 2037 | Linda Jones 115 Se Frank Phillips Bartlesville, Ok 74003 | Final distribution to claim 19 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $33,504.59 | $490,684.35 |
| 04/27/26 | 2038 | City of Bartlesville 410 S. Johnstone Bartlesville, OK 74003 | Distribution | | | $4,055.49 | $486,628.86 |
| | | City of Bartlesville | Final distribution to claim 20 creditor account #3115 representing a payment of 76.43% per court order. ($2,715.60) | 7100-000 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $237,782.10 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 25-10088

Case Name: GREEN COPPER HOLDINGS, LLC

The Inn at Price Tower Inc.

Taxpayer ID No: XX-XXX9708

For Period Ending: 06/16/2026

Trustee Name: PATRICK J. MALLOY III, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0463

Checking

Blanket Bond (per case limit): $6,525,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | City of Bartlesville | Final distribution to claim 21 ($1,339.89) creditor account #3220 representing a payment of 76.43% per court order. | 7100-000 | | | |
| 04/27/26 | 2039 | Donna Keffer 1608 Cherokee Hills Drive Bartlesville, Ok 74006 | Final distribution to claim 20 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $26,634.79 | $459,994.07 |
| 04/27/26 | 2040 | Mark Haskell 115 1/2 Se Frank Phillips 115 1/2 SE Frank Phillips Bartlesville, OK 74003 | Final distribution to claim 23 creditor account # representing a payment of 76.43% per court order. | 7100-000 | | $435,633.63 | $24,360.44 |
| 04/27/26 | 2041 | Marlin Leasing Corporation Dba PEAC Solutions 300 Fellowship Road Mount Laurel, Nj 08054 | Final distribution to claim 25 creditor account #0465 representing a payment of 76.43% per court order. | 7100-000 | | $2,292.15 | $22,068.29 |
| 04/27/26 | 2042 | Fair Capital LLC Po Box 399 New City, Ny 10956 | Final distribution to claim 26 creditor account #0139 representing a payment of 76.43% per court order. | 7100-000 | | $22,068.29 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $1,426,680.31 | $1,426,680.31 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,426,680.31 | $1,426,680.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,426,680.31 | $1,426,680.31 |

Page Subtotals: $0.00   $486,628.86

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0463 - Checking | $1,426,680.31 | $1,426,680.31 | $0.00 |
| | $1,426,680.31 | $1,426,680.31 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $104,105.94 |
| Total Net Deposits: | $1,426,680.31 |
| Total Gross Receipts: | $1,530,786.25 |